UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>    Defendants. | No. 1:25-cv-12006 |

## [PROPOSED] PRELIMINARY INJUNCTION

This matter comes before the Court on Plaintiffs Washington, Massachusetts, California, Colorado, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New York, North Carolina, Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, Rhode Island, Vermont, and Wisconsin's (Plaintiffs) Motion for Preliminary Injunction. Having reviewed Plaintiffs' complaint and the memorandum of law, declarations, and evidence in support of the motion, as well as any papers filed in opposition to this motion, in accordance with Federal Rule of Civil Procedure 65, and for good cause shown, the Court finds that Plaintiffs have satisfied the requirements for the issuance of a preliminary injunction, and finds that:

    1.    Plaintiffs have established a substantial likelihood of success on the merits of their claims;

    2.    Plaintiffs will be irreparably harmed absent a preliminary injunction; and

    3.    The public interest and balance of the equities strongly favor entry of a preliminary injunction.

It is hereby ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED. It is further ORDERED that:

1. Defendants[1] shall not obligate, use, expend, transfer, reprogram, or otherwise place beyond this Court's jurisdiction any of the funds set aside for FEMA's pre-disaster mitigation program[2] under 42 U.S.C. § 5133(i) or appropriated specifically for FEMA's pre-disaster mitigation program, for purposes other than FEMA's pre-disaster mitigation program until further order of the Court;

2. For the avoidance of doubt, this includes, but is not limited to, the $4,071,000,000 "Reversal of Building Resilient Infrastructure and Communities Set Aside" identified in FEMA's July 9, 2025 Disaster Relief Fund: Monthly Report and all amounts identified in Appendix G of that report.

3. Defendants shall provide notice of the Court's preliminary injunction within 24 hours of entry to all Defendants, their employees, and anyone acting in concert with them;

4. Defendants shall file a status report with the Court within 24 hours of entry of this order of preliminary injunction confirming their compliance with the Court's preliminary injunction;

5. Defendants shall thereafter file weekly status reports confirming their compliance with the Court's preliminary injunction.

---

[1] Defendants are the Federal Emergency Management Agency (FEMA), David Richardson in his official capacity as acting FEMA Administrator or Senior Official Performing the Duties of the FEMA Administrator, the Department of Homeland Security (DHS), Kristi Noem in her official capacity as the Secretary of Homeland Security, and the United States.

[2] FEMA's pre-disaster mitigation program is the program authorized by 42 U.S.C. § 5133, which has gone by different names at various times, including Pre-Disaster Mitigation (PDM) and Building Resilient Infrastructure and Communities (BRIC).

The preliminary injunction shall be in effect until further order of this Court.

It is so ordered.

DATED this _____ day of _____ 2025.

_____
THE HONORABLE
United States District Court Judge

Case 1:25-cv-12006-RGS    Document 5-1    Filed 07/16/25    Page 3 of 3