**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF WASHINGTON, ET AL., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. No. 1:25-cv-12006 |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, ET AL., | |
| Defendants. | |

**DECLARATION OF HANNAH C. VAIL**

Pursuant to 28 U.S.C. § 1746, I, Hannah C. Vail, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts. I am admitted to the United States District Court for the District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action. I make the following statements of my own knowledge or a review of files in my possession.

2.      I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.

3.      I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

4.      Attached as **Exhibit 1** to this declaration is a true and correct copy of *Natural Hazard Mitigation Saves: An Independent Study to Assess the Future Savings from Mitigation Activities, Volume 1 – Findings, Conclusions, and Recommendations*, published by the National Institute of Building Sciences from 2005, and available at https://nibs.org/wp-content/uploads/2025/04/hms_vol1.pdf.

1

5. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from *Natural Hazard Mitigation Saves: 2019 Report*, published by the National Institute of Building Sciences from December 2019, and available at https://nibs.org/wp-content/uploads/2025/04/NIBS_MMC_ MitigationSaves_2019.pdf.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a FEMA Press Release, titled Disaster Recovery Reform Act of 2018 Transforms Field of Emergency Management, dated October 5, 2018, and available at https://www.fema.gov/press-release/20250602/disaster-recovery-reform-act-2018-transforms-field-emergency-management.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Thomas Frank, *FEMA on the chopping block*, E&E News by Politico, dated March 26, 2025, available at https://www.eenews.net/articles/fema-on-the-chopping-block.

8. Attached hereto as **Exhibit 5** is a true and correct copy of Gabe Cohen, *'We're not preparing': As Trump officials vow to eliminate FEMA, the agency is already in turmoil*, published by CNN on March 26, 2025, available at https://www.cnn.com/2025/03/26/politics/ fema-payments-staffing-stalled-turmoil/index.html.

9. Attached hereto as **Exhibit 6** is a true and correct copy of Memorandum from Cameron Hamilton to Christopher Logan, *Future of the Building Resilient Infrastructure and Communities (BRIC) Program*, dated April 2, 2025, available at https://www.oregon.gov/oem/Memos%20and%20Executive%20Orders/250404_SOPDO_Admin istrator_Memo_on_BRIC.pdf.

10. Attached hereto as **Exhibit 7** is a true and correct copy of a FEMA Press Release, titled FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natural Disasters, dated April 4, 2025, last accessed at

https://www.fema.gov/press-release/20250404/fema-ends-wasteful-politicized-grant-program-returning-agency-core-mission.

11.    Attached hereto as **Exhibit 8** is a true and correct copy of a FEMA Advisory, titled Update on FEMA Ending the Building Resilient Infrastructure and Communities Program, dated April 16, 2025, available at https://www.floods.org/wp-content/uploads/FEMA-Advisory-Update-on-FEMA-Ending-the-Building-Resilient-Infrastructure-and-Communities-Program-April-16-2025.pdf.

12.    Attached hereto as **Exhibit 9** is a true and correct copy of FEMA's Disaster Relief Fund: Monthly Report as of April 30, 2025, dated June 3, 2025, available at https://www.fema.gov/sites/default/files/documents/fema_ocfo_may-2025-disaster-relief-fund-report_06042025.pdf.

13.    Attached hereto as **Exhibit 10** is a true and correct copy of the U.S. Department of Homeland Security Notice of Funding Opportunity: Fiscal Year 2024 Building Resilient Infrastructure and Communities, available at https://nema.nebraska.gov/assets/files/hazard-mitigation/FY_2024_BRIC_NOFO_FINAL_12-03-2024.pdf.

14.    Attached hereto as **Exhibit 11** is a true and correct copy of Memorandum from Cameron Hamilton to Brian Cavanaugh, titled *Actions to Rebalance FEMA's Role in Disasters*, dated April 12, 2025, available at https://imla.org/wp-content/uploads/2025/05/4.12.25-FEMA-OMB_Memo_FEMA_Rebalance-1.pdf.

15.    Attached hereto as **Exhibit 12** is a true and correct copy of a printout of Cameron Hamilton's LinkedIn profile, last accessed on July 10, 2025, https://www.linkedin.com/in/cameron-hamilton-90854b299.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of Nicole Sganga, *New FEMA head tells staff: 'Don't get in my way… I will run right over you'*, published by CBS on May 9, 2025, available at https://www.cbsnews.com/news/fema-acting-administrator-david-richardson-staff-meeting.

17.     Attached hereto as **Exhibit 14** is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2020 Funding Requirements, dated May 28, 2019, available at https://www.fema.gov/sites/default/files/2020-07/disaster-relief-funding-requirements_fy-2020.pdf.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2021 Funding Requirements, dated February 10, 2020, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-report_2021.pdf.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2022 Funding Requirements, dated May 5, 2021, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-fy-2022-funding-requirements.pdf.

