# Exhibit 6

**U.S. Department of Homeland Security**
Washington, DC  20472



April 2, 2025


MEMORANDUM FOR:      Christopher Logan
                    Senior Official Performing the Duties of the Deputy Administrator for
                    Resilience

FROM:               Cameron Hamilton
                    Senior Official Performing the Duties of the Administrator

SUBJECT:            Future of the Building Resilient Infrastructure and Communities
                    (BRIC) Program

---

Following the Administration's direction, FEMA is working to enhance the national security and resilience of our state, local, tribal and territorial partners, and to implement the principles of cost efficiency and commonsense to our approaches and investments.  As we pursue this, we are evaluating all existing grants and their priorities, scope, and implementation timelines for consistency with the Department of Homeland Security (DHS) and Administration's direction and guidance.

Further, FEMA is working to identify how grants can accomplish the new priorities most effectively and efficiently. Building Resilient Infrastructure and Communities (BRIC) grants have not increased the level of hazard mitigation as much as desired, and may supplant state, local, tribal and territorial capital investment planning.  With that in mind, I am providing new direction for the BRIC Program as outlined below.

FEMA will cancel the FY24 Notice of Funding Opportunity (NOFO) for the BRIC grant program.

For BRIC projects selected or underway that are funded under the Infrastructure Investment and Jobs Act (IIJA) or the Disaster Relief Fund (DRF), FEMA will:

- Not award the BRIC projects selected but not yet awarded across all fiscal years.
- Not grant any additional period of performance extensions on any BRIC projects, without my prior approval.
- Complete a program review on partially completed and fully obligated BRIC projects. Resilience will provide the Senior Official Performing the Duties of the Administrator with courses of action and a recommendation on future activities for these projects based on an analysis of the information collected through the program review.
- For partially completed projects, the review shall include information on the period of performance end date, obligation and unliquidated obligation, and description of the work yet to

www.fema.gov

P. 2

Future of the Building Resilient Infrastructure and Communities (BRIC) Program
Page 2

be completed.  I am directing that further obligations for this class of projects only support pre-construction activities.

- For fully obligated projects, the review shall include information on the period of performance end date and obligated amount.  As noted above, no additional extensions beyond the current period of performance end date should be granted without my prior approval.

- Halt the obligation of all management costs and review the status of management cost requirements in line with the project review specified above, with remaining funds deobligated except those required to manage partially or fully obligated projects.