# Exhibit 7

# FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natural Disasters

Release Date: April 4, 2025

*Under Secretary Noem, DHS is eliminating waste, fraud and abuse*

WASHINGTON -- FEMA is ending the Building Resilient Infrastructure and Communities (BRIC) program and canceling all BRIC applications from Fiscal Years 2020-2023. If grant funds have not been distributed to states, tribes, territories and local communities, funds will be immediately returned either to the Disaster Relief Fund or the U.S. Treasury.

Statement Attributable to a FEMA Spokesperson:

"The BRIC program was yet another example of a wasteful and ineffective FEMA program. It was more concerned with political agendas than helping Americans affected by natural disasters. Under Secretary Noem's leadership, we are committed to ensuring that Americans in crisis can get the help and resources they need."

Approximately $882 million of funding from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications. FEMA estimates more than $3.6 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors.

Ending this program will help ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction and best support states and local communities in disaster planning, response and recovery.



Page 1 of 1

Page printed at fema.gov/press-release/20250404/fema-ends-wasteful-politicized-grant-program-returning-agency-core-mission

04/16/2025

P. 2