**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF WASHINGTON, et al.,

          Plaintiff,

      v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

          Defendants.

CIVIL ACTION
NO. 1:25-cv-12006

# EXHIBIT 30

## DECLARATION OF TONY PERKINS

I, TONY PERKINS, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      I am a Senior Investigator/Analyst in the Complex Litigation Division of the Washington State Attorney General's Office, which is representing Plaintiff State of Washington in the above-captioned matter.

3.      Utilizing data and information made public by the Federal Emergency Management Agency (FEMA), I have analyzed funds made available, funding applications, and projects selected made through the agency's Building Resilient Infrastructure and Communities pre-disaster mitigation program (BRIC).

4.      In this declaration I describe the methodology followed for my review, and summarize FEMA's data on the BRIC program.

5.      FEMA issues a Notice of Funding Opportunity (NOFO) setting out the amount of BRIC grant funding available for each fiscal year.[1] As part of my analysis, I reviewed FEMA's notices for fiscal years 2020 through 2024.

---

[1] *See* Dep't of Homeland Security Notice of Funding Opportunity for Fiscal Year 2020 Building Resilient Infrastructure and Communities, https://www.fema.gov/sites/default/files/2020-08/fema_fy20-bric-notice-of-funding-opportunity_federal-register_August-2020.pdf; Dep't of Homeland Security Notice of Funding Opportunity for Fiscal Year 2021 Building Resilient Infrastructure and Communities, https://www.fema.gov/sites/default/files/documents/fema_nofo-fiscal-year-2021-building-resilient-infrastructure.pdf; Dep't of Homeland Security Notice of Funding Opportunity for Fiscal Year 2022 Building Resilient Infrastructure and Communities, https://www.fema.gov/sites/default/files/documents/fema_fy22-bric-nofo_08052022.pdf; Dep't of Homeland Security Notice of Funding Opportunity for Fiscal Year 2023 Building Resilient Infrastructure and Communities https://www.floridadisaster.org/globalassets/fy-2023-bric-notice-of-funding-opportunity-nofo.pdf *see also* Fed. Em. Mgmt. Agency Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2023 Building Resilient Infrastructure and Communities Program, https://www.fema.gov/sites/default/files/documents/fema_hma_bric-nofo-fact-sheet_102023.pdf; Dep't of Homeland Security Notice of Funding Opportunity for Fiscal Year 2024 Building Resilient Infrastructure and Communities https://www.nj.gov/drbc/library/documents/PEMA-Grant/MiddleDelaware/NOFO_BRIC_FY24.pdf *see also* Dep't of Homeland Security Notice of Funding Opportunity for Fiscal Year 2024 Building Resilient Infrastructure and Communities, https://www.grants.gov/search-results-detail/358006.

1

6.      On April 16, 2025, FEMA issued an "Update on FEMA Ending the Building Resilient Infrastructure and Communities Program."[2] This statement announced that the FY 2024 BRIC funding opportunity had been cancelled.

7.      FEMA data, accessible at *https://www.fema.gov/openfema-data-page/hma-subapplications-v2*, includes information on different categories of Hazard Mitigation Assistance grant programs. My analysis, and the figures represented below, are limited to subapplications/subgrants made through the BRIC program.

8.      The aforementioned FEMA data indicates the selection status of each subapplication/subgrant assigned by the BRIC program. One category is subapplications that were withdrawn. These are excluded from my analysis, so that the analysis considers only BRIC subapplications that were submitted and either 1) were not selected, 2) did not meet hazard mitigation assistance requirements, or 3) were selected / identified for further review.

9.      The aforementioned FEMA data indicates the amount in dollars that was applied for or approved to be covered by FEMA for each BRIC subapplication/subgrant.

10.     Filtering FEMA's data for the relevant fiscal year, and limiting my analysis to BRIC subapplications that were not withdrawn, I arrived at a total of BRIC program funds that were applied for each year, the number of subapplications submitted, and the number of projects selected / identified for further review:

---

[2] Fed. Em. Mgmt. Agency, *Update on FEMA Ending the Building Resilient Infrastructure and Communities Program*¸ Apr. 16, 2025, https://www.floods.org/wp-content/uploads/FEMA-Advisory-Update-on-FEMA-Ending-the-Building-Resilient-Infrastructure-and-Communities-Program-April-16-2025.pdf

| Fiscal Year | Funds Available[3] | Funds Applied For[4] |
|---|---|---|
| 2020 | $500 Million | $3,140,586,750 |
| 2021 | $1 Billion | $3,549,510,374 |
| 2022 | $2.295 Billion | $3,592,848,636 |
| 2023 | $1 Billion | $5,377,344,105 |
| 2024 | $750 Million | BRIC Cancelled |

| Fiscal Year | Projects Selected[5] | Applications[6] |
|---|---|---|
| 2020 | 408 | 987 |
| 2021 | 371 | 789 |
| 2022 | 518 | 801 |
| 2023 | 720 | 1,235 |

11.     My analysis included a review of the FEMA Building Resilient Infrastructure and Communities and Flood Mitigation Assistance "Obligations Dashboard." That dashboard is an interactive website that uses publicly available data from OpenFEMA to permit analysis on both programs' subapplications data.[7]

12.     I visited the "Obligations Dashboard" and limited the display of data to subapplications through the BRIC program (i.e. I did not include Flood Mitigation Assistance program data in my review). I then downloaded the underlying source data to complete my analysis. The data indicated that over the past four years, FEMA selected 1,943 projects from all 50 states to receive $4,622,496,432 in BRIC funding.

---

[3] This figure is based on the Notice of Funding Opportunity for each fiscal year.

[4] This figure is the sum of the "federalShareAmount" column for all applications, as determined by the methodology above.

[5] This figure is based on OpenFEMA data last updated on June 24, 2025 and downloaded from FEMA.gov on July 10, 2025. *See* Fed. Em. Mgmt. Agency, *OpenFEMA Dataset: HMA Subapplications – v2,*https://www.fema.gov/openfema-data-page/hma-subapplications-v2. The "Projects Selected" figure includes the total number of projects that are labeled "Identified for Further Review" in the "selectionStatus" column.

[6] This figure includes the total number of projects that are labeled as "Identified for Further Review," "Not Selected," or "Did Not Meet HMA Requirements" in the "selectionStatus" column. Projects that were "Withdrawn" are omitted.

[7] Fed. Em. Mgmt. Agency, *Building Resilient Infrastructure and Communities and Flood Mitigation Assistance Obligations Dashboard,* https://fema.maps.arcgis.com/apps/dashboards/8812b5926abd408cbb340b21 59b98732 (last refreshed June 15, 2025; data downloaded on July 11, 2025.)

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 14th day of July 2025.

TONY PERKINS
Senior Investigator/Analyst
Washington Attorney General's Office