**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF WASHINGTON, et al.,

                Plaintiff,

                v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

                Defendants.

CIVIL ACTION
NO. 1:25-cv-12006

# EXHIBIT 35

**DECLARATION OF ROBYN FENNIG**

I, Robyn Fennig, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the State Hazard Mitigation Officer and Assistant Director of Hazard Mitigation at the California Governor's Office of Emergency Services (Cal OES). I have held this role since 2024. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. Cal OES is a cabinet level agency that oversees and coordinates emergency preparedness, response, recovery and homeland security activities in California. Cal OES's mission is to protect lives and property, build capabilities, and support communities for a resilient California.

4. I am familiar with the FEMA Building Resilient Infrastructure and Communities program ("BRIC"). Cal OES has the authority and responsibility for the collection and review of the BRIC subapplications in California, recommending technically feasible and cost effective subapplications to FEMA, and providing pass-through funding from FEMA to eligible subapplicants. Cal OES then coordinates all subapplications into a state application that it submits to FEMA. FEMA then selects which projects from the state application will be funded based on a competitive national review.

5. Every year since the inception of the BRIC program, Cal OES and its subgrantees have expended considerable effort to apply for and receive BRIC funding.

6. Cal OES and its subgrantees have 49 open projects that FEMA selected under the BRIC program from the federal fiscal years 2020 through 2023. If these projects were completed under the BRIC program, Cal OES and its subgrantees would have received over $1 billion more

1

in federal funds for these projects. That is in addition to federal funds already received for these projects.

7.    Representative project examples include:

a.    FEMA selected California Earthquake Authority's subapplication for a $28.7 million project under the BRIC program. That grant would have funded the Earthquake Brace and Bolt Multi-Family Multi-County Soft-Story Seismic Retrofit Program to provide financial assistance to help building owners seismically retrofit over 3,500 older, wood-frame multi-family dwellings (5-20 units per building) in areas within Los Angeles, San Bernardino, Kern, San Diego, San Mateo, Alameda, Contra Costa, and San Francisco Counties, thereby lessening the potential for significant and catastrophic damage during an earthquake. All these counties are in areas facing significant earthquake risks and many are in areas expected to experience a major earthquake in the coming years. Without this project, many vulnerable multi-family housing units in these counties will be far more susceptible to damage and even collapse in an earthquake, increasing risk of serious injury or death for residents.

b.    FEMA selected the City of Rancho Palos Verdes' subapplication for a $32.99 million project under the BRIC program. That grant would have funded a project to reduce geologic landslide movement that threatens most of the City's residents and infrastructure. This landslide movement threatens the community and essential lifeline infrastructure, including a major arterial roadway (Palos Verdes Drive South) which provides

community and emergency access, sanitation sewer lines located along this roadway, electric and communication lines, potable water lines and gas lines. The project reduces risk of sudden/major land movement that could cause the above infrastructure to fail and threaten over 15,000 homes and nearly 40,000 people. This landslide movement involves one of the largest continuously active landslides in the United States and has already resulted in significant damage. With this project, the City could take important steps to stop or slow this ongoing movement. But without this project, this landslide movement will continue to threaten critical infrastructure, damage homes and property, and endanger lives. The landslide movement is irreversible after it occurs.

c.  FEMA selected the City of Sacramento's subapplication for a $21.36 million project under the BRIC program. The grant would have funded a project to mitigate flooding of five major interchanges, 3.9 miles of a major interstate highway, a runway at an airport, surface streets, drainage pumps, water and sewer facilities, and 27,000 housing units in South Sacramento. Among other things, the project would have improved floodwall sections, improved levee sections, and relocated a pump station.  The U.S. Army Corps of Engineers considers the Sacramento region to be one of the most at-risk regions, if not the most at-risk region, in the country for

3

"catastrophic" flooding, noting that it relies on an aging system to reduce its flood risk.[1]

d.  FEMA selected Kern County's subapplication for a $32.39 million project under the BRIC program. The grant would have funded a project to seismically retrofit the Kern Valley Healthcare District's hospital that provides acute care and emergency medical services to a remote population in the mid-northern region of the Kern River Valley area. Unless seismically retrofitted, the hospital may soon need to close. This would force hundreds of thousands of Californians to seek services at hospitals over two hours away.

e.  FEMA selected Santa Cruz County's subapplication for a $28.59 million project under the BRIC program. The grant would have funded a neighborhood-scale home hardening, fuels reduction and vegetation management activities in rural parts of the county for over 1,000 households, and enhanced wildfire resilience. The project would have reduced risk to thousands of residents, critical infrastructure, and evacuation routes across Santa Cruz County. Of Santa Cruz County's roughly 284,800 acres of land, over 86% of the area is considered a "fire hazard severity zone," with over 71% of the County considered "high" or "very high" fire

---

[1]https://www.spk.usace.army.mil/Missions/Civil-Works/Sacramento-Levee-Upgrades/#:~:text=Reducing%20flood%20risk%20in%20Sacramento,the%20Sacramento%20Weir%20and%20bypass

risk. Without the proactive risk reduction of this project, thousands of residents remain vulnerable to deadly wildfires.[2]

8.    In April 2025, FEMA terminated the BRIC program and cancelled the 2024 Notice of Funding Opportunity ("NOFO") for BRIC.

9.    Cal OES has not received any further guidance from FEMA since April 16, 2025.

10.    The cancellation of the BRIC program is devastating for California. In addition to the lost federal funding, Cal OES and its subgrantees have invested time, study, and their own financial resources into planning, design, public engagement, environmental review, and permitting for BRIC projects intended to protect communities and critical infrastructure from natural disasters and extreme weather events. Moreover, each BRIC project requires conducting a rigorous benefit-cost analysis that ensures the project will be cost-effective.  Preliminary analysis shows that the 49 projects mentioned in this declaration would be cost-effective, with over $8 billion in avoided future disaster damages. Cal OES's and the subgrantees' time, effort, and financial resources will be wasted if FEMA will not consider or fund these projects.

11.    Floods, earthquakes, fires, landslides, and other natural disasters will occur and will take lives, damage properties, and upend livelihoods. The 49 projects mentioned in this declaration, including those highlighted in paragraph 7, lessen these impacts in areas with significant need. But many of these BRIC projects cannot move forward without BRIC funding. As a result of the termination of the BRIC program, California is facing an increased risk of lost lives, property damage, and public safety burdens.

---

[2]    Cal FIRE fire severity zone mapping data: https://34c031f8-c9fd-4018-8c5a-4159cdff6b0d-cdn-endpoint.azureedge.net/-/media/osfm-website/what-we-do/community-wildfire-preparedness-and-mitigation/fire_hazard_severity_zone_acres_state_and_local_responsibility_2024_2025.pdf?rev=d1f74280dd01402f 841bf2da5d5fc8cd&hash=EC6CA86D1AF5094D808CB341A328C52F

12.    Cal OES does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important initiatives.

13.    California has applied to BRIC many times in the past, was prepared to apply for BRIC funds for fiscal year 2024, and intends to apply again in the future if the program is reinstated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _14th_ day of July, 2025, in Sacramento, CA.

_____
Robyn Fennig
State Hazard Mitigation, Assistant Director for Hazard
Mitigation
California Governor's Office of Emergency Services

6