**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

STATE OF WASHINGTON, et al.,

               Plaintiff,

               v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

               Defendants.

CIVIL ACTION
NO. 1:25-cv-12006

# EXHIBIT 36

# DECLARATION OF COLORADO DIVISION OF HOMELAND SECURITY AND

# EMERGENCY MANAGEMENT

I, Michael J. Haney, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Director of the Office of Preparedness (aka Office of Grants Management) at the Colorado Division of Homeland Security and Emergency Management (DHSEM) in the Department of Public Safety. I have held this role since 2022. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.      DHSEM's mission is to lead and support Colorado's effort to prevent, protect, mitigate, respond to and recover from all hazard events.

4.      I am familiar with the FEMA Building Resilient Infrastructure and Communities program ("BRIC"). BRIC funding is administered in Colorado by DHSEM. In April 2025, FEMA terminated the BRIC program and cancelled the BRIC Notice of Funding Opportunity ("NOFO") that had been opened in January 2025 (EMD-2024-BR-04).

5.      DHSEM and its subrecipients have 21 open projects that were awarded BRIC funding from Federal Fiscal Years 2020 through 2023. These projects have a total of $4,025,550.68 federal dollars obligated. Of the money obligated for these projects, $3,438,830.93 remains to be paid to the State or the grant subrecipients. It is unclear whether those obligated funds will be paid, now that the BRIC program has been cancelled.

6.      Applying for a BRIC grant is a significant undertaking. In addition to demonstrating cost-effectiveness, states and their subrecipients often must undertake months or years of costly planning and design, feasibility studies and modeling, environmental review, and stakeholder engagement to prepare their applications. FEMA then reviews the applications and selects the most

promising projects while ensuring that each state that applies is allocated a minimum amount of funding required by the law, and that no one state receives too much funding. *See* 42 U.S.C. § 5133(f)(2). Once projects are selected, applicants often go through additional rounds of planning, permitting, environmental review, and stakeholder engagement before a final grant agreement is signed and all the funds are fully obligated. If a project is "Identified for Further Review," it means the subapplication is selected and there is available funding under the applicable subtotals. Although this is not a final award of a grant, a project that is "Identified for Further Review" is very likely to be funded. To ensure that the federal BRIC funds are available for states at the end of this lengthy process, Congress has provided that once projects are selected—*i.e.*, once BRIC funds are allocated to states—Defendants cannot withdraw them unless the funds "remain unobligated by the end of the third fiscal year after the fiscal year for which the amounts were allocated." 42 U.S.C. § 5133(f)(3)(A).

7.      DHSEM and its subrecipients have also applied for and had three projects Identified for Further Review, which if obligated would result in FEMA grants totaling $15,319,377.15. The largest of these projects is the City of Greeley's pipeline project, which was Identified for Further Review in BRIC Federal Fiscal Year 2022. Greeley relies on two water treatment plants, originally built in 1907 and 1964, respectively. Together, the two plants together have sufficient capacity to meet existing and future projected demand. But, because they were designed to work in parallel, the current transmission system lacks a connection between the two plants, making the system vulnerable to water shortages and rationing if one plant needs to be taken offline. Such risks are far greater now than when the second plant was built in 1964. Droughts are more frequent and severe, increasing the time that both plants are needed to support the community. Wildfires in the areas that surround the City's water sources are becoming more frequent and intense; such

wildfires can contaminate water sources, which can require taking a water treatment plant offline to avoid fouling the system. Cyberattacks on water facilities are an ongoing threat that also arise unexpectedly. If one of the plants were to be taken offline during peak consumption conditions, which is about half the year, the City could not meet water demands.

8.    The Greeley project would have closed this gap in the transmission network. The project would have built a pipeline that will allow treated water to flow in both directions between the plants, allowing system operators to provide water to the entire service area from one plant and thereby making the City's water lifeline far more resilient to climate-related and human-made hazards. The Greeley project would have benefitted 152,861 residents of Greeley, Windsor, Milliken, and Evans along with approximately 6,000 students at the University of Northern Colorado. Between 40 and 50 percent of the benefiting population is considered vulnerable under multiple socio-economic factors. The total cost of the Greeley project is $18,425,795.28. If the FEMA were to award the project, they would have contributed $13,819,346.46 of the costs.

10.    In connection with the Greeley water project, the DHSEM also had our "State Management Costs" project Identified for Further Review. If the City of Greeley project were obligated, the State would have received an additional $1,392,670.65 to manage that project and also to maintain the employment of trained specialists in mitigation. The State relies on this type of administrative funding to staff our mitigation unit. Without this funding, it is likely the State will have to lay off highly skilled staff who assist DHSEM's subrecipients in their mitigation efforts. These layoffs will also make the State less competitive in any future grant applications for mitigation projects, thereby making the State less safe.

11.    The cancellation of the BRIC program harms Colorado. It is unclear if Colorado will receive outstanding funds from previously obligated projects. In addition, the Greeley project

that was "Identified for Further Review" will presumably not be funded. DHSEM and its subrecipients have invested time, study, and their own financial resources into planning, design, public engagement, environmental review, and permitting for BRIC projects intended to protect communities and critical infrastructure from natural disasters and extreme weather events. Moreover, each BRIC project requires conducting a rigorous benefit-cost analysis that ensures the project will be cost-effective. That time and effort and those financial resources will be wasted if FEMA will not consider or fund these projects.

12.    Many of the BRIC projects in Colorado cannot move forward without BRIC funding. As a result of the termination of the BRIC program, Colorado is facing an increased risk of lost lives, property damage, and public safety burdens, particularly due to flooding and landslides. Several jurisdictions, including Mesa County, Colorado Springs, Crested Butte, Greeley, and Loveland, had planned to apply for flood mitigation projects through BRIC in Fiscal Year 2025. Because the 2025 BRIC NOFO was withdrawn, those projects may not be able to move forward.

13.    Colorado does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important initiatives.

14.    Colorado has applied to BRIC many times in the past, was prepared to apply for BRIC funds for fiscal year 2024 and intends to apply again in the future if the program is reinstated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of July, 2025, in Centennial, Colorado.

Michael Haney
Director, Office of Grants Management
Colorado Division of Homeland Security and Emergency
    Management