UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

                Plaintiff,

        v.                      CIVIL ACTION
                                  NO. 1:25-cv-12006

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

                Defendants.

# EXHIBIT 67

## **DECLARATION OF OF THE UNIVERSITY OF RHODE ISLAND**

I, Bethany D, Jenkins, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Vice President for Research at the University of Rhode Island. I have held this role since 2023. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3. The University of Rhode Island (URI) is a state agency. For more than 130 years, the University of Rhode Island has been dedicated to serving the people and communities of Rhode Island as the state's flagship public research university. URI is the state's land and sea grant institution, and is a Carnegie-designated Research 1 institution.

4. I am familiar with the FEMA Building Resilient Infrastructure and Communities program ("BRIC"). BRIC funding is administered in Rhode Island by Rhode Island Emergency Management Agency.

5. URI and its subgrantees has 1 open project selected for BRIC funding from Federal Fiscal Years 2020 through 2023 in the amount of $ 348,978.18

6. URI's open project is:

    a. Seamless Web-based Flood Risk Mapping Tool for Coastal and Inland Waters of RI in a Changing Climate; extension of STORMTOOLS using FEMA maps and hydrological modeling.

7. In April 2025, FEMA terminated the BRIC program and cancelled the 2024 Notice of Funding Opportunity ("NOFO") for BRIC.

8. The cancellation of the BRIC program is devastating for Rhode Island. In addition to the lost federal funding, URI and its subgrantees have and/or would have, for future rounds of

BRIC funding, invested time, study, and their own financial resources into planning, design, public engagement, environmental review, and permitting for BRIC projects intended to protect communities and critical infrastructure from natural disasters and extreme weather events. Moreover, each BRIC project requires conducting a rigorous benefit-cost analysis that ensures the project will be cost-effective. That time and effort and those financial resources will be wasted if FEMA will not consider or fund URI's open project.

9. The open BRIC project in Rhode Island cannot move forward without BRIC funding. As a result of the termination of the BRIC program, Rhode Island will have less data and information regarding inland flooding and inland flood risk. Additionally, due to the loss of future funding opportunities without the BRIC program, Rhode Island is facing an increased risk of lost lives, property damage, and public safety burdens due to a loss of ability to predict and model storms.

10. Rhode Island does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important initiatives.

11. Rhode Island has applied to BRIC many times in the past, was prepared to apply for BRIC funds for fiscal year 2024 and intends to apply again in the future if the program is reinstated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July, 2025, in Mazama, WA

_____
Bethany D. Jenkins, PhD
Vice President for Research and Economic Development
The University of Rhode Island