UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

                Plaintiff,

        v.

FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,

                Defendants.

CIVIL ACTION
NO. 1:25-cv-12006

# EXHIBIT 72

## DECLARATION OF LAWRENCE D. WEST

I, Lawrence D. West, pursuant to 28 U.S.C. § 1746, hereby declare:

1.  I am over the age of eighteen and understand the obligations of an oath.

2.  I am the Deputy Director of Recovery at the Pennsylvania Emergency Management Agency (PEMA). I have held this role since 2023. I make this declaration based on personal knowledge and on my review of information and records gathered by agency staff.

3.  PEMA is a state agency, and its mission is helping people and communities before, during, and after disasters and other emergencies. PEMA's key functions are centered around helping communities and residents mitigate against, prepare for, respond to, and recover from emergencies, including natural disasters, acts of terrorism, or other human-caused disasters.

4.  I am familiar with the FEMA Building Resilient Infrastructure and Communities program ("BRIC"). BRIC funding is administered in Pennsylvania by PEMA.

5.  Pennsylvania had 47 projects competitively selected between FY2020 and FY2023 that have now been terminated. The federal share for these projects was over $130 million. Pennsylvania is one of 16 states with an Enhanced Hazard Mitigation Plan and the selected projects were pieces of Pennsylvania's enhanced mitigation strategy. The following projects are examples of some of the projects that were cancelled because of FEMA's termination of BRIC:

    a.  Community of Eastwick Project: FEMA deobligated funding for a $2 million award for a HESCO flood barrier project located in the Eastwick neighborhood of Southwest Philadelphia. Eastwick is a residential neighborhood with a population of about 12,000 people along the Delaware River that has repeatedly experienced losses because of flooding. The barrier was a critical piece of a larger scale mitigation strategy being

implemented by Pennsylvania, the City of Philadelphia, the United States Army Corps of Engineers, United States Fish & Wildlife, and FEMA.

b. City of Philadelphia Water Department, 42nd Street Pump Station Project: FEMA deobligated funding for two separate $50 million awards that would have supported Philadelphia Water Department pump stations. One of those awards would have been used to build gates to prevent flood water from entering the 42nd Street pump station, increase that pump station's capacity from 8 million gallons per day to 100 million gallons per day, and improve its operational quality for both normal and storm operations. Those enhancements would have delivered better water service to the local community, reduce overflows into the Schuylkill River, and better protect the neighborhood from flooding impacts. The second award, for which Philadelphia committed to overmatch the federal award, would have achieved similar ends in Northeast Philadelphia.

c. City of Scranton, Lackawanna County Property Acquisition Project: FEMA deobligated $2.7 million, which was to be used to acquire and demolish 21 properties in Scranton that have sustained repetitive flood losses. Scranton intended to eliminate future losses for the homeowners and return the parcels to their natural state. Several of the homes have sustained multiple flooding events within the past five years.

d. Dover Township, York County Flood Mitigation Project: FEMA deobligated funds for a flood mitigation project for Dover Township that would have enhanced the flood storage and attenuation capacity of Little Conewago Creek. Dover Township is a community with about 22,000 people. Most of that population lives close to the creek.

e. Bridgeville Borough, Allegheny County Flood Mitigation Project: FEMA deobligated over $7 million for a project that would have upsized the stormwater culverts, installed two

screw pumps, levee walls, and grading to create additional capacity for Chartiers Creek. Bridgeville Borough is a community with about 5,000 people. Much like Dover Township, Bridgeville Borough residents live near the project area next to the creek.

6. In April 2025, FEMA terminated the BRIC program and cancelled the 2024 Notice of Funding Opportunity ("NOFO") for BRIC.

7. The cancellation of the BRIC program is devastating for Pennsylvania. In addition to the lost federal funding, PEMA and its subgrantees have invested time, study, and their own financial resources into planning, design, public engagement, environmental review, and permitting for BRIC projects intended to protect communities and critical infrastructure from natural disasters and extreme weather events. Moreover, each BRIC project requires conducting a rigorous cost-benefit analysis that ensures the project will be cost-effective. That time and effort and those financial resources will be wasted if FEMA will not consider or fund these projects.

8. Further, the projects that have been selected for BRIC all have demonstrated value in mitigating the harms communities might face from natural or other disasters. By terminating BRIC, communities that would have been protected from the worst outcomes of natural or other disasters will no longer receive that protection. In Pennsylvania especially, every selected project was part of the Commonwealth Enhanced Hazard Mitigation Plan.

9. Many of the BRIC projects in Pennsylvania cannot move forward without BRIC funding. As a result of the termination of the BRIC program, Pennsylvania is facing an increased risk of lost lives, property damage, and public safety burdens.

10. BRIC provides Pennsylvania the funding required to mitigate the impact of flooding in local communities, which is Pennsylvania's top hazard. In 2021, Pennsylvania received a Major Disaster Declaration related to the flooding that resulted from the remnants of Hurricane Ida. In

July of 2023, severe storms caused catastrophic flooding in Berks, Bucks, and Northampton Counties. A few months later, severe storms caused flooding and damage in Lackawanna, Luzerne, and Wyoming Counties. In August of 2024, Pennsylvania received a Major Disaster Declaration for severe flooding from the remnants of Tropical Storm Debby. The loss of BRIC funding increases the risk of harm to lives and property from future flooding and from disaster impacts more generally.

11. Pennsylvania does not have the budgetary resources or flexibility to adequately make up for the lost funding.

12. Pennsylvania has applied to BRIC many times in the past, was prepared to apply for BRIC funds for fiscal year 2024 and intends to apply again in the future if the program is reinstated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July 2025 in Harrisburg, PA

Lawrence D. West
Deputy Director of Recovery
Pennsylvania Emergency Management Agency