**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 09.2**
**Issue Date: 11/5/2024**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED OFFICES AND POSITIONS

## I.  Purpose

This order governs matters related to succession for named Offices[1] and positions[2] at the Department of Homeland Security and delegates authority for the continuity of functions of those Offices or positions in case of an incumbent's absence or inability of the incumbent to perform the functions and duties of the Office or position, or in the event of a vacancy.[3]

## II.  Succession Order/Delegation

A.

1. In case of a vacancy in the Office of the Secretary, including, but not limited to, the Secretary's death, resignation, or inability to perform the functions and duties of the Office, the Deputy Secretary, who is the Secretary's first assistant for purposes of subchapter III of chapter 33 of Title 5, shall serve as the Acting Secretary.

2. Notwithstanding chapter 33 of title 5, the Under Secretary for Management shall serve as the Acting Secretary if by reason of death, resignation, or inability to perform the functions and duties of the Office, neither the Secretary nor Deputy Secretary is available to exercise the duties of the Office of the Secretary pursuant to 6 U.S.C. § 113(g)(1).

3. If the Offices of Secretary, Deputy Secretary, and Under Secretary for Management are vacant, pursuant to 6 U.S.C. § 113(g)(2), the officials, in the order listed in Annex A, shall act as and perform the functions and

---

[1] For purposes of this Order, an "Office" is filled through the appointment of an officer by the President, by and with the advice and consent of the Senate, by the President alone, or by the Secretary.  The incumbent to an "Office" is an "Officer."

[2] For purposes of this order, a "Position" is not required to be filled by an Officer.

[3] This Delegation does not apply to the Office of the Inspector General.  The Inspector General Act of 1978, as amended by Section 5203 of the FY23 National Defense Authorization Act, addresses succession in the Office of Inspector General in the event of a vacancy in the position of Inspector General.

1

duties of the Secretary during the period of the vacancy in the Office of the Secretary.

4. In the event none of the officials identified in Annex A are able to perform the functions and duties of the Office of the Secretary, those officials identified in Executive Order 13753, in the order listed, shall act as and perform the functions and duties of the Office of the Secretary in accordance with the Federal Vacancies Reform Act of 1998, 5 U.S.C. § 3345 *et seq.* (Vacancies Act), unless the President designates another eligible official.

B.    I hereby further delegate to the officials occupying the identified Offices in the order listed in Annex A my authority to exercise the delegable powers and perform the delegable functions and duties of the Office of Secretary, to the extent not otherwise prohibited by law, during any period of a vacancy in the Office of the Secretary, if no official is serving as Acting Secretary.

C.    The order of succession for the named Offices and positions, other than the Office of the Secretary, are provided in Annexes B through AF.

D.    I hereby delegate authority to the officials occupying the identified Offices and positions in the orders listed in Annexes B through AF to exercise the delegable powers and perform the delegable functions and duties of the named Offices and positions in case of a vacancy in that Office or position, including, but not limited to a vacancy arising from the incumbent's death, resignation, or inability to perform the functions and duties of the named Office or position.  For Offices for which appointment is required to be made by the President, by and with the advice and consent of the Senate, the delegation under this paragraph applies only when there is no official acting in the Office pursuant to the Vacancies Act.

E.    For Offices subject to the Vacancies Act in the orders listed in Annexes B through AF, the First Assistant to that Office (as identified by the asterisk in each Annex) performs the functions and duties of the vacant Office in an acting capacity, subject to the time limits imposed by the Vacancies Act, unless another eligible official is designated by the President.  If the First Assistant position is vacant, and if the President has not designated an acting Officer, the next designated official in the order of succession exercises all the delegable powers, duties, authorities, rights, and functions authorized by law to be exercised by the Office as the senior official performing the duties of the Office.  The designated official may not use Acting as a title and may not perform any function or duty that is required by statute or by regulation that is in effect at any time during the 180-day period preceding the date of the vacancy to be performed exclusively by the Office holder.

Delegation # 00106
Revision # 09.2

F.      Unless otherwise designated under the Vacancies Act, only officials specifically designated in the order of succession for each of the named Offices and positions in Annexes B through AF are eligible to serve as a successor pursuant to paragraphs II.D. and II E., subject to modification in accordance with this order.  Persons who do not encumber the listed positions but are instead serving in them temporarily, such as on an acting basis or on detail, are ineligible to serve as a successor; pursuant to paragraphs II. D. and II. E, therefore, the order of succession would fall to the next designated official in the approved order of succession.

