Department of Homeland Security
DHS Delegation Number: 09509
Revision Number: 00
Issue Date: 05/08/2025

# DELEGATION TO THE SENIOR OFFICIAL PERFORMING THE FUNCTIONS AND DUTIES OF THE FEMA ADMINISTRATOR

## I. Purpose

This delegation vests authority in David Richardson, the Assistant Secretary for Countering Weapons of Mass Destruction, to perform the delegable functions and duties of the FEMA Administrator. The order of succession for the Office of the FEMA Administrator, as designated in Annex K to DHS Delegation No. 00106, "DHS Orders of Succession and Delegations of Authorities for Named Offices and Positions," is suspended while this delegation remains in effect.

## II. Delegation

Subject to my oversight, direction, and guidance, and pursuant to the authority vested in me by the Homeland Security Act of 2002, as amended, I hereby delegate to David Richardson, the Assistant Secretary for Countering Weapons of Mass Destruction, the authority to perform the functions and duties of the FEMA Administrator that are not restricted from delegation by law, regulation, Executive Order, DHS policy, or this delegation. The authorities delegated include all delegations and designations to the FEMA Administrator in effect as of the effective date of this delegation.

## III. Re-delegation

Unless prohibited by statute, regulation, DHS policy, the provisions herein, the powers, authorities, responsibilities, and functions delegated herein to the Senior Official Performing the Duties of the FEMA Administrator may be re-delegated, in writing, to subordinate officials.

## IV. Limitations

The authorities delegated herein do not include any function that, by statute, regulation

Executive Order, or DHS policy, must be performed only by a Presidentially appointed, Senate confirmed official.

## V. Authorities

A. Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (2002), as amended (6 U.S.C. § 112).

B. DHS Delegation No. 09001.3, "Delegation to the Administrator of the Federal Emergency Management Agency."

C. DHS Delegation 00106, "DHS Orders of Succession and Delegations of Authorities for Named Offices and Positions."

## VI. Termination

This delegation terminates upon the appointment of a Senate-confirmed FEMA Administrator by the President; upon the designation by the President of an Acting FEMA Administrator under the Federal Vacancies Reform Act; upon Mr. Richardson's vacating his office; upon revocation of this delegation by the Secretary; or upon Mr. Richardson's inability to perform the delegable duties and the functions of the FEMA Administrator.

## VII. Office of Primary Interest

The Office of the FEMA Administrator has the primary interest in this delegation.

_____     5/8/2025
Kristi Noem                         Date
Secretary of Homeland Security

2

Delegation # 09509
Revision # 00