# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

        Plaintiffs,

v.

FEDERAL EMERGENCY
MANAGEMENT AGENCY, et al.,

        Defendants.

No. 1:25-cv-12006-RGS

## DECLARATION OF TYLER ROBERTS

Pursuant to 28 U.S.C. § 1746, I, Tyler Roberts, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the State of Washington. I appear on behalf of the State of Washington in this action.

2.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge, review of records in my office, and information that has been reported to me.

3.      Attached as **Exhibit 1** to this declaration is a true and correct copy of a Supplemental Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department.

4.      Attached as **Exhibit 2** to this declaration is a true and correct copy of the testimony of Cameron Hamilton, Senior Official Performing the Duties of FEMA Administrator, before the House Appropriations Committee – Subcommittee on Homeland Security on the "Oversight Hearing – The Federal Emergency Management Agency" dated May 7, 2025, available at

URL: https://docs.house.gov/meetings/AP/AP15/20250507/118193/HHRG-119-AP15-Wstate-HamiltonC-20250507.pdf.

5.    Attached as **Exhibit 3** to this declaration is a true and correct copy of a news article written by Michael Kaplan, John Kelly, Maurice Dubois, and Hannah Marr titled "Cuts to FEMA's storm prep program hammer communities that voted for Trump" published on www.cbsnews.com on June 16, 2025. This article was printed from URL: https://www.cbsnews.com/femagrantcuts/ on July 27, 2025.

6.    Attached as **Exhibit 4** to this declaration is a true and correct copy of a news article written by Thomas Frank titled "FEMA halts grant program that spent billions on disaster protection" published on www.eenews.net on April 4, 2025. This article was printed from URL: https://www.eenews.net/articles/fema-halts-grant-program-that-spent-billions-on-disaster-protection/ on July 27, 2025.

7.    Attached as **Exhibit 5** to this declaration is a true and correct copy of a letter from members of Congress to Kristi Noem, Secretary of the Department of Homeland Security, and David Richardson, Senior Official Performing the Duties of FEMA Administrator, dated May 12, 2025, available at URL: https://www.murray.senate.gov/wp-content/uploads/2025/05/Letter-to-DHS-re-BRIC-from-Edwards-Tillis-Garcia-Murray-Fitzpatrick-Murkowski-Case-Van-Hollen-et-al.pdf.

8.    Attached as **Exhibit 6** to this declaration is a true and correct copy of a Press Release by U.S. Senator Bill Cassidy, M.D. (R-LA) titled "Cassidy Calls for Continuation of BRIC Flood Mitigation Program" published on www.cassidy.senate.gov on April 10, 2025. This article was    printed    from    URL: https://www.cassidy.senate.gov/newsroom/press-releases/cassidy-

delivers-floor-speech-calling-for-continuation-of-building-resilient-infrastructure-and-communities-program/ on July 27, 2025.

9.      Attached as **Exhibit 7** to this declaration is a true and correct copy of excerpts from the House Report for the Department of Homeland Security Appropriations Bill, 2026, prepared by the House Appropriations Committee, full report available at URL: https://docs.house .gov/meetings/AP/AP00/20250624/118429/HMKP-119-AP00-20250624-SD002.pdf.

10.      Attached as **Exhibit 8** to this declaration is a true and correct copy of an email from Nicole M O'Connor to Hannah Vail and Jak Kundl titled "RE: State of Washington et al. v. FEMA; 25-cv-12006-RGS" that I received on July 23, 2025.

11.      Attached as **Exhibit 9** to this declaration is a true and correct copy of a report authored by the Congressional Research Service titled "The Disaster Relief Fund: Overview and Issues" dated January 22, 2024, report available at URL: https://www.congress.gov/crs_ external_products/R/PDF/R45484/R45484.31.pdf.

12.      Attached as **Exhibit 10** to this declaration is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2025 Funding Requirements, dated March 11, 2024, available at   URL: https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-funding-requirements_fy25.pdf.

13.      Attached as **Exhibit 11** to this declaration is a true and correct copy of FEMA's Immediate Needs Funding Fact Sheet dated August 2024, available at URL: https://www.fema.gov/sites/default/files/documents/fema_ocfo-inf-fact-sheet.pdf.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of July 2025 in Boston, Massachusetts.

/s/ Tyler Roberts
TYLER ROBERTS, WSBA #52688
Assistant Attorney General

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tyler Roberts*

TYLER ROBERTS, WSBA #52688

Assistant Attorney General

**ADDENDUM**

| Exhibit | Title | |
|---|---|---|
| 1 | Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department in Washington State | WA |
| 2 | Testimony of Cameron Hamilton before the House Appropriations Committee - subcommittee on Homeland Security on "Oversight Hearing – The Federal Emergency Management Agency" | |
| 3 | Mark Kaplan, "Cuts to FEMA's storm prep program hammer communities that voted for Trump", published by CBS News on June 16, 2025 | |
| 4 | Thomas Frank, "FEMA halts grant program that spent billions on disaster protection", published by E&E News By Politico on April 4, 2025 | |
| 5 | Letter from Members of Congress to Department of Homeland Security re: BRIC, dated May 12, 2025 | |
| 6 | Statement by U.S. Senator Bill Cassidy, M.D. (R-LA), "Cassidy called for continuation of BRIC flood mitigation program", dated April 10, 2025 | |
| 7 | House Report, Department of Homeland Security Appropriations Bill, 2026, prepared by House Appropriations Committee | |
| 8 | Email from Nicol M. O'Connor to Hannah Vail and Jak Kundl dated July 7, 2023 | |
| 9 | "The Disaster Relief Fund: Overview and Issues", published by Congressional Research Service, updated on January 22, 2024 | |
| 10 | FEMA's Disaster Relief Fund: Fiscal Year 2025 Funding Requirements, dated March 11, 2024. | |
| 11 | Immediate Needs Funding Fact Sheet, August 2024 | |