# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., <br><br> Defendants. | No. 1:25-cv-12006-RGS |

## SUPPLEMENTAL DECLARATION OF ROBERT EZELLE

Pursuant to 28 U.S.C. § 1746, I, Robert Ezelle, do hereby state:

1. I am the Director of the Emergency Management Division at the Washington Military Department, an executive agency in Washington State. I have worked in the Emergency Management Division since 2010 and have served as Director since 2013.

2. I am over the age of 18, and I make this Declaration based on personal knowledge and through Emergency Management Division personnel who have assisted me in gathering this information. This declaration incorporates and supplements my declaration dated July 14, 2025, submitted as ECF No. 9-31.

3. I was surprised to learn that FEMA claims they have not terminated BRIC. FEMA announced it was ending the BRIC program in one memo and three announcements between April 2, 2025 and April 22, 2025, and has taken measures consistent with the termination since then, including cancelling the Fiscal Year 2024 Notice of Funding Opportunity and refusing to review any submitted applications (including Washington's) and not progressing projects through the review process or obligating them on the typical timeline.

1

4. Having been a State Recipient of BRIC funding in every BRIC grant round since program inception in 2020, our office is quite familiar with the program's functions and operations, especially its region-level implementation and award processes.

5. In the months prior to FEMA's April cancellation announcement(s), Washington's pending BRIC subgrants were being reviewed and awarded by FEMA staff within the typical, routine timeframes we'd come to expect. After FEMA's cancellation announcement, however, that routine activity all stopped; no further pre-award reviews or Requests for Information (RFIs) were conducted or provided, and no further awards were issued. The following experience with Washington's BRIC 2023 grant selections, the last round completed prior to cancellation, provides a clear example of this before/after contrast.

6. On July 2, 2024, FEMA announced its initial award selections for the previous 2023 BRIC round, which included eight Washington proposals. These eight selections were all planning or scoping efforts from BRIC's non-competitive "state set-aside" categories, worth about $3.5 million. Since none involved construction or ground-disturbing activities, it was expected based on past cycles that FEMA would expedite its reviews and clear them for award. In November 2024, FEMA's reviews were well underway, and by December 2024, three of the eight proposals were already awarded. This represents a typical review-to-award timeline for simple, expedited BRIC subgrants, and Washington's remaining five selections were on track for a similar result. Four months later, in March 2025, FEMA's reviews for those remaining five proposals were substantially complete and awards were expected within the next six to eight weeks.

7. But then, in April 2025, FEMA announced the cancellation of BRIC and what little work remained of that review-to-award process abruptly stopped. FEMA has provided no further

information about those five pending "expedited" awards – and they are now, as of July 26, 2025, well beyond the typical or expected review-to-award timeline for their scope and type.

8. The example of Washington's BRIC 2023 selections is not an isolated case; every single review-to-award timeline in Washington's BRIC portfolio met the same fate at the same time. For our office and the local communities we support, the contrast in BRIC program operations before and after FEMA's cancellation in April was sharply felt. The direct effects of its cancellation remain quite tangible for the several Washington program staff who worked directly with FEMA to complete BRIC application reviews, RFIs, and awards. The typical responsiveness and action of FEMA staff switched abruptly to silence and inaction immediately following the cancellation announcement. FEMA BRIC staff were operating normally, then they publicly cancelled the program and stopped operating entirely. From our office's direct experience, FEMA's operational inaction and silence since the April announcement has been a devastatingly effective means of implementing their BRIC cancellation.

9. Meanwhile, for comparison, our work with other FEMA mitigation grant programs proceeded with routine review-to-award timelines and results. For example, in May and June of 2025, after FEMA's BRIC operations had ceased, Washington received eight *post*-disaster mitigation subawards under the HMGP Post-Fire program. These newly awarded subgrants from FEMA shared similar review timelines with several pending (cancelled) BRIC subgrants. In fact, all the previously discussed "expedited" BRIC 2023 proposals were less complex, from a review-to-award perspective, than six of the eight awarded HGMP subgrants (the remaining two subgrants were for simple "phase-1" scopes of work).

10. To date, the various FEMA review processes for Washington's pending *non*-BRIC subgrants remain ongoing, with our staff working closely with FEMA staff to finalize more

3

P.4

awards, while only the BRIC grant review processes have ceased without further communication or information. In our direct experience, FEMA's current inaction and silence is limited to BRIC program operations. While other grant programs have had their share of issues and problems since April, none compare to the complete operational closure we experienced—and are still experiencing—with BRIC.

11. For the several Washington communities whose applications had been selected for BRIC grants in previous rounds and were anxiously awaiting award, there was nothing ambiguous about FEMA's April 4, 2025 Advisory when it stated, "FEMA is ending the Building Resilient Infrastructure and Communities (BRIC) program and canceling all BRIC applications from Fiscal Years 2020-2023." FEMA's follow-up announcements and advisories repeated and reinforced this clear statement, making it impossible for our local communities—and our state office—to proceed with BRIC-related activities without incurring significant financial jeopardy. As our office scrambled to meet with these local partners and discuss the project-specific impacts, there was still some residual hope among our BRIC grant communities that FEMA might decide to limit the cancellation to its current BRIC round rather than apply it retroactively or perhaps leave intact grant-funded projects already underway. But FEMA's follow-up public announcements on April 16 and April 22 thoroughly extinguished any remaining prospects for BRIC program funding among these communities.

12. By the end of April, our office had met with all of Washington's BRIC sub-applicants and sub-recipients to review FEMA's pronouncements and memos and discuss specific consequences of BRIC cancellation. No one questioned that the BRIC program was in fact cancelled. Also, by the end of April, our office had reached out to FEMA staff multiple times requesting more information and updates regarding the BRIC cancellation. But no further

4

information was ever offered, no further technical assistance regarding pending or ongoing BRIC grants was ever provided, and no suggestion was ever made that the multiple BRIC cancellation announcements were untrue or inaccurate. Today, almost four months after cancellation, Washington's BRIC grant communities are running out of time to salvage the high-priority disaster risk-reduction projects that FEMA effectively abandoned in April.

13. FEMA's actions—or *in*actions in this circumstance—since April 2025 have completely halted BRIC grant implementation processes in our region and effectively ended the program for Washington. As a longtime state recipient of BRIC grants, FEMA's actions violate their commitments to Washington State and directly harm our local communities who trusted FEMA and its BRIC program to honor its commitments.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 28th day of July 2025 in Lakewood, Washington.

_____
ROBERT EZELLE
Director
Emergency Management Division
Washington State Military Department