# Exhibit 5

May 12, 2025

The Honorable Kristi Noem
Secretary
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528

The Honorable David Richardson
Senior Official Performing the Duties of
FEMA Administrator
500 C St., SW
Washington, D.C. 20024

Dear Secretary Noem and Acting Administrator Richardson,

We are writing to urge the Administration to reinstate the Building Resilient Infrastructure and
Communities Grant (BRIC) program within the Federal Emergency Management Agency
(FEMA). BRIC funds are spurring communities across the country to strengthen their resilience
to extreme weather, and forgoing these critical investments will only make it harder and more
expensive for communities to recover from the next storm. We acknowledge that the BRIC
program, like all grant funding programs, has room for improvement, and we urge you to couple
the reinstatement of the program with an opportunity for Congress and FEMA to improve the
application review and funding distribution process to more effectively reduce the costs disasters
pose to our communities, economies, and livelihoods.

The BRIC program was established by Congress in the 2018 Disaster Recovery Reform Act and
signed into law by President Trump with bipartisan support. In the years since, this program has
catalyzed community investments in resilient infrastructure, saving federal funds by investing in
community preparedness before a disaster strikes.

According to research, one dollar invested in disaster mitigation can save up to $18 in response
and recovery expenditures.[1] BRIC funds are making communities safer in the next storm through
projects like upgrading and protecting wastewater and drinking water plants after the facilities
suffered repeated flooding, or bridge upgrades and road drainage improvements to improve
driver safety. Because of its benefits, the demand for BRIC grants continues to increase, and our
states and communities benefit from the reliability of the funding cycles.

The BRIC program also plays an essential role in helping Tribal Nations and rural communities
strengthen their defenses against natural disasters and safeguard critical infrastructure. Through
BRIC, Tribes and rural communities can access dedicated funding to strengthen community
resilience by investing in hazard mitigation projects—such as flood protection, fire prevention,

---

[1] Congressional Budget Office. (2016). Potential increases in hurricane damage in the United States: Implications for the federal budget (Publication No. 51518). https://www.cbo.gov/publication/51518; Dixon, L., Tsang, F., & Fitts, M. (2017). Coastal flood risk reduction and economic evaluation of projects: The case of coastal Louisiana. RAND Corporation. https://www.rand.org/pubs/research_reports/RR1992.html; U.S. Chamber of Commerce (2024) https://www.uschamber.com/security/the-preparedness-payoff-the-economic-benefits-of-investing-in-climate-resilience; U.S. Government Accountability Office. (2019). Disaster resilience: Actions are underway, but federal fiscal exposure highlights the need for continued attention to longstanding challenges (GAO Publication No. GAO-20-100SP). https://www.gao.gov/products/gao-20-100sp; Melecky, M., & Raddatz, C. (2019). The economic effectiveness of disaster risk reduction: A case study from the Philippines. UNU-WIDER Working Paper 2019/7. https://www.wider.unu.edu/publication/economic-effectiveness-disaster-risk-reduction.

and infrastructure hardening—that are otherwise difficult to finance in rural or remote settings. Importantly, FEMA supports Tribal sovereignty by allowing Tribes to apply directly for funding, reserving a dedicated Tribal set-aside, and providing direct technical assistance—ensuring Tribes can lead their own planning and mitigation efforts.[2] These investments not only strengthen community resilience but also honor the federal trust responsibility to support the safety, self-determination, and well-being of Tribal Nations.

At the same time, we acknowledge that the BRIC program should be evaluated for opportunities to increase efficiency and reduce the complexities for recipients to access the critical resources.[3] The benefits of the program should not be concentrated in or limited to jurisdictions with dedicated offices and the staff necessary to navigate the grant application requirements. Additionally, the program should be updated with a strategic approach that empowers states and local governments to address degraded and vulnerable infrastructure based on their localized priorities and understanding of risk.

We urge the Administration to take swift action to reinstate the BRIC program, and to work with Congress to identify and implement reforms to strengthen our nation's resilience for decades to come.

