**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE OF WASHINGTON, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*<br><br>*Defendants*. | No. 1:25-cv-12006-RGS |

**SECOND DECLARATION OF HANNAH C. VAIL**

Pursuant to 28 U.S.C. § 1746, I, Hannah C. Vail, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts. I am admitted to the United States District Court for the District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action. I make the following statements of my own knowledge or a review of files in my possession.

2.      I submit this declaration in support of Plaintiff States' Motion for a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65.  ECF Nos. 5, 8.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Dawn Brantley, Director of the Massachusetts Emergency Management Agency.

Signed under the penalties of perjury on this 29th day of July 2025 in Boston, Massachusetts.


                                                         */s/ Hannah C. Vail*
                                                         Hannah C. Vail
                                                         Assistant Attorney General
                                                         Massachusetts Office of the Attorney General

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ *Hannah C. Vail*
Hannah C. Vail
Assistant Attorney General