UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*<br><br>　　　　Defendants. | C.A. No. 1:25-cv-12006-RGS |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

　　Please enter the appearance of Amy Laura Cahn as counsel for Plaintiff, the Commonwealth of Massachusetts in the above-captioned matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　ANDREA JOY CAMPBELL
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　/s/ *Amy Laura Cahn*
　　　　　　　　　　　　　　　　　　Amy Laura Cahn, BBO #716706
　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　Office of the Attorney General
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　617-963-2281
　　　　　　　　　　　　　　　　　　amy.laura.cahn@mass.gov


Date:  August 20, 2025

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                                            */s/ Amy Laura Cahn*  
                                                            Amy Laura Cahn