# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF WASHINGTON et al.<br><br>               Plaintiffs,<br><br>   v.<br><br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY; DAVID RICHARDSON, in his official capacity as the Duties of the Administrator of the Federal Emergency Management Agency; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as the Secretary of the Department of Homeland Security; and the UNITED STATES OF AMERICA,<br><br>               Defendants. | Civil Action No. 1:25-cv-12006-RGS |

## ADMINISTRATIVE RECORD
## TABLE OF CONTENTS

| Certification of Kristin E. Fontenot | |
|---|---|
| **BATES NUMBER** | **DESCRIPTION** |
| BRIC-AR-000001 –<br><br>BRIC-AR-000037 | DHS Orders of Succession and Delegations of Authorities |
| BRIC-AR-000038 –<br><br>BRIC-AR-000039 | Future of BRIC Program Memo |
| BRIC-AR-000040 –<br><br>BRIC-AR-000041 | Future of BRIC Program Memo |
| BRIC-AR-000042 –<br><br>BRIC-AR-000049 | FEMA EAG re: FEMA Cancels BRIC FY 24 Funding Opportunity and Will End the Program |

| | |
|---|---|
| BRIC-AR-000050 | Press Release re: FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natura Disasters |
| BRIC-AR-000051 – BRIC-AR-000055 | Redacted BRIC Decision Memo |
| BRIC-AR-000056- BRIC-AR-000057 | News Article re: FEMA Redirects Funding to Advance More Effective Disaster Planning for American Communities |
| BRIC-AR-000058- BRIC-AR-000059 | FEMA Advisory re: Update on FEMA Ending the BRIC Program |
| BRIC-AR-000060- BRIC-AR-000061 | FEMA Advisory re: Update on FEMA Ending the BRIC Program |
| BRIC-AR-00062- BRIC-AR-00072 | FEMA EAG re: FEMA Ends BRIC Program |
| BRIC-AR-00073- BRIC-AR-00074 | Delegation to the Senior Official Performing the Functions and Duties of the FEMA Administrator |
| BRIC-AR-00075- BRIC-AR-00096 | DRF: Monthly Report as of April 2025 |
| BRIC-AR-00097- BRIC-AR-00099 | Redacted BRIC IIJA Close-Out Memo |
| BRIC-AR-000100- BRIC-AR-000106 | Updated Declaration of David Richardson |

Respectfully submitted:

LEAH B. FOLEY
United States Attorney


By:            */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02201
(617) 748-3112
Dated:  September 8, 2025        Nicole.O'Connor@usdoj.gov


## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, hereby certify that I served at true copy of the above document upon all parties of record via this court's electronic filing system on September 8, 2025.


Dated: September 8, 2025        */s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**STATE OF WASHINGTON,** *et al.,*

**Plaintiffs,**

v.

**FEDERAL EMERGENCY MANAGEMENT
AGENCY,** *et al.,*

**Defendants.**

**Case No. 1:25-cv-12006-RGS**

## ADMINISTRATIVE RECORD CERTIFICATION

I, Kristin E. Fontenot, state the following:

1.  I am the Assistant Administrator for the Hazard Mitigation Division (HMD) within the
    Resilience Division of the Federal Emergency Management Agency ("FEMA"). Prior to
    my tenure as the Assistant Administrator, the Hazard Mitigation Division developed the
    Building Resilient Infrastructure and Communities ("BRIC") program.

2.  In my role as Assistant Administrator of HMD, I oversaw the collection of documents
    that comprise the administrative record for the decisions to: (1) withdraw the 2024 Notice
    of Funding Opportunity (NOFO) for BRIC; and (2) to revise the Disaster Relief Fund
    (DRF) Monthly Report as of April 30, 2025 "reversing the set-aside funds previously
    allocated to BRIC as described in FEMA's April 30, 2025 report published on June 3,
    2025 showing a net gain of $4.071 billion to the DRF and a net loss of $4.071 billion in
    available BRIC funding.

1

3. Based on information provided to me by my staff, I certify that, to the best of my knowledge, the documents listed in the attached index constitute the administrative record to date for the above captioned lawsuit.

4. Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct. Executed on this 9th day of September 2025.

Kristin E. Fontenot,
Assistant Administrator
Hazard Mitigation Division
Federal Emergency Management Agency

2

BRIC-AR-000001

**Department of Homeland Security**
**DHS Delegation Number: 00106**
**Revision Number: 09.2**
**Issue Date: 11/5/2024**

# DHS ORDERS OF SUCCESSION AND DELEGATIONS OF AUTHORITIES FOR NAMED OFFICES AND POSITIONS

## I.   Purpose

This order governs matters related to succession for named Offices[1] and positions[2] at the Department of Homeland Security and delegates authority for the continuity of functions of those Offices or positions in case of an incumbent's absence or inability of the incumbent to perform the functions and duties of the Office or position, or in the event of a vacancy.[3]

## II.   Succession Order/Delegation

A.
1. In case of a vacancy in the Office of the Secretary, including, but not limited to, the Secretary's death, resignation, or inability to perform the functions and duties of the Office, the Deputy Secretary, who is the Secretary's first assistant for purposes of subchapter III of chapter 33 of Title 5, shall serve as the Acting Secretary.

2. Notwithstanding chapter 33 of title 5, the Under Secretary for Management shall serve as the Acting Secretary if by reason of death, resignation, or inability to perform the functions and duties of the Office, neither the Secretary nor Deputy Secretary is available to exercise the duties of the Office of the Secretary pursuant to 6 U.S.C. § 113(g)(1).

3. If the Offices of Secretary, Deputy Secretary, and Under Secretary for Management are vacant, pursuant to 6 U.S.C. § 113(g)(2), the officials, in the order listed in Annex A, shall act as and perform the functions and

---

[1] For purposes of this Order, an "Office" is filled through the appointment of an officer by the President, by and with the advice and consent of the Senate, by the President alone, or by the Secretary.  The incumbent to an "Office" is an "Officer."

[2] For purposes of this order, a "Position" is not required to be filled by an Officer.

[3] This Delegation does not apply to the Office of the Inspector General.  The Inspector General Act of 1978, as amended by Section 5203 of the FY23 National Defense Authorization Act, addresses succession in the Office of Inspector General in the event of a vacancy in the position of Inspector General.

1

BRIC-AR-000002

duties of the Secretary during the period of the vacancy in the Office of the Secretary.

4. In the event none of the officials identified in Annex A are able to perform the functions and duties of the Office of the Secretary, those officials identified in Executive Order 13753, in the order listed, shall act as and perform the functions and duties of the Office of the Secretary in accordance with the Federal Vacancies Reform Act of 1998, 5 U.S.C. § 3345 *et seq.* (Vacancies Act), unless the President designates another eligible official.

B.      I hereby further delegate to the officials occupying the identified Offices in the order listed in Annex A my authority to exercise the delegable powers and perform the delegable functions and duties of the Office of Secretary, to the extent not otherwise prohibited by law, during any period of a vacancy in the Office of the Secretary, if no official is serving as Acting Secretary.

C.      The order of succession for the named Offices and positions, other than the Office of the Secretary, are provided in Annexes B through AF.

D.      I hereby delegate authority to the officials occupying the identified Offices and positions in the orders listed in Annexes B through AF to exercise the delegable powers and perform the delegable functions and duties of the named Offices and positions in case of a vacancy in that Office or position, including, but not limited to a vacancy arising from the incumbent's death, resignation, or inability to perform the functions and duties of the named Office or position.  For Offices for which appointment is required to be made by the President, by and with the advice and consent of the Senate, the delegation under this paragraph applies only when there is no official acting in the Office pursuant to the Vacancies Act.

E.      For Offices subject to the Vacancies Act in the orders listed in Annexes B through AF, the First Assistant to that Office (as identified by the asterisk in each Annex) performs the functions and duties of the vacant Office in an acting capacity, subject to the time limits imposed by the Vacancies Act, unless another eligible official is designated by the President.  If the First Assistant position is vacant, and if the President has not designated an acting Officer, the next designated official in the order of succession exercises all the delegable powers, duties, authorities, rights, and functions authorized by law to be exercised by the Office as the senior official performing the duties of the Office.  The designated official may not use Acting as a title and may not perform any function or duty that is required by statute or by regulation that is in effect at any time during the 180-day period preceding the date of the vacancy to be performed exclusively by the Office holder.

2

BRIC-AR-000003

F.    Unless otherwise designated under the Vacancies Act, only officials specifically designated in the order of succession for each of the named Offices and positions in Annexes B through AF are eligible to serve as a successor pursuant to paragraphs II.D. and II E., subject to modification in accordance with this order.  Persons who do not encumber the listed positions but are instead serving in them temporarily, such as on an acting basis or on detail, are ineligible to serve as a successor; pursuant to paragraphs II. D. and II. E, therefore, the order of succession would fall to the next designated official in the approved order of succession.

G.    An official who performs the authorities, functions, or duties of an Office or position pursuant to this Delegation does so notwithstanding any Departmental Delegation, Directive, Management Directive, Instruction Manual, or similar internal document that prohibits a re-delegation of powers, authorities, functions, or duties of the Office or position.  Such an official however, is bound by any DHS Delegation, Directive, Management Directive, Instruction, Manual or similar internal document that prohibits subsequent re-delegation.

H.    Each Annex may be updated separately and must be approved by the Secretary prior to being effective.  A Component Head seeks modification (or proposes a new Annex) of his/her Office's order of succession by forwarding a proposed updated Annex to the Office of the Under Secretary for Management (MGMT), Program Manager, Delegations and Directives; proposed Annexes are processed by MGMT, in consultation with the Office of the General Counsel (OGC), the White House Liaison, and the Federal Emergency Management Agency Office of National Continuity Programs (FEMA ONCP), for approval by the Secretary.  At a minimum, the Annex is coordinated with OGC and the White House Liaison.  Where possible, Component orders of succession should be at least three positions deep and geographically dispersed.  Modifications subject to this process include changing titles for any named successor position.

I.    The Office of the Executive Secretary, MGMT, and FEMA ONCP are responsible for maintaining a current list of incumbents holding all positions identified in Annexes B through AF. The Office of Public Affairs is responsible for maintaining the DHS Leadership Board.

J.    Nothing in this delegation is intended to limit my discretion as Secretary to depart from this delegation.

## III.  Authorities

A.    Title 5, United States Code (U.S.C.) §§ 3345-49 (Federal Vacancies Reform Act of 1998, as amended)

B.    Title 6, U.S.C., § 112 (Secretary; functions)

3

BRIC-AR-000004

    C.     Title 6, U.S.C., § 113 (Other Officers)

    D.     Title 14, U.S.C., § 304 (Vice Commandant; appointment)

    E.     Title 14, U.S.C., § 501 (Secretary; general powers)

# IV.  Office of Primary Interest

MGMT, OGC, White House Liaison and FEMA ONCP are the offices of primary interest for maintaining and updating the Annexes to this Delegation.

_____       Sept. 5, 2024
Alejandro N. Mayorkas                             Date
Secretary of Homeland Security

**Legend**

| | |
|---|---|
| Career | C |
| Limited Term Appointment | L |
| Military Officer | M |
| Non-Career in the Senior Executive Service or Schedule C | N |
| Presidential Appointee | P |
| Presidential Appointee with Senate Confirmation | S |
| Scientific Professional | T |
| First Assistant pursuant to the Federal Vacancies Reform Act | * |

Delegation # 00106
Revision # 09.2

BRIC-AR-000005
ATTACHMENT 1

# DHS ORDERS OF SUCCESSION AND ORDERS FOR DELEGATIONS OF AUTHORITIES

| Annex | Title | Issue Date |
|---|---|---|
| Annex A | Order For Delegation of Authority by the Secretary of the Department of Homeland Security | Revision 09, 09/05/2024 |
| Annex B | Deputy Secretary, Office of the | Revision 09.2, 11/05/2024 |
| Annex C | Citizenship and Immigration Service Ombudsman | Revision 09, 09/05/2024 |
| Annex D | Citizenship and Immigration Services, United States | Revision 09, 09/05/2024 |
| Annex E | Civil Rights and Civil Liberties, Office for | Revision 09, 09/05/2024 |
| Annex F | Coast Guard, United States | Revision 06, 09/14/2016 |
| Annex G | Countering Weapons of Mass Destruction Office | Revision 08.18, 08/22/2024 |
| Annex H | Customs and Border Protection, United States | Revision 09, 09/05/2024 |
| Annex I | Cybersecurity and Infrastructure Security Agency | Revision 09, 09/05/2024 |
| Annex J | Executive Secretariat | Revision 06, 09/14/2016 |
| Annex K | Federal Emergency Management Agency | Revision 09.1, 09/13/2024 |
| Annex L | Federal Law Enforcement Training Centers | Revision 08.18, 08/22/2024 |
| Annex M | General Counsel, Office of the | Revision 08.15, 01/04/2021 |
| Annex N | Immigration and Customs Enforcement, United States | Revision 06, 09/14/2016 |
| Annex O | State and Local Law Enforcement, Office for | Revision 09, 09/05/2024 |
| Annex P | Intelligence and Analysis, Office of | Revision 09, 09/05/2024 |
| Annex Q | Legislative Affairs, Office of | Revision 08.18, 08/22/2024 |
| Annex R | Management Directorate | Revision 09.1, 09/13/2024 |
| Annex S | Homeland Security Situational Awareness, Office of | Revision 09.1, 09/13/2024 |
| Annex T | Partnership and Engagement, Office of | Revision 09, 09/05/2024 |
| Annex U | Strategy, Policy, and Plans, Office of | Revision 09, 09/05/2024 |
| Annex V | Privacy Office, Chief | Revision 08.16, 01/19/2021 |
| Annex W | Public Affairs, Office of | Revision 06, 09/14/2016 |
| Annex X | Science and Technology | Revision 09.1, 09/13/2024 |
| Annex Y | Secret Service, United States | Revision 09, 09/05/2024 |
| Annex Z | Transportation Security Administration | Revision 09, 09/05/2024 |
| Annex AA | Chief Financial Officer (DHS) | Revision 09.1 09/13/2024 |
| Annex AB | Deputy Administrator, Federal Emergency Management Agency (FEMA) | Revision 09.1, 09/13/2024 |
| Annex AC | Resilience (FEMA) | Revision 09.1, 09/13/2024 |
| Annex AD | Chief Information Officer | Revision 08.12, 06/02/2020 |
| Annex AE | Health Security, Office of | Revision 08.18, 08/22/2024 |
| Annex AF | Immigration Detention Ombudsman, Office of | Revision 08.18, 08/22/2024 |

Delegation # 00106
Revision # 09.2

BRIC-AR-000006

ANNEX A

ISSUE DATE:    **9/5/2024**          APPROVAL:    **9/5/2024**

# ORDER OF SUCCESSION FOR THE SECRETARY OF HOMELAND SECURITY

*Pursuant to Title 6, United States Code, Section 113(g)*

1.    Deputy Secretary of Homeland Security,* as required by 6 U.S.C. § 113(a)(1)(A);
2.    Under Secretary for Management, as required by 6 U.S.C. § 113(g)(1);
3.    Commissioner of U.S. Customs and Border Protection;
4.    Administrator of the Federal Emergency Management Agency;
5.    Director, Cybersecurity and Infrastructure Security Agency;
6.    Director of U.S. Citizenship and Immigration Services;
7.    Director of U.S. Immigration and Customs Enforcement;
8.    Director of U.S. Secret Service;
9.    Under Secretary for Strategy, Policy, and Plans;
10.    General Counsel.

A-1

BRIC-AR-000007
ANNEX B
ISSUE DATE: 11/05/2024          APPROVAL: 11/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Deputy Secretary, Office of the** | |
| 1    Deputy Secretary | S |
| 2    Under Secretary for Management* | S |
| 3    Administrator, Transportation Security Administration | S |
| 4    Commissioner, U.S. Customs and Border Protection | S |
| 5    Administrator, Federal Emergency Management Agency | S |
| 6    Director, Cybersecurity and Infrastructure Agency | S |
| 7    Under Secretary, Intelligence and Analysis | S |
| 8    Director, U.S. Citizenship and Immigration Services | S |
| 9    Director, U.S. Immigration and Customs Enforcement | S |
| 10   Director, U.S. Secret Service | P |
| 11   Under Secretary, Office of Strategy, Policy, and Plans | S |
| 12   General Counsel | S |
| 13   Director, Federal Law Enforcement Training Centers | C |
| 14   Region 3 Administrator, Federal Emergency Management Agency | C |

Delegation # 00106
Revision # 09.2

BRIC-AR-000008
ANNEX C
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Citizenship and Immigration Services Ombudsman** | |
| 1    Ombudsman | N |
| 2    Deputy Ombudsman | C |
| 3    Chief of Staff | C |
| 4    Chief of Strategy | C |
| 5    Chief of Policy | C |
| 6    Chief of Casework | C |
| 7    Chief of Public Engagement | C |
| 8    Administrative Officer | C |

Delegation # 00106
Revision # 09

BRIC-AR-000009
ANNEX D
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Citizenship and Immigrations Services, United States** | |
| 1 | Director | S |
| 2 | Deputy Director* | C |
| 3 | Chief Financial Officer | C |
| 4 | Associate Director, Management Directorate | C |
| 5 | Associate Director, Field Operations Directorate | C |
| 6 | Associate Director, Refugee Asylum and International Operations Directorate | C |
| 7 | Associate Director, Service Center Operations Directorate | C |
| 8 | Associate Director, External Affairs Directorate | C |
| 9 | Director, National Benefits Center | C |

Delegation # 00106
Revision # 09

BRIC-AR-000010

ANNEX E
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Civil Rights and Civil Liberties, Officer for | | |
|---|---|---|
| 1 | Civil Rights and Civil Liberties Officer | P |
| 2 | Deputy Officer, Programs and Compliance | C |
| 3 | Deputy Officer, Equal Employment Opportunity Programs | C |
| 4 | Chief of Staff | N |
| 5 | Deputy Chief of Staff | C |
| 6 | Executive Officer | C |

Delegation # 00106
Revision # 09

BRIC-AR-000011

ANNEX F
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| Coast Guard, United States | | |
|---|---|---|
| 1 | Commandant | M |
| 2 | Vice Commandant | M |
| 3-4 | Deputy Commandant for Mission Support or Deputy Commandant for Operations in precedence of their grade | M |
| 5-6 | Other Vice Admirals in precedence of their grade | M |

F-1

Delegation # 00106
Revision # 06

BRIC-AR-000012

ANNEX G
ISSUE DATE: 08/22/2024          APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Countering Weapons of Mass Destruction Office** | | |
| 1 | Assistant Secretary | P |
| 2 | Principal Deputy Assistant Secretary | C |
| 3 | Chief of Staff | C |
| 4 | Deputy Assistant Secretary, Operations Support | C |
| 5 | CWMD Senior Advisor to NORTHCOM | C |

G-1

Delegation # 00106
Revision # 08.18

BRIC-AR-000013

ANNEX H
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Customs and Border Protection, United States | | |
|---|---|---|
| 1 | Commissioner | S |
| 2 | Deputy Commissioner* | C |
| 3 | Chief Operating Officer | C |
| 4 | Executive Assistant Commissioner, Office of Field Operations | C |
| 5 | Chief, United States Border Patrol | C |
| 6 | Executive Assistant Commissioner, Air and Marine Operations | C |
| 7 | Executive Assistant Commissioner, Office of Trade | C |
| 8 | Executive Assistant Commissioner, Operations Support | C |
| 9 | Executive Assistant Commissioner, Enterprise Services | C |
| 10 | Director, Field Operations, New York | C |
| 11 | Chief Patrol Agent, Tucson Sector | C |
| 12 | Director, Field Operations, San Diego | C |

Delegation # 00106
Revision # 09

BRIC-AR-000014
ANNEX I
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

## Cybersecurity and Infrastructure Security Agency

| 1 | Director | S |
|---|---|---|
| 2 | Deputy Director* | N |
| 3 | Executive Director | C |
| 4 | Chief Operating Officer | C |
| 5 | Executive Assistant Director for Cybersecurity | P |
| 6 | Assistant Director for Integrated Operations | C |
| 7 | Executive Assistant Director for Infrastructure Security | P |
| 8 | Executive Assistant Director for Emergency Communications | C |
| 9 | Regional Director for CISA Region 8 | C |

Delegation # 00106
Revision # 09

BRIC-AR-000015

ANNEX J
ISSUE DATE: 9/14/2016          APPROVAL: 9/14/2016

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                      Career Status

| | Executive Secretariat | |
|---|---|---|
| 1 | Executive Secretary | N |
| 2 | Deputy Executive Secretary | C |
| 3 | Assistant Executive Secretary, Briefing Books/Interagency Coordination | C |

Delegation # 00106
Revision # 06

BRIC-AR-000016

ANNEX K

ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Federal Emergency Management Agency** | |

| | Position | Career Status |
|---|---|---|
| 1 | Administrator | S |
| 2 | Deputy Administrator* | S |
| 3 | Deputy Administrator, Resilience | S |
| 4 | Associate Administrator, Office of Response & Recovery | N |
| 5 | Regional Administrator, FEMA Region 6 | C |
| 6 | Regional Administrator, FEMA Region 9 | C |
| 7 | Chief Counsel, FEMA | C |

K-1

BRIC-AR-000017

ANNEX L
ISSUE DATE: 08/22/2024          APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Federal Law Enforcement Training Centers** | | |
| 1 | Director | C |
| 2 | Deputy Director | C |
| 3 | Associate Director, Training Operations | C |
| 4 | Assistant Director, Mission and Readiness Support Directorate | C |
| 5 | Assistant Director, Core Training Operations Directorate | C |
| 6 | Assistant Director, Technical Training Operations Directorate | C |
| 7 | Assistant Director, Training Management Operations Directorate | C |
| 8 | Assistant Director, National Capital Region Training Operations Directorate | C |
| 9 | Assistant Director, Chief Information Officer Directorate | C |
| 10 | Assistant Director, Chief Financial Officer Directorate | C |
| 11 | Chief of Staff | C |

Delegation # 00106
Revision # 08.18

BRIC-AR-000018

ANNEX M
ISSUE DATE: 01/04/2021        APPROVAL: 01/04/2021

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **General Counsel, Office of the** | | |
| 1 | General Counsel | S |
| 2 | Principal Deputy General Counsel* | C |
| 3 | Deputy General Counsel    [Senior ranking by time in position and in DHS][1] | N |
| 4 | Deputy General Counsel    [Senior ranking by time in position and in DHS] | N |
| 5 | Deputy General Counsel    [Senior ranking by time in position and in DHS] | N |
| 6 | Chief of Staff | C |
| 7 | Associate General Counsel, Operations and Enforcement | C |
| 8 | Associate General Counsel, General Law | C |
| 9 | Chief Counsel, Transportation Security Administration | C |
| 10 | Chief Counsel, Federal Law Enforcement Training Center | C |

---

[1] For the Deputy General Counsel positions identified in lines 3-5, seniority is determined by length of time in the position. In the event more than one Deputy General Counsel has the same appointment date, time in service in the Department is the second determining factor for seniority.

