# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STATE OF WASHINGTON, et al., | |
| Plaintiffs, | |
| v. | No. 1:25-cv-12006-RGS |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., | |
| Defendants. | |

## JOINT MOTION REGARDING SUMMARY JUDGMENT BRIEFING

The Parties[1] respectfully request that this Court enter the Proposed Order Regarding Summary Judgment Briefing ("Proposed Order") attached to this motion.  As grounds for this motion, the Parties state the following:

1.      On August 19, 2025, this Court issued a joint briefing schedule that provided for motion to dismiss briefing followed by summary judgment briefing.  ECF No. 83.

2.      Defendants have indicated that no motion to dismiss will be filed in this case. The Defendants intend to file a consolidated opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment in favor of the Defendants.

---

[1] Plaintiffs are Washington, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Office of the Governor *ex rel.* Andy Beshear in his official capacity as the Governor of the Commonwealth of Kentucky, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Josh Shapiro in his official capacity as Governor of the Commonwealth of Pennsylvania, Rhode Island, Vermont, and Wisconsin. Defendants are the Federal Emergency Management Agency, David Richardson in his official capacity as the Senior Official Performing the Duties of the FEMA Administrator, the United States Department of Homeland Security, Kristi Noem in her official capacity as the Secretary of the Department of Homeland Security, and the United States of America.

3.      The Parties have conferred and have agreed to a consolidated motion for summary judgment schedule that aligns with the briefing schedule established by the Court.  ECF No. 83. The parties request the Court retain the deadlines in the existing scheduling order with the following clarifications:

    a.  Plaintiffs will file a motion for summary judgment by October 15, 2025 of up to 35 pages;

    b.  Defendants will file a consolidated opposition to Plaintiffs' motion and cross motion for summary judgment by November 5, 2025 of up to 45-pages;

    c.  Plaintiffs will file a consolidated reply in support of their motion for summary judgment and in opposition to Defendants' cross-motion of up to 20 pages by November 14, 2025; and

    d.  Defendants will file a reply in support of their cross motion for summary judgment of up to 10 pages by November 18, 2025.

The Parties therefore respectfully request that the Court issue the Proposed Order attached to this motion.

Respectfully submitted,

Defendants,

**LEAH B. FOLEY**
United States Attorney


*/s/ Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
U.S. Attorney's Office, District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov


Plaintiffs,

| **ANDREA JOY CAMPBELL** | **NICHOLAS W. BROWN** |
|---|---|
| Attorney General | Attorney General |
| Commonwealth of Massachusetts | State of Washington |
| | |
| */s/ Hannah C. Vail* | */s/ Tyler Roberts* |
| HANNAH C. VAIL, BBO No. 698577 | TYLER ROBERTS* |
| JAK KUNDL, BBO No. 713951 | JENNIFER K. CHUNG* |
| Assistant Attorneys General | NIYA TAWACHI* |
| AMY LAURA CAHN, BBO No. 716706 | ANDREW R.W. HUGHES* |
| Special Assistant Attorney General | Assistant Attorneys General |
| Massachusetts Office of the Attorney | CRISTINA SEPE* |
| General | Deputy Solicitor General |
| One Ashburton Place | Washington Office of the Attorney General |
| Boston, MA 02108 | 800 Fifth Avenue, Suite 2000 |
| 617-963-2512 | Seattle, WA 98104-3188 |
| hannah.vail@mass.gov | 206-464-7744 |
| jak.kundl@mass.gov | tyler.roberts@atg.wa.gov |
| amy.laura.cahn@mass.gov | jennifer.chung@atg.wa.gov |
| *Attorneys for Plaintiff Commonwealth of* | niya.tawachi@atg.wa.gov |
| *Massachusetts* | andrew.hughes@atg.wa.gov |
| | cristina.sepe@atg.wa.gov |
| | *Attorneys for Plaintiff State of Washington* |

**KRISTIN K. MAYES**
Attorney General
State of Arizona

*/s/ Lauren Watford*
LAUREN WATFORD*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
602-542-3333
Lauren.Watford@azag.gov
*Attorneys for the State of Arizona*

**ROB BONTA**
Attorney General
State of California

*/s/ David Green*
R. MATTHEW WISE*
Supervising Deputy Attorney General
DAVID GREEN*
CHRISTOPHER KISSEL*
HARALD H. KIRN*
Deputy Attorneys General
California Office of the Attorney General
1300 I Street
Sacramento, CA 95814
916-445-9555
matthew.wise@doj.ca.gov
david.green@doj.ca.gov
christopher.kissel@doj.ca.gov
harold.kirn@doj.ca.gov
*Attorneys for Plaintiff State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Finnuala Tessier*
FINNUALA TESSIER*
SAMUEL WOLTER*
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
finnuala.tessier@coag.gov
samuel.wolter@coag.gov
*Attorneys for Plaintiff State of Colorado*

