UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>Defendants. | No. 1:25-cv-12006-RGS |

**PROPOSED ORDER REGARDING SUMMARY JUDGMENT BRIEFING**

The Court, having considered the Parties'[1] Joint Motion Regarding Summary Judgment Briefing hereby **GRANTS** the joint motion and **ORDERS** the following:

1. Plaintiffs will file a motion for summary judgment by October 15, 2025 of up to 35 pages, Defendants will file a consolidated opposition to Plaintiffs' motion and cross motion for summary judgment by November 5, 2025 of up to 45 pages, Plaintiffs will file a consolidated reply in support of their motion for summary judgment and opposition to Defendants' cross-motion of up to 20 pages by November 14, 2025, and Defendants will file a reply in support of their cross motion for summary judgment of up to 10 pages by November 18, 2025.

---

[1] Plaintiffs are Washington, Massachusetts, Arizona, California, Colorado, Connecticut, Delaware, the District of Columbia, Illinois, Office of the Governor *ex rel.* Andy Beshear in his official capacity as the Governor of the Commonwealth of Kentucky, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Josh Shapiro in his official capacity as Governor of the Commonwealth of Pennsylvania, Rhode Island, Vermont, and Wisconsin. Defendants are the Federal Emergency Management Agency, David Richardson in his official capacity as the Senior Official Performing the Duties of the FEMA Administrator, the United States Department of Homeland Security, Kristi Noem in her official capacity as the Secretary of the Department of Homeland Security, and the United States of America.

**SO ORDERED.**

                                                                         _____
Hon. Richard G. Stearns
United States District Judge

Date: _____