UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY<br>MANAGEMENT AGENCY, et al.,<br><br>Defendants. | No. 1:25-cv-12006-RGS |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs[1] hereby move for summary judgment. The Defendants[2] have unlawfully terminated the Building Resilient Infrastructure and Communities program (BRIC), which is the Federal Emergency Management Agency's (FEMA) flagship predisaster mitigation grant program. BRIC protects lives, property, and money by proactively fortifying our communities against disasters before they strike. Defendants' termination of the BRIC program has had devastating impacts on communities across the country, threatening to delay, scale back, or shut down mitigation projects in which communities have invested millions of dollars for planning, permitting, and environmental review.

---

[1] Plaintiffs are the State of Washington, the Commonwealth of Massachusetts, the State of Arizona, the State of California, the State of Colorado, the State of Connecticut, the State of Delaware, the District of Columbia, the State of Illinois, Office of the Governor *ex rel.* Andy Beshear in his official capacity as the Governor of the Commonwealth of Kentucky, the State of Maine, the State of Maryland, the State of Michigan, the State of Minnesota, the State of New Jersey, the State of New Mexico, the State of New York, the State of North Carolina, the State of Oregon, Josh Shapiro in his official capacity as Governor of the Commonwealth of Pennsylvania, the State of Rhode Island, the State of Vermont, and the State of Wisconsin.

[2] Defendants are the Federal Emergency Management Agency, David Richardson in his official capacity as acting FEMA Administrator under the title "Senior Official Performing the Duties of the Administrator," the Department of Homeland Security (DHS), Kristi Noem in her official capacity as the Secretary of Homeland Security, and the United States.

Defendants have violated the Constitution and the Administrative Procedure Act (APA) by terminating BRIC. The termination violates Congress's statutory mandate that FEMA cannot substantially reduce its mitigation functions—a mandate that Congress put into place after reductions in FEMA's preparedness function contributed to the devastation following Hurricane Katrina. The termination also violates Congress's statutory directives governing FEMA's use of BRIC funds, including strict statutory limitations on when and how FEMA can use BRIC funds. Further, Cameron Hamilton, the official who ordered and implemented the shutdown, was not lawfully appointed to act as FEMA Administrator and therefore lacked authority to shut down the BRIC program.

The Plaintiffs are entitled to permanent injunctive relief based on the irreparable harm they face, the balance of the equities, and the public interest. Over the past four years, FEMA has selected nearly 2,000 projects to receive roughly $4.5 billion in BRIC funding. Absent injunctive relief, Plaintiffs will be unable to carry out the projects that depend on these funds—losing the time, effort, and millions of dollars they have already invested in these projects, as well as the trust and goodwill they have built with stakeholders and industry partners. Plaintiffs will also lose out on the economic benefits from the projects, face more damage from natural disasters, and pay much more in post-disaster costs. The balance of the equities and the public interest demand that the Defendants follow the law, reinstate the BRIC program, and avoid placing members of the public at increased risk of harm from natural disasters.

Wherefore, for the reasons described more fully in the Plaintiffs' accompanying memorandum of law, Plaintiffs respectfully request that the Court grant this motion and order the requested relief described in the attached Proposed Order, including setting aside Defendants' unlawful action and issuing declaratory and injunctive relief.

Respectfully submitted this 15th day of October 2025.

| | |
|---|---|
| **ANDREA JOY CAMPBELL**<br>Attorney General<br>Commonwealth of Massachusetts<br><br>*/s/ Hannah C. Vail*<br>HANNAH C. VAIL, BBO No. 698577<br>JAK KUNDL, BBO No. 713951<br>Assistant Attorneys General<br>AMY LAURA CAHN, BBO No. 716706<br>Special Assistant Attorney General<br>Massachusetts Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>617-963-2512<br>hannah.vail@mass.gov<br>jak.kundl@mass.gov<br>amy.laura.cahn@mass.gov<br>*Attorneys for Plaintiff Commonwealth of Massachusetts* | **NICHOLAS W. BROWN**<br>Attorney General<br>State of Washington<br><br>*/s/ Tyler Roberts*<br>TYLER ROBERTS*<br>JENNIFER K. CHUNG*<br>NIYA TAWACHI*<br>ANDREW R.W. HUGHES*<br>Assistant Attorneys General<br>CRISTINA SEPE*<br>Deputy Solicitor General<br>Washington Office of the Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>206-464-7744<br>tyler.roberts@atg.wa.gov<br>jennifer.chung@atg.wa.gov<br>niya.tawachi@atg.wa.gov<br>andrew.hughes@atg.wa.gov<br>cristina.sepe@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington* |
| **KRISTIN K. MAYES**<br>Attorney General<br>State of Arizona<br><br>*/s/ Lauren Watford*<br>LAUREN WATFORD*<br>Assistant Attorney General<br>Arizona Attorney General's Office<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>602-542-3333<br>Lauren.Watford@azag.gov<br>*Attorneys for the State of Arizona* | **ROB BONTA**<br>Attorney General<br>State of California<br><br>*/s/ David Green*<br>R. MATTHEW WISE*<br>Supervising Deputy Attorney General<br>DAVID GREEN*<br>CHRISTOPHER KISSEL*<br>HARALD H. KIRN*<br>Deputy Attorneys General<br>California Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814<br>916-445-9555<br>matthew.wise@doj.ca.gov<br>david.green@doj.ca.gov<br>christopher.kissel@doj.ca.gov<br>harold.kirn@doj.ca.gov<br>*Attorneys for Plaintiff State of California* |