20.     Attached hereto as **Exhibit 17** is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2023 Funding Requirements, dated April 6, 2022, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-fy-2023-funding-requirements.pdf.

21.     Attached hereto as **Exhibit 18** is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2024 Funding Requirements, dated March 13, 2023, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-fy2024-funding-requirements.pdf.

22.     Attached hereto as **Exhibit 19** is a true and correct copy of FEMA's Disaster Relief Fund: Monthly Report as of June 30, 2025, dated July 9, 2025, available at https://www.fema.gov/sites/default/files/documents/fema_ocfo_disaster-relief-fund-report_072025.pdf.

23.     Attached hereto as **Exhibit 20** is a true and correct copy of FEMA, About Us, available at https://www.fema.gov/about.

24.     Attached hereto as **Exhibit 21** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Building Resilient Infrastructure and Communities from August 2020, available at https://www.fema.gov/sites/default/files/2020-08/fema_bric_fy-2020_nofo_fact-sheet.pdf.

25.     Attached hereto as **Exhibit 22** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2021 Building Resilient Infrastructure and Communities Grants, dated August 9, 2021, available at https://dmampo.org/wp-content/uploads/2021/08/FEMA-NOFO-2021-BRIC-Fact-Sheet.pdf.

26.     Attached hereto as **Exhibit 23** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2022 Building Resilient Infrastructure and Communities Program from August 2022, available at https://www.fema.gov/sites/default/files/documents/fema_fy22-bric-nofo-fact-sheet_08122022.pdf.

27.     Attached hereto as **Exhibit 24** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2023 Building Resilient Infrastructure and Communities Program from October 2023, available at https://www.fema.gov/sites/default/files/documents/fema_hma_bric-nofo-fact-sheet_102023.pdf.

28.     Attached hereto as **Exhibit 25** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Flood

Mitigation Assistance, from August 2020, available at https://www.fema.gov/sites/default/files/2020-08/fema_fma_fy-2020_nofo_fact-sheet.pdf.

29.     Attached hereto as **Exhibit 26** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2021 Flood Mitigation Assistance Grants, dated August 9, 2021, available at https://www.fema.gov/fact-sheet/notice-funding-opportunity-fiscal-year-2021-flood-mitigation-assistance-grants.

30.     Attached hereto as **Exhibit 27** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for the Fiscal Year 2022 Flood Mitigation Assistance Program from August 2022, available at https://www.fema.gov/sites/default/files/documents/fema_fy22-fma-nofo-fact-sheet_092022.pdf.

31.     Attached hereto as **Exhibit 28** is a true and correct copy of the FEMA Fact Sheet, Fiscal Year 2023 Flood Mitigation Assistance Notice of Funding Opportunity from October 2023, available at https://www.fema.gov/sites/default/files/documents/fema_hma-fma-nofo-fact-sheet_fy23.pdf.

32.     Attached hereto as **Exhibit 29** is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2024 Flood Mitigation Assistance Program from January 2025, available at https://www.fema.gov/sites/default/files/documents/fema_hma_fma-nofo-fact-sheet_fy2024.pdf.

33.     Attached hereto as **Exhibit 30** is a true and correct copy of the Declaration of Tony Perkins, Senior Investigator/Analyst at the Washington State Attorney General's Office.

34.     Attached hereto as **Exhibit 31** is a true and correct copy of the Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department.

35.    Attached hereto as **Exhibit 32** is a true and correct copy of the Declaration of Simon van Leeuwen, Assistant Director for Mitigation and Recovery at the Massachusetts Emergency Management Agency.

36.    Attached hereto as **Exhibit 33** is a true and correct copy of the Declaration of Robyn Fennig, State Hazard Mitigation Officer and Assistant Director of Hazard Mitigation at the California Governor's Office of Emergency Services.

37.    Attached hereto as **Exhibit 34** is a true and correct copy of the Declaration of Michael J. Haney, Director of the Office of Preparedness at the Colorado Division of Homeland Security and Emergency Management.

38.    Attached hereto as **Exhibit 35** is a true and correct copy of the Declaration of Ronnell A. Higgins, Commissioner of the State of Connecticut Department of Emergency Services and Public Protection.

39.    Attached hereto as **Exhibit 36** is a true and correct copy of the Declaration of Abel J. Schall Jr, Director of the Delaware Emergency Management Agency.

40.    Attached hereto as **Exhibit 37** is a true and correct copy of the Declaration of Clayton E. Kuetemeyer, Deputy Director of the Office of Emergency Management for the Illinois Emergency Management Agency and Office of Homeland Security.