G.      An official who performs the authorities, functions, or duties of an Office or position pursuant to this Delegation does so notwithstanding any Departmental Delegation, Directive, Management Directive, Instruction Manual, or similar internal document that prohibits a re-delegation of powers, authorities, functions, or duties of the Office or position.  Such an official however, is bound by any DHS Delegation, Directive, Management Directive, Instruction, Manual or similar internal document that prohibits subsequent re-delegation.

H.      Each Annex may be updated separately and must be approved by the Secretary prior to being effective.  A Component Head seeks modification (or proposes a new Annex) of his/her Office's order of succession by forwarding a proposed updated Annex to the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; proposed Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), the White House Liaison, and the Federal Emergency Management Agency Office of National Continuity Programs (FEMA ONCP), for approval by the Secretary.  At a minimum, the Annex is coordinated with OGC and the White House Liaison.  Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.  Modifications subject to this process include changing titles for any named successor position.

I.      The Office of the Executive Secretary, MGMT, and FEMA ONCP are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AF. The Office of Public Affairs is responsible for maintaining the DHS Leadership Board.

J.      Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

## III.  **Authorities**

A.      Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B.      Title 6, U.S.C., § 112 (Secretary; functions)

3

    C.      Title 6, U.S.C., § 113 (Other Officers)

    D.      Title 14, U.S.C., § 304 (Vice Commandant; appointment)

    E.      Title 14, U.S.C., § 501 (Secretary; general powers)

# IV.  Office of Primary Interest

MGMT, OGC, White House Liaison and FEMA ONCP are the offices of primary interest for maintaining and updating the Annexes to this Delegation.

_____      SEPT. 5, 2024
Alejandro N. Mayorkas                            Date
Secretary of Homeland Security

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 09, 09/05/2024 |
| Annex B | Deputy Secretary, Office of the | Revision 09.2, 11/05/2024 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 09, 09/05/2024 |
| Annex D | Citizenship and Immigration Services, United States | Revision 09, 09/05/2024 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 09, 09/05/2024 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.18, 08/22/2024 |
| Annex H | Customs and Border Protection, United States | Revision 09, 09/05/2024 |
| Annex I | Cybersecurity and Infrastructure Security Agency | Revision 09, 09/05/2024 |
| Annex J | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex K | Federal Emergency Management Agency | Revision 09.1, 09/13/2024 |
| Annex L | Federal Law Enforcement Training Centers | Revision 08.18, 08/22/2024 |
| Annex M | General Counsel, Office of the | Revision 08.15, 01/04/2021 |
| Annex N | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex O | State and Local Law Enforcement, Office for | Revision 09, 09/05/2024 |
| Annex P | Intelligence and Analysis, Office of | Revision 09, 09/05/2024 |
| Annex Q | Legislative Affairs, Office of | Revision 08.18, 08/22/2024 |
| Annex R | Management Directorate | Revision 09.1, 09/13/2024 |
| Annex S | Homeland Security Situational Awareness, Office of | Revision 09.1, 09/13/2024 |
| Annex T | Partnership and Engagement, Office of | Revision 09, 09/05/2024 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 09, 09/05/2024 |
| Annex V | Privacy Office, Chief | Revision 08.16, 01/19/2021 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 09.1, 09/13/2024 |
| Annex Y | Secret Service, United States | Revision 09, 09/05/2024 |
| Annex Z | Transportation Security Administration | Revision 09, 09/05/2024 |
| Annex AA | Chief Financial Officer (DHS) | Revision 09.1 09/13/2024 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 09.1, 09/13/2024 |
| Annex AC | Resilience (FEMA) | Revision 09.1, 09/13/2024 |
| Annex AD | Chief Information Officer | Revision 08.12, 06/02/2020 |
| Annex AE | Health Security, Office of | Revision 08.18, 08/22/2024 |
| Annex AF | Immigration Detention Ombudsman, Office of | Revision 08.18, 08/22/2024 |

ANNEX A
ISSUE DATE:    **9/5/2024**        APPROVAL:    **9/5/2024**

# ORDER OF SUCCESSION FOR THE SECRETARY OF HOMELAND SECURITY
*Pursuant to Title 6, United States Code, Section 113(g)*

1.    Deputy Secretary of Homeland Security,* as required by 6 U.S.C. § 113(a)(1)(A);
2.    Under Secretary for Management, as required by 6 U.S.C. § 113(g)(1);
3.    Commissioner of U.S. Customs and Border Protection;
4.    Administrator of the Federal Emergency Management Agency;
5.    Director, Cybersecurity and Infrastructure Security Agency;
6.    Director of U.S. Citizenship and Immigration Services;
7.    Director of U.S. Immigration and Customs Enforcement;
8.    Director of U.S. Secret Service;
9.    Under Secretary for Strategy, Policy, and Plans;
10.    General Counsel.