Respectfully,

Chuck Edwards
Member of Congress

Thom Tillis
United States Senator

Sylvia R. Garcia
Member of Congress

Patty Murray
United States Senator

Brian Fitzpatrick
Member of Congress

Lisa Murkowski
United States Senator

---

[2] *Building Resilient Infrastructure and Communities (BRIC) Tribal Information*, FEMA Program Support Material (Aug. 2022), https://www.fema.gov/sites/default/files/documents/fema_fy22-bric-tribal-information-psm.pdf.

[3] https://headwaterseconomics.org/natural-hazards/rising-demand-for-femas-bric-program-far-exceeds-available-funding/



Ed Case
Member of Congress

Chris Van Hollen
United States Senator

Alma S. Adams, Ph.D.
Member of Congress

Pete Aguilar
Member of Congress

Angela Alsobrooks
United States Senator

Tammy Baldwin
United States Senator

Michael F. Bennet
United States Senator

Donald S. Beyer Jr.
Member of Congress

Richard Blumenthal
United States Senator

Lisa Blunt Rochester
United States Senator

Suzanne Bonamici
Member of Congress

Cory A. Booker
United States Senator

Rob Bresnahan, Jr.
Member of Congress

Nikki Budzinski
Member of Congress

Greg Casar
Member of Congress

Bill Cassidy, M.D.
United States Senator

Sheila Cherfilus-McCormick
Member of Congress

Judy Chu
Member of Congress

Angie Craig
Member of Congress

Sharice L. Davids
Member of Congress

Donald G. Davis
Member of Congress

Sarah Elfreth
Member of Congress

Lois Frankel
Member of Congress

Maxwell Alejandro Frost
Member of Congress

Ruben Gallego
United States Senator

Jesús G. "Chuy" García
Member of Congress

Pramila Jayapal
Member of Congress

Henry C. "Hank" Johnson, Jr.
Member of Congress

William R. Keating
Member of Congress

Mark Kelly
United States Senator

Ro Khanna
Member of Congress

Jen A. Kiggans
Member of Congress

Kimberlyn King-Hinds
Member of Congress

Stephen F. Lynch
Member of Congress

Edward J. Markey
United States Senator

Doris Matsui
Member of Congress

Sarah McBride
Member of Congress

Jennifer L. McClellan
Member of Congress

Kristen McDonald Rivet
Member of Congress

Morgan McGarvey
Member of Congress

Jeffrey A. Merkley
United States Senator

Dave Min
Member of Congress

Blake D. Moore
Member of Congress

James C. Moylan
Member of Congress

Kevin Mullin
Member of Congress

Richard E. Neal
Member of Congress

Dan Newhouse
Member of Congress

Jon Ossoff
United States Senator

Alex Padilla
United States Senator

Chris Pappas
Member of Congress

Marie Gluesenkamp Perez
Member of Congress

Scott H. Peters
Member of Congress

Chellie Pingree
Member of Congress

Ayanna Pressley
Member of Congress

Mike Quigley
Member of Congress

Aumua Amata Coleman
Radewagen
Member of Congress

Jack Reed
United States Senator

Jacky Rosen
U.S. Senator

John H. Rutherford
Member of Congress

Linda T. Sánchez
Member of Congress

Bernard Sanders
United States Senator

Mary Gay Scanlon
Member of Congress

Adam B. Schiff
United States Senator

Kim Schrier, M.D.
Member of Congress

Terri A. Sewell
Member of Congress

Jeanne Shaheen
United States Senator

Elissa Slotkin
United States Senator

Tina Smith
United States Senator

Thomas R. Suozzi
Member of Congress

Jill Tokuda
Member of Congress

Norma J. Torres
Member of Congress

David G. Valadao
Member of Congress

Nydia M. Velázquez
Member of Congress

Eugene Simon Vindman
Member of Congress

Mark R. Warner
United States Senator

Raphael Warnock
United States Senator

Peter Welch
United States Senator

Frederica S. Wilson
Member of Congress

Robert J. Wittman
Member of Congress

Ron Wyden
United States Senator