Delegation # 00106
Revision # 08.15

BRIC-AR-000019

ANNEX N
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Immigration and Customs Enforcement, United States | |
|---|---|
| 1  Director | S |
| 2  Deputy Director* | C |
| 3  Executive Associate Director, Homeland Security Investigations | C |
| 4  Executive Associate Director, Enforcement and Removal Operations | C |
| 5  Executive Associate Director, Management and Administration | C |
| 6  Principal Legal Advisor | N |
| 7  Special Agent in Charge – Arizona | C |
| 8  Field Office Director – San Antonio | C |

N-1

BRIC-AR-000020

ANNEX O
ISSUE DATE: 09/05/2024        APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **State and Local Law Enforcement, Office for** | |
| 1  Assistant Secretary | N |
| 2  Executive Director | C |
| 3  Director, Partner Engagement | C |

O-1

Delegation # 00106
Revision # 09

BRIC-AR-000021

ANNEX P
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Intelligence and Analysis, Office of** | | |
| 1 | Under Secretary for Intelligence and Analysis/DHS Chief Intelligence Officer | S |
| 2 | Principal Deputy Under Secretary for Intelligence and Analysis* | C |
| 3 | Deputy Under Secretary for Analysis | C |
| 4 | Deputy Under Secretary for Partnerships | C |
| 5 | Deputy Under Secretary for Management | C |
| 6 | Deputy Under Secretary for Collection | C |
| 7 | Director, Southern Division, Field Intelligence Directorate | C |
| 8 | Director, Western Division, Field Intelligence Directorate | C |

Delegation # 00106
Revision # 09

BRIC-AR-000022

ANNEX Q
ISSUE DATE: 08/22/2024          08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| | **Legislative Affairs, Office of** | |
| 1 | Assistant Secretary for Legislative Affairs | P |
| 2 | Deputy Assistant Secretary (Senate) | N |
| 3 | Deputy Assistant Secretary (House) | N |
| 4 | Chief of Staff | N |
| 5 | Director, Headquarters | C |
| 6 | Director, Operational Component Coordination | C |
| 7 | Director, Intelligence, Cyber, and Operations | C |
| 8 | Director, S&T and Senior Legislative Advisor | C |
| 9 | Director, Executive Secretary and Mission Support | C |

Q-1

Delegation # 00106
Revision # 08.18

BRIC-AR-000023

ANNEX R
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|----------|---------------|
| **Management Directorate** | |
| 1.  Under Secretary for Management | S |
| 2.  Deputy Under Secretary for Management* | C |
| 3.  Chief Financial Officer | S |
| 4.  Chief Information Officer | P |
| 5.  Chief Human Capital Officer | C |
| 6.  Chief Procurement Officer | C |
| 7.  Chief Readiness Support Officer | C |
| 8.  Chief Security Officer | C |
| 9.  Chief of Staff | C |
| 10. Director, Federal Protective Service | C |
| 11. Director, Biometric Identity Management | C |
| 12. Executive Director, Program Accountability and Risk Management | C |
| 13  Deputy Director, Federal Law Enforcement Training Centers | C |
| 14. Assistant Director, Mission and Readiness Support Directorate, FLETC | C |

R-1

BRIC-AR-000024

ANNEX S
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Homeland Security Situational Awareness, Office of** | |
| 1.   Director | C |
| 2.   Deputy Director | C |
| 3.   Chief of Staff | C |
| 4.   Integration Division Director | C |
| 5.   National Operations Center (NOC) Director | C |
| 6.   Mission Support Director | C |
| 7.   Integration Division Deputy Director | C |
| 8.   NOC Deputy Director | C |
| 9.   Engagement Director | C |
| 10.  NOC Duty Director [Senior ranking by time in position and in DHS][1] | C |

S-1

---

[1] For the NOC Duty Director positions identified in line 10, seniority is determined by length of time in the position. In the event more than one NOC Duty Director has the same appointment date, time in service in the Department is the second determining factor for seniority

BRIC-AR-000025

ANNEX T
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Partnership and Engagement, Office of** | |
| 1    Assistant Secretary | N |
| 2    Principal Deputy Assistant Secretary | N |
| 3    Deputy Assistant Secretary, Intergovernmental Affairs | N |
| 4    Deputy Assistant Secretary, Private Sector Office | N |
| 5    Chief of Staff | N |
| 6    Executive Director, Social Impact and Campaigns | C |

Delegation # 00106
Revision # 09

BRIC-AR-000026

ANNEX U

ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | | Career Status |
|---|---|---|
| **Strategy, Policy, and Plans, Office of** | | |
| 1 | Under Secretary | S |
| 2 | Deputy Under Secretary* | C |
| 3 | Assistant Secretary for Counterterrorism, Threat Prevention and Law Enforcement Policy | N |
| 4 | Assistant Secretary for International Affairs | N |
| 5 | Assistant Secretary for Border and Immigration | N |
| 6 | Assistant Secretary for Cyber, Infrastructure, Risk, and Resilience | N |
| 7 | Assistant Secretary for Trade and Economic Security | P |
| 8 | Principal Deputy Assistant Secretary for Counterterrorism, Threat Prevention and Security Policy | N |
| 9 | Deputy Assistant Secretary for International Affairs (Eastern Hemisphere) | C |
| 10 | Chief of Staff | N |

Delegation # 00106
Revision # 09

BRIC-AR-000027

ANNEX V
ISSUE DATE: 06/02/2020          APPROVAL: 06/02/2020

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                                Career Status

| Privacy Officer, Chief | |
| --- | --- |
| 1    Chief Privacy Officer/Chief Freedom of Information Act Officer | N |
| 2    Deputy Chief Privacy Officer | C |
| 3    Deputy Chief Freedom of Information Act Officer | C |
| 4    Chief of Staff | C |

V-1

Delegation # 00106
Revision # 08.12

BRIC-AR-000028
ANNEX W
ISSUE DATE: 01/19/2021          APPROVAL: 01/19/2021

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Public Affairs, Office of** | |
| 1    Assistant Secretary | P |
| 2    Principal Deputy Assistant Secretary | N |
| 3    Deputy Assistant Secretary for Media Operations/Press Secretary | N |
| 4    Deputy Assistant Secretary for Strategic Communications | N |
| 5    Chief of Staff | C |

Delegation # 00106
Revision # 08.16

BRIC-AR-000029

ANNEX X
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

## Science and Technology

| 1 | Under Secretary for Science & Technology | S |
|---|---|---|
| 2 | Deputy Under Secretary for Science & Technology* | C |
| 3 | Chief of Staff | N |
| 4. | Director, Office of Strategy and Policy | C |
| 5 | Executive Director, Office of Enterprise Services | C |
| 6 | Executive Director, Office of Innovation & Collaboration | C |
| 7 | Executive Director, Office of Science & Engineering | C |
| 8 | Executive Director, Office of Mission & Capability Support | C |
| 9 | Director, Plum Island Animal Disease Center | C |
| 10 | Principal Director, Office of Enterprise Services | C |
| 11 | Principal Director, Office of Innovation & Collaboration | C |
| 12 | Principal Director, Office of Science & Engineering | C |

Delegation # 00106
Revision # 09.1

BRIC-AR-000030

ANNEX Y
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| | Position | Career Status |
|---|---|---|
| **Secret Service, United States** | | |
| 1 | Director | P |
| 2 | Deputy Director | C |
| 3 | Chief Operating Officer | C |
| 4 | Directorate Head - Protective Operations | C |
| 5 | Directorate Head - Investigations | C |
| 6 | Directorate Head - Intergovernmental and Legislative Affairs | C |
| 7 | Directorate Head - Professional Responsibility | C |
| 8 | Directorate Head - Strategic Intelligence and Information | C |
| 9 | Directorate Head - Training | C |
| 10 | Chief - Uniformed Division | C |
| 11 | Directorate Head –Technical Development and Mission Support | C |
| 12 | Chief Counsel | C |
| 13 | Directorate Head – Office of the Chief Financial Officer | C |
| 14 | Directorate Head – Human Resources | C |
| 15 | Directorate Head – Office of the Chief Information Officer | C |
| 16 | Directorate Head – Strategy, Planning, and Innovation | C |
| 17 | Deputy Directorate Head - Protective Operations | C |
| 18 | Deputy Directorate Head - Investigations | C |
| 19 | Deputy Directorate Head - Intergovernmental and Legislative Affairs | C |
| 20 | Deputy Directorate Head -  Human Resources | C |
| 21 | Deputy Directorate Head - Professional Responsibility | C |
| 22 | Deputy Directorate Head - Strategic Intelligence and Information | C |
| 23 | Deputy Directorate Head - Training | C |
| 24 | Deputy Chief Counsel | C |
| 25 | Deputy Directorate Head – Office of the Chief Financial Officer | C |
| 26 | Deputy Directorate Head – Office of the Chief Information Officer | C |
| 27 | Deputy Directorate Head - Strategy, Planning, and Innovation | C |
| 28 | Deputy Directorate Head - Technical Development and Mission Support | C |
| 29 | Special Agent in Charge - Washington | C |
| 30 | Special Agent in Charge - New York | C |
| 31 | Special Agent in Charge - Miami | C |
| 32 | Special Agent in Charge - Los Angeles | C |

Delegation # 00106
Revision # 09

BRIC-AR-000031

ANNEX Z
ISSUE DATE: 09/05/2024          APPROVAL: 09/05/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Transportation Security Administration** | |
| 1   Administrator | S |
| 2   Deputy Administrator* | P |
| 3   Chief of Staff | N |
| 4   Executive Assistant Administrator, Security Operations | C |
| 5   Executive Assistant Administrator, Operations Support | C |
| 6   Executive Assistant Administrator, Law Enforcement/Federal Air Marshal Service | C |
| 7   Executive Assistant Administrator, Enterprise Support | C |
| 8   Federal Security Director, Atlanta International Airport | C |
| 9   Federal Security Director, Phoenix Sky Harbor International Airport | C |

Delegation # 00106
Revision # 09

BRIC-AR-000032

ANNEX AA
ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Position | Career Status |
|---|---|
| **Chief Financial Officer, Office of the** | |
| 1.  Chief Financial Officer | S |
| 2.  Deputy Chief Financial Officer* | C |
| 3.  Director, Office of Financial Management | C |
| 4.  Director, Budget | C |
| 5.  Deputy Director, Budget | C |
| 6.  Director, Office of Financial Operations | C |
| 7.  Assistant Director/Chief Financial Officer, FLETC | C |

AA-1

Delegation # 00106
Revision # 09.1

BRIC-AR-000033

ANNEX AB

ISSUE DATE: 09/13/2024          APPROVAL: 09/13/2024

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

Position                                                                  Career Status

| | Deputy Administrator, Federal Emergency Management Agency (FEMA) | |
|---|---|---|
| 1 | Deputy Administrator, FEMA | S |
| 2 | Deputy Administrator, Resilience* | S |
| 3 | Regional Administrator, FEMA Region 3 | C |
| 4 | Chief Financial Officer, Office of the Chief Financial Officer | C |
| 5 | Associate Administrator, Mission Support | C |
| 6 | Associate Administrator, Office of Policy and Program Analysis | C |

AB-1

Delegation # 00106
Revision # 09.1

**DESIGNATION OF FIRST ASSISTANTS FOR NON-COMPONENT HEAD PRESIDENTIAL APPOINTEES WITH SENATE CONFIRMATION POSITIONS**

| Position | | Career Status |
|---|---|---|
| **Resilience (FEMA)** | | |
| 1 | Deputy Administrator, Resilience | S |
| 2 | Associate Administrator, Office of Resilience* | N |
| 3 | Deputy Associate Administrator, Resilience | C |
| 4 | Assistant Administrator, Grant Programs Directorate | P |
| 5 | Assistant Administrator, National Preparedness Directorate | C |
| 6 | Deputy Regional Administrator, Region 4 | C |

AC-1

BRIC-AR-000035

ANNEX AD
ISSUE DATE: 06/02/2020        APPROVAL: 06/02/2020

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

Position                                                    Career Status

| **Chief Information Officer** | |
|---|---|
| 1    Chief Information Officer | P |
| 2    Deputy Chief Information Officer | C |
| 3    Executive Director, Information Technology Operations | C |
| 4    Chief Information Security Officer | C |
| 5    Executive Director, Solutions Development | C |
| 6    Chief Information Officer, FLETC's | C |
| 7    Deputy Chief Information Officer, FLETC's | C |

AD-1

Delegation # 00106
Revision # 08.12

BRIC-AR-000036
ANNEX AE
ISSUE DATE: 08/22/2024        APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Health Security, Office of | |
|---|---|
| 1. | Chief Medical Officer and Director | P |
| 2. | Deputy Chief Medical Officer and Deputy Director | C |
| 3. | Chief of Staff | C |
| 4. | Assistant Director, Health, Food and Agriculture Resilience Directorate | C |
| 5. | Assistant Director, Total Workforce Protection Directorate | C |
| 6. | Chief Medical Information Officer | C |
| 7. | Senior Medical Officer (Region IX) | C |

AE-1

BRIC-AR-000037

ANNEX AF
ISSUE DATE: 08/22/2024        APPROVAL: 08/22/2024

# DHS ORDERS OF SUCCESSION AND
# ORDERS FOR DELEGATIONS OF AUTHORITIES

| Immigration Detention Ombudsman, Office of | | |
|---|---|---|
| 1 | Ombudsman | N |
| 2 | Deputy Ombudsman | C |
| 3 | Chief of Staff | C |
| 4 | Senior Advisor | L |
| 5 | Director Case Management | C |
| 6 | Director Detention Oversight | C |
| 7 | Deputy Chief of Staff | C |

AF-1

Delegation # 00106
Revision # 08.18

BRIC-AR-000038

**U.S. Department of Homeland Security**
Washington, DC  20472



April 2, 2025

MEMORANDUM FOR:    Christopher Logan
Senior Official Performing the Duties of the Deputy Administrator for
Resilience

FROM:    Cameron Hamilton
Senior Official Performing the Duties of the Administrator

SUBJECT:    Future of the Building Resilient Infrastructure and Communities
(BRIC) Program

_____

Following the Administration's direction, FEMA is working to enhance the national security and resilience of our state, local, tribal and territorial partners, and to implement the principles of cost efficiency and commonsense to our approaches and investments.  As we pursue this, we are evaluating all existing grants and their priorities, scope, and implementation timelines for consistency with the Department of Homeland Security (DHS) and Administration's direction and guidance.

Further, FEMA is working to identify how grants can accomplish the new priorities most effectively and efficiently. Building Resilient Infrastructure and Communities (BRIC) grants have not increased the level of hazard mitigation as much as desired, and may supplant state, local, tribal and territorial capital investment planning.  With that in mind, I am providing new direction for the BRIC Program as outlined below.

FEMA will cancel the FY24 Notice of Funding Opportunity (NOFO) for the BRIC grant program.

For BRIC projects selected or underway that are funded under the Infrastructure Investment and Jobs Act (IIJA) or the Disaster Relief Fund (DRF), FEMA will:

▪ Not award the BRIC projects selected but not yet awarded across all fiscal years.
▪ Not grant any additional period of performance extensions on any BRIC projects, without my prior approval.
▪ Complete a program review on partially completed and fully obligated BRIC projects. Resilience will provide the Senior Official Performing the Duties of the Administrator with courses of action and a recommendation on future activities for these projects based on an analysis of the information collected through the program review.
▪ For partially completed projects, the review shall include information on the period of performance end date, obligation and unliquidated obligation, and description of the work yet to

be completed.  I am directing that further obligations for this class of projects only support pre-construction activities.

- ▪ For fully obligated projects, the review shall include information on the period of performance end date and obligated amount.  As noted above, no additional extensions beyond the current period of performance end date should be granted without my prior approval.
- ▪ Halt the obligation of all management costs and review the status of management cost requirements in line with the project review specified above, with remaining funds deobligated except those required to manage partially or fully obligated projects.

BRIC-AR-000040                                          **U.S. Department of Homeland Security**
                                                        Washington, DC  20472



April 2, 2025

MEMORANDUM FOR:     Christopher Logan
                    Senior Official Performing the Duties of the Deputy Administrator for
                    Resilience

FROM:               Cameron Hamilton
                    Senior Official Performing the Duties of the Administrator

SUBJECT:            Future of the Building Resilient Infrastructure and Communities
                    (BRIC) Program

_____

Following the Administration's direction, FEMA is working to enhance the national security and
resilience of our state, local, tribal and territorial partners, and to implement the principles of cost
efficiency and commonsense to our approaches and investments.  As we pursue this, we are
evaluating all existing grants and their priorities, scope, and implementation timelines for
consistency with the Department of Homeland Security (DHS) and Administration's direction and
guidance.

Further, FEMA is working to identify how grants can accomplish the new priorities most effectively
and efficiently. Building Resilient Infrastructure and Communities (BRIC) grants have not increased
the level of hazard mitigation as much as desired, and may supplant state, local, tribal and territorial
capital investment planning.  With that in mind, I am providing new direction for the BRIC Program
as outlined below.

FEMA will cancel the FY24 Notice of Funding Opportunity (NOFO) for the BRIC grant program.

For BRIC projects selected or underway that are funded under the Infrastructure Investment and Jobs
Act (IIJA) or the Disaster Relief Fund (DRF), FEMA will:

- Not award the BRIC projects selected but not yet awarded across all fiscal years.
- Not grant any additional period of performance extensions on any BRIC projects, without my
  prior approval.
- Complete a program review on partially completed and fully obligated BRIC projects. Resilience
  will provide the Senior Official Performing the Duties of the Administrator with courses of
  action and a recommendation on future activities for these projects based on an analysis of the
  information collected through the program review.
- For partially completed projects, the review shall include information on the period of
  performance end date, obligation and unliquidated obligation, and description of the work yet to

be completed.  I am directing that further obligations for this class of projects only support pre-construction activities.

- For fully obligated projects, the review shall include information on the period of performance end date and obligated amount.  As noted above, no additional extensions beyond the current period of performance end date should be granted without my prior approval.
- Halt the obligation of all management costs and review the status of management cost requirements in line with the project review specified above, with remaining funds deobligated except those required to manage partially or fully obligated projects.

BRIC-AR-000042

*FEMA External Affairs Guidance – April 4, 2025*

# FEMA Cancels Building Resilient Infrastructure and Communities Fiscal Year 2024 Funding Opportunity and will End the Program

Following the Administration's and the Department of Homeland Security's direction, FEMA is working to enhance the national security and resilience of its state, local, tribal and territorial partners and to implement the principles of cost efficiency and commonsense to the agency's approaches and investments.

FEMA is evaluating all existing grants, their priorities, scope, and timelines for implementation and consistency with the Department of Homeland Security and Administration's direction and guidance.  FEMA is working to identify how grants can accomplish new priorities most effectively and efficiently.

On April 2, 2025, the Senior Official Performing the Duties of FEMA Administrator directed the agency to cancel the Fiscal Year 2024 funding opportunity which also ends the BRIC Direct Technical Assistance efforts for local communities and tribes.  In addition, FEMA is conducting analysis to end the BRIC program and is reviewing fully and partially obligated funding for Fiscal Years 2020-2023.

## FEMA Points of Contact

## Office of External Affairs

- Renita Hosler, Mitigation Communications Advisor, renita.hosler@fema.dhs.gov
- Brooks Rice, Mitigation Communications Advisor, john.rice@fema.dhs.gov
- Cole Baker, Congressional Affairs Specialist, cole.baker@fema.dhs.gov
- Hallie Anderson, Congressional Affairs Specialist, hallie.anderson@fema.dhs.gov
- Denver Applehans, Intergovernmental Affairs Specialist, Denver.applehans@fema.dhs.gov



External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance
BRIC-AR-000043

# Office of the Chief Financial Officer

- LaTonya Turner, Branch Chief, External Coordination, LaTonya.Turner@fema.dhs.gov

# Contents

## Media Guidance

Refer all national media outlets to the FEMA National Press Office: (202) 646-3272.

## Products and Intended Audience

**Table 1: Products and Audience**

| Products | Audience |
|---|---|
| Key Messages, Talking Points, Stakeholder Advisory, FEMA Bulletin, Web Content | - Congressional<br>- Intergovernmental<br>- Stakeholders<br>- Public via Fema.gov |

## Rollout Timeline

**Table 2:  Calendar Timeline of Actions to Complete. All times are Eastern Standard Time**

| Date | Action | Lead |
|---|---|---|
| April 2, 2025 | Directive Distributed to Senior Official Performing the Duties of Deputy Administrator for Resilience to Cancel Fiscal Year 2024 funding opportunity and end the BRIC program | Office of the Administrator |
| April 3, 2025 | Email to FEMA Region Administrators | Deputy Administrator for Resilience |
| April 4, 2025 | Update web content on FEMA.gov (requires decoupling from Flood Mitigation Assistance materials) | Office of External Affairs |
| April 4, 2025 2 p.m. | Email stakeholder advisory to Appropriators to:<br>- Senate Appropriations Committee<br>- House Appropriations Committee | OCFO-External Coordination |

External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance
BRICAR-000044

| Date | Action | Lead |
|------|--------|------|
| April 4, 2025<br>2:15 p.m. | Email stakeholder advisory to Authorizers to:<ul><li>House Financial Services Committee</li><li>Senate Banking Committee</li><li>Homeland Security Governmental Affairs Committee</li><li>House Transportation and Infrastructure Committee</li><li>Committee on Homeland Security</li></ul> | Office of External Affairs – Congressional Affairs |
| April 4, 2025<br>2:30 p.m. | Email stakeholder advisory to:<ul><li>Big City Emergency Managers</li><li>International Association of Emergency Managers</li><li>National Association of Counties</li><li>National Conference of State Legislatures</li><li>National Emergency Management Association</li><li>National Governors Association</li><li>National League of Cities</li><li>U.S. Conference of Mayors</li><li>U.S. Chamber of Commerce</li></ul> | Office of External Affairs-Intergovernmental Affairs |
| April 4, 2025<br>2:30 p.m. | Email stakeholder advisory to:<br>State Emergency Management Offices | FEMA Regional Offices |
| April 4, 2025<br>2:30 p.m. | Email stakeholder advisory to:<ul><li>National Rural Economic Development Association</li><li>National Association of Towns and Townships</li><li>Rural Coalition</li><li>Rural Local Initiatives Support Initiative</li><li>Small Business Administration</li><li>U.S. Department of Agriculture Rural Development</li></ul> | Office of External Affairs – Intergovernmental Affairs – Small State and Rural Advocate |

External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance

BRIC-AR-000043

| Date | Action | Lead |
|---|---|---|
| April 4, 2025<br>2:30 p.m. | Email stakeholder advisory to:<br>■  Association of Village Council Presidents<br>■  Bureau of Indian Affairs<br>■  Great Plains Tribal Chairman's Association<br>■  Inter-Tribal Emergency Management Coalition<br>■  National Congress of American Indians<br>■  National Tribal Emergency Management Association<br>■  United South & Eastern Tribes<br>■  Eight Northern Indian Pueblos Council<br>■  Midwest Alliance of Sovereign Tribes<br>■  Southern California Tribal Emergency Managers Group | Office of External Affairs – Tribal Affairs |
| April 4, 2025<br>By 3:15 p.m. | Email stakeholder advisory to:<br>All Congressional Offices | Office of External Affairs – Congressional Affairs |
| April 4, 2025<br>3:30 p.m. | Distribute News Release<br>Time is dependent on DHS approval | Office of External Affairs |
| Week of April 7 | FEMA Bulletin | Office of External Affairs |
| Week of April 7 | Hazard Mitigation Assistance<br>Special Announcement | Resilience – Hazard Mitigation Assistance |

## Products

**KEY MESSAGES**

■  Following the Administration's and the Department of Homeland Security's direction, FEMA is working to enhance the national security and resilience of its state, local, tribal and territorial partners and to implement the principles of cost efficiency and commonsense to the agency's approaches and investments.