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Ashley Meskill*
ASHLEY MESKILL*
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5270
ashley.meskill@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

*/s/ Andrew C. Mendrala*
ANDREW C. MENDRALA**
Assistant Attorney General

4

VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Aleeza M. Strubel*
ALEEZA M. STRUBEL*
Complex Litigation Counsel
SARAH J. GALLO*
Assistant Attorney General
Illinois Office of the Attorney General
115 S. LaSalle Street
Chicago, IL 60604
773-914-3046
aleeza.strubel@ilag.gov
sarah.gallo@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**AARON M. FREY**
Attorney General
State of Maine

*/s/ Reid Hayton-Hull*
REID HAYTON-HULL*
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
reid.hayton-hull@maine.gov
*Attorneys for the State of Maine*

**DANA NESSEL**

Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
202-724-9726
andrew.mendrala@dc.gov
*Attorneys for the District of Columbia*

**OFFICE OF THE GOVERNER** *ex rel.*
Andy Beshear, in his official capacity as
Governor of the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel
TAYLOR PAYNE*
Chief Deputy General Counsel
LAURA C. TIPTON*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
502-564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tpton@ky.gov
*Attorneys for the Office of the Governor of
Kentucky*

**ANTHONY G. BROWN**
Attorney General
State of Maryland

*/s/ Robert N. Brewer*
ROBERT N. BREWER*
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6924
rbrewer@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

**KEITH ELLISON**

5

Attorney General
State of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
ADAM DE BEAR*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
giovanattin@michigan.gov
deaeara@michigan.gov
*Attorneys for Plaintiff State of Michigan*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Phoenix N. Meyers*
PHOENIX N. MEYERS*
Deputy Attorney General
New Jersey Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-696-5289
phoenix.meyers@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General
State of New York

*/s/ Colleen K. Faherty*
COLLEEN K. FAHERTY*
Special Trial Counsel
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-6046
Colleen.Faherty@ag.ny.gov
*Attorneys for Plaintiff State of New York*

Attorney General
State of Minnesota

*/s/ Cat Rios-Keating*
CAT RIOS-KEATING*
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-7302
catherine.rios-keating@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

**RAÚL TORREZ**
Attorney General
State of New Mexico

*/s/ Mark Noferi*
MARK NOFERI**
Senior Litigation Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
mnoferi@nmdoj.gov
*Attorneys for the State of New Mexico*

**JEFF JACKSON**
Attorney General

LAURA HOWARD
Chief Deputy Attorney General
State of North Carolina

*/s/ Daniel T. Wilkes*
DANIEL T. WILKES*
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*

6

**DAN RAYFIELD**
Attorney General
State of Oregon

/s/ Scott P. Kennedy
SCOTT P. KENNEDY*
BRIAN S. MARSHALL*
Senior Assistants Attorney General
Oregon Office of the Attorney General
1162 Court Street NE
Salem, OR 97301
971-453-9050
scott.kennedy@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*


**PETER F. NERONHA**
Attorney General
State of Rhode Island

/s/ Randelle L. Boots
RANDELLE L. BOOTS*
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
rboots@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

/s/ Lynn K. Lodahl
LYNN K. LODAHL*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
608-264-6219
lynn.lodahl@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*


**JOSH SHAPIRO**
in his official capacity as Governor of the
Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

/s/ Jacob B. Boyer
JACOB B. BOYER*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
717-460-6786
jacobboyer@pa.gov
*Attorneys for Governor Josh Shapiro*


**CHARITY R. CLARK**
Attorney General
State of Vermont

/s/ Ryan P. Kane
RYAN P. KANE*
Deputy Solicitor General
Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609
802-828-2153
ryan.kane@vermont.gov
*Attorneys for Plaintiff State of Vermont*

*admitted pro hac vice
**pro hac vice
application pending or
forthcoming


Dated: September 23, 2025

**CERTIFICATE OF SERVICE**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Hannah C. Vail*
Hannah C. Vail

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I certify that I conferred via videoconference regarding the foregoing motion with counsel for the Defendants, Nicole O'Connor. on September 2, 2025 and all parties have agreed to join this motion.

*/s/ Hannah C. Vail*
Hannah C. Vail