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Finnuala Tessier*
FINNUALA TESSIER*
SAMUEL WOLTER*
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
finnuala.tessier@coag.gov
samuel.wolter@coag.gov
*Attorneys for Plaintiff State of Colorado*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Aleeza M. Strubel*
ALEEZA M. STRUBEL*
Complex Litigation Counsel
SARAH J. GALLO*
Assistant Attorney General
Illinois Office of the Attorney General
115 S. LaSalle Street
Chicago, IL 60604
773-914-3046
aleeza.strubel@ilag.gov

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Ashley Meskill*
ASHLEY MESKILL*
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5270
ashley.meskill@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

*/s/ Andrew C. Mendrala*
ANDREW C. MENDRALA*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
202-724-9726
andrew.mendrala@dc.gov
*Attorneys for the District of Columbia*

**OFFICE OF THE GOVERNER**
Andy Beshear, in his official capacity as
Governor of the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel
TAYLOR PAYNE*
Chief Deputy General Counsel
LAURA C. TIPTON*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601

4

| | |
|---|---|
| sarah.gallo@ilag.gov<br>*Attorneys for Plaintiff State of Illinois* | 502-564-2611<br>travis.mayo@ky.gov<br>taylor.payne@ky.gov<br>laurac.tipton@ky.gov<br>*Attorneys for the Office of the Governor of Kentucky* |
| **AARON M. FREY**<br>Attorney General<br>State of Maine | **ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland |
| */s/ Reid Hayton-Hull*<br>REID HAYTON-HULL*<br>Assistant Attorney General<br>Maine Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>207-626-8800<br>reid.hayton-hull@maine.gov<br>*Attorneys for the State of Maine* | */s/ Robert N. Brewer*<br>ROBERT N. BREWER*<br>Assistant Attorney General<br>Maryland Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>410-576-6924<br>rbrewer@oag.state.md.us<br>*Attorneys for Plaintiff State of Maryland* |
| **DANA NESSEL**<br>Attorney General<br>State of Michigan | **KEITH ELLISON**<br>Attorney General<br>State of Minnesota |
| */s/ Neil Giovanatti*<br>NEIL GIOVANATTI*<br>ADAM DE BEAR*<br>Assistant Attorneys General<br>Michigan Department of Attorney General<br>525 W. Ottawa<br>Lansing, MI 48909<br>517-335-7603<br>giovanattin@michigan.gov<br>deaeara@michigan.gov<br>*Attorneys for Plaintiff State of Michigan* | */s/ Cat Rios-Keating*<br>CAT RIOS-KEATING*<br>Special Assistant Attorney General<br>Office of the Minnesota Attorney General<br>445 Minnesota St., Suite 600<br>St. Paul, MN 55101<br>651-300-7302<br>catherine.rios-keating@ag.state.mn.us<br>*Attorneys for Plaintiff State of Minnesota* |
| **MATTHEW J. PLATKIN**<br>Attorney General<br>State of New Jersey | **RAÚL TORREZ**<br>Attorney General<br>State of New Mexico |
| */s/ Phoenix N. Meyers*<br>PHOENIX N. MEYERS*<br>Deputy Attorney General<br>New Jersey Office of the Attorney General<br>25 Market Street | */s/ Mark Noferi*<br>MARK NOFERI**<br>Senior Litigation Counsel<br>New Mexico Department of Justice<br>408 Galisteo Street |

<div style="display: flex;">
<div>

Trenton, NJ 08625
609-696-5289
phoenix.meyers@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General
State of New York

*/s/ Colleen K. Faherty*
COLLEEN K. FAHERTY*
Special Trial Counsel
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-6046
Colleen.Faherty@ag.ny.gov
*Attorneys for Plaintiff State of New York*


**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ Scott P. Kennedy*
SCOTT P. KENNEDY*
BRIAN S. MARSHALL*
Senior Assistants Attorney General
Oregon Office of the Attorney General
1162 Court Street NE
Salem, OR 97301
971-453-9050
scott.kennedy@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*


**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Randelle L. Boots*
RANDELLE L. BOOTS*

</div>
<div>

Santa Fe, NM 87501
505-490-4060
mnoferi@nmdoj.gov
*Attorneys for the State of New Mexico*

**JEFF JACKSON**
Attorney General

LAURA HOWARD
Chief Deputy Attorney General
State of North Carolina

*/s/ Daniel T. Wilkes*
DANIEL T. WILKES*
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncodoj.gov
*Attorneys for Plaintiff State of North Carolina*

**JOSH SHAPIRO**
in his official capacity as Governor of the
Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

*/s/ Jacob B. Boyer*
JACOB B. BOYER*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
717-460-6786
jacobboyer@pa.gov
*Attorneys for Governor Josh Shapiro*


**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Ryan P. Kane*
RYAN P. KANE*

</div>
</div>

6

NICHOLAS M. VAZ*  
Special Assistant Attorneys General  
Rhode Island Office of the Attorney General  
150 South Main Street  
Providence, RI 02903  
401-274-4400  
rboots@riag.ri.gov  
nvaz@riag.ri.gov  
*Attorneys for Plaintiff State of Rhode Island*

Deputy Solicitor General  
Vermont Office of the Attorney General  
109 State Street  
Montpelier, VT 05609  
802-828-2153  
ryan.kane@vermont.gov  
*Attorneys for Plaintiff State of Vermont*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

/s/ Tyler Roberts
TYLER ROBERTS
Assistant Attorney General
State of Washington

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that I sent an email on October 10, 2025 regarding the foregoing motion to counsel for Defendants, Nicole O'Connor, in a good-faith effort to narrow the issues presented by this motion. The parties were unable to narrow the issues in dispute.

/s/ Hannah C. Vail
HANNAH C. VAIL
Assistant Attorney General
Commonwealth of Massachusetts