41.    Attached hereto as **Exhibit 38** is a true and correct copy of the Declaration of Andrew Brisbo, Director at the Michigan Department of Licensing and Regulatory Affairs, Bureau of Construction Codes.

42.    Attached hereto as **Exhibit 39** is a true and correct copy of the Declaration of Capt. Kevin Sweeney, Commander of the Michigan State Police, Emergency Management and Homeland Security Division.

43.     Attached hereto as **Exhibit 40** is a true and correct copy of the Declaration of Allison Farole, Director of the Division of Homeland Security Emergency Management at the Minnesota Department of Public Safety.

44.     Attached hereto as **Exhibit 41** is a true and correct copy of the Declaration of Kelly Ottobre, Director of Grant Operations at the New Jersey Department of Law and Public Safety.

45.     Attached hereto as **Exhibit 42** is a true and correct copy of the Declaration of Elijah M. Hutchinson, Executive Director of the New York City Mayor's Office of Climate and Environmental Justice.

46.     Attached hereto as **Exhibit 43** is a true and correct copy of the Declaration of William Ray, Director of Emergency Management at the North Carolina Department of Public Safety.

47.     Attached hereto as **Exhibit 44** is a true and correct copy of the Declaration of Erin McMahon, Director of the Oregon Department of Emergency Management.

48.     Attached hereto as **Exhibit 45** is a true and correct copy of the Declaration of Dr. Bethany D. Jenkins, Vice President for Research at the University of Rhode Island.

49.     Attached hereto as **Exhibit 46** is a true and correct copy of the Declaration of Stephanie A. Smith, State Hazard Mitigation Officer at the Vermont Department of Public Safety, Division of Emergency Management.

50.     Attached hereto as **Exhibit 47** is a true and correct copy of the Declaration of Greg Engle, Administrator of the Emergency Management Division of the Wisconsin Department of Military Affairs.

51.     Attached hereto as **Exhibit 48** is a true and correct copy of the Declaration of Russell J. Strickland, Secretary of the Maryland Department of Emergency Management.

52.     Attached hereto as **Exhibit 49** is a true and correct copy of the Declaration of Peter Rogers, Director of the Maine Emergency Management Agency.

53.     Attached hereto as **Exhibit 50** is a true and correct copy of the Declaration of Lawrence D. West, Deputy Director of Recovery at the Pennsylvania Emergency Management Agency.

54.     Attached as an addendum is a list of the exhibits attached to this declaration, in chart form.

Signed under the penalties of perjury on this 16th day of July 2025 in Boston, Massachusetts.

*/s/ Hannah C. Vail*
Hannah C. Vail
Assistant Attorney General
Massachusetts Office of the Attorney General

9

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and copies of the foregoing document and its attachments were sent by email to the following individuals at the U.S. Department of Justice:

Brad Rosenberg
Special Counsel
Federal Programs Branch
U.S. Department of Justice
Brad.Rosenberg@usdoj.gov

Abraham George
Chief, Civil Division
District of Massachusetts
abraham.george@usdoj.gov

Rayford Farquhar
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

/s/ *Hannah C. Vail*
Hannah C. Vail
Assistant Attorney General

**ADDENDUM**

| Exhibit | Title |
|---|---|
| 1 | Natural Hazard Mitigation Saves: An Independent Study to Assess the Future Savings from Mitigation Activities, Volume 1 – Findings, Conclusions, and Recommendations |
| 2 | Natural Hazard Mitigation Saves: 2019 Report |
| 3 | FEMA Press Release, *Disaster Recovery Reform Act of 2018 Transforms Field of Emergency Management*, dated October 5, 2018 |
| 4 | Thomas Frank, *FEMA on the chopping block*, E&E News by Politico, dated March 26, 2025 |
| 5 | Gabe Cohen, '*We're not preparing': As Trump officials vow to eliminate FEMA, the agency is already in turmoil*, published by CNN on March 26, 2025, |
| 6 | *Future of the Building Resilient Infrastructure and Communities (BRIC) Program*, dated April 2, 2025 |
| 7 | FEMA Press Release, *FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natural Disasters*, dated April 4, 2025 |
| 8 | FEMA Advisory, *Update on FEMA Ending the Building Resilient Infrastructure and Communities Program*, dated April 16, 2025, |
| 9 | FEMA's Disaster Relief Fund: Monthly Report as of April 30, 2025, dated June 3, 2025 |
| 10 | U.S. Department of Homeland Security Notice of Funding Opportunity: Fiscal Year 2024 Building Resilient Infrastructure and Communities |
| 11 | Memorandum from Cameron Hamilton to Brian Cavanaugh, *Actions to Rebalance FEMA's Role in Disasters*, dated April 12, 2025 |
| 12 | LinkedIn Profile of Cameron Hamilton |
| 13 | Nicole Sganga, *New FEMA head tells staff: 'Don't get in my way… I will run right over you'*, published by CBS on May 9, 2025, |
| 14 | FEMA's Disaster Relief Fund: Fiscal Year 2020 Funding Requirements, dated May 28, 2019 |
| 15 | FEMA's Disaster Relief Fund: Fiscal Year 2021 Funding Requirements, dated February 10, 2020 |
| 16 | FEMA's Disaster Relief Fund: Fiscal Year 2022 Funding Requirements, dated May 5, 2021 |
| 17 | FEMA's Disaster Relief Fund: Fiscal Year 2023 Funding Requirements, dated April 6, 2022 |
| 18 | FEMA's Disaster Relief Fund: Fiscal Year 2024 Funding Requirements, dated March 13, 2023, |
| 19 | FEMA's Disaster Relief Fund: Monthly Report as of June 30, 2025, dated July 9, 2025 |
| 20 | FEMA, About Us Webpage |
| 21 | FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Building Resilient Infrastructure and Communities |