A-1

ANNEX B
ISSUE DATE: 11/05/2024        APPROVAL: 11/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Deputy Secretary, Office of the** | |
| 1    Deputy Secretary | S |
| 2    Under Secretary for Management* | S |
| 3    Administrator, Transportation Security Administration | S |
| 4    Commissioner, U.S. Customs and Border Protection | S |
| 5    Administrator, Federal Emergency Management Agency | S |
| 6    Director, Cybersecurity and Infrastructure Agency | S |
| 7    Under Secretary, Intelligence and Analysis | S |
| 8    Director, U.S. Citizenship and Immigration Services | S |
| 9    Director, U.S. Immigration and Customs Enforcement | S |
| 10    Director, U.S. Secret Service | P |
| 11    Under Secretary, Office of Strategy, Policy, and Plans | S |
| 12    General Counsel | S |
| 13    Director, Federal Law Enforcement Training Centers | C |
| 14    Region 3 Administrator, Federal Emergency Management Agency | C |

Delegation # 00106
Revision # 09.2

ANNEX C
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Citizenship and Immigration Services Ombudsman** | | |
| 1 | Ombudsman | N |
| 2 | Deputy Ombudsman | C |
| 3 | Chief of Staff | C |
| 4 | Chief of Strategy | C |
| 5 | Chief of Policy | C |
| 6 | Chief of Casework | C |
| 7 | Chief of Public Engagement | C |
| 8 | Administrative Officer | C |

C-1

ANNEX D
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Citizenship and Immigrations Services, United States** | |
| 1   Director | S |
| 2   Deputy Director* | C |
| 3   Chief Financial Officer | C |
| 4   Associate Director, Management Directorate | C |
| 5   Associate Director, Field Operations Directorate | C |
| 6   Associate Director, Refugee Asylum and International Operations Directorate | C |
| 7   Associate Director, Service Center Operations Directorate | C |
| 8   Associate Director, External Affairs Directorate | C |
| 9   Director, National Benefits Center | C |

Delegation # 00106
Revision # 09

ANNEX E
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Civil Rights and Civil Liberties, Officer for | |
|---|---|
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Chief of Staff | N |
| 5 | Deputy Chief of Staff | C |
| 6 | Executive Officer | C |

E-1

ANNEX F
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                          Career Status

| | Coast Guard, United States | |
|---|---|---|
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

F-1

ANNEX G
ISSUE DATE: 08/22/2024          APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Countering Weapons of Mass Destruction Office** | |
| 1    Assistant Secretary | P |
| 2    Principal Deputy Assistant Secretary | C |
| 3    Chief of Staff | C |
| 4    Deputy Assistant Secretary, Operations Support | C |
| 5    CWMD Senior Advisor to NORTHCOM | C |

G-1

Delegation # 00106
Revision # 08.18

ANNEX H
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Customs and Border Protection, United States | | |
|---|---|---|
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Chief Operating Officer | C |
| 4 | Executive Assistant Commissioner, Office of Field Operations | C |
| 5 | Chief, United States Border Patrol | C |
| 6 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 7 | Executive Assistant Commissioner, Office of Trade | C |
| 8 | Executive Assistant Commissioner, Operations Support | C |
| 9 | Executive Assistant Commissioner, Enterprise Services | C |
| 10 | Director, Field Operations, New York | C |
| 11 | Chief Patrol Agent, Tucson Sector | C |
| 12 | Director, Field Operations, San Diego | C |

Delegation # 00106
Revision # 09

ANNEX I
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Cybersecurity and Infrastructure Security Agency | |
| --- | --- |
| 1 | Director | S |
| 2 | Deputy Director* | N |
| 3 | Executive Director | C |
| 4 | Chief Operating Officer | C |
| 5 | Executive Assistant Director for Cybersecurity | P |
| 6 | Assistant Director for Integrated Operations | C |
| 7 | Executive Assistant Director for Infrastructure Security | P |
| 8 | Executive Assistant Director for Emergency Communications | C |
| 9 | Regional Director for CISA Region 8 | C |

I-1

ANNEX J
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                  Career Status

| Executive Secretariat | | |
|---|---|---|
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