■  The agency is evaluating all existing grants, and their priorities, scope, and timelines for implementation and consistency with the Department of Homeland Security and Administration's direction and guidance.

■  On April 2, FEMA cancelled the FY 2024 Building Resilient Infrastructure and Communities Notice of Funding Opportunity (funding opportunity). FEMA will also end this current grant program.  In addition, all BRIC subapplications from Fiscal Years 2020-2023 will be cancelled if grant funds have not been obligated.

■  As the current BRIC program ending, all funds not obligated through the national competition, state and territorial allocations, tribal set-aside and Building Codes set-aside will remain in the Disaster Relief Fund. FEMA

External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance
BRIC-AR-006046

estimates that this will be more than $3.6 billion to assist with disaster response and recovery to communities and disaster survivors.

- In addition, FEMA estimates an additional $849 million from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or will be reapportioned by Congress at the end of this fiscal year.

- Since 2020, another part of this funding opportunity included the BRIC Direct Technical Assistance, which assisted local communities and tribes, will end as well.

- More than $1 billion has been obligated since the first BRIC grant cycle was announced in Fiscal Year 2020.This includes nearly $882 million from the 6% set-aside in the Disaster Relief Fund for grants and nearly $133 million from Infrastructure Investment and Jobs Act funding.

## TALKING POINTS

- Announced in early January 2025, the recent BRIC funding opportunity for Fiscal Year 2024 announced $750 million available for projects that protect people and infrastructure from natural hazards. Approximately $200 million of the amount came from the Infrastructure Investment and Jobs Act also referred to as the Bipartisan Infrastructure Law.

- The FY 2024 grant funding opportunity is ended. Applications submitted by states, tribes, territories and local governments will not be reviewed and no funds will be awarded.

- FEMA is working to identify how grants can accomplish the new Administration priorities most effectively and efficiently to support states and local communities in disaster planning, response and recovery.

- BRIC grants have not increased the level of hazard mitigation as much as desired and may supplant state, local tribal and territorial capital investment planning.

- In the four years of BRIC funding opportunities from Fiscal Years 2020-23, FEMA allocated and set aside nearly $600 million for states, tribes and territories for eligible capacity and capability grants such as creating a new or updating a mitigation plan, creating a project scoping plan for future funding, or Building Codes activities as well as projects that reduce risk to natural hazards and their effects.

- FEMA launched the BRIC Direct Technical Assistance initiative in 2020. FEMA Regions have assisted more than 167 communities and tribes with BRIC Direct Technical Assistance to submit a future application for grant funding.  Any work in progress with a community or tribe will conclude.

- Any funds not obligated for these selected eligible activities from will remain in the Disaster Relief Fund or be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal cycle.

- Examples of FEMA eligible activities that may receive future grant funds include the repair and restoration of qualifying damaged public infrastructure after a disaster, hazard mitigation assistance, financial assistance to

External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance
BRIC-AR-008047

eligible disaster survivors and Fire Management Assistance Grants for qualifying large forest or grassland wildfires.

- In addition, nearly $849 million in unobligated Investment Infrastructure and Jobs Act funds will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year.

## Outstanding BRIC Projects

- For projects selected for BRIC as of April 2, 2025, FEMA is implementing the following actions:

- Cancel all of the BRIC subapplications selected but not obligated across all fiscal years. This includes project types such as safe rooms and shelters, flood reduction, phased infrastructure, hazard mitigation plans, project scoping plans utility and infrastructure protection and wildfire management.

- Not approve any additional period of performance extensions on any BRIC projects without the FEMA Administrator's prior approval.

  o Through the regional offices, FEMA will review partially completed projects with grant recipients and collect information on the period of performance end date, amounts obligated and paid to the recipients and description of the work yet to be completed. For this class of projects, FEMA will coordinate with the recipients to request a detailed status of each project. In addition, progression to phase 2 will not be authorized.

  o For fully obligated projects, FEMA will collect information on the period of performance end date and obligated amount. No additional extensions beyond the current period of performance end date should be granted without the FEMA Administrator's prior approval.

- FEMA will end the obligation of all management costs and review the status of management cost requirements in line with the project review specified above. Remaining management cost funds may be de-obligated except those required to manage continuing partially or fully obligated projects.

- Of the BRIC grant cycles, there are 694 projects selected that either did not receive an initial obligation or are currently partially obligated. FEMA expects to retain $3.6 billion in unobligated funds from these subgrants. These funds will be retained in the Disaster Relief Fund to assist with disaster response and recovery to communities and survivors. The remaining funds will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year.

  • These states -- California, Florida, New York, North Carolina and Texas -- have a BRIC selected project of $38 million or more. In total, these $1.1 billion projects will not be awarded and the funds will be retained in the Disaster Relief Fund.

  • There will be unfinished projects got which states, tribes, territories and communities will have to secure alternative funding.

External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance
BRIC-AR-000048

- It is anticipated that most construction projects will proceed. Phased projects where Phase 1 has been awarded by FEMA will be most impacted as they will progress to the next Phase 1 milestone and end. No additional funding will be awarded for these projects to proceed through construction and closeout.

## Overview and Future of BRIC

- BRIC was an annual grant program created by the Disaster Recovery Reform Act of 2018. It funds mitigation projects using a 6% set-aside of Disaster Relief Fund spending. Additionally, the Bipartisan Infrastructure Law provided $1 billion for the BRIC grant program through 2026.

- With the Building Resilient Infrastructure and Communities program ending, FEMA leadership has instructed the agency to no longer set-aside 6% from the Disaster Relief Fund.  These additional funds will be available to support ongoing response and recovery operations.

- No additional BRIC funding opportunities will occur annually.

## Email to be Distributed to Regional Administrators on Thursday April 3

(include copy of the April 2 memo)

Good afternoon.

On April 2, Cameron Hamilton, the Senior Official Performing the Duties of the FEMA Administrator, issued the attached directive regarding the Building Resilient Infrastructure and Communities grant program.

Accordingly, and effective immediately, the BRIC Fiscal Year 2024 funding opportunity and BRIC Direct Technical Assistance opportunities are cancelled.  The April 18 deadline for application submission by states, tribes, territories and local governments is no longer in effect and there will be no selections or funding awards for the FY 2024 grant cycle. BRIC Direct Technical Assistance will end and no further support will be provided to participating tribes and local communities.

The attached directive outlines the next steps, which include a requirement for a review of fully obligated and partially obligated projects from all four grant years (2020-23), a determination of periods of performance on those projects, a prohibition on period of performance extensions, and a review of management costs and an alignment of those costs with the status of associated projects.

In addition, Assistant Administrator for Mitigation Derrick Hiebert will be reaching out to the Regional Mitigation Division Directors today to discuss the contours of a future mitigation program that is more streamlined, more responsive to state and local needs, less expensive to manage, and requires a smaller federal footprint. I appreciate in advance your teams' engagement in those conversations.

Thank you.

Christopher P. Logan

External Affairs Guidance to Stop the BRIC Program and BRIC Direct Technical Assistance

BRIC-AR-000043

Senior Official Performing the Duties of the Deputy Administrator

**STAKEHOLDER ADVISORY AND FEMA BULLETIN**

### FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natural Disasters

FEMA is ending the Building Resilient Infrastructure and Communities (BRIC) program and canceling all BRIC applications from Fiscal Years 2020-2023. If grant funds have not been distributed to states, tribes, territories, and local communities, funds will be immediately returned either to the Disaster Relief Fund or the U.S. Treasury.

Under Secretary Noem, DHS is eliminating waste, fraud and abuse.

The BRIC program was yet another example of a wasteful and ineffective FEMA program. It was more concerned with political agendas than helping Americans affected by natural disasters. Under Secretary Noem's leadership, we are committed to ensuring that Americans in crisis can get the help and resources they need.

Approximately $882 million of funding from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications. FEMA estimates more than $3.5 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors.

Ending this program will help ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction and best support states and local communities in disaster planning, response and recovery.

BRIC-AR-000050

# FEMA Ends Wasteful, Politicized Grant Program, Returning Agency to Core Mission of Helping Americans Recovering from Natural Disasters

**Release Date: April 4, 2025**

*Under Secretary Noem, DHS is eliminating waste, fraud and abuse*

WASHINGTON -- FEMA is ending the Building Resilient Infrastructure and Communities (BRIC) program and canceling all BRIC applications from Fiscal Years 2020-2023. If grant funds have not been distributed to states, tribes, territories and local communities, funds will be immediately returned either to the Disaster Relief Fund or the U.S. Treasury.

Statement Attributable to a FEMA Spokesperson:

"The BRIC program was yet another example of a wasteful and ineffective FEMA program. It was more concerned with political agendas than helping Americans affected by natural disasters. Under Secretary Noem's leadership, we are committed to ensuring that Americans in crisis can get the help and resources they need."

Approximately $882 million of funding from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications. FEMA estimates more than $3.6 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors.

Ending this program will help ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction and best support states and local communities in disaster planning, response and recovery.



Page printed at fema.gov/press-release/20250404/fema-ends-wasteful-politicized-grant-program-returning-agency-core-mission

04/22/2025

BRIC-AR-000051

**U.S. Department of Homeland Security**
Washington, DC 20472



April 8, 2025

DECISION

| | |
|---|---|
| **MEMORANDUM FOR:** | Cameron Hamilton<br>Senior Official Performing the Duties of the Administrator |
| **THROUGH:** | Christopher P. Logan    CHRISTOPHER P LOGAN    Digitally signed by CHRISTOPHER P LOGAN<br>Date: 2025.04.09 11:54:59 -04'00'<br>Senior Official Performing the Duties of Deputy Administrator for Resilience |
| **FROM:** | DERRICK C HIEBERT    Digitally signed by DERRICK C HIEBERT<br>Date: 2025.04.09 11:50:00 -04'00'<br>Derrick Hiebert<br>Assistant Administrator, Hazard Mitigation Directorate |
| **SUBJECT:** | **Building Resilient Infrastructure and Communities Decision Memo** |

---

**Purpose:** This memorandum provides for your consideration Courses of Action (COA) for projects awarded under the Building Resilient Infrastructure and Communities (BRIC) grant program.

**Timeliness:** Seeking a decision by April 11, 2025.

**Background:** Senior Official Performing the Duties of the Administrator (SOPDOA) requested a memorandum providing data on partially and fully obligated projects to inform future decision making, as well as COAs for processing partially and fully obligated projects. The COAs are categorized as follows:

- ○ ███████████████████████████████████████████████

- ○ **COA 2**: Allows projects that have been fully obligated and begun construction to continue through full project milestones and executions. Partially obligated subgrants will continue on a hybrid approach based off coordinated efforts between regions and recipients. No additional funding would be authorized under this COA.

- ○ ███████████████████████████████████████████████

Upon selection of a COA, the Hazard Mitigation Directorate will provide an implementation plan to the FEMA SOPDOA.

BRIC-AR-000052

Building Resilient Infrastructure and Communities Decision Memo
Page 2

**Attachment 1 - BRIC Projects in Progress & Summary of Awards:** Please see the accompanying spreadsheet for all data on partially and fully obligated projects.



**Course of Action 2 (COA 2):**

Allows fully obligated projects that have started construction to finish and expend all funds. Fully obligated projects that have not started construction will be terminated. For phased projects, Regions will work with recipients to get a detailed status of each project and will

BRIC-AR-000053
Building Resilient Infrastructure and Communities Decision Memo
Page 3

terminate phase 1 awards prior to phase 2. For each of these projects, there are three options that can be selected based on project progress:

1. End the project after completion of the full phase 1 scope,
2. Finish phase 1 up to 60% of the design, or
3. Work with the FEMA Region to finish the next agreed step (e.g.: completing design work).

No project deadlines will be extended unless the FEMA Administrator/SOPDOA approves. FEMA will also obligate management costs associated with obligated projects.

- **Fully Obligated Awards: 993 projects representing $802 Million Obligated**
- **Partially Obligated Awards: 79 projects totaling $124 Million in actual obligations**
- **Risk(s):**
    o States would not be able to complete a large number of projects within their communities, leaving projects unfunded and natural hazard risk reduction would not be achieved.
    o Impacts to 79 partially obligated subawards with $1.1 billion in currently unobligated funding.
    o Value of remaining work for phase 1 activities will not be known until all states have been contacted.
- **Implementation Timeline**:
    o The development and distribution of notification letters are to be issued by Tuesday April 15. This will include letters to all Applicants, Recipients, subapplicants, and subrecipients. This effort could result in the generation of more than 1,000 letters for signature and distribution.
    o Risks:
        ▪ Ensuring completion by target deadline will require coordination with OCC, OPPA, OEA (TRIAD).
        ▪ Resources available to support fielding questions and stakeholder needs throughout the closing of the BRIC program.

**Attachment 2 - BRIC Summary Table:** Please see the accompanying spreadsheet for summary data on current subgrant Period of Performance in relation to subgrant Obligation dates.

BRIC-AR-000054

Building Resilient Infrastructure and Communities Decision Memo
Page 4



Figure 2 (*Recipients with Partially Approved Projects*) shows recipients with partially approved subgrants that would be affected by implementation of COA 2. This affects 79 subgrants total across the communities shown.



BRIC-AR-000055
Building Resilient Infrastructure and Communities Decision Memo
Page 5



**Recommendation:** The Hazard Mitigation Directorate recommends Course of Action 2 (COA 2), which would minimize disruption to state partners and allow recouping of some unobligated federal funds.

Approve/date_____    Disapprove/date_____

Modify/date _____    Needs discussion/date_____

BRIC-AR-000056

**FEMA Redirects Funding to Advance More Effective Disaster Planning for American Communities**

*Decision to End Building Resilient Infrastructure and Communities Program Aligns with Administration Priorities to Achieve More Efficient Use of Tax Dollars*

WASHINGTON –FEMA will cancel the Fiscal Year 2024 Building Resilient Infrastructure and Communities (BRIC) funding opportunity and end the four-year-old program.

In addition, FEMA will cancel all BRIC applications from Fiscal Years 2020-2023. If grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury. More than $1 billion has been obligated since the first BRIC grant cycle was announced for Fiscal Year 2020.

FEMA estimates more than $2.5 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors. In addition, approximately $895 million of funding from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 law made $1 billion available for BRIC over five years, $134 million to date has been provided for about 450 applications.

These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction and best support states and local communities in disaster planning, response and recovery.

BRIC has not increased the level of hazard mitigation as much as DHS and the Administration desire. FEMA remains committed to identify how funding can help improve disaster planning, response and recovery more effectively and efficiently. The program resulted in a lack of concrete results and a majority of funding being awarded to only a few states.

The redirected funding may instead be used for expenses following a presidentially declared disaster or other qualifying event. Eligible expenses may include repair and restoration of qualifying damaged public infrastructure, the Hazard Mitigation Grant Program, financial assistance to disaster survivors and Fire Management Assistance Grants for qualifying large forest or grassland wildfires.

The decision to cancel BRIC followed a review of all existing grant programs to ensure they align with the direction of the Department of Homeland Security and the Administration.

Announced in early January 2025, the recent BRIC funding opportunity for Fiscal Year 2024 announced $750 million. Also, $200 million of the amount came from the Infrastructure Investment and Jobs Act also known as the Bipartisan Infrastructure Law.

For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across all fiscal years. This includes project types such as safe rooms and shelters, flood reduction, phased infrastructure, hazard mitigation plans, project scoping plans utility and infrastructure protection and wildfire management.

BRIC-AR-000057

The agency's regional offices will review partially completed projects to identify a period of performance end date to determine when funding ceases. Construction projects that have not begun will not proceed using BRIC funding.

Now that the program is concluding, no applications submitted for the fiscal year 2024 grant cycle will be reviewed and no funds will be awarded. FEMA will also end the BRIC Direct Technical Assistance.  This assistance helped communities and tribes identify mitigation needs and develop tools to apply for BRIC funding.

The annual grant program was created by the Disaster Recovery Reform Act of 2018. It funded mitigation projects using up to a 6% set-aside from the Disaster Relief Fund after a major disaster declaration and also included an additional $1 billion over five years provided by the Infrastructure Investment and Jobs Act.

BRIC-AR-000058

*FEMA Advisory – April 16, 2025*

# Update on FEMA Ending the Building Resilient Infrastructure and Communities Program

On April 4, FEMA announced that it is ending the Building Resilient Infrastructure and Communities Program (BRIC).  These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction.

As the program is concluding, the Fiscal Year 2024 BRIC funding opportunity is cancelled, no applications submitted will be reviewed and no funds will be awarded.

In addition, for all BRIC applications from Fiscal Years 2020-2023, if grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury.

The program resulted in a lack of concrete results and a majority of funding being awarded to only a few states.

FEMA is working to develop a new approach to mitigation that is more responsive to state and local requirements, achieves clear mitigation goals, and results in more-timely obligation of funding.

### Outstanding BRIC Projects and Next Steps

FEMA will be reaching out and coordinating with recipients on projects. The agency's website will be updated with a full list of projects selected for funding over the last four years. The status will show what is fully obligated, partially obligated and cancelled.

- Recipients will be able to complete fully obligated projects that have started construction and will be able to expend all associated funds. FEMA will also obligate management costs associated with partially or fully obligated projects.

- Fully obligated projects that have *not* started construction will not be approved and will end.

- For phased projects, FEMA Regions will work closely with applicants on already obligated projects to determine the best path forward for those projects. This may include ending the project after the completion of Phase 1 or at another appropriate stopping point.



April 16, 2025

- FEMA will not be extending project deadlines without the Senior Official Performing the Duties of the FEMA Administrator's approval.

- Management costs will only continue for partially or fully obligated projects

## Unobligated Funds

For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across fiscal years 2020-2023.

FEMA estimates more than $3.6 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors. In addition, approximately $882 million of funding from the Infrastructure Investment and Jobs Act (IIJA) will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 IIJA law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications.

# Contact Us

If you have any questions, please contact FEMA Office of External Affairs:

- Congressional Affairs at (202) 646-4500 or at FEMA-Congressional-Affairs@fema.dhs.gov

- Intergovernmental Affairs at (202) 646-3444 or at FEMA-IGA@fema.dhs.gov

- Tribal Affairs at (202) 646-3444 or at FEMA-Tribal@fema.dhs.gov

- Private Sector Engagement at (202) 646-3444 or at FEMA-private-sector@fema.dhs.gov

# Follow Us

Follow FEMA on social media at: FEMA Blog on fema.gov, @FEMA or @FEMAEspanol on X, FEMA or FEMA Espanol on Facebook, @FEMA on Instagram, and via FEMA YouTube channel.

Also, follow the Senior Official Performing the Duties of FEMA Administrator Cam Hamilton on X @FEMA_Cam.

# FEMA Mission

Helping people before, during, and after disasters.

BRIC-AR-000060

FEMA Advisory

# Update on FEMA Ending the Building Resilient Infrastructure and Communities Program

On April 4, FEMA announced that it is ending the Building Resilient Infrastructure and Communities Program (BRIC). These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction.

As the program is concluding, the Fiscal Year 2024 BRIC funding opportunity is cancelled, no applications submitted will be reviewed and no funds will be awarded.

In addition, for all BRIC applications from Fiscal Years 2020-2023, if grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury.

The program resulted in a lack of concrete results and a majority of funding being awarded to only a few states.

FEMA is working to develop a new approach to mitigation that is more responsive to state and local requirements, achieves clear mitigation goals, and results in more-timely obligation of funding.

## Outstanding BRIC Projects and Next Steps

FEMA will be reaching out and coordinating with recipients on projects. The agency's website will be updated with a full list of projects selected for funding over the last four years. The status will show what is fully obligated, partially obligated and cancelled.

- Recipients will be able to complete fully obligated projects that have started construction and will be able to expend all associated funds. FEMA will also obligate management costs associated with partially or fully obligated projects.

- Fully obligated projects that have *not* started construction will not be approved and will end.

- For phased projects, FEMA Regions will work closely with applicants on already obligated projects to determine the best path forward for those projects. This may include ending the project after the completion of Phase 1 or at another appropriate stopping point.

- FEMA will not be extending project deadlines without the Senior Official Performing the Duties of the FEMA Administrator's approval.



BRIC-AR-000061

- ▪ Management costs will only continue for partially or fully obligated projects

## Unobligated Funds

For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across fiscal years 2020-2023.

FEMA estimates more than $3.6 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors. In addition, approximately $882 million of funding from the Infrastructure Investment and Jobs Act (IIJA) will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 IIJA law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications.

# Contact Us

If you have any questions, please contact FEMA-R4-Congressional@fema.dhs.gov.

# Follow Us

Follow FEMA online, on X @FEMA, @FEMA_Cam or @FEMAEspanol, on FEMA's Facebook page or Espanol page and at FEMA's YouTube account.