| Exhibit | Title | |
|---|---|---|
| 22 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2021 Building Resilient Infrastructure and Communities Grants | |
| 23 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2022 Building Resilient Infrastructure and Communities Program | |
| 24 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2023 Building Resilient Infrastructure and Communities Program | |
| 25 | FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Flood Mitigation Assistance | |
| 26 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2021 Flood Mitigation Assistance Grants | |
| 27 | FEMA Fact Sheet, Notice of Funding Opportunity for the Fiscal Year 2022 Flood Mitigation Assistance Program | |
| 28 | FEMA Fact Sheet, Fiscal Year 2023 Flood Mitigation Assistance Notice of Funding Opportunity | |
| 29 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2024 Flood Mitigation Assistance Program | |
| 30 | Declaration of Tony Perkins, Senior Investigator/Analyst at the Washington State Attorney General's Office | WA |
| 31 | Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department | WA |
| 32 | Declaration of Simon van Leeuwen, Assistant Director for Mitigation and Recovery at the Massachusetts Emergency Management Agency | MA |
| 33 | Declaration of Robyn Fennig, State Hazard Mitigation Officer and Assistant Director of Hazard Mitigation at the California Governor's Office of Emergency Services | CA |
| 34 | Declaration of Michael J. Haney, Director of the Office of Preparedness at the Colorado Division of Homeland Security and Emergency Management | CO |
| 35 | Declaration of Ronnell A. Higgins, Commissioner of the State of Connecticut Department of Emergency Services and Public Protection | CT |
| 36 | Declaration of Abel J. Schall Jr, Director of the Delaware Emergency Management Agency | DE |
| 37 | Declaration of Clayton E. Kuetemeyer, Deputy Director of the Office of Emergency Management for the Illinois Emergency Management Agency and Office of Homeland Security | IL |
| 38 | Declaration of Andrew Brisbo, Director at the Michigan Department of Licensing and Regulatory Affairs, Bureau of Construction Codes | MI |
| 39 | Declaration of Capt. Kevin Sweeney, Commander of the Michigan State Police, Emergency Management and Homeland Security Division | MI |
| 40 | Declaration of Allison Farole, Director of the Division of Homeland Security Emergency Management at the Minnesota Department of Public Safety | MN |

12

| Exhibit | Title | |
|---|---|---|
| 41 | Declaration of Kelly Ottobre, Director of Grant Operations at the New Jersey Department of Law and Public Safety | NJ |
| 42 | Declaration of Elijah M. Hutchinson, Executive Director of the New York City Mayor's Office of Climate and Environmental Justice | NY |
| 43 | Declaration of William Ray, Director of Emergency Management at the North Carolina Department of Public Safety | NC |
| 44 | Declaration of Erin McMahon, Director of the Oregon Department of Emergency Management | OR |
| 45 | Declaration of Dr. Bethany D. Jenkins, Vice President for Research at the University of Rhode Island | RI |
| 46 | Declaration of Stephanie A. Smith, State Hazard Mitigation Officer at the Vermont Department of Public Safety, Division of Emergency Management | VT |
| 47 | Declaration of Greg Engle, Administrator of the Emergency Management Division of the Wisconsin Department of Military Affairs | WI |
| 48 | Declaration of Russell J. Strickland, Secretary of the Maryland Department of Emergency Management | MD |
| 49 | Declaration of Peter Rogers, Director of the Maine Emergency Management Agency | ME |
| 50 | Declaration of Lawrence D. West, Deputy Director of Recovery at the Pennsylvania Emergency Management Agency | PA |