J-1

ANNEX K
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Federal Emergency Management Agency** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Resilience | S |
| 4 | Associate Administrator, Office of Response & Recovery | N |
| 5 | Regional Administrator, FEMA Region 6 | C |
| 6 | Regional Administrator, FEMA Region 9 | C |
| 7 | Chief Counsel, FEMA | C |

K-1

ANNEX L
ISSUE DATE: 08/22/2024        APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Federal Law Enforcement Training Centers** | | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Associate Director, Training Operations | C |
| 4 | Assistant Director, Mission and Readiness Support Directorate | C |
| 5 | Assistant Director, Core Training Operations Directorate | C |
| 6 | Assistant Director, Technical Training Operations Directorate | C |
| 7 | Assistant Director, Training Management Operations Directorate | C |
| 8 | Assistant Director, National Capital Region Training Operations Directorate | C |
| 9 | Assistant Director, Chief Information Officer Directorate | C |
| 10 | Assistant Director, Chief Financial Officer Directorate | C |
| 11 | Chief of Staff | C |

Delegation # 00106
Revision # 08.18

ANNEX M
ISSUE DATE: 01/04/2021        APPROVAL: 01/04/2021

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **General Counsel, Office of the** | | |
| 1 | General Counsel | S |
| 2 | Principal Deputy General Counsel* | C |
| 3 | Deputy General Counsel    [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel    [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel    [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | C |
| 7 | Associate General Counsel, Operations and Enforcement | C |
| 8 | Associate General Counsel, General Law | C |
| 9 | Chief Counsel, Transportation Security Administration | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | C |

---

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

M-1

ANNEX N
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Immigration and Customs Enforcement, United States | |
|---|---|
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Executive Associate Director, Homeland Security Investigations | C |
| 4 | Executive Associate Director, Enforcement and Removal Operations | C |
| 5 | Executive Associate Director, Management and Administration | C |
| 6 | Principal Legal Advisor | N |
| 7 | Special Agent in Charge – Arizona | C |
| 8 | Field Office Director – San Antonio | C |

Delegation # 00106
Revision # 09

ANNEX O
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **State and Local Law Enforcement, Office for** | |
| 1  Assistant Secretary | N |
| 2  Executive Director | C |
| 3  Director, Partner Engagement | C |

O-1

Delegation # 00106
Revision # 09

ANNEX P
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Intelligence and Analysis, Office of** | |
| 1    Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2    Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3    Deputy Under Secretary for Analysis | C |
| 4    Deputy Under Secretary for Partnerships | C |
| 5    Deputy Under Secretary for Management | C |
| 6    Deputy Under Secretary for Collection | C |
| 7    Director, Southern Division, Field Intelligence Directorate | C |
| 8    Director, Western Division, Field Intelligence Directorate | C |

Delegation # 00106
Revision # 09

ANNEX Q
ISSUE DATE: 08/22/2024          08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Legislative Affairs, Office of** | | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | N |
| 5 | Director, Headquarters | C |
| 6 | Director, Operational Component Coordination | C |
| 7 | Director, Intelligence, Cyber, and Operations | C |
| 8 | Director, S&T and Senior Legislative Advisor | C |
| 9 | Director, Executive Secretary and Mission Support | C |

Delegation # 00106
Revision # 08.18

ANNEX R
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Management Directorate** | |
| 1. Under Secretary for Management | S |
| 2. Deputy Under Secretary for Management* | C |
| 3. Chief Financial Officer | S |
| 4. Chief Information Officer | P |
| 5. Chief Human Capital Officer | C |
| 6. Chief Procurement Officer | C |
| 7. Chief Readiness Support Officer | C |
| 8. Chief Security Officer | C |
| 9. Chief of Staff | C |
| 10. Director, Federal Protective Service | C |
| 11. Director, Biometric Identity Management | C |
| 12. Executive Director, Program Accountability and Risk Management | C |
| 13 Deputy Director, Federal Law Enforcement Training Centers | C |
| 14. Assistant Director, Mission and Readiness Support Directorate, FLETC | C |

R-1

ANNEX S
ISSUE DATE: 09/13/2024        APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Homeland Security Situational Awareness, Office of** | |
| 1.    Director | C |
| 2.    Deputy Director | C |
| 3.    Chief of Staff | C |
| 4.    Integration Division Director | C |
| 5.    National Operations Center (NOC) Director | C |
| 6.    Mission Support Director | C |
| 7.    Integration Division Deputy Director | C |
| 8.    NOC Deputy Director | C |
| 9.    Engagement Director | C |
| 10.   NOC Duty Director [Senior ranking by time in position and in DHS][1] | C |