For preparedness information follow the Ready Campaign on X at @Ready.gov, on Instagram @Ready.gov or on the Ready Facebook page.

Follow the FEMA Region 4 X account at x.com/femaregion4.

BRIC-AR-000062

*FEMA External Affairs Guidance – Updated April 18, 2025*

# FEMA Ends Building Resilient Infrastructure and Communities Program

Note:  The highlighted financial numbers are confirmed and current as of April 18.

On April 4, FEMA announced that the Building Resilience Infrastructure and Communities (BRIC) Program is ending and the Fiscal Year 2024 BRIC funding opportunity and BRIC Direct Technical Assistance for local communities and tribes is cancelled.

This External Affairs Guidance is updated with additional talking points and messages for affected states, tribes and territories.  As applicants, these entities will notify their subapplicants of the updates and changes.

In addition, all BRIC subapplications from Fiscal Years 2020-2023 will be cancelled if grant funds have not been obligated. All funds not obligated through the national competition, state and territorial allocations, tribal set-aside and Building Codes set-aside will remain in the Disaster Relief Fund or be returned to the U.S. Treasury for Congress to reappropriate in the next fiscal year.

## Specific Guidance for Requests for Information

- All congressional inquiries should go to the Congressional Affairs Division at FEMA-Congressional-Affairs@fema.dhs.gov.

- All media inquiries should go to the FEMA National Press Office at FEMA-Press-Office@fema.dhs.gov.

- For national based organizations, agencies and other stakeholders, send these inquiries to the Intergovernmental Affairs Team at FEMA-IGA@fema.dhs.gov or Tribal Affairs at FEMA-Tribal@fema.dhs.gov to coordinate with Resilience for any specific engagements or updates.

- For applicants, the FEMA Regions will share information and work with state, tribal and territorial points of contacts.  The subapplicants, including local communities and tribes who submitted grant applications, will continue to work with their respective state or territory grant recipient.



Case 1:25-cv-12006-RGS    Document 88    Filed 09/08/25    Page 68 of 111
External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-000003

# FEMA Points of Contact

## Office of External Affairs

- Renita Hosler, Mitigation Communications Advisor, renita.hosler@fema.dhs.gov
- Brooks Rice, Mitigation Communications Advisor, john.rice@fema.dhs.gov
- Cole Baker, Congressional Affairs Specialist, cole.baker@fema.dhs.gov
- Hallie Anderson, Congressional Affairs Specialist, hallie.anderson@fema.dhs.gov
- Denver Applehans, Intergovernmental Affairs Specialist, Denver.applehans@fema.dhs.gov

## Office of the Chief Financial Officer

- LaTonya Turner, Branch Chief, External Coordination, LaTonya.Turner@fema.dhs.gov

# Contents

## Media Guidance

Refer all national media outlets to the FEMA National Press Office: (202) 646-3272.

## Products and Intended Audience

**Table 1: Products and Audience**

| Products | Audience |
|---|---|
| Key Messages, Talking Points, Stakeholder Advisory, FEMA Bulletin, Web Content | <ul><li>Congressional</li><li>Intergovernmental</li><li>Stakeholders</li><li>Public via Fema.gov</li></ul> |

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-000084

## Rollout Timeline

**Table 2:  Calendar Timeline of Actions to Complete. All times are Eastern Daylight Time**

| Date | Action | Lead |
|------|--------|------|
| April 16, 2025 | Email stakeholder advisory to Authorizers to:<br>▪ House Financial Services Committee<br>▪ Senate Banking Committee<br>▪ Homeland Security Governmental Affairs Committee<br>▪ House Transportation and Infrastructure Committee<br>▪ Committee on Homeland Security | Office of External Affairs – Congressional Affairs |
| April 16, 2025 | Email stakeholder advisory to:<br>▪ Big City Emergency Managers<br>▪ International Association of Emergency Managers<br>▪ National Association of Counties<br>▪ National Conference of State Legislatures<br>▪ National Emergency Management Association<br>▪ National Governors Association<br>▪ National League of Cities<br>▪ U.S. Conference of Mayors<br>▪ U.S. Chamber of Commerce | Office of External Affairs-Intergovernmental Affairs |
| April 16, 2025 | Email stakeholder advisory to:<br>▪ National Rural Economic Development Association<br>▪ National Association of Towns and Townships<br>▪ Rural Coalition<br>▪ Rural Local Initiatives Support Initiative<br>▪ Small Business Administration<br>▪ U.S. Department of Agriculture Rural Development | Office of External Affairs – Intergovernmental Affairs – Small State and Rural Advocate |

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-00003

| Date | Action | Lead |
|---|---|---|
| April 16, 2025 | Email stakeholder advisory to:<br>▪ Association of Village Council Presidents<br>▪ Bureau of Indian Affairs<br>▪ Great Plains Tribal Chairman's Association<br>▪ Inter-Tribal Emergency Management Coalition<br>▪ National Congress of American Indians<br>▪ National Tribal Emergency Management Association<br>▪ United South & Eastern Tribes<br>▪ Eight Northern Indian Pueblos Council<br>▪ Midwest Alliance of Sovereign Tribes<br>Southern California Tribal Emergency Managers Group | Office of External Affairs – Tribal Affairs |
| April 17, 2025 | Email stakeholder advisory to:<br>▪ State Emergency Management Offices | FEMA Regional Offices |
| April 17, 2025 | Email stakeholder advisory to:<br>▪ Senate Appropriations Committee<br>▪ House Appropriations Committee | OFCO – External Coordination |
| April 17, 2025 | Email stakeholder advisory to:<br>▪ All Congressional Offices | Office of External Affairs – Congressional Affairs |
| April 17, 2025 | Email stakeholder advisory to:<br>▪ State Emergency Management Offices | FEMA Regional Offices |
| After April 17 | Hazard Mitigation Assistance Special Announcement | Resilience – Hazard Mitigation Assistance |
| Week of April 21 | FEMA Bulletin | Office of External Affairs |
| April XX, 2025 TBD | Update BRIC main web content on FEMA.gov | Office of External Affairs |

## Products

**KEY MESSAGES**

▪ Following the Administration's and the Department of Homeland Security's direction, FEMA is working to enhance the national security and resilience of its state, local, tribal and territorial partners and to implement the principles of cost efficiency and commonsense to the agency's approaches and investments.

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-000008

- The agency is evaluating all existing grants, and their priorities, scope, and timelines for implementation and consistency with the Department of Homeland Security and Administration's direction and guidance.

- On April 2, FEMA cancelled the FY 2024 Building Resilient Infrastructure and Communities (BRIC) Notice of Funding Opportunity (funding opportunity). In addition, all BRIC subapplications from Fiscal Years 2020-2023 will be cancelled if grant funds have not been obligated.

- As the current BRIC program is ending, all funds not obligated through the national competition, state and territorial allocations, tribal set-aside and Building Codes set-aside will remain in the Disaster Relief Fund. As of April 17, FEMA estimates that this will be more than $4 billion to assist with disaster response and recovery to communities and disaster survivors.

- In addition, FEMA estimates an additional $649 million from the Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or will be reapportioned by Congress at the end of this fiscal year.

- FEMA launched the BRIC Direct Technical Assistance initiative in 2020. FEMA Regions have assisted more than 167 communities and tribes with BRIC Direct Technical Assistance to submit a future application for grant funding. Any work in progress with a community or tribe will conclude.

- More than $1 billion has been obligated since the first BRIC grant cycle was announced in Fiscal Year 2020. This includes nearly $882 million from the 6% set-aside in the Disaster Relief Fund for grants and nearly $133 million from Infrastructure Investment and Jobs Act funding.

## Talking Points

- Following the Administration's and the Department of Homeland Security's direction, FEMA is working to enhance the national security and resilience of its state, local, tribal and territorial partners and to implement the principles of cost efficiency and commonsense to the agency's approaches and investments.

- On April 2, 2025, FEMA cancelled the Fiscal Year 2024 BRIC funding opportunity which also ends the BRIC Direct Technical Assistance for local communities and tribes for a future BRIC grant. Applications submitted by states, tribes, territories and local governments will not be reviewed and no funds will be awarded.

- In addition, all BRIC subappliations from Fiscal Years 2020-2023 will be cancelled if grants funds have not been obligated.  For partially obligated funds, FEMA continues to review these projects from the four years. FEMA notes there are 694 projects selected that either did not receive an initial obligation or are currently partially obligated.

- For phased projects, including those that have been partially funded, FEMA will work closely with applicants on already obligated projects to determine mutually the best path forward for those projects. That may include ending the project after the completion of Phase 1 or at another logical stopping point.

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-000007

- FEMA is also reviewing fully obligated projects from the last four years. Recipients will be able to complete fully obligated projects that have started construction and will be able to expend all associated funds. FEMA also will obligate management costs associated with obligated projects.

- Fully obligated projects that have not started construction will not be authorized to continue and will end.

- In no case will project deadlines be extended without prior approval from the Senior Official Performing the Duties of the FEMA Administrator.

## Additional Talking Points on Waste

- The BRIC program, as it was applied, involves a complicated and time-consuming process of project submission, selection, review, award, and obligation which generally takes well over a year to complete.

  - A BRIC flood risk reduction project, for example, takes on average 19–25 months to award after project submission (a similar project funded under the Hazard Mitigation Grant Program requires on average 7–13 months to award).  These delays have resulted in significant amounts of funding being unused for its intended purpose – natural hazard risk reduction.

- While pre- and post-disaster mitigation activities have been shown to reduce the costs of future disasters, the BRIC program has resulted in an inefficient use of congressionally appropriated funds. Those dollars should more appropriately remain in the Disaster Relief Fund until the agency designs a more nimble, flexible, and responsive approach to disaster mitigation.

- The BRIC program included hundreds of millions of dollars in wasteful spending on things like shaded bus stops for the District of Columbia, parking lots and bike lanes in New York City, and tree planting for Oregon parks.

## Additional Background

BRIC grants have not increased the level of hazard mitigation as much as desired and may supplant state, local tribal and territorial capital investment planning.

- In the four years of BRIC funding opportunities from Fiscal Years 2020-23, FEMA allocated and set aside nearly $600 million for states, tribes and territories for eligible capacity and capability grants such as creating a new or updating a mitigation plan, creating a project scoping plan for future funding, or Building Codes activities as well as projects that reduce risk to natural hazards and their effects.

- Any funds not obligated for these selected eligible activities from will remain in the Disaster Relief Fund or be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal cycle.

- Examples of FEMA eligible activities that may receive future grant funds include the repair and restoration of qualifying damaged public infrastructure after a disaster, hazard mitigation assistance, financial assistance to eligible disaster survivors and Fire Management Assistance Grants for qualifying large forest or grassland wildfires.

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-008008

- In addition, nearly $649 million in unobligated Investment Infrastructure and Jobs Act funds will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year.

## Status of BRIC Projects

For projects selected for BRIC as of April 2, 2025, FEMA is implementing the following actions:

- For all fiscal years, cancelling all of the BRIC subapplications selected but not obligated. This includes projects such as safe rooms and shelters, flood reduction, phased infrastructure, hazard mitigation plans, project scoping plans utility and infrastructure protection and wildfire management.

- FEMA is not granting period of performance extensions and any request will need prior approval of the Senior Official Performing the Duties of the FEMA Administrator.

  o Through the regional offices, FEMA will review partially completed projects with grant recipients and collect information on the period of performance end date, amounts obligated and paid to the recipients and description of the work yet to be completed. For this class of projects, FEMA will coordinate with the recipients to request a detailed status of each project.  In addition, progression to Phase 2 will not be authorized.

  o For fully obligated projects, FEMA will collect information on the period of performance end date and obligated amount. No additional extensions beyond the current period of performance end date should be granted without the Senior Official Performing the Duties of the FEMA Administrator's prior approval.

- FEMA will end the obligation of all management costs and review the status of management cost requirements in line with the project review specified above. Remaining management cost funds may be de-obligated except those required to manage continuing partially or fully obligated projects.

- FEMA expects approximately $4 billion will be retained in the Disaster Relief Fund to assist with disaster response and recovery to communities and survivors.

  o These states -- California, Florida, New York, North Carolina and Texas -- have a BRIC selected project of $38 million or more. In total, these $1.1 billion projects will not be awarded and the funds will be retained in the Disaster Relief Fund.

  o There will be unfinished projects for which states, tribes, territories and communities will have to secure alternative funding.

  o It is anticipated that most construction projects will proceed. Phased projects where Phase 1 has been awarded by FEMA will be most impacted as they will progress to the next Phase 1 milestone and end. No additional funding will be awarded for these projects to proceed through construction and closeout.

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-000003

## Next Steps

FEMA is working to develop a new approach to mitigation that is more responsive to state and local requirements, achieves clear mitigation goals, and results in more-timely obligation of associated funding.

FEMA is working to identify how grants can accomplish the new Administration priorities most effectively and efficiently to support states and local communities in disaster planning, response and recovery.

## Overview and Status of Funding

BRIC was an annual grant program created by the Disaster Recovery Reform Act of 2018. It funds mitigation projects using a 6% set-aside of Disaster Relief Fund spending. Additionally, the Bipartisan Infrastructure Law provided $1 billion for the BRIC grant program through 2026.

With the BRIC program ending, FEMA leadership has instructed the agency to no longer set-aside 6% from the Disaster Relief Fund.  These additional funds will be available to support ongoing response and recovery operations.

No additional BRIC funding opportunities will occur annually.

**TEMPLATE RESPONSE FOR CONGRESSIONAL LETTERS OF SUPPORT FOR BRIC SENT TO FEMA**

[Name, Organization, Address, City, State, Zip]

Dear [name]:

Following the Administration's and the Department of Homeland Security's direction, FEMA is evaluating all of its existing agency grants. This is to ensure alignment with the Administration's direction to best support states and local communities in disaster planning, response and recovery.

Effective April 2, FEMA is cancelling the Fiscal Year 2024 Building Resilient Infrastructure and Communities (BRIC) funding opportunity. The applications currently submitted by states, tribes, territories and local governments for the April 18 deadline is no longer in effect. There will be no selections or funding awards.

As part of this grant cycle, the BRIC Direct Technical Assistance, which supported local communities and tribes to submit a future BRIC application, has ended.

These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction and best support states and local communities in disaster planning, response and recovery.

In addition, FEMA cancelled all BRIC applications from Fiscal Years 2020-2023 if grant funds have not been distributed to states, tribes and territories. Agency regional offices will review partially completed projects to identify a period of performance end date to determine when funding ceases. Construction projects that have not begun will not proceed using BRIC funding.

As of April 17, FEMA estimates approximately $4 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors. In addition, approximately $649 million of funding from the

Infrastructure Investment and Jobs Act will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications.

## Stakeholder Advisory and FEMA Bulletin

### Update on FEMA Ending the Building Resilient Infrastructure and Communities Program

On April 4, FEMA announced that it is ending the Building Resilient Infrastructure and Communities Program (BRIC). These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction.

As the program is concluding, the Fiscal Year 2024 BRIC funding opportunity is cancelled, no applications submitted will be reviewed and no funds will be awarded.

In addition, for all BRIC applications from Fiscal Years 2020-2023, if grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury.

The program resulted in a lack of concrete results and a majority of funding being awarded to only a few states.

FEMA is working to develop a new approach to mitigation that is more responsive to state and local requirements, achieves clear mitigation goals, and results in more-timely obligation of funding.

## Outstanding BRIC Projects and Next Steps

FEMA will be reaching out and coordinating with recipients on projects. The agency's website will be updated with a full list of projects selected for funding over the last four years. The status will show what is fully obligated, partially obligated and cancelled.

- Recipients will be able to complete fully obligated projects that have started construction and will be able to expend all associated funds. FEMA will also obligate management costs associated with partially or fully obligated projects.

- Fully obligated projects that have *not* started construction will not be approved and will end.

- For phased projects, FEMA Regions will work closely with applicants on already obligated projects to determine the best path forward for those projects. This may include ending the project after the completion of Phase 1 or at another appropriate stopping point.

- FEMA will not be extending project deadlines without the Senior Official Performing the Duties of the FEMA Administrator's approval.

- Management costs will only continue for partially or fully obligated projects.

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-03601

## Unobligated Funds

For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across fiscal years 2020-2023.

As of April 18, FEMA estimates approximately $4 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors. In addition, approximately $649 million of funding from the Infrastructure Investment and Jobs Act (IIJA) will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 IIJA law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications.

# Updated Web Content (remains in draft form)

## Building Resilient Infrastructure and Communities

### FEMA Ends the BRIC Program

On April 2, 2025, FEMA ended the Building Resilient Infrastructure and Communities (BRIC) Program.  This also cancels the Fiscal Year 2024 funding opportunity and the next cycle of BRIC Direct Technical Assistance.

In addition, any unobligated funds from grant selections from Fiscal Years 2020-2023 will not move forward. Applications submitted by states, tribes, territories and local governments will NOT be reviewed and no funds will be awarded. The unobligated funds will remain in the Disaster Relief Fund or will be returned to the U.S. Treasury.

FEMA is reviewing fully and partially obligated funding for these four years and is placing these into three categories: fully obligated, partially obligated and cancelled.

No additional BRIC funding opportunities will occur annually.

### Outstanding BRIC Projects

For BRIC projects selected as of April 2, 2025, FEMA implemented the following actions:

BRIC subapplications selected but not obligated across all fiscal years are cancelled. This includes project types such as safe rooms and shelters, flood reduction, phased infrastructure, hazard mitigation plans, project scoping plans utility and infrastructure protection and wildfire management.

For fully obligated projects, FEMA will collect information on the period of performance end date and obligated amount. No additional extensions beyond the current period of performance end date will be granted without the the Senior Official Performing the Duties of the FEMA Administrator's prior approval.

FEMA's Regional Offices will review partially completed projects with grant recipients and collect information on the period of performance end date, amounts obligated and paid to the recipients and description of the work yet to be completed. For this class of projects, FEMA will coordinate with the recipients to request a detailed status of each project. In addition, progression to phase 2 will not be authorized.

External Affairs Guidance Update on FEMA Ending the BRIC Program
BRIC-AR-030072

FEMA is not approving additional period of performance extensions on any BRIC projects without the Senior Official Performing the Duties of the FEMA Administrator's prior approval.

## Management Costs for BRIC

FEMA will end the obligation of all management costs and review the status of management cost requirements in line with the project review.

Management costs will only continue for partially or fully obligated projects.

## Status Update on BRIC Selections for Fiscal Years 2020-2023

This table lists the status of BRIC selections over four years.

Fully obligated: (Description from program needed on what this means)

Partially obligated: (Description from program needed on what this means)

Selected now Cancelled: (Description from program on what this means)

Subapplicants should contact their state, Tribe or territory (applicant level) Hazard Mitigation Office. You can also reach out to the FEMA Regional Office with any questions.

(Insert Table)

BRIC-AR-000073

**Department of Homeland Security**
**DHS Delegation Number: 09509**
**Revision Number: 00**
**Issue Date: 05/08/2025**

# DELEGATION TO THE SENIOR OFFICIAL PERFORMING THE FUNCTIONS AND DUTIES OF THE FEMA ADMINISTRATOR

## I.  Purpose

This delegation vests authority in David Richardson, the Assistant Secretary for Countering Weapons of Mass Destruction, to perform the delegable functions and duties of the FEMA Administrator.  The order of succession for the Office of the FEMA Administrator, as designated in Annex K to DHS Delegation No. 00106, "DHS Orders of Succession and Delegations of Authorities for Named Offices and Positions," is suspended while this delegation remains in effect.

## II.  Delegation

Subject to my oversight, direction, and guidance, and pursuant to the authority vested in me by the Homeland Security Act of 2002, as amended, I hereby delegate to David Richardson, the Assistant Secretary for Countering Weapons of Mass Destruction, the authority to perform the functions and duties of the FEMA Administrator that are not restricted from delegation by law, regulation, Executive Order, DHS policy, or this delegation.  The authorities delegated include all delegations and designations to the FEMA Administrator in effect as of the effective date of this delegation.

## III.  Re-delegation

Unless prohibited by statute, regulation, DHS policy, the provisions herein, the powers, authorities, responsibilities, and functions delegated herein to the Senior Official Performing the Duties of the FEMA Administrator may be re-delegated, in writing, to subordinate officials.

## IV.  Limitations

The authorities delegated herein do not include any function that, by statute, regulation,

1

BRIC-AR-000074

Executive Order, or DHS policy, must be performed only by a Presidentially appointed, Senate confirmed official.

# V.   Authorities

A.   Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135 (2002), as amended (6 U.S.C. § 112).

B.   DHS Delegation No. 09001.3, "Delegation to the Administrator of the Federal Emergency Management Agency."

C.   DHS Delegation 00106, "DHS Orders of Succession and Delegations of Authorities for Named Offices and Positions."

# VI.  Termination

This delegation terminates upon the appointment of a Senate-confirmed FEMA Administrator by the President; upon the designation by the President of an Acting FEMA Administrator under the Federal Vacancies Reform Act; upon Mr. Richardson's vacating his office; upon revocation of this delegation by the Secretary; or upon Mr. Richardson's inability to perform the delegable duties and the functions of the FEMA Administrator.

# VII. Office of Primary Interest

The Office of the FEMA Administrator has the primary interest in this delegation.


_____          _____5/8/2025_____
              Kristi Noem                                 Date
      Secretary of Homeland Security


2

BRIC-AR-000075



# Disaster Relief Fund: Monthly Report

**as of April 30, 2025**

*June 3, 2025*
**Fiscal Year 2025 Report to Congress**



*Federal Emergency Management Agency*

BRIC-AR-000076

# Message from the Administrator

June 3, 2025

I am pleased to present the following, "Disaster Relief Fund: Monthly Report," which has been prepared by the Federal Emergency Management Agency.

This document has been compiled pursuant to language set forth in the Fiscal Year 2025 Full-Year Continuing Appropriations and Extensions Act (Public Law 119-4), which extends the terms and conditions of the Fiscal Year 2024 Department of Homeland Security Appropriations Act (Public Law 118-47) and in the Coronavirus Aid, Relief, and Economic Security Act (Public Law 116-136).

Pursuant to congressional requirements, this report is being provided to the following Members of Congress:

> The Honorable Tom Cole
> Chairman, House Appropriations Committee
>
> The Honorable Rosa DeLauro
> Ranking Member, House Appropriations Committee
>
> The Honorable Susan Collins
> Chair, Senate Appropriations Committee
>
> The Honorable Patty Murray
> Vice Chair, Senate Appropriations Committee

Inquiries relating to this report may be directed to Greg James (228) 229-9864.