S-1

---

[1] For the NOC Duty Director positions identified in line 10, seniority is determined by length of time in the position. In the event more than one NOC Duty Director has the same appointment date, time in service in the Department is the second determining factor for seniority

Delegation # 00106
Revision # 09.1

ANNEX T
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Partnership and Engagement, Office of** | |
| 1    Assistant Secretary | N |
| 2    Principal Deputy Assistant Secretary | N |
| 3    Deputy Assistant Secretary, Intergovernmental Affairs | N |
| 4    Deputy Assistant Secretary, Private Sector Office | N |
| 5    Chief of Staff | N |
| 6    Executive Director, Social Impact and Campaigns | C |

T-1

Delegation # 00106
Revision # 09

ANNEX U
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Strategy, Policy, and Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Assistant Secretary for Counterterrorism, Threat Prevention and Law Enforcement Policy | N |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Border and Immigration | N |
| 6 | Assistant Secretary for Cyber, Infrastructure, Risk, and Resilience | N |
| 7 | Assistant Secretary for Trade and Economic Security | P |
| 8 | Principal Deputy Assistant Secretary for Counterterrorism, Threat Prevention and Security Policy | N |
| 9 | Deputy Assistant Secretary for International Affairs (Eastern Hemisphere) | C |
| 10 | Chief of Staff | N |

Delegation # 00106
Revision # 09

ANNEX V
ISSUE DATE: 06/02/2020        APPROVAL: 06/02/2020

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                                 Career Status

| Privacy Officer, Chief | | |
|---|---|---|
| 1 | Chief Privacy Officer/Chief Freedom of Information Act Officer | N |
| 2 | Deputy Chief Privacy Officer | C |
| 3 | Deputy Chief Freedom of Information Act Officer | C |
| 4 | Chief of Staff | C |

V-1

ANNEX W
ISSUE DATE: 01/19/2021        APPROVAL: 01/19/2021

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| Public Affairs, Office of | |
|---|---|
| 1    Assistant Secretary | P |
| 2    Principal Deputy Assistant Secretary | N |
| 3    Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4    Deputy Assistant Secretary for Strategic Communications | N |
| 5    Chief of Staff | C |

W-1

ANNEX X
ISSUE DATE: 09/13/2024        APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Science and Technology** | | |
| 1 | Under Secretary for Science & Technology | S |
| 2 | Deputy Under Secretary for Science & Technology* | C |
| 3 | Chief of Staff | N |
| 4. | Director, Office of Strategy and Policy | C |
| 5 | Executive Director, Office of Enterprise Services | C |
| 6 | Executive Director, Office of Innovation & Collaboration | C |
| 7 | Executive Director, Office of Science & Engineering | C |
| 8 | Executive Director, Office of Mission & Capability Support | C |
| 9 | Director, Plum Island Animal Disease Center | C |
| 10 | Principal Director, Office of Enterprise Services | C |
| 11 | Principal Director, Office of Innovation & Collaboration | C |
| 12 | Principal Director, Office of Science & Engineering | C |

Delegation # 00106
Revision # 09.1

ANNEX Y
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Secret Service, United States** | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Directorate Head - Protective Operations | C |
| 5 | Directorate Head - Investigations | C |
| 6 | Directorate Head - Intergovernmental and Legislative Affairs | C |
| 7 | Directorate Head - Professional Responsibility | C |
| 8 | Directorate Head - Strategic Intelligence and Information | C |
| 9 | Directorate Head - Training | C |
| 10 | Chief - Uniformed Division | C |
| 11 | Directorate Head –Technical Development and Mission Support | C |
| 12 | Chief Counsel | C |
| 13 | Directorate Head – Office of the Chief Financial Officer | C |
| 14 | Directorate Head – Human Resources | C |
| 15 | Directorate Head – Office of the Chief Information Officer | C |
| 16 | Directorate Head – Strategy, Planning, and Innovation | C |
| 17 | Deputy Directorate Head - Protective Operations | C |
| 18 | Deputy Directorate Head - Investigations | C |
| 19 | Deputy Directorate Head - Intergovernmental and Legislative Affairs | C |
| 20 | Deputy Directorate Head -  Human Resources | C |
| 21 | Deputy Directorate Head - Professional Responsibility | C |
| 22 | Deputy Directorate Head - Strategic Intelligence and Information | C |
| 23 | Deputy Directorate Head - Training | C |
| 24 | Deputy Chief Counsel | C |
| 25 | Deputy Directorate Head – Office of the Chief Financial Officer | C |
| 26 | Deputy Directorate Head – Office of the Chief Information Officer | C |
| 27 | Deputy Directorate Head - Strategy, Planning, and Innovation | C |
| 28 | Deputy Directorate Head - Technical Development and Mission Support | C |
| 29 | Special Agent in Charge - Washington | C |
| 30 | Special Agent in Charge - New York | C |
| 31 | Special Agent in Charge - Miami | C |
| 32 | Special Agent in Charge - Los Angeles | C |