Sincerely,

David E. Richardson
Senior Official Performing the Duties of the Administrator
Federal Emergency Management Agency

i



# Disaster Relief Fund:
# Monthly Report as of April 30, 2025

# Table of Contents

I.    Legislative Language ........................................................................................................ 1

II.    Background ..................................................................................................................... 3

Appendix A:  Disaster Relief Fund Appropriations Summary .......................................... 4

Appendix B:  Disaster Relief Fund Funding Activity ...................................................... 5

Appendix C:  Obligations and Estimates by Spending Category ...................................... 11

Appendix D:  Allocations, Obligations, & Expenditures ................................................. 12

Appendix E:  Fund Exhaustion Date .............................................................................. 15

Appendix F:  Disaster Relief Fund Cost Estimation Bridge Table .................................. 16

Appendix G: Building Resilient Infrastructure and Communities -Predisaster Mitigation History and Fund Status ........................................................................................................................ 19

BRIC-AR-000078

# I.    Legislative Language

This document has been compiled pursuant to language set forth in the Fiscal Year 2025 Full-Year Continuing Appropriations and Extensions Act (Public Law 119-4), which extends the terms and conditions of Fiscal Year 2024 Department of Homeland Security Appropriations Act (Public Law 118-47) and in the Coronavirus Aid, Relief, and Economic Security Act (Public Law 116-136).

Public Law 119-4 states:

> The following sums are hereby appropriated, out of any money in the Treasury not otherwise appropriated, and out of applicable corporate or other revenues, receipts, and funds, for the several departments, agencies, corporations, and other organizational units of Government for fiscal year 2025, and for other purposes, namely:

> SEC. 1101. (a) Such amounts as may be necessary, at the level specified in subsection (c) and under the authority and conditions provided in applicable appropriations Acts for fiscal year 2024, for projects or activities (including the costs of direct loans and loan guarantees) that are not otherwise specifically provided for, and for which appropriations, funds, or other authority were made available in the following appropriations Acts:

> > … (6) The Department of Homeland Security Appropriations Act, 2024 (division C of Public Law 118–47), except sections 543 through 546, and including sections 102 through 105 of title I of division G of Public Law 118–47.

Public Law 118-47 (referenced above) states:

> SEC. 306. The reporting requirements in paragraphs (1) and (2) under the heading ``Federal Emergency Management Agency–Disaster Relief Fund'' in the Department of Homeland Security Appropriations Act, 2015 (Public Law 114-4), related to reporting on the Disaster Relief Fund, shall be applied in fiscal year 2024 with respect to budget year 2025 and current fiscal year 2024, respectively-

> > (1) in paragraph (1) by substituting "fiscal year 2025" for "fiscal year 2016"; and
> > (2) in paragraph (2) by inserting "business" after "fifth".

Public Law 114-4 (referenced above) states:

> *Provided*, That the Administrator of the Federal Emergency Management Agency shall submit to the Committees on Appropriations of the Senate and the House of Representatives the following reports, including a specific description of the methodology and the source data used in developing such reports...

> > (2) an estimate or actual amounts, if available, of the following for the current fiscal year shall be submitted not later than the fifth day of each month, and shall be published by the Administrator on the Agency's Web site not later than the fifth day of each month:

> > > (A) a summary of the amount of appropriations made available by source, the transfers executed, the previously allocated funds recovered, and the commitments, allocations, and obligations made;

> > > (B) a table of disaster relief activity delineated by month, including-

> > > > (i) the beginning and ending balances;

> > > > (ii) the total obligations to include amounts obligated for fire assistance, emergencies, surge, and disaster support activities;

> > > > (iii) the obligations for catastrophic events delineated by event and by state; and

> > > > (iv) the amount of previously obligated funds that are recovered;

> > > (C) a summary of allocations, obligations, and expenditures for catastrophic events delineated by event;

> > > (D) in addition, for a disaster declaration related to Hurricane Sandy, the cost of the following categories of spending: public assistance, individual assistance, mitigation, administrative, operations, and any other relevant category (including emergency measures and disaster resources); and

> > > (E) the date on which funds appropriated will be exhausted...

Public Law 116-136 states:

> *Provided further*, That every 30 days the Administrator shall provide the Committees on Appropriations of the Senate and the House of Representatives both projected and actual costs for funds provided under this heading for major disasters and any other expenses...

This report covers activities as of April 30, 2025.

BRIC-AR-000080

# II. Background

Public Law 118-47 requires that the Federal Emergency Management Agency Administrator provide a report by the fifth business day of each month on the Disaster Relief Fund that includes a funding summary, a table delineating Disaster Relief Fund funding activities each month by state and event, a summary of the funding for the catastrophic events, and the fund exhaustion date, or end- of-fiscal-year balance.

Public Law 116-136 requires that both projected and actual costs for funds provided by it for major disasters and any other expenses be provided to the House and Senate Appropriations Committees.

Consequently, the following report elements are included:

1. Appendix A is an appropriations summary that includes a synopsis of the amount of appropriations made available by source, the transfers executed, the previously allocated funds recovered, and the commitments, allocations, and obligations.

2. Appendix B presents details on the Disaster Relief Fund funding activities delineated by month.

3. Appendix C presents obligations and estimates by spending category for Hurricanes Sandy, Harvey, Irma, and Maria; Coronavirus Disease 2019; and declarations since August 1, 2017.

4. Appendix D presents funding summaries for the current active catastrophic events including the allocations, obligations, and expenditures.

5. Appendix E presents the fund exhaustion date, or end-of-fiscal-year balance.

6. Appendix F presents a bridge table that provides explanation for the monthly and baseline change for all activities to include details for catastrophic events.

7. Appendix G presents the fund history and current status of the Building Resilient Infrastructure and Communities/Predisaster Mitigation program.

| | **Disaster Relief Fund Congressional Monthly Report** as of April 30, 2025 (Dollars in Millions) | | | |
|---|---|---|---|---|
| | | **Major Declarations** | **Base** | **Total** |
| Carryover From Fiscal Year 2024 | $ | 2,033 | $ 497 | $ 2,530 |
| Full-Year Continuing Appropriations and Extensions Act, 2025 [1] | | 22,510 | | 22,510 |
| Disaster Relief Supplemental Appropriations Act, 2025 [1] | | 28,000 | 1,000 | 29,000 |
| Fiscal Year 2025 Recoveries | | 4,338 | 231 | 4,569 |
| **Total Budget Authority** | | **56,881** | **1,728** | **58,609** |
| Actual/Anticipated Transfers to Disaster Assistance Direct Loan Program [2] | | (137) | | (137) |
| Actual 6% for Predisaster Mitigation per Disaster Recovery Reform Act [3] | | (276) | | (276) |
| Reversal of Building Resilient Infrastructure and Communities Set Aside [3] | | 4,071 | | 4,071 |
| Anticipated Transfers to Office of the Inspector General [1] | | | (4) | (4) |
| **Revised Budget Authority** | | **60,539** | **1,724** | **62,263** |
| Obligations [4] | | (45,985) | (411) | (46,396) |
| **Balance** | | **14,554** | **1,313** | **15,867** |
| **Projections for the Remainder of Fiscal Year 2025** | | | | |
| Projected Fiscal Year 2025 Additional Obligations | | | | |
| Based on Existing Spend Plans | | | | |
| Catastrophic Disasters | | (22,413) | | (22,413) |
| Disaster Readiness and Support and Other | | | (232) | (232) |
| Building Resilient Infrastructure and Communities Obligations | | (71) | | (71) |
| **Subtotal Existing Spend Plans** | | **(22,484)** | **(232)** | **(22,716)** |
| Based on 10-year Average | | | | |
| Non-Catastrophic Disasters | | (1,910) | | (1,910) |
| Emergencies, Fire Management Assistance Grants, and Surge | | | (240) | (240) |
| **Subtotal 10-year Average** | | **(1,910)** | **(240)** | **(2,150)** |
| **Total Projected Fiscal Year 2025 Additional Obligations** | | (24,394) | (472) | (24,866) |
| Projected Additional Recoveries | | 1,162 | 19 | 1,181 |
| **Balance** | $ | **(8,678)** | $ 860 | $ (7,818) |

*Notes:*

(1) Pursuant to Public Law 119-4, Full-Year Continuing Appropriations and Extensions Act, 2025 and Public Law 118-158 Division B, Disaster Relief Supplemental Appropriations Act, 2025, which appropriated $29 billion to the Disaster Relief Fund.

(2) Pursuant to Public Law 116-260, Fiscal Year 2021 Department of Homeland Security Appropriations Act and Coronavirus Response and Relief Supplemental Appropriations Act, 2021.

(3) Infrastructure Investment & Jobs Act and certain Predisaster Mitigation amounts are excluded from this table, as they are not available for disaster relief; however, these amounts are listed in Appendix G.

(4) As of April 30, 2025, unobligated commitments were $468 million and uncommitted/unobligated allocations totaled $841 million.

Source of financial information is the Integrated Financial Management Information System.

BRIC-AR-000082

**Comparative Reconciliation of Monthly Obligations and Expenditures**
**Fiscal Year 2025**
**($ in millions)**
**as of April 30, 2025**

| | October-24 | November-24 | December-24 | January-25 | February-25 | March-25 | April-25 | May-25 | June-25 | July-25 | August-25 | September-25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 2,484 | $ 6,830 | $ 4,045 | $ 30,399 | $ 18,807 | $ 14,133 | $ 15,816 | $ 15,796 | $ 11,911 | $ 7,290 | $ 2,774 | $ (2,868) | $ (7,818) |
| | 20,261 | | | | | 2,249 | | | | | | | |
| | | | 29,000 | | | | | | | | | | |
| rect Loan Program | (208) | | | | | | 4,000 | | | | | | |
| | 49 | | (103) | (82) | (35) | (34) | | | | | | | |
| onal Development | (10) | | 10 | | | | | | | | | | |
| | | | (4) | | | | | | | | | | |
| | 22,576 | 6,830 | 32,938 | 30,327 | 18,772 | 16,348 | 19,816 | 15,796 | 11,911 | 7,290 | 2,774 | (2,868) | (7,818) |
| | 22,094 | 6,381 | 31,505 | 28,862 | 17,357 | 14,965 | 18,423 | 14,483 | 10,675 | 6,132 | 1,687 | (3,859) | (8,678) |
| | 482 | 449 | 1,433 | 1,465 | 1,415 | 1,383 | 1,393 | 1,313 | 1,236 | 1,158 | 1,087 | 991 | 860 |
| | (21) | 12 | (3) | (7) | (13) | 3 | (21) | (16) | (16) | (16) | (16) | (17) | (131) |
| | (20) | (2) | (5) | (31) | (9) | (3) | (11) | (20) | (20) | (20) | (20) | (21) | (182) |
| | (17) | 6 | 1 | (1) | - | 2 | (8) | (11) | (11) | (12) | (12) | (12) | (75) |
| Obligations | (78) | (36) | (16) | (19) | (24) | (25) | (37) | (34) | (34) | (26) | (50) | (84) | (463) |
| | (1) | (11) | (2) | - | (1) | (1) | (12) | - | (1) | (1) | (1) | (1) | (32) |
| | (79) | (47) | (18) | (19) | (25) | (26) | (49) | (34) | (35) | (27) | (51) | (85) | (495) |
| s | **(137)** | **(31)** | **(25)** | **(58)** | **(47)** | **(24)** | **(89)** | **(81)** | **(82)** | **(75)** | **(99)** | **(135)** | **(883)** |
| e) | (1,062) | (438) | (264) | (313) | (196) | (84) | (445) | (207) | (448) | (357) | (335) | (563) | (4,712) |
| | (7) | (8) | (2) | (1) | - | (5) | - | - | (4) | - | (1) | (25) | (53) |
| | (7) | (12) | (1) | (1) | (1) | - | (17) | (10) | (5) | (3) | (2) | (13) | (76) |
| | (1) | (9) | - | - | - | - | - | - | - | - | - | - | (10) |
| | (1) | (2) | - | (2) | - | - | (2) | (7) | - | (1) | - | (1) | (17) |
| | (106) | (18) | (16) | (3) | (2) | (68) | (11) | (10) | (199) | (19) | (30) | (132) | (614) |
| | (106) | (119) | (77) | (1) | (3) | (8) | (60) | (11) | (120) | (3) | (8) | (69) | (585) |
| | - | (1) | (1) | (1) | - | (1) | (1) | (1) | (1) | - | - | (1) | (8) |
| | - | - | - | (1) | - | - | (3) | (1) | - | (1) | - | (2) | (8) |
| | (2) | (2) | (7) | - | - | (1) | - | - | - | - | - | (1) | (13) |
| | (2) | - | (2) | - | - | - | - | (2) | (9) | - | - | (2) | (18) |
| | (4) | (11) | (10) | - | (1) | - | - | - | - | - | - | - | (26) |
| | (4) | (2) | (14) | - | - | (5) | - | (1) | (1) | - | (1) | (12) | (40) |
| | (1) | (15) | (3) | (28) | (10) | - | (1) | - | - | - | - | (1) | (59) |
| | (1) | - | - | - | (42) | - | (5) | (3) | (1) | (13) | (1) | (1) | (67) |
| | (23) | (14) | (7) | (32) | (2) | (11) | (17) | (3) | (4) | (3) | (3) | (2) | (121) |
| | (23) | (9) | (2) | (3) | (2) | (1) | (21) | (10) | (14) | (3) | (2) | (3) | (93) |
| | (19) | (6) | (5) | (15) | (5) | (11) | (10) | (7) | - | (17) | (4) | (11) | (126) |
| | (19) | (2) | (2) | (8) | (3) | (2) | (18) | (3) | (6) | (68) | (31) | (38) | (200) |
| | (3,649) | (200) | (83) | (1,290) | (876) | (1,637) | (2,527) | (893) | (570) | (519) | (326) | (468) | (13,038) |
| | (3,647) | (232) | (795) | (5,616) | (311) | (122) | (226) | (166) | (396) | (293) | (971) | (222) | (12,997) |
| | (14) | (5) | (4) | (7) | - | (20) | (2) | - | - | - | - | (26) | (78) |
| | (14) | - | - | (1) | (1) | - | (7) | (2) | (11) | (14) | (28) | 2 | (77) |
| | (1) | (15) | (14) | (1) | - | - | - | - | - | - | - | - | (31) |
| | (1) | (6) | - | (1) | (1) | - | - | (3) | (4) | (3) | - | (19) | (38) |
| | (7) | (20) | (5) | (7) | (20) | (8) | (8) | (5) | (9) | (8) | (4) | (165) | (266) |
| | (7) | (14) | (2) | (6) | - | (2) | (9) | (4) | (149) | (17) | (23) | (21) | (254) |
| | (1) | - | - | (2) | (1) | - | (1) | (2) | - | - | - | (1) | (9) |
| | (1) | - | - | (1) | - | - | - | - | (3) | (1) | - | (2) | (8) |

5

BRIC-AR-000083

Disaster Relief Fund: Monthly Obligations and Spend Plan
Fiscal Year 2025
($ in millions)
as of April 30, 2025

| | October-24 | November-24 | December-24 | January-25 | February-25 | March-25 | April-25 | May-25 | June-25 | July-25 | August-25 | September-25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (56) | (30) | (14) | (22) | (694) | - | (24) | - | (17) | - | - | (3) | (860) |
| | (56) | (19) | (1) | (6) | (8) | (1) | (695) | (4) | (12) | (30) | (11) | (2) | (845) |
| | - | (1) | - | (28) | - | (1) | (1) | - | - | - | - | (4) | (35) |
| | - | (3) | (32) | - | - | - | - | - | (3) | (1) | - | (4) | (43) |
| | (5) | (8) | (17) | (6) | (8) | (10) | (2) | (25) | (45) | (58) | (16) | (14) | (214) |
| | (5) | (3) | (4) | (19) | (2) | (2) | (3) | (25) | (34) | (14) | (77) | | (198) |
| | (4,076) | (897) | (553) | (1,533) | (1,753) | (1,458) | (1,477) | (2,379) | (2,437) | (1,446) | (1,147) | (2,602) | (21,758) |
| | (4,076) | (1,108) | (1,290) | (3,347) | (1,511) | (71) | (1,595) | (1,714) | (1,420) | (2,259) | (2,254) | (2,014) | (22,659) |
| | (2) | (19) | (16) | - | (1) | (3) | - | - | (83) | - | (2) | - | (126) |
| | (2) | (6) | (1) | (2) | - | - | (1) | (8) | (90) | (5) | (5) | (2) | (122) |
| | (150) | (64) | (16) | (41) | (37) | (74) | (26) | (29) | (31) | (27) | (35) | (3) | (533) |
| | (150) | (54) | (53) | (28) | (18) | (6) | (28) | (12) | (68) | (64) | (47) | (58) | (586) |
| | (7) | (18) | (14) | (14) | (6) | (10) | (1) | (12) | (15) | - | (32) | (3) | (132) |
| | (7) | (9) | - | (33) | (2) | - | (1) | (2) | (9) | (20) | (10) | (35) | (128) |
| | (117) | (197) | (104) | (86) | (29) | (201) | (80) | (170) | (179) | (97) | (154) | (58) | (1,472) |
| | (117) | (64) | (164) | (136) | (44) | (15) | (138) | (117) | (378) | (230) | (97) | (96) | (1,596) |
| | (145) | (123) | (64) | (102) | (57) | (57) | (60) | (79) | (40) | (44) | (39) | | (913) |
| | (145) | (59) | (47) | (32) | (21) | (31) | (99) | (41) | (177) | (68) | (72) | (82) | (874) |
| | (97) | (127) | (145) | (110) | (81) | (126) | (85) | (80) | (83) | (151) | (165) | (183) | (1,433) |
| | (97) | (43) | (31) | (49) | (28) | (14) | (49) | (48) | (182) | (222) | (111) | (369) | (1,243) |
| | (53) | (69) | (85) | (43) | (136) | (40) | (37) | (26) | (13) | (62) | (21) | (37) | (622) |
| | (53) | (76) | (20) | (72) | (58) | (10) | (49) | (74) | (86) | (47) | (27) | (13) | (585) |
| | (23) | (16) | (15) | (9) | (18) | (20) | (33) | (22) | (15) | (13) | (29) | (182) | (395) |
| | (23) | (27) | (4) | (16) | (3) | (7) | (23) | (15) | (24) | (26) | (23) | (37) | (228) |
| | (10) | (14) | (7) | (5) | (4) | (11) | (113) | (5) | (4) | (1) | (1) | (31) | (206) |
| | (10) | (3) | (2) | (41) | (3) | (2) | (19) | (9) | (6) | (98) | - | (35) | (228) |
| | (36) | (67) | (27) | (25) | (8) | (14) | (46) | (14) | (19) | (10) | (5) | (21) | (292) |
| | (36) | (37) | (31) | (17) | (22) | (20) | (38) | (24) | (79) | (20) | (11) | (31) | (366) |
| | (38) | (49) | (89) | (36) | (25) | (31) | (37) | (18) | (44) | (10) | (14) | (7) | (398) |
| | (38) | (54) | (27) | (39) | (18) | (34) | (40) | (15) | (23) | (20) | (33) | (58) | (399) |
| | (4,913) | (1,140) | (1,047) | | | | | | | | | | (7,100) |
| | (4,913) | (504) | (528) | (620) | (1,380) | (552) | (545) | (1,402) | (784) | (437) | (342) | (450) | (12,457) |
| | (1,953) | (298) | (454) | | | | | | | | | | (2,705) |
| | (1,953) | (425) | (263) | (78) | (167) | (121) | (78) | (103) | (227) | (197) | (641) | (469) | (4,722) |
| | | | | | | | | | | | | | - |
| | - | - | - | (1,271) | (1,434) | (14) | (31) | (20) | (15) | (122) | (678) | (254) | (3,839) |
| | (16,576) | (3,330) | (3,660) | (11,753) | (5,295) | (1,127) | (4,244) | (4,041) | (4,775) | (4,677) | (5,778) | (5,052) | (70,308) |
| | **921** | **576** | **1,146** | **291** | **703** | **619** | **313** | **237** | **236** | **236** | **235** | **237** | **5,750** |
| | 822 | 557 | 1,099 | 283 | 688 | 585 | 304 | 233 | 232 | 232 | 232 | 233 | 5,500 |
| | 99 | 19 | 47 | 8 | 15 | 34 | 9 | 4 | 4 | 4 | 3 | 4 | 250 |
| Recoveries) | $ 6,784 | $ 4,045 | $ 30,399 | $ 18,807 | $ 14,133 | $ 15,816 | $ 15,796 | $ 11,911 | $ 7,290 | $ 2,774 | $ (2,868) | $ (7,818) | |

...riations and Extensions Act, 2025 and Public Law 118-158 Division B, Disaster Relief Supplemental Appropriations Act, 2025, which appropriated $29 billion to the Disaster Relief Fund.
...ppropriations Act and Coronavirus Response and Relief Supplemental Appropriations Act, 2021.
...itigation amounts are excluded from this table, as they are not available for disaster relief; however, these amounts are listed in Appendix G.
...ional Development for Compact Aid Agreement removed.