Y-1

ANNEX Z
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Transportation Security Administration** | | |
| 1 | Administrator | S |
| 2 | Deputy Administrator* | P |
| 3 | Chief of Staff | N |
| 4 | Executive Assistant Administrator, Security Operations | C |
| 5 | Executive Assistant Administrator, Operations Support | C |
| 6 | Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7 | Executive Assistant Administrator, Enterprise Support | C |
| 8 | Federal Security Director, Atlanta International Airport | C |
| 9 | Federal Security Director, Phoenix Sky Harbor International Airport | C |

Delegation # 00106
Revision # 09

ANNEX AA
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
## ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Chief Financial Officer, Office of the** | |
| 1.    Chief Financial Officer | S |
| 2.    Deputy Chief Financial Officer* | C |
| 3.    Director, Office of Financial Management | C |
| 4.    Director, Budget | C |
| 5.    Deputy Director, Budget | C |
| 6.    Director, Office of Financial Operations | C |
| 7.    Assistant Director/Chief Financial Officer, FLETC | C |

AA-1

Delegation # 00106
Revision # 09.1

ANNEX AB
ISSUE DATE: 09/13/2024        APPROVAL: 09/13/2024

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL
APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

Position                                                                Career Status

| | **Deputy Administrator, Federal Emergency Management Agency (FEMA)** | |
|---|---|---|
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Resilience* | S |
| 3 | Regional Administrator, FEMA Region 3 | C |
| 4 | Chief Financial Officer, Office of the Chief Financial Officer | C |
| 5 | Associate Administrator, Mission Support | C |
| 6 | Associate Administrator, Office of Policy and Program Analysis | C |

AB-1

ANNEX AC
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Resilience (FEMA)** | | |
| 1 | Deputy Administrator, Resilience | S |
| 2 | Associate Administrator, Office of Resilience* | N |
| 3 | Deputy Associate Administrator, Resilience | C |
| 4 | Assistant Administrator, Grant Programs Directorate | P |
| 5 | Assistant Administrator, National Preparedness Directorate | C |
| 6 | Deputy Regional Administrator, Region 4 | C |

AC-1

ANNEX AD
ISSUE DATE: 06/02/2020          APPROVAL: 06/02/2020

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                          Career Status

| Chief Information Officer | |
|---|---|
| 1     Chief Information Officer | P |
| 2     Deputy Chief Information Officer | C |
| 3     Executive Director, Information Technology Operations | C |
| 4     Chief Information Security Officer | C |
| 5     Executive Director, Solutions Development | C |
| 6     Chief Information Officer, FLETC's | C |
| 7     Deputy Chief Information Officer, FLETC's | C |

Delegation # 00106
Revision # 08.12

ANNEX AE
ISSUE DATE: 08/22/2024          APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Health Security, Office of | |
|---|---|
| 1. Chief Medical Officer and Director | P |
| 2. Deputy Chief Medical Officer and Deputy Director | C |
| 3. Chief of Staff | C |
| 4. Assistant Director, Health, Food and Agriculture Resilience Directorate | C |
| 5. Assistant Director, Total Workforce Protection Directorate | C |
| 6. Chief Medical Information Officer | C |
| 7. Senior Medical Officer (Region IX) | C |

AE-1

Delegation # 00106
Revision # 08.18

ANNEX AF
ISSUE DATE: 08/22/2024          APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Immigration Detention Ombudsman, Office of | | |
|---|---|---|
| 1 | Ombudsman | N |
| 2 | Deputy Ombudsman | C |
| 3 | Chief of Staff | C |
| 4 | Senior Advisor | L |
| 5 | Director Case Management | C |
| 6 | Director Detention Oversight | C |
| 7 | Deputy Chief of Staff | C |

AF-1

Delegation # 00106
Revision # 08.18