BRIC-AR-000084

(...C)atastrophic Disaster)

## Disaster Relief Fund Monthly Detailed Obligations Fiscal Year 2025
### ($ in millions)

| | October Actual | November Actual | December Actual | January Actual | February Actual | March Actual | April Actual | May Estimated | June Estimated | July Estimated | August Estimated | September Estimated | Fiscal Year 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ (7) | (12) | (1) | (2) | (1) | (3) | (17) | (9) | (5) | (1) | (2) | (12) | (72) |
| | - | - | - | - | - | - | - | - | - | (2) | - | (1) | (3) |
| | - | - | - | - | - | - | - | (1) | - | - | - | - | (1) |
| **Subtotal** | **(7)** | **(12)** | **(1)** | **(2)** | **(1)** | **(3)** | **(17)** | **(10)** | **(5)** | **(3)** | **(2)** | **(13)** | **(76)** |
| | (1) | (2) | (1) | (2) | - | - | (2) | (7) | - | (1) | - | (1) | (17) |
| **Subtotal** | **(1)** | **(2)** | **(1)** | **(2)** | **-** | **-** | **(2)** | **(7)** | **-** | **(1)** | **-** | **(1)** | **(17)** |
| | (5) | (6) | (32) | (1) | - | (6) | (57) | (10) | (68) | - | (2) | (37) | (224) |
| | (101) | (113) | (45) | - | (3) | (2) | (3) | (1) | (52) | (3) | (6) | (32) | (361) |
| **Subtotal** | **(106)** | **(119)** | **(77)** | **(1)** | **(3)** | **(8)** | **(60)** | **(11)** | **(120)** | **(3)** | **(8)** | **(69)** | **(585)** |
| | - | - | - | (1) | - | - | (3) | (1) | - | (1) | - | (2) | (8) |
| **Subtotal** | **-** | **-** | **-** | **(1)** | **-** | **-** | **(3)** | **(1)** | **-** | **(1)** | **-** | **(2)** | **(8)** |
| | (2) | - | (2) | (1) | - | - | - | (2) | (9) | - | - | (2) | (18) |
| **Subtotal** | **(2)** | **-** | **(2)** | **(1)** | **-** | **-** | **-** | **(2)** | **(9)** | **-** | **-** | **(2)** | **(18)** |
| | (4) | (2) | (5) | - | - | (4) | - | - | (1) | - | - | (11) | (27) |
| | - | - | (1) | - | - | (1) | - | (1) | - | - | (1) | (1) | (5) |
| | - | - | (8) | - | - | - | - | - | - | - | - | - | (8) |
| **Subtotal** | **(4)** | **(2)** | **(14)** | **-** | **-** | **(5)** | **-** | **(1)** | **(1)** | **-** | **(1)** | **(12)** | **(40)** |
| | (1) | - | - | - | (42) | - | (5) | (3) | (1) | (13) | (1) | (1) | (67) |
| **Subtotal** | **(1)** | **-** | **-** | **-** | **(42)** | **-** | **(5)** | **(3)** | **(1)** | **(13)** | **(1)** | **(1)** | **(67)** |
| | (23) | (9) | (2) | (3) | (2) | (1) | (21) | (10) | (14) | (3) | - | (3) | (93) |
| **Subtotal** | **(23)** | **(9)** | **(2)** | **(3)** | **(2)** | **(1)** | **(21)** | **(10)** | **(14)** | **(3)** | **-** | **(3)** | **(93)** |
| | - | - | - | - | - | - | - | - | (1) | - | - | (3) | (4) |
| | (19) | (2) | (2) | (8) | (3) | (2) | (18) | (3) | (5) | (66) | (29) | (35) | (192) |

BRIC-AR-000085

(atastrophic Disaster)

### Disaster Relief Fund Monthly Detailed Obligations Fiscal Year 2025
($ in millions)

| October Actual | November Actual | December Actual | January Actual | February Actual | March Actual | April Actual | May Estimated | June Estimated | July Estimated | August Estimated | September Estimated | Fiscal Year 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - | - | - | - | - |
| **(19)** | **(2)** | **(2)** | **(8)** | **(3)** | **(2)** | **(18)** | **(3)** | **(6)** | **(68)** | **(31)** | **(38)** | **(200)** |
| (266) | (222) | (195) | (311) | (50) | (117) | (188) | (157) | (315) | (290) | (455) | (154) | (2,720) |
| (3,381) | (10) | (600) | (5,305) | (261) | (5) | (38) | (9) | (81) | (3) | (516) | (68) | (10,277) |
| **(3,647)** | **(232)** | **(795)** | **(5,616)** | **(311)** | **(122)** | **(226)** | **(166)** | **(396)** | **(293)** | **(971)** | **(222)** | **(12,997)** |
| (14) | - | (1) | (1) | (1) | - | (7) | (2) | (11) | (14) | (28) | 2 | (77) |
| **(14)** | - | **(1)** | **(1)** | **(1)** | - | **(7)** | **(2)** | **(11)** | **(14)** | **(28)** | **2** | **(77)** |
| (1) | (5) | (1) | - | 1 | - | - | (3) | (2) | (3) | - | (18) | (32) |
| - | (1) | - | (1) | (1) | - | - | - | (2) | - | - | (1) | (6) |
| **(1)** | **(6)** | **(1)** | **(1)** | - | - | - | **(3)** | **(4)** | **(3)** | - | **(19)** | **(38)** |
| (7) | (4) | (1) | (4) | - | (2) | (9) | (4) | (147) | (14) | (22) | (17) | (231) |
| - | (10) | (1) | (2) | - | - | - | - | - | (1) | - | - | (14) |
| - | - | - | - | - | - | - | - | (2) | (2) | (1) | (3) | (8) |
| - | - | - | - | - | - | - | - | - | - | - | (1) | (1) |
| **(7)** | **(14)** | **(2)** | **(6)** | - | **(2)** | **(9)** | **(4)** | **(149)** | **(17)** | **(23)** | **(21)** | **(254)** |
| - | (3) | (32) | - | - | - | - | - | (3) | (1) | - | (4) | (43) |
| - | **(3)** | **(32)** | - | - | - | - | - | **(3)** | **(1)** | - | **(4)** | **(43)** |
| (1) | - | - | (1) | - | - | - | - | (3) | (1) | - | (2) | (8) |
| **(1)** | - | - | **(1)** | - | - | - | - | **(3)** | **(1)** | - | **(2)** | **(8)** |
| (56) | (19) | (1) | (6) | (8) | (1) | (695) | (4) | (12) | (30) | (11) | (2) | (845) |
| **(56)** | **(19)** | **(1)** | **(6)** | **(8)** | **(1)** | **(695)** | **(4)** | **(12)** | **(30)** | **(11)** | **(2)** | **(845)** |
| (5) | (3) | (4) | (10) | (19) | (2) | (2) | (3) | (25) | (34) | (14) | (77) | (198) |
| **(5)** | **(3)** | **(4)** | **(10)** | **(19)** | **(2)** | **(2)** | **(3)** | **(25)** | **(34)** | **(14)** | **(77)** | **(198)** |
| (510) | (60) | (28) | (1,045) | (233) | - | (273) | (391) | (37) | (774) | (424) | (19) | (3,794) |
| - | (37) | (4) | - | (5) | (1) | (5) | (56) | (13) | (89) | (243) | (2) | (485) |
| (1,283) | (361) | (711) | (1,137) | (528) | (14) | (590) | (271) | (134) | (64) | (25) | (178) | (5,296) |
| (2) | (32) | (16) | (5) | (32) | (2) | - | - | (103) | (49) | (12) | (2) | (264) |
| (58) | (90) | (70) | (21) | (87) | (2) | (63) | (11) | (35) | (77) | (10) | (108) | (653) |
| (658) | (106) | (134) | (255) | (5) | (8) | (94) | (247) | (101) | (278) | (301) | (294) | (2,481) |
| (4) | (78) | - | (48) | (18) | (2) | (1) | (28) | (20) | (41) | (60) | (98) | (356) |
| (120) | (34) | (33) | (48) | (2) | (1) | (6) | (219) | (31) | (37) | (1) | - | (533) |
| (9) | (18) | (7) | (48) | (74) | (2) | (4) | (2) | (81) | (81) | - | (26) | (352) |
| (14) | (12) | (7) | (18) | (145) | (1) | (58) | (22) | (3) | (1) | (1) | (84) | (366) |
| (30) | (50) | (6) | (65) | (16) | (19) | (117) | (5) | (5) | (86) | (34) | (267) | (700) |
| (28) | - | (1) | (16) | (13) | (2) | - | - | (5) | (61) | (12) | (107) | (318) |
| - | - | (2) | - | (1) | - | - | (5) | - | - | - | (4) | (14) |
| (110) | (28) | (17) | (319) | (101) | (5) | (20) | (11) | (113) | - | (1) | (42) | (767) |
| - | - | - | - | (1) | - | - | - | (1) | - | - | - | (2) |
| (38) | (49) | (1) | (172) | (44) | (7) | (165) | (73) | (142) | (1) | (34) | (24) | (735) |
| - | - | (3) | (1) | - | (33) | - | (1) | (1) | - | (34) | (76) | (172) |
| - | - | (3) | (1) | (3) | - | - | (3) | (3) | (1) | (10) | (4) | (79) |
| (123) | (39) | (60) | (63) | - | 1 | (22) | (7) | (7) | (5) | (118) | - | (447) |
| (15) | (1) | (1) | - | (2) | (3) | (12) | (8) | (12) | (1) | (6) | - | (61) |

(Catastrophic Disaster)

BRIC-AR-000086

**Disaster Relief Fund Monthly Detailed Obligations Fiscal Year 2025**

($ in millions)

| October Actual | November Actual | December Actual | January Actual | February Actual | March Actual | April Actual | May Estimated | June Estimated | July Estimated | August Estimated | September Estimated | Fiscal Year 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (4) | (8) | (2) | (4) | (1) | - | (1) | (27) | (24) | (147) | (45) | (195) | (458) |
| (19) | - | (10) | (1) | (2) | - | (9) | (2) | (6) | - | - | (16) | (65) |
| (5) | - | (1) | (5) | - | - | (2) | (3) | - | (8) | (4) | (3) | (31) |
| (3) | (4) | (41) | (14) | (1) | - | - | - | - | - | - | - | (67) |
| (7) | (16) | - | (1) | - | - | (2) | - | (3) | - | (2) | (21) | (52) |
| (297) | (8) | (3) | (3) | (50) | (1) | (60) | (5) | (79) | (31) | (248) | (69) | (854) |
| (11) | (3) | (1) | (19) | (3) | (1) | (10) | (19) | (218) | (50) | (23) | (19) | (377) |
| - | - | - | - | - | - | - | (23) | - | - | - | - | (23) |
| (9) | - | (1) | (1) | - | - | (2) | (2) | (4) | (1) | (1) | (1) | (19) |
| - | - | (2) | - | - | - | (2) | (1) | - | - | - | - | (5) |
| (28) | (30) | - | (6) | (2) | (1) | (9) | (3) | (4) | (62) | (96) | (48) | (289) |
| (3) | (14) | (3) | (9) | (9) | - | (1) | (28) | (5) | (18) | (17) | (23) | (130) |
| (1) | - | (13) | (11) | (17) | - | (8) | (12) | (15) | (2) | (80) | - | (159) |
| (3) | - | (1) | - | (1) | - | - | (1) | - | - | - | (1) | (7) |
| (2) | - | - | (1) | - | - | - | - | - | (3) | (38) | (28) | (44) |
| (1) | - | (2) | (4) | (9) | - | (1) | (3) | (22) | (49) | - | (8) | (93) |
| (1) | (5) | (2) | - | - | - | (8) | (14) | - | (4) | (5) | (8) | (47) |
| (4) | (5) | - | (26) | (51) | - | (12) | (86) | (2) | - | (3) | (35) | (224) |
| - | - | (15) | - | - | - | - | - | (9) | - | - | (1) | (26) |
| (464) | (4) | (21) | (6) | (2) | - | (3) | (60) | (13) | (4) | (106) | (1) | (684) |
| (9) | - | - | - | (1) | (1) | (2) | (2) | - | - | (4) | (2) | (21) |
| (3) | - | - | - | - | - | - | - | (2) | (1) | (2) | (20) | (28) |
| (14) | - | (1) | - | (4) | - | (3) | (1) | (5) | (2) | (161) | (6) | (197) |
| (128) | (2) | (6) | (4) | - | - | - | (36) | (12) | (7) | - | - | (195) |
| (12) | (1) | (28) | (1) | - | - | (1) | (16) | (14) | (77) | (46) | (100) | (296) |
| (6) | - | (2) | - | (29) | - | (1) | (1) | (22) | (5) | - | - | (66) |
| (7) | (1) | - | - | - | - | - | - | - | - | (1) | (2) | (10) |
| (1) | - | - | - | - | - | - | - | - | - | (1) | (2) | (4) |
| - | (1) | (4) | - | - | - | (1) | - | (1) | (20) | (4) | (6) | (37) |
| - | (1) | - | - | - | - | - | - | - | - | - | (1) | (1) |
| - | - | - | - | - | - | - | - | - | - | - | - | |
| - | - | - | (5) | - | - | - | - | - | - | - | - | (5) |
| **(4,076)** | **(1,108)** | **(1,290)** | **(3,347)** | **(1,511)** | **(71)** | **(1,595)** | **(1,714)** | **(1,420)** | **(2,259)** | **(2,254)** | **(2,014)** | **(22,659)** |
| (2) | (6) | (1) | (2) | - | - | (1) | (8) | (90) | (5) | (5) | (2) | (122) |
| **(2)** | **(6)** | **(1)** | **(2)** | **-** | **-** | **(1)** | **(8)** | **(90)** | **(5)** | **(5)** | **(2)** | **(122)** |
| (147) | (53) | (53) | (28) | (18) | (6) | (28) | (12) | (67) | (63) | (47) | (58) | (580) |
| (3) | (1) | - | - | - | - | - | - | (1) | (1) | - | - | (6) |
| **(150)** | **(54)** | **(53)** | **(28)** | **(18)** | **(6)** | **(28)** | **(12)** | **(68)** | **(64)** | **(47)** | **(58)** | **(586)** |
| (7) | (9) | - | (33) | (2) | - | (1) | (2) | (9) | (20) | (10) | (35) | (128) |
| **(7)** | **(9)** | **-** | **(33)** | **(2)** | **-** | **(1)** | **(2)** | **(9)** | **(20)** | **(10)** | **(35)** | **(128)** |
| (99) | (53) | (105) | (114) | (29) | (9) | (86) | (75) | (202) | (29) | (15) | (48) | (864) |
| (6) | (2) | (7) | (2) | - | (4) | (32) | (2) | (15) | (7) | (7) | (1) | (85) |
| (5) | (4) | (51) | (17) | (12) | (1) | (16) | (39) | (149) | (190) | (52) | (44) | (580) |
| (5) | (5) | - | - | (2) | - | - | (1) | - | (1) | - | - | (51) |
| - | (1) | - | - | (2) | - | - | - | - | - | - | - | (3) |
| (1) | - | - | - | - | - | - | - | - | - | - | - | (1) |
| (1) | - | - | (3) | - | - | (3) | - | (1) | - | (4) | - | (12) |
| **(117)** | **(64)** | **(164)** | **(136)** | **(44)** | **(15)** | **(138)** | **(117)** | **(378)** | **(230)** | **(97)** | **(96)** | **(1,596)** |
| (145) | (59) | (47) | (32) | (21) | (31) | (99) | (41) | (177) | (68) | (72) | (82) | (874) |

...atastrophic Disaster)

BRIC-AR-000087

**Disaster Relief Fund Monthly Detailed Obligations Fiscal Year 2025**

($ in millions)

| October Actual | November Actual | December Actual | January Actual | February Actual | March Actual | April Actual | May Estimated | June Estimated | July Estimated | August Estimated | September Estimated | Fiscal Year 2025 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **(145)** | **(59)** | **(47)** | **(32)** | **(21)** | **(31)** | **(99)** | **(41)** | **(177)** | **(68)** | **(72)** | **(82)** | **(874)** |
| (96) | (43) | (31) | (48) | (28) | (14) | (49) | (47) | (182) | (222) | (111) | (365) | (1,236) |
| (1) | - | - | (1) | - | - | - | (1) | - | - | - | (4) | (7) |
| **(97)** | **(43)** | **(31)** | **(49)** | **(28)** | **(14)** | **(49)** | **(48)** | **(182)** | **(222)** | **(111)** | **(369)** | **(1,243)** |
| (53) | (76) | (20) | (72) | (58) | (10) | (49) | (74) | (86) | (47) | (27) | (13) | (585) |
| **(53)** | **(76)** | **(20)** | **(72)** | **(58)** | **(10)** | **(49)** | **(74)** | **(86)** | **(47)** | **(27)** | **(13)** | **(585)** |
| (19) | (18) | (3) | (9) | (3) | (6) | (22) | (10) | (24) | (26) | (23) | (37) | (200) |
| (4) | (9) | (1) | (7) | - | (1) | (1) | (5) | - | - | - | - | (28) |
| **(23)** | **(27)** | **(4)** | **(16)** | **(3)** | **(7)** | **(23)** | **(15)** | **(24)** | **(26)** | **(23)** | **(37)** | **(228)** |
| (10) | (3) | (2) | (41) | (3) | (2) | (19) | (9) | (6) | (98) | - | (35) | (228) |
| **(10)** | **(3)** | **(2)** | **(41)** | **(3)** | **(2)** | **(19)** | **(9)** | **(6)** | **(98)** | **-** | **(35)** | **(228)** |
| (11) | (6) | (3) | (4) | (2) | (1) | (2) | (3) | (2) | - | - | (1) | (35) |
| (25) | (31) | (28) | (13) | (20) | (19) | (36) | (21) | (77) | (20) | (11) | (30) | (331) |
| **(36)** | **(37)** | **(31)** | **(17)** | **(22)** | **(20)** | **(38)** | **(24)** | **(79)** | **(20)** | **(11)** | **(31)** | **(366)** |
| (38) | (54) | (27) | (39) | (18) | (34) | (40) | (15) | (23) | (20) | (33) | (58) | (399) |
| **(38)** | **(54)** | **(27)** | **(39)** | **(18)** | **(34)** | **(40)** | **(15)** | **(23)** | **(20)** | **(33)** | **(58)** | **(399)** |
| (2,329) | (353) | (109) | (95) | (849) | (430) | (284) | (1,116) | (587) | (218) | (215) | (268) | (6,853) |
| (1,169) | (132) | (131) | (249) | (220) | (52) | (11) | (96) | (52) | (28) | (26) | (80) | (2,246) |
| (675) | 199 | (58) | (49) | (132) | (33) | (31) | (18) | (27) | (24) | (20) | (46) | (914) |
| (542) | (96) | (216) | (166) | (154) | (45) | (2) | (115) | (30) | (28) | (45) | (14) | (1,623) |
| (112) | (38) | (7) | (4) | (4) | (3) | (11) | (4) | (34) | - | (45) | (19) | (285) |
| (86) | (84) | (5) | - | (54) | (21) | 11 | (52) | (53) | (133) | (13) | (22) | (524) |
| - | - | - | (3) | (1) | (1) | (1) | - | (1) | - | (1) | (1) | (6) |
| - | - | (2) | - | - | - | - | (1) | - | - | - | - | (6) |
| **(4,913)** | **(504)** | **(528)** | **(620)** | **(1,380)** | **(552)** | **(545)** | **(1,402)** | **(784)** | **(437)** | **(342)** | **(450)** | **(12,457)** |
| (1,953) | (425) | (262) | (78) | (167) | (121) | (78) | (102) | (225) | (196) | (641) | (468) | (4,716) |
| - | - | (1) | - | - | - | - | (1) | (2) | (1) | - | (1) | (6) |
| **(1,953)** | **(425)** | **(263)** | **(78)** | **(167)** | **(121)** | **(78)** | **(103)** | **(227)** | **(197)** | **(641)** | **(469)** | **(4,722)** |
| - | - | - | (1,271) | (1,434) | (14) | (31) | (20) | (15) | (122) | (678) | (254) | (3,839) |
| **-** | **-** | **-** | **(1,271)** | **(1,434)** | **(14)** | **(31)** | **(20)** | **(15)** | **(122)** | **(678)** | **(254)** | **(3,839)** |
| **$ (15,514)** | **$ (2,892)** | **$ (3,396)** | **$ (11,440)** | **$ (5,099)** | **$ (1,043)** | **$ (3,799)** | **$ (3,834)** | **$ (4,327)** | **$ (4,320)** | **$ (5,443)** | **$ (4,489)** | **$ (65,596)** |

APPENDIX C:  **Hurricanes Sandy, Harvey, Irma, and Maria, Coronavirus Disease 2019 and Disasters Declared Since August 1, 2017**
FDIC-AR-000088
(Actuals/Estimated Obligations by Program)

Hurricanes Sandy, Harvey, Irma and Maria, Coronavirus Disease 2019, and Disasters Declared Since August 1, 2017
Fiscal Year 2025 Actuals/Estimated
as of April 30, 2025
($ in millions)

| SANDY | Cumulative Obligations Through Fiscal Year 2024 [(1)] | Actual 1st Quarter | Actual 2nd Quarter | Actual/Estimated 3rd Quarter | Estimated 4th Quarter | Fiscal Year 2025 Totals | Totals Through Fiscal Year 2025 |
|---|---|---|---|---|---|---|---|
| Public Assistance | $ 17,009 | $ 292 | $ 3 | $ 190 | $ 56 | $ 541 | $ 17,550 |
| Individual Assistance | 1,600 | - | - | - | - | - | 1,600 |
| Mitigation | 1,712 | 5 | - | - | 16 | 21 | 1,733 |
| Operations | 318 | - | - | - | - | - | 318 |
| Administrative | 1,601 | 5 | 9 | 1 | 8 | 23 | 1,624 |
| **Total** | **$ 22,240** | **$ 302** | **$ 12** | **$ 191** | **$ 80** | **$ 585** | **$ 22,825** |

| HARVEY | Cumulative Obligations Through Fiscal Year 2024 [(1)] | Actual 1st Quarter | Actual 2nd Quarter | Actual/Estimated 3rd Quarter | Estimated 4th Quarter | Fiscal Year 2025 Totals | Totals Through Fiscal Year 2025 |
|---|---|---|---|---|---|---|---|
| Public Assistance | $ 2,908 | $ 11 | $ 2 | $ 36 | $ 3 | $ 52 | $ 2,960 |
| Individual Assistance | 2,816 | - | - | - | - | - | 2,816 |
| Mitigation | 459 | 20 | - | 6 | 1 | 27 | 486 |
| Operations | 185 | - | - | - | - | - | 185 |
| Administrative | 1,816 | 3 | 4 | 3 | 4 | 14 | 1,830 |
| **Total** | **$ 8,184** | **$ 34** | **$ 6** | **$ 45** | **$ 8** | **$ 93** | **$ 8,277** |

| IRMA | Cumulative Obligations Through Fiscal Year 2024 [(1)] | Actual 1st Quarter | Actual 2nd Quarter | Actual/Estimated 3rd Quarter | Estimated 4th Quarter | Fiscal Year 2025 Totals | Totals Through Fiscal Year 2025 |
|---|---|---|---|---|---|---|---|
| Public Assistance | $ 2,667 | $ 3 | $ 1 | $ 12 | $ 27 | $ 43 | $ 2,710 |
| Individual Assistance | 1,304 | - | - | - | - | - | 1,304 |
| Mitigation | 424 | 17 | 8 | 14 | 109 | 148 | 572 |
| Operations | 253 | - | - | - | - | - | 253 |
| Administrative | 1,196 | 3 | 4 | 1 | 1 | 9 | 1,205 |
| **Total** | **$ 5,844** | **$ 23** | **$ 13** | **$ 27** | **$ 137** | **$ 200** | **$ 6,044** |

| Maria | Cumulative Obligations Through Fiscal Year 2024 [(1)] | Actual 1st Quarter | Actual 2nd Quarter | Actual/Estimated 3rd Quarter | Estimated 4th Quarter | Fiscal Year 2025 Totals | Totals Through Fiscal Year 2025 |
|---|---|---|---|---|---|---|---|
| Public Assistance | $ 45,471 | $ 4,600 | $ 5,962 | $ 627 | $ 1,343 | $ 12,532 | $ 58,003 |
| Individual Assistance | 2,428 | - | 1 | - | s | 1 | 2,429 |
| Mitigation | 615 | 44 | 51 | 127 | 99 | 321 | 936 |
| Operations | 4,336 | - | - | - | - | - | 4,336 |
| Administrative | 4,230 | 30 | 35 | 34 | 44 | 143 | 4,373 |
| **Total** | **$ 57,080** | **$ 4,674** | **$ 6,049** | **$ 788** | **$ 1,486** | **$ 12,997** | **$ 70,077** |

| Coronavirus Disease 2019 | Cumulative Obligations Through Fiscal Year 2024 [(1)] | Actual 1st Quarter | Actual 2nd Quarter | Actual/Estimated 3rd Quarter | Estimated 4th Quarter | Fiscal Year 2025 Totals | Totals Through Fiscal Year 2025 |
|---|---|---|---|---|---|---|---|
| Public Assistance | $ 80,139 | $ 6,622 | $ 4,789 | $ 4,395 | $ 6,197 | $ 22,003 | $ 102,142 |
| Individual Assistance | 40,402 | 19 | 14 | 10 | 6 | 49 | 40,451 |
| Mitigation | 888 | (220) | 47 | 269 | 278 | 374 | 1,262 |
| Operations | 6,058 | 7 | 21 | 5 | - | 33 | 6,091 |
| Administrative | 1,619 | 46 | 58 | 50 | 46 | 200 | 1,819 |
| **Total** | **$ 129,106** | **$ 6,474** | **$ 4,929** | **$ 4,729** | **$ 6,527** | **$ 22,659** | **$ 151,765** |

| Disasters Declared Since 8/1/2017 [(2)] | Cumulative Obligations Through Fiscal Year 2024 [(1)] | Actual 1st Quarter | Actual 2nd Quarter | Actual/Estimated 3rd Quarter | Estimated 4th Quarter | Fiscal Year 2025 Totals | Totals Through Fiscal Year 2025 |
|---|---|---|---|---|---|---|---|
| Public Assistance | $ 159,322 | $ 15,345 | $ 12,001 | $ 9,844 | $ 13,168 | $ 50,358 | $ 209,680 |
| Individual Assistance | 58,620 | 3,827 | 1,363 | 513 | 289 | 5,992 | 64,612 |
| Mitigation | 4,265 | 584 | 301 | 1,127 | 816 | 2,828 | 7,093 |
| Operations | 15,270 | 1,608 | 3,521 | 670 | 36 | 5,835 | 21,105 |
| Administrative | 19,657 | 2,202 | 989 | 813 | 732 | 4,736 | 24,393 |
| **Total** | **$ 257,134** | **$ 23,566** | **$ 18,175** | **$ 12,967** | **$ 15,041** | **$ 69,749** | **$ 326,883** |

(1)  Adjusted for recoveries that occur in Fiscal Year 2025 against prior-year obligations.
(2)  Per section 1224 of Disaster Recovery Reform Act (Public Law 115-254).

BRIC-AR-000089

as of April 30, 2025



| | | Rita | | Wilma | | Sandy | | Total |
|---|---|---|---|---|---|---|---|---|
| | $ | 3,793 | $ | 2,565 | $ | 22,614 | $ | 73,309 |
| | | 3,793 | | 2,565 | | 22,614 | | 73,309 |
| | | 3,777 | | 2,565 | | 18,134 | | 67,493 |

### Allocations, Obligations, and Expenditures for Hurricane Ike, West Virginia and Louisiana Floods, and Hurricane Matthew (Cumulative)



| | | Ike | | West Virginia Floods | | Louisiana Floods 4277 | | Matthew | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Allocations** | $ | 4,827 | $ | 642 | | 2,763 | $ | 1,795 | $ | 10,027 |
| **Obligations** | | 4,827 | | 642 | | 2,763 | | 1,795 | | 10,027 |
| **Expenditures** | | 4,805 | | 513 | | 2,641 | | 1,627 | | 9,586 |



| | | Harvey | | Irma | | Maria | | Total |
|---|---|---|---|---|---|---|---|---|
| | $ | 8,245 | $ | 5,898 | $ | 68,029 | $ | 82,172 |
| | | 8,245 | | 5,898 | | 68,029 | | 82,172 |
| | | 7,245 | | 5,309 | | 24,784 | | 37,338 |

### Allocations, Obligations, and Expenditures for CA Winter Storms, Hurricanes Florence and Michael, and PR Earthquake (Cumulative)

| | | California Winter Storms | | Florence | | Michael | | Puerto Rico Earthquake | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Allocations** | | 1,041 | $ | 1,828 | $ | 3,595 | $ | 1,311 | $ | 7,775 |
| **Obligations** | | 1,041 | | 1,828 | | 3,595 | | 1,311 | | 7,775 |
| **Expenditures** | $ | 862 | $ | 1,581 | $ | 2,923 | $ | 754 | $ | 6,120 |

anagement Information System.

12

as of April 30, 2025





| | Yutu | Nebraska Winter Storm 2019 | Oregon Wildfires | Total |
|---|---|---|---|---|
| | $ 861 | $ 733 | $ 903 | $ 1,636 |
| | 861 | 733 | 903 | 1,636 |
| | 722 | 450 | 666 | 1,116 |

| | | Coronavirus Disease 2019 | Total |
|---|---|---|---|
| Allocations | | $ 142,104 | $ 142,104 |
| Obligations | | 142,104 | 142,104 |
| Expenditures | | 124,020 | 124,020 |





| | Wildfires 2018 | Wildfires 2020 | Wildfires 2025 | Total |
|---|---|---|---|---|
| | $ 2,656 | $ 653 | $ 2,750 | $ 7,520 |
| | 2,656 | 653 | 2,750 | 7,520 |
| | 1,537 | 427 | 298 | 3,620 |

| | Laura | Ida | Fiona | Ian | Total |
|---|---|---|---|---|---|
| Allocations | $ 4,422 | $ 8,706 | $ 3,905 | $ 5,389 | $ 22,422 |
| Obligations | 4,422 | 8,706 | 3,902 | 5,389 | 22,419 |
| Expenditures | $ 3,423 | $ 7,168 | $ 2,853 | $ 4,763 | $ 18,207 |

agement Information System.

13

BRIC-AR-000091

as of April 30, 2025





| | Idalia | Kentucky Floods 2022 | Texas Floods | Total |
|---|---|---|---|---|
| | $ 787 | $ 827 | $ 878 | $ 2,492 |
| | 787 | 827 | 878 | 2,492 |
| | $ 546 | $ 701 | $ 698 | $ 1,945 |

| | Hawaii Wildfires | Beryl | Helene | Milton | Total |
|---|---|---|---|---|---|
| **Allocations** | $ 2,898 | $ 1,314 | $ 9,135 | $ 3,087 | $ 16,434 |
| **Obligations** | $ 2,898 | $ 1,314 | $ 9,135 | $ 3,087 | $ 16,434 |
| **Expenditures** | $ 2,271 | $ 1,106 | $ 5,214 | $ 1,848 | $ 10,439 |

management Information System.

14



BRIC-AR-000092

as of April 30, 2025

# Disaster Relief Fund End-of-Year Balance
### (Based on Obligations and Recoveries)



| | October-24 | November-24 | December-24 | January-25 | February-25 | March-25 | April-25 | May-25 | June-25 | July-25 | August-25 | September-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Base Balance | $ 444 | $ 437 | $ 1,455 | 1,415 | 1,383 | 1,393 | 1,313 | $ 1,236 | 1,158 | 1,087 | 991 | 860 |
| Majors Balance | 6,340 | 3,608 | 28,944 | 17,392 | 12,750 | 14,423 | 14,483 | 10,675 | 6,132 | 1,687 | (3,859) | (8,678) |
| Subtotal Major/Base Balance | 6,784 | 4,045 | 30,399 | 18,807 | 14,133 | 15,816 | 15,796 | 11,911 | 7,290 | 2,774 | (2,868) | (7,818) |
| Predisaster Mitigation | 4,672 | 4,613 | 4,679 | 4,736 | 4,764 | 4,793 | 790 | 778 | 766 | 743 | 731 | 719 |
| Total Disaster Relief Fund Balance | $ 11,456 | $ 8,658 | $ 35,078 | $ 23,543 | $ 18,897 | $ 20,609 | $ 16,586 | $ 12,689 | $ 8,056 | $ 3,517 | $ (2,137) | $ (7,099) |

15

Bridge Table

**FY 2025 Disaster Relief Fund Bridge Table**

| | Fiscal Year 2025 Total Actual and Estimated Obligations ($ in millions) | | | | Changes from Baseline | Month-to-Month Change |
|---|---|---|---|---|---|---|
| me | Current Month as of May-25 | Previous Month as of April-25 | Change from Baseline | Change from Prior Month | Cause/Reason | Cause/Reason |
| 331 | $  131 | $  131 | $  - | $  - | No adjustments at this time. | No adjustments at this time. |
| 182 | 182 | 182 | - | - | No adjustments at this time. | No adjustments at this time. |
| 75 | 75 | 75 | - | - | No adjustments at this time. | No adjustments at this time. |
| 476 | 495 | 495 | 19 | - | $19 million increase for disaster facilities real property projects and lease recompetes. | No adjustments at this time. |
| 444 | 463 | 463 | 19 | - | | |
| 32 | 32 | 32 | - | - | | |
| 864 | 883 | 883 | 19 | - | | |
| 532 | 4,712 | 4,712 | 1,180 | - | Increase for anticipated requirements above the historical average. | No adjustments at this time. |
| 53 | 76 | 65 | 23 | 11 | Public Assistance: $16 million increase due to closeout cost adjustments and new cost versions for building projects in 1603 Louisiana.  Hazard Mitigation: $3 million increase due to additional costs for schools and drainage projects in 1603 Louisiana; $1 million increase due to additional management costs in 1607 Louisiana.  Administration: $3 million increase for additional technical assistance support in 1603 Louisiana. | Public Assistance: $10 million net increase primarily due to accelerated schedule for a school building project in 1603 Louisiana.  Administration: $1 million increase for technical assistance contract requirements in 1603 Louisiana. |
| 10 | 17 | 17 | 7 | - | Public Assistance: $7 million net increase primarily due to additional costs for ports and schools projects in 1791 Texas. | No adjustments at this time. |
| 614 | 585 | 585 | (29) | - | Public Assistance: ($43 million) net decrease primarily due to projects costs determined ineligible, under an alternate project, or no additional costs required in 4085 New York; $13 million increase in additional costs for a public building and a pump station projects in 4086 New Jersey; ($2 million) decrease due to a project version delayed in 4097 Massachusetts.  Administration: $2 million net increase due to additional technical assistance support in 4085 New York and 4086 New Jersey.  Other Activity: $1 million. | No adjustments at this time. |
| 8 | 8 | 8 | - | - | No adjustments at this time. | No adjustments at this time. |
| 13 | 18 | 18 | 5 | - | Activity in 4277 Louisiana:  Public Assistance: $2 million increase due to increased costs for a school protective measures project.  Hazard Mitigation: $2 million increase due to budget modifications and accelerated reviews for drainage and warning siren  projects.  Other Activity: $1 million. | No adjustments at this time. |
| 26 | 40 | 35 | 14 | 5 | Public Assistance: $2 million net increase primarily due to reinstated project costs previously reduced for insurance and a scope of work cost increase in 4283 Florida; ($1 million) net decrease due to project closeout underruns in 4284 Georgia; $3 million increase primarily due to cost revisions on public buildings and roads projects in 4285 North Carolina.  Hazard Mitigation: $8 million increase due to award of a school district safe room project in 4286 South Carolina.  Other Activity: $2 million. | Public Assistance: $5 million net increase primarily due to reinstated project costs previously reduced for insurance and a scope of work cost increase in 4283 Florida. |
| 59 | 67 | 62 | 8 | 5 | Activity in 4308 California:  Hazard Mitigation: $9 million increase due to new cost versions for an earthquake brace and a slope stabilization project., and a data transfer error pending correction  Administration: ($1 million) decrease to align personnel cost estimates. | Activity in 4308 California: Public Assistance: $5 million net increase due to premature obligation. |
| 121 | 93 | 119 | (28) | (26) | Activity in 4332 Texas:  Public Assistance: $1 million net decrease due to cost versions for scope change, hazard mitigation, and project closet cost overruns.  Hazard Mitigation: ($30 million) net decrease primarily due to projected obligations and phase two implementation delayed on a stormwater detention projection .  Other Activity: $1 million. | Activity in 4332 Texas: Public Assistance: ($2 million) net decrease primarily due to review delays on public utility and building projects.  Hazard Mitigation: ($24 million) net decrease due to projected obligations were delayed. |
| 626 | 200 | 196 | 74 | 4 | Public Assistance: ($1 million) net decrease primarily due to delays in debris and management cost projects in 4337 Florida; ($5 million) decrease primarily for management costs in 4338 Georgia.  Hazard Mitigation: $73 million net increase primarily due to accelerated reviews and budget increases for utility, retrofit, generator, safe room, and drainage projects in 4337 Florida; $3 million increase due to new safe room project in 4335 Virgin Islands.  Administration: $3 million increase for a technical assistance contract in 4337 Florida; $1 million increase in personnel costs in 4336 Puerto Rico.  Other Activity: ($2 million). | Public Assistance:  $2 million net increase primarily due to new project cost versions in 4337 Florida; $2 million net increase for a water control project in 4338 Georgia.  Hazard Mitigation: $1 million net increase primarily due to contract bids were higher than initially estimated in 4337 Florida.  Other Activity: ($1 million). |

16

BRIC-AR-000094

| | | | | | | |
|---|---|---|---|---|---|---|
| 038 | 12,997 | 12,975 | (41) | 22 | Public Assistance: ($214 million) net decrease primarily due technical adjustments, costs revised for insurance and mitigation, and new or accelerated utilities and building projects in 4339 Puerto Rico; $150 million net increase primarily due to revised management costs and other cost revisions in 4340 Virgin Islands. Hazard Mitigation: $12 million net increase due to budge changes, cost reallocations, and new and accelerated reviews for generator, retrofit, and safe room projects in 4339 Puerto Rico; $6 million increase due to budget modifications for retrofits, safe room, and generator projects in 4340 Virgin Islands. Administration: $6 million increase primarily due to revised personnel, technical assistance, and other facilities costs in 4339 Puerto Rico and 4340 Virgin Islands. Other Activity: ($1 million). | Public Assistance: $11 million net increase primarily for new or accelerated utilities and building projects in 4339 Puerto Rico; $6 million net increase due to accelerated management costs in 4340 Virgin Islands. Hazard Mitigation: $11 million net increase due to new storm shutter project and costs reallocated to phase one few water treatment projects in 4339 Puerto Rico; $3 million increase primarily due to accelerated reviews for a safe room project in 4340 Virgin Islands. Administration: ($8 million) net decrease to align personnel costs in 4339 Puerto Rico and 4340 Virgin Islands. Other Activity: ($1 million). |
| 78 | 77 | 76 | (1) | 1 | Activity in 4344 California: Public Assistance: ($7 million) net decrease primarily due to a projected debris project version was previously obligated. Hazard Mitigation: $6 million net increase due to a backup project submitted, cost revised for a drainage project, and accelerate reviews for a water pipeline project. | Activity in 4344 California: Hazard Mitigation: $1 million increase due to accelerate reviews for a raw water pipeline project. |
| 31 | 38 | 25 | 7 | 13 | Public Assistance: $4 million net increase primarily due to accelerated reviews for new cost versions in 4393 North Carolina, ($1 million) net decrease primarily due to project costs adjusted for actuals in 4394 South Carolina. Hazard Mitigation: $1 million net increase due to a project scope change in 4393 North Carolina; $1 million increase for management costs in 4394 South Carolina. Other Activity: $2 million. | Public Assistance: $12 million net increase due to accelerated reviews for new project cost versions in 4393 North Carolina. Other Activity: $1 million. |
| 266 | 254 | 249 | (12) | 5 | Public Assistance: ($7 million) net decrease primarily due to revised cost estimates for building, debris, and management costs projects in 4399 Florida; ($10 million) net decrease primarily due to a delayed management cost project in 4400 Georgia; ($1 million) decrease due to a project closeout in 4411 Virginia. Hazard Mitigation: $2 million net increase primarily for a water backup and a drainage project in 4399 Florida. Administration: $2 million net increase primarily due to revised technical assistance contract costs in 4399 Florida. Other Activity: $2 million. | Public Assistance: $5 million net increase primarily due to cost estimates revised for a city wide roadway project in 4399 Florida. Hazard Mitigation: ($1 million) net decrease due to projected obligations were delayed in 4400 Georgia. Other Activity: $1 million. |
| 9 | 8 | 8 | (1) | - | Activity in 4404 MP: Hazard Mitigation: ($1 million) decrease due to phase two review delays anticipated for a fire station roof project. | No adjustments at this time. |
| 860 | 845 | 853 | (15) | (8) | Activity in 4407 California: Public Assistance: ($7 million) decrease due to a projected project was previously obligated. Hazard Mitigation: ($9 million) net decrease primarily due to applicant reprioritized a project and review findings reducing the number of structures for a wildfire mitigation project. Other Activity: $1 million. | Activity in 4407 California: Public Assistance: ($7 million) decrease due to a projected project was previously obligated. Hazard Mitigation: ($1 million) decrease due to review finding three structures did not meet requirements for a wildfire mitigation project. |
| 35 | 43 | 42 | 8 | 1 | Activity in 4420 Nebraska: Public Assistance: $8 million increase due to costs added for public utilities and management cost projects. Hazard Mitigation: ($3 million) decrease due to an acquisition project delayed and future management cost versions withdrawn. Other Activity: $3 million. | Activity in 4420 Nebraska: Other Activity: $1 million. |
| 214 | 198 | 198 | (16) | - | Activity in 4473 Puerto Rico: Public Assistance: ($13 million) net decrease primarily due to anticipated delays for public building projects. Hazard Mitigation: ($3 million) net decrease due to time extensions requested on two retrofit projects. | No adjustments at this time. |
| 758 | 22,659 | 22,529 | 901 | 130 | Activity in Coronavirus Disease 2019 Disasters: Public Assistance: $988 million net increase primarily due to revised cost estimates for vaccine testing, supplies, operations, Personal Protective Equipment supplies, contract labor, and management costs. Individual Assistance: $6 million net increase for funeral assistance. Management: ($122 million) net decrease primarily due to withdrawals, funding schedule changes, revised costs, and project delays. Operations: $34 million net increase due to mission assignments closeouts, medical billing reconciliations and technical funding adjustments. Other Activity: ($5 million). | Activity in Coronavirus Disease 2019 Disasters: Public Assistance: $120 million net increase primarily due to revised cost estimates for contract labor, medical staffing, testing, administrative and management costs. Individual Assistance: $1 million net increase for funeral assistance. Hazard Mitigation: ($5 million) net decrease primarily due to revised cost estimates for water control projects, acquisitions, and generator projects. Operations: $5 million net increase primarily due to final billing closeout for U.S. Corps of Engineers mission assignment. Administration: $10 million net increase primarily due to actual and revised personnel cost estimates. Other Activity: ($1 million). |
| 126 | 122 | 123 | (4) | (1) | Activity in 4558 California: Public Assistance: ($2 million) decrease due to delays for water system repairs and distribution projects. Hazard Mitigation: ($2 million) decrease due to revised costs for a wildfire mitigation project. | Activity in 4558 California: Public Assistance: ($1M) net decrease due to two water distribution projects requiring rework. |
| 533 | 586 | 584 | 53 | 2 | Activity in 4559 Louisiana: Public Assistance: $54 million net increase primarily due to revised costs and accelerated reviews on public buildings, utilities, and roads projects. Hazard Mitigation: ($4 million) net decrease primarily due to mobile home deactivations. Hazard Mitigation: $11 million net increase primarily due to new retrofit project and accelerated reviews and revised costs on generator projects. Administration: ($7 million) net decrease primarily due to revised travel, facilities, and technical assistance contracts estimates. Other Activity: ($1 million). | Activity in 4559 Louisiana: Public Assistance: $2 million net increase primarily due to a accelerated review for a new building repair project. |
| 132 | 128 | 128 | (4) | - | Activity in 4562 Oregon: Public Assistance: ($4 million) net decrease due to technical revisions to align costs on projective measure fire projects. | No adjustments at this time. |

17

| | | | | | | |
|---|---|---|---|---|---|---|
| 472 | 1,596 | 1,603 | 124 | (7) | Public Assistance: $120 million net increase primarily due to revised estimates for projects under review in 4611 Louisiana; $25 million net increase primarily for building and utility projects in 4614 New Jersey; $23 million net increase primarily due to new cost versions in 4615 New York; ($2 million) decrease due to a withdrawn project in 4626 Mississippi. Hazard Mitigation: $16 million net increase primarily for new elevation and accelerated generator projects in 4611 Louisiana; ($27 million) decrease due to project delays in 4614 New Jersey; ($4 million) decrease due to two withdrawn projects in 4615 New York; $2 million net increase primarily due to new pump station retrofit in 4629 Connecticut. Individual Assistance: ($22 million) decrease for direct housing deactivations in 4611 Louisiana. Operations: $3 million increase for mission assignment cost reconciliations in 4611 Louisiana. Administration: ($11 million) net decrease primarily due to personnel deactivations and federal operations support reconciliations in 4611 Louisiana and 4618 Pennsylvania. Other Activity: $1 million. | Public Assistance: ($4 million) net decrease primarily for New York City Housing Authority in 4615 New York. Other Activity: ($3 million). |
| 913 | 874 | 883 | (39) | (9) | Activity in 4671 Puerto Rico: Public Assistance: ($48 million) net increase primarily due to discontinued projects. Hazard Mitigation: ($23 million) net decrease primarily due to revised management cost estimates. Operations: $29 million increase for direct federal assistance. Other Activity: $3 million. | Activity in 4671 Puerto Rico: Public Assistance: ($11 million) net decrease primarily due to delayed projects for Puerto Rico Electric Power Authority. Administration: $2 million increase primarily for increased personnel and facilities costs. |
| 433 | 1,243 | 1,234 | (190) | 9 | Public Assistance: ($303 million) net decrease primarily due to project withdrawals, revised estimates, and reviews delayed in 4673 Florida. Individual Assistance: $75 million net increase primarily to restore a group housing site to original condition in 4673 Florida. Hazard Mitigation: $28 million net increase primarily due to accelerated project reviews in 4673 Florida. Operations: $7 million net increase for mission assignment billing reconciliations in 4673 Florida. Administration: $5 million net increase primarily due to revised personnel and technical assistance contracts in 4673 Florida. Other Activity: ($2 million). | Public Assistance: $8 million increase for revised project cost estimates in 4673 Florida. Individual Assistance: $1 million net increase for mobile homes and disaster housing in 4673 Florida. |
| 622 | 585 | 567 | (37) | 18 | Activity in 4724 Hawaii: Public Assistance: ($45 million) net decrease primarily due to projects withdrawals, revised costs, and cost share changes. Individual Assistance: ($2 million) net increase due to revised estimates for mobile homes. Operations: $95 million increase due to revised cost estimate and billing reconciliations for temporary housing mission assignment. Administration: ($86 million) decrease primarily due to revised personnel and security estimates. Other Activity: $1 million. | Activity in 4724 Hawaii: Public Assistance: $8 million net increase for revised project costs. Operations: $70 million for increased USACE mission assignment costs. Administration: ($60 million) net decrease for reduced Interagency Reimbursable Work Agreements. |
| 395 | 228 | 222 | (167) | 6 | Activity in 4734 Florida: Public Assistance: ($213 million) net decrease primarily due to revised estimates and delayed projects in 4734 Florida; $5 million net increase due to increased project costs in 4738 Georgia. Individual Assistance: $1 million net increase in disaster housing and other needs assistance in 4734 Florida. Hazard Mitigation: $22 million net increase due to new projects added for 4734 Florida. Administration: $16 million net increase due primarily to revised estimates for personnel and technical assistance contract requirements in 4734 Florida. Other Activity: $2 million. | Public Assistance: $4 million net increase primarily for Central Florida Electric Cooperative in 4734 Florida. Hazard Mitigation: $2 million increase for new projects in 4734 Florida. |
| 206 | 228 | 234 | 22 | (6) | Activity in 4663 Kentucky: Public Assistance: $23 million net increase primarily for revised building project costs and an accelerated non-congregate sheltering project. Other Activity: ($1 million). | Activity in 4663 Kentucky: Public Assistance: ($6 million) decrease primarily due to reduced estimates for Buckhorn Building Permanent Repairs. |
| 292 | 366 | 350 | 74 | 16 | Public Assistance: $6 million increase due to revised cost estimates for debris, emergency work, and utility projects in 4776 OK; $98 million net increase due to projects in formulation accelerated into review phases in 4781 Texas. Individual Assistance: $13 million net increase primarily for housing and other needs assistance in 4781 Texas. Administration: ($44 million) decrease due to adjustments in staffing and technical assistance contract estimates in 4781 Texas. Other Activity: $1 million. | Individual Assistance: $17 million increase for housing and other needs assistance in 4781 Texas. Administration: ($1 million) decrease primarily for reduced travel costs in 4781 Texas. |
| 398 | 399 | 374 | 1 | 25 | Activity in 4798 Texas: Public Assistance: $78 million net increase due to increased costs and accelerated projects. Individual Assistance: $19 million increase primarily due to revised housing costs. Administration: ($97 million) net decrease due to revised personnel and facilities estimates. Other Activity: $1 million. | Activity in 4798 Texas: Public Assistance: $37 million for accelerated projects for emergency protective measures. Administration: ($12 million) net decrease for reduced technical assistance contract costs. |
| 100 | 12,457 | 12,594 | 5,357 | (137) | Increase for full year actual/estimated obligations for new catastrophic event. | ($137 million) net decrease across all Helene disasters for revised cost estimates. |
| 705 | 4,722 | 4,769 | 2,017 | (47) | Activity in 4834 Florida: $2,064M increase for full year actual/estimated obligations for new catastrophic event. Public Assistance: $2 million net increase for revised estimates and accelerated obligations. Individual Assistance: ($38 million) decrease for reduced housing and other needs assistance. Administration: ($11 million) net decrease primarily for reduced personnel and contract costs. | Activity in 4834 Florida: Public Assistance: $2 million net increase for revised estimates and accelerated obligations. Individual Assistance: ($38 million) decrease for reduced housing and other needs assistance. Administration: ($11 million) net decrease for reduced personnel and contract costs. |
| - | 3,839 | 3,839 | 3,839 | - | Increase for full year actual/estimated obligations for new catastrophic event. | No adjustments at this time. |
| 478 | 70,308 | 70,276 | 9,291 | 32 | | |
| 042 | $    71,191 | $    71,159 | $    9,310 | $    32 | | |

18

BRIC-AR-000096

**Building Resilient Infrastructure and Communities/Predisaster Mitigation**
**History and Fund Status as of April 30, 2025**
**(Dollars in Millions)**

| Fiscal Year 2019 (Applications Due by January 31, 2020) | Amount |
|---|---|
| 6% Set-Aside | $       383 |
| Notice of Funding Opportunity | 250 |
| Notice of Funding Opportunity Awards to Date | (217) |
| Administrative and Technical Assistance Obligations | - |
| **Fiscal Year 2020 (Applications Due by January 29, 2021)** | |
| 6% Set-Aside | 613 |
| Notice of Funding Opportunity | 500 |
| Notice of Funding Opportunity Awards to Date | (252) |
| Administrative and Technical Assistance Obligations | (2) |
| **Fiscal Year 2021 (Applications Due by January 28, 2022)** | |
| 6% Set-Aside | 321 |
| Additional Set-Aside from Coronavirus Disease 2019 | 500 |
| Notice of Funding Opportunity | 1,000 |
| Notice of Funding Opportunity Awards to Date | (364) |
| Administrative and Technical Assistance Obligations | (15) |
| **Fiscal Year 2022 (Applications Due by January 27, 2023)** | |
| 6% Set-Aside | 330 |
| Additional Set-Aside from Coronavirus Disease 2019 | 1,792 |
| Infrastructure Investment and Jobs Act [1] | 200 |
| Notice of Funding Opportunity | 2,295 |
| Notice of Funding Opportunity Awards to Date | (359) |
| Infrastructure Investment and Jobs Act Transfers [1] | (17) |
| Administrative and Technical Assistance Obligations | (19) |
| **Fiscal Year 2023 (Applications Due by February 29, 2024)** | |
| 6% Set-Aside | 686 |
| Infrastructure Investment and Jobs Act [1] | 200 |
| Notice of Funding Opportunity | 1,000 |
| Notice of Funding Opportunity Awards to Date | (39) |
| Infrastructure Investment and Jobs Act Transfers [1] | (1) |
| Administrative and Technical Assistance Obligations | (49) |
| **Fiscal Year 2024** | |
| 6% Set-Aside | 417 |
| Infrastructure Investment and Jobs Act [1] | 200 |
| Notice of Funding Opportunity | - |
| Predisaster Mitigation Transfer [2] | 137 |
| Notice of Funding Opportunity Awards to Date | - |
| Infrastructure Investment and Jobs Act Transfers [1] | (1) |
| Administrative and Technical Assistance Obligations | (48) |
| **Fiscal Year 2025** | |
| 6% Set-Aside | 276 |
| Infrastructure Investment and Jobs Act [1] | 200 |
| Notice of Funding Opportunity | - |
| Predisaster Mitigation Transfer [2] | 16 |
| Notice of Funding Opportunity Awards to Date | - |
| Infrastructure Investment and Jobs Act Transfers [1] | (1) |
| Administrative and Technical Assistance Obligations | (28) |
| | |
| **Disaster Relief Fund Building Resilient Infrastructure and Communities Set- Aside Balance** | **4,071** |
| **Predisaster Mitigation Balance** | **141** |
| **Infrastructure Investment and Jobs Act Balance** | **649** |
| **Reversal of Building Resilient Infrastructure and Communities Set-Aside** | **(4,071)** |
| **Remaining Predisaster Mitigation/Infrastructure Investment and Jobs Act Balance** | $       **790** |

Footnotes:
(1) Pursuant to Public Law 117-58, Infrastructure Investment and Jobs Act.
(2) Pursuant to Public Law 118-47, Further Consolidated Appropriations Act, 2024, Predisaster Mitigation legacy balances transferred to Building Resilient Infrastructure and Communities.

BRIC-AR-000097



U.S. Department of Homeland Security
Washington, DC 20472

# FEMA

May 16, 2025

## DECISION

MEMORANDUM FOR THE SECRETARY

FROM:        David E. Richardson
             Senior Official Performing the Duties of Administrator

SUBJECT:     **Building Resilient Infrastructure Communities (BRIC) Infrastructure
             Investment and Jobs Act (IIJA) Close-Out**

---

**Purpose:** FEMA's recommendation to conduct a close-out of the Building Resilient Infrastructure
and Communities (BRIC) Infrastructure Investment and Jobs Act (IIJA) funding.

**Background:** This memo rescinds the memo dated May 12 and 14, 2025 on the same topic.
FEMA announced termination of the BRIC Program on April 4, 2025. BRIC IIJA funding
accounts for $1B of the total BRIC funds. As of April 24, 2025 approximately:

- FEMA has awarded and obligated $146M in BRIC IIJA.
- FEMA has selected, but not awarded, additional sub-applicants to receive $454M in BRIC
  IIJA.
- The remainder has not been selected or awarded. Refer to Annex A for additional
  background.

**Signature Level Justification:** Awarded and obligated projects found to be in compliance with
the President's EOs will have funds released to complete their current phase. No new projects or
additional phases will be awarded. The remaining $854M will remain unspent.

**Timeliness:** DHS is meeting with Office of Management and Budget on Friday, 16 May 2025,
to discuss BRIC.

**Recommendation:** FEMA recommends Course of Action 1 (see Annex B for COAs): A close-
out of the $146M BRIC IIJA approved and obligated funds if found in compliance with the
President's EOs. The remaining $854M will not be awarded; it will remain unspent at FEMA.
FEMA recommends that Congress rescind and return the funds to the Treasury.

Approve/date _____ 05-29-25          Disapprove/date _____

Modify/date _____                    Needs discussion/date _____

BRIC-AR-000098

**Annex A: Background**

On April 4, FEMA announced it was ending the Building Resilient Infrastructure and Communities (BRIC) Program. The Fiscal Year 2024 BRIC funding opportunity was canceled, which meant that FEMA did not plan to review any applications submitted or award any funds.

- FEMA began activities to close out the BRIC program, including terminating BRIC Direct Technical Assistance (DTA) agreements with 165 local communities, Tribal Nations and territories to build capacity and capabilities.

- FEMA has been preparing to proceed with notifying the applicants and grant recipients of the status of their sub-applications.

- For sub-applications that have been fully or partially obligated from Fiscal Year 2020-2023, we will continue reviewing those projects for alignment with DHS and Administration direction and guidance. As reviews are completed and final decisions made, FEMA will work closely with grant recipients on next steps.

- FEMA has been working to identify how grants can accomplish the Trump Administration's priorities most effectively and efficiently to support states and local communities in disaster planning, response and recovery. FEMA leadership has instructed the agency to no longer set aside 6% from the Disaster Relief Fund for the BRIC program. These additional funds will be available to support ongoing response and recovery operations.

- As of April 24, 2025 FEMA has obligated approximately $146M in BRIC IIJA awards and has selected approximately $454M in BRIC IIJA sub-applications to receive funding.

- FEMA has approximately $400M in IIJA funding that has not been obligated or awarded; $200M for FY25 and $200M for FY26.

BRIC-AR-000099

**Annex B: Courses of Action**

**Course of Action 1**: Close-Out of BRIC IIJA Awarded/Obligated Funds

Complete the current phase of work for $146M in awarded and obligated projects found to be in compliance with the President's EOs. This COA ensures the $454M in selected projects, in addition to $400M from FY25 ($200M) and FY26 ($200M), for a total of $854M, remains unspent. FEMA recommends that Congress rescind and return the funds to the Treasury.*

| COA 1 - BRIC IIJA | | | |
|---|---|---|---|
| Funding Status | Total | Allow Completion | Remain Unspent |
| Awarded and Obligated | $146M | $146M | $0 |
| Selected | $454M | $0 | $454M |
| Open | $400M | $0 | $400M |
| Total | $1B | $146M | $854M |



BRIC-AR-000100

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, *et al.*,

          Plaintiffs,

   v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, *et al.*,

          Defendants.

Case No. 1:25-cv-12006-RGS
**(LEAVE TO FILE
GRANTED
JULY 30, 2025)**

## UPDATED DECLARATION OF DAVID RICHARDSON[1]

I, David Richardson, declare to the best of my knowledge and belief, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct:

1.  I am the Senior Official Performing the Duties of the Administrator at the Federal Emergency Management Agency ("FEMA" or "agency"). FEMA is a component within the U.S. Department of Homeland Security ("DHS"). As the Senior Official Performing the Duties of the FEMA Administrator, I am the DHS official responsible for being the principal advisor to the President and Secretary of Homeland Security ("Secretary") for all matters related to emergency management in the United States. I am also vested with the authority to manage and administer the various grant programs assigned to FEMA directly by statute or designation from the Secretary. In these capacities, I am familiar with the grant programs administered by FEMA and the policies and procedures governing these programs.

2.  My statements in this Declaration are based on my personal knowledge, on information provided to me in my official capacity, on reasonable inquiry, information obtained from various records, systems, databases, DHS or FEMA

---

[1] The only change to this Declaration from my Declaration dated July 25, 2025 is to reflect that it is signed under the penalty of perjury.

BRIC-AR-000101

employees, and information portals maintained and relied upon by DHS in the regular course of business, and on my evaluation of that information.

3. It is my understanding that on July 16, 2025, Plaintiffs filed a Motion for a Preliminary Injunction ("Motion") seeking to enjoin FEMA from spending funds appropriated or set aside for the Building Resilient Infrastructure and Communities ("BRIC") program or Congressionally Directed Spending ("CDS") Pre-Disaster Mitigation ("PDM") grant programs for non-BRIC or non-PDM purposes during the pendency of the litigation. FEMA administers grants that fall under three general categories: Preparedness, Mitigation, and Disaster. Mitigation grants fund projects that strengthen infrastructure, implement hazard-resistant building codes, and promote community resilience through various initiatives aimed at minimizing future disaster impacts. This includes the BRIC grant program.

**Building Resilient Infrastructure and Communities ("BRIC")**

4. The purpose of the BRIC program is to provide technical and financial assistance to States and local governments for cost-effective pre-disaster hazard mitigation measures that reduce injuries, loss of life, and damage and destruction of property. This technical and financial assistance is made available through notices of funding opportunities and direct technical assistance. *See* Section 203 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act, as amended ("Stafford Act"), 42 U.S.C. § 5133.

5. Under the CDS PDM grant program, Congress makes federal funds available to applicable states, U.S territories, federally recognized tribal governments, and local communities to plan for and implement sustainable cost-effective measures designed to reduce the risk to individuals and property from future natural hazards. Although CDS PDM uses the same statutory authority as BRIC, Section 203 of the Stafford Act, it differs from BRIC in that only states, territories, or federally recognized tribal governments with projects identified by Congress in the

2

BRIC-AR-000102

appropriate year's Appropriations Act are eligible to apply for CDS PDM assistance. These projects have been fully obligated, and recipients continue to work to meet any required environmental and historic preservation reviews and to complete and close out projects. In addition, recipients continue to draw down funds for reimbursements for expenditures for these projects and the CDS PDM program was not addressed in the April 2, 2025, Memorandum discussed in Paragraph 7 of this Declaration. Moreover, Congress did not appropriate any funds for CDS PDM for Fiscal Year 2025.

6. BRIC is currently funded by the following sources: funding set aside from the Disaster Relief Fund ("DRF") and appropriated funding through the Infrastructure Investment and Jobs Act ("IIJA"). To be used for BRIC financial and technical assistance, Section 203(i) of the Stafford Act, 42 U.S.C. § 1533(i), provides the President the discretion to set-aside an amount equal to 6% of the estimated aggregate amount of the grants to be made pursuant to sections 403, 406, 407, 408, 410, 416, and 428 for a major disaster within the DRF. In 2021, Congress appropriated BRIC through IIJA an additional one billion dollars to be disbursed between fiscal years 2022 to 2026, with $200 million being made available per fiscal year. To date, FEMA has received $800 million of IIJA funds and the last $200 million are expected in Fiscal Year 2026. BRIC recipients continue to draw down funds for reimbursements for expenditures for approved projects. FEMA has not notified any BRIC recipient that its grant has been terminated pursuant to the Memorandum described in Paragraph 7 below.

7. On April 2, 2025, my predecessor, Mr. Cameron Hamilton, in his role as the Senior Official Performing the Duties of FEMA Administrator, signed a memo, "Future of the Building Resilient Infrastructure and Communities (BRIC) Program" ("April 2, 2025 Memo"), which Plaintiffs attached to their Motion papers as Exhibit 6. The April 2, 2025 Memo addressed how FEMA planned to evaluate all existing grants

BRIC-AR-000103

and their priorities, scope, and implementation timelines to ensure consistency with DHS and the Administration's direction and guidance. The April 2, 2025 Memo laid out the proposed next steps for the future of the BRIC program, including proposing the cancelation of the 2024 Fiscal Year Notice of Funding Opportunity (NOFO), cancelation of projects selected for further review and not yet awarded, evaluation of obligated projects that have not yet been completed, and requiring that any additional period of performance extensions on any BRIC projects be subject to the Senior Official Performing the Duties of the FEMA Administrator's approval.

8. FEMA has not ended the BRIC program, contrary to publicity otherwise. On March 21, 2025, Troy Edgar, the DHS Deputy Secretary, issued a memorandum requiring approval by the Deputy Secretary's Office, which applied to "all awards (over $25M) and terminations, in full or in part, regardless of dollar amount, before they are executed." Subsequently, Secretary Noem issued memoranda on May 15, 2025, and June 11, 2025, reiterating the requirement that she or the Deputy Secretary approve all grant terminations.

9. FEMA and DHS continue to evaluate whether to end the BRIC program or revise it in a manner to achieve its original purpose. When the Administration took office, it discovered that the BRIC program had not been implemented by the prior Administration in a way that best protects American citizens against natural disasters as it was intended and had been politicized instead.

10. My predecessor, Mr. Cameron Hamilton, was appointed as the Assistant Administrator for the Office of Response and Recovery in January 2025 and was serving as the Senior Official Performing the Duties of the Administrator until his departure in May 2025, pursuant to the order of succession for the FEMA Administrator at that time. *See* Exhibit 1. Despite FEMA's public announcements, when Mr. Hamilton left his role as Assistant Administrator for the Office of Response and Recovery, FEMA/DHS had not ended BRIC. Pursuant to DHS policy

BRIC-AR-000104

consistent with the memos above, any decision to end BRIC and terminate grant awards will need to be approved by the Secretary of Homeland Security or the Deputy Secretary.

11. I have read the allegations on page 10 of Plaintiffs' Memorandum in Support of Motion for Preliminary Injunction, that purport to outline the steps taken by FEMA to allegedly end the BRIC program. As explained above, the Secretary of Homeland Security has not made a final decision to end the BRIC program. I will address each of the allegations as follows:

A. "[T]he Fiscal Year 2024 BRIC funding opportunity is canceled, no applications submitted will be reviewed and no funds will be awarded."

- The Fiscal Year 2024 BRIC funding opportunity was removed from Grants.gov and the FEMA website; however, the funding is still available for future BRIC funding opportunities and there is nothing prohibiting FEMA from issuing another NOFO.

B. "Fully obligated projects that have not started construction will not be approved and will end."

- FEMA has not issued any notices terminating any projects as a result of the April 2, 2025 Memo, FEMA has not terminated any BRIC grants pursuant to that memo, and FEMA continues to pay all partially and fully obligated grants. If FEMA determines to terminate any projects, FEMA will follow the proper termination and close out procedures established by 2 C.F.R. Part 200 and the terms and conditions of the award. The Regulations at 2 C.F.R. Part 200 establish the uniform administrative rules, cost principles, audit requirements for federal grants. Among other things, the Regulations establish the requirements for the termination of federal assistance, which include providing notification of the termination to the recipient and the opportunity for

BRIC-AR-000105

the recipient to object to the termination. 2 C.F.R. §§ 200.341 and 200.342. If FEMA were to terminate any award, it would provide the recipient with the required notice and opportunity to object. FEMA would also provide the recipient of any terminated award with the grant closeout procedures required by the regulation after the termination became final.

C. "FEMA will not be extending project deadlines without the Senior Official Performing the Duties of the FEMA Administrator's approval."

- After Mr. Hamilton issued the April 2, 2025 Memo, multiple recipients have submitted requests to extend BRIC project periods of performance. Under the terms of the award agreement, period of performance extensions are not guaranteed and FEMA has discretion to grant or deny the requests. However, as of today, FEMA has not denied any such requests. FEMA is currently establishing a process to evaluate these extension requests and to submit them for my review as the Senior Official Performing the Duties of the FEMA Administrator.

D. "For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across fiscal years 2020-2023."

- For projects selected for further review from previous fiscal years, FEMA has not sent applicants cancelation notices and FEMA continues to follow its pre-review award processes.

E. "Management costs will only continue for partially or fully obligated projects."

- FEMA has not conducted a review of subawards to determine which subawards will continue. FEMA has also not reviewed the status of management costs to determine which management cost subapplications will be awarded or which subawards would be deobligated.

BRIC-AR-000106

12. FEMA has not transferred or reprogrammed any BRIC funding for other purposes. The IIJA funds appropriated to DHS/FEMA for the BRIC program are only available for that program and cannot be used for other purposes. DHS/FEMA have not sought a recission of any IIJA funds by Congress, nor has FEMA spent, diverted, and/or used any of the funds for other programs or projects. Additionally, the funds that FEMA set-aside from the DRF for BRIC remain in the DRF.

13. Subject to the Secretary's oversight, direction, and guidance, Secretary Noem, through the authority vested in her by the Homeland Security Act of 2002, as amended, delegated to me, David Richardson, the Assistant Secretary for Countering Weapons of Mass Destruction, the authority to perform the functions and duties of the FEMA Administrator that are not restricted from delegation by law, regulation, Executive Order, or DHS policy. *See* Exhibit 2. In this role, I continue to support the evaluation of the BRIC program, and any final agency decisions on the future program will be approved by the Secretary or the Deputy Secretary of DHS pursuant to DHS policy as set forth in the Memos described in Paragraph 8 above.

Executed on July __, 2025

David Richardson
Senior Official Performing the Duties of the Administrator
Federal Emergency Management Agency