**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | No. 1:25-cv-12006-RGS |
| Plaintiffs, | |
| v. | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., | |
| Defendants. | |

**<u>DECLARATION OF JENNIFER K. CHUNG</u>**

Pursuant to 28 U.S.C. § 1746, I, Jennifer K. Chung, do hereby state:

1.      I am an Assistant Attorney General in the Office of the Attorney General for the State of Washington. I appear on behalf of the State of Washington in this action.

2.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge and review of records in my office.

3.      Attached as Exhibit 1 is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2020 Funding Requirements, dated May 28, 2019, available at https://www.fema.gov/sites/default/files/2020-07/disaster-relief-funding-requirements_fy-2020.pdf.

4.      Attached as Exhibit 2 is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2021 Funding Requirements, dated February 10, 2020, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-report_2021.pdf.

5.      Attached as Exhibit 3 is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2022 Funding Requirements, dated May 5, 2021, available at

1

https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-fy-2022-funding-requirements.pdf.

6.    Attached as Exhibit 4 is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2023 Funding Requirements, dated April 6, 2022, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-fy-2023-funding-requirements.pdf.

7.    Attached as Exhibit 5 is a true and correct copy of FEMA's Disaster Relief Fund: Fiscal Year 2024 Funding Requirements, dated March 13, 2023, available at https://www.fema.gov/sites/default/files/documents/fema_disaster-relief-fund-fy2024-funding-requirements.pdf.

8.    Attached as Exhibit 6 is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Building Resilient Infrastructure and Communities from August 2020, available at https://www.fema.gov/sites/default/files/2020-08/fema_bric_fy-2020_nofo_fact-sheet.pdf.

9.    Attached as Exhibit 7 is a true and correct copy of the Notice of Funding Opportunity for Fiscal Year 2021 Building Resilient Infrastructure and Communities Grants, dated August 9, 2021, available at https://dmampo.org/wp-content/uploads/2021/08/FEMA-NOFO-2021-BRIC-Fact-Sheet.pdf.

10.    Attached as Exhibit 8 is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2022 Building Resilient Infrastructure and Communities Program from August 2022, available at https://www.fema.gov/sites/default/files/documents/fema_fy22-bric-nofo-fact-sheet_08122022.pdf.

11.     Attached as Exhibit 9 is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2023 Building Resilient Infrastructure and Communities Program from October 2023, available at https://www.fema.gov/sites/default/files/documents/fema_hma_bric-nofo-fact-sheet_102023.pdf.

12.     Attached as Exhibit 10 is a true and correct copy of the U.S. Department of Homeland Security Notice of Funding Opportunity: Fiscal Year 2024 Building Resilient Infrastructure and Communities, available at https://nema.nebraska.gov/assets/files/hazard-mitigation/FY_2024_BRIC_NOFO_FINAL_12-03-2024.pdf.

13.     Attached as Exhibit 11 is a true and correct copy of FEMA, About Us, available at https://www.fema.gov/about.

14.     Attached as Exhibit 12 is a true and correct copy of FEMA's Disaster Relief Fund: Monthly Report, dated September 15, 2025, available at https://www.fema.gov/sites/default/files/documents/fema_ocfo_disaster-relief-fund-report_092025.pdf.

15.     Attached as Exhibit 13 is a true and correct copy of the Testimony of Cameron Hamilton, Senior Official Performing the Duties of FEMA Administrator, before the House Appropriations Committee – Subcommittee on Homeland Security on "Oversight Hearing – The Federal Emergency Management Agency" dated May 7, 2025, available at https://docs.house.gov/meetings/AP/AP15/20250507/118193/HHRG-119-AP15-Wstate-HamiltonC-20250507.pdf.

16.     Attached as Exhibit 14 is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Flood Mitigation Assistance, from August 2020, available at https://www.fema.gov/sites/default/files/2020-08/fema_fma_fy-2020_nofo_fact-sheet.pdf.

17.     Attached as Exhibit 15 is a true and correct copy of the Notice of Funding Opportunity for Fiscal Year 2021 Flood Mitigation Assistance Grants, dated August 9, 2021, available at https://www.fema.gov/fact-sheet/notice-funding-opportunity-fiscal-year-2021-flood-mitigation-assistance-grants.

18.     Attached as Exhibit 16 is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for the Fiscal Year 2022 Flood Mitigation Assistance Program from August 2022, available at https://www.fema.gov/sites/default/files/documents/fema_fy22-fma-nofo-fact-sheet_092022.pdf.

19.     Attached as Exhibit 17 is a true and correct copy of the Fiscal Year 2023 Flood Mitigation Assistance Notice of Funding Opportunity from October 2023, available at https://www.fema.gov/sites/default/files/documents/fema_hma-fma-nofo-fact-sheet_fy23.pdf.

20.     Attached as Exhibit 18 is a true and correct copy of the FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2024 Flood Mitigation Assistance Program from January 2025, available at https://www.fema.gov/sites/default/files/documents/fema_hma_fma-nofo-fact-sheet_fy2024.pdf.

21.     Attached as Exhibit 19 is a true and correct copy of the Declaration of Tony Perkins, Senior Investigator/Analyst at the Washington State Attorney General's Office.

22.     Attached as Exhibit 20 is a true and correct copy of the Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department.

23.     Attached as Exhibit 21 is a true and correct copy of the Declaration of Simon van Leeuwen, Assistant Director for Mitigation and Recovery at the Massachusetts Emergency Management Agency.

24.     Attached as Exhibit 22 is a true and correct copy of the Declaration of Lauren Watford, Assistant Attorney General at the Arizona Attorney General's Office.

25.     Attached as Exhibit 23 is a true and correct copy of the Declaration of Robyn Fennig, State Hazard Mitigation Officer and Assistant Director of Hazard Mitigation at the California Governor's Office of Emergency Services.

26.     Attached as Exhibit 24 is a true and correct copy of the Declaration of Michael J. Haney, Director of the Office of Preparedness at the Colorado Division of Homeland Security and Emergency Management.

27.     Attached as Exhibit 25 is a true and correct copy of the Declaration of Ronnell A. Higgins, Commissioner of the Connecticut Department of Emergency Services and Public Protection.

28.     Attached as Exhibit 26 is a true and correct copy of the Declaration of Clint Osborn, Director at the District of Columbia Homeland Security and Emergency Management Agency.

29.     Attached as Exhibit 27 is a true and correct copy of the Declaration of Abel J. Schall Jr., Director at the Delaware Emergency Management Agency.

30.     Attached as Exhibit 28 is a true and correct copy of the Declaration of Clayton E. Kuetemeyer, Deputy Director of the Office of Emergency Management at the Illinois Emergency Management Agency and Office of Homeland Security.

31.     Attached as Exhibit 29 is a true and correct copy of the Declaration Eric Gibson, Director of the Kentucky Division of Emergency Management.

32.     Attached as Exhibit 30 is a true and correct copy of the Declaration of Russell J. Strickland, Secretary of the Maryland Department of Emergency Management.

33.     Attached as Exhibit 31 is a true and correct copy of the Declaration of Peter Rogers, Director at the Maine Emergency Management Agency.

34.     Attached as Exhibit 32 is a true and correct copy of the Declaration of Capt. Kevin Sweeney, Commander of the Michigan State Police, Emergency Management and Homeland Security Division.

35.     Attached as Exhibit 33 is a true and correct copy of the Declaration of Allison Farole, Director at the Division of Homeland Security Emergency Management with the Minnesota Department of Public Safety.

36.     Attached as Exhibit 34 is a true and correct copy of the Declaration of William Ray, Director of Emergency Management at the North Carolina Department of Public Safety.

37.     Attached as Exhibit 35 is a true and correct copy of the Declaration of Kelly Ottobre, Director of Grant Operations at the New Jersey Department of Law and Public Safety.

38.     Attached as Exhibit 36 is a true and correct copy of the Declaration of Ali Rye, State Director and Deputy Cabinet Secretary for the New Mexico Department of Homeland Security and Emergency Management.

39.     Attached as Exhibit 37 is a true and correct copy of the Declaration of Jackie Bray, Commissioner for the New York State Division of Homeland Security and Emergency Services.

40.     Attached as Exhibit 38 is a true and correct copy of the Declaration of Elijah M. Hutchinson, Executive Director of the New York City Mayor's Office of Climate and Environmental Justice.

41.     Attached as Exhibit 39 is a true and correct copy of the Declaration of Erin McMahon, Director of the Oregon Department of Emergency Management.

42.     Attached as Exhibit 40 is a true and correct copy of the Declaration of Lawrence D. West, Deputy Director of Recovery at the Pennsylvania Emergency Management Agency.

43.     Attached as Exhibit 41 is a true and correct copy of the Declaration of Dr. Bethany D. Jenkins, Vice President for Research and Economic Development at the University of Rhode Island.

44.     Attached as Exhibit 42 is a true and correct copy of the Declaration of Stephanie A. Smith, State Hazard Mitigation Officer at the Vermont Department of Public Safety, Division of Emergency Management.

45.     Attached as Exhibit 43 is a true and correct copy of the Declaration of Greg Engle, Administrator of the Emergency Management Division of the Wisconsin Department of Military Affairs.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 15th day of October 2025.

/s/ Jennifer K. Chung
JENNIFER K. CHUNG
Assistant Attorney General
State of Washington

7

**ADDENDUM**

| | | |
|---|---|---|
| 1 | FEMA's Disaster Relief Fund: Fiscal Year 2020 Funding Requirements, dated May 28, 2019 | |
| 2 | FEMA's Disaster Relief Fund: Fiscal Year 2021 Funding Requirements, dated February 10, 2020 | |
| 3 | FEMA's Disaster Relief Fund: Fiscal Year 2022 Funding Requirements, dated May 5, 2021 | |
| 4 | FEMA's Disaster Relief Fund: Fiscal Year 2023 Funding Requirements, dated April 6, 2022 | |
| 5 | FEMA's Disaster Relief Fund: Fiscal Year 2024 Funding Requirements, dated March 13, 2023 | |
| 6 | FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Building Resilient Infrastructure and Communities from August 2020 | |
| 7 | Notice of Funding Opportunity for Fiscal Year 2021 Building Resilient Infrastructure and Communities Grants, dated August 9, 2021 | |
| 8 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2022 Building Resilient Infrastructure and Communities Program from August 2022 | |
| 9 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2023 Building Resilient Infrastructure and Communities Program from October 2023 | |
| 10 | U.S. Department of Homeland Security Notice of Funding Opportunity: Fiscal Year 2024 Building Resilient Infrastructure and Communities | |
| 11 | FEMA, About Us | |
| 12 | FEMA's Disaster Relief Fund: Monthly Report, dated September 15, 2025 | |
| 13 | Testimony of Cameron Hamilton before the House Appropriations Committee - subcommittee on Homeland Security on "Oversight Hearing – The Federal Emergency Management Agency | |
| 14 | FEMA Fact Sheet, Notice of Funding Opportunity for Hazard Mitigation Assistance Grants, Fiscal Year 2020 Flood Mitigation Assistance, from August 2020 | |
| 15 | Notice of Funding Opportunity for Fiscal Year 2021 Flood Mitigation Assistance Grants, dated August 9 | |
| 16 | FEMA Fact Sheet, Notice of Funding Opportunity for the Fiscal Year 2022 Flood Mitigation Assistance Program from August 2022 | |
| 17 | Fiscal Year 2023 Flood Mitigation Assistance Notice of Funding Opportunity from October 2023 | |

| 18 | FEMA Fact Sheet, Notice of Funding Opportunity for Fiscal Year 2024 Flood Mitigation Assistance Program from January 2025 | |
| 19 | Declaration of Tony Perkins, Senior Investigator/Analyst at the Washington State Attorney General's Office | WA |
| 20 | Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department | WA |
| 21 | Declaration of Simon van Leeuwen, Assistant Director for Mitigation and Recovery at the Massachusetts Emergency Management Agency | MA |
| 22 | Declaration of Lauren Watford, Assistant Attorney General at the Arizona Attorney General's Office | AZ |
| 23 | Declaration of Robyn Fennig, State Hazard Mitigation Officer and Assistant Director of Hazard Mitigation at the California Governor's Office of Emergency Services | CA |
| 24 | Declaration of Michael J. Haney, Director of the Office of Preparedness at the Colorado Division of Homeland Security and Emergency Management | CO |
| 25 | Declaration of Ronnell A. Higgins, Commissioner of the Connecticut Department of Emergency Services and Public Protection | CT |
| 26 | Declaration of Clint Osborn, Director at the District of Columbia Homeland Security and Emergency Management Agency | DC |
| 27 | Declaration of Abel J. Schall Jr, Director at the Delaware Emergency Management Agency | DE |
| 28 | Declaration of Clayton E. Kuetemeyer, Deputy Director of the Office of Emergency Management at the Illinois Emergency Management Agency and Office of Homeland Security | IL |
| 29 | Declaration Eric Gibson, Director of the Kentucky Division of Emergency Management | KY |
| 30 | Russell J. Strickland, Secretary of the Maryland Department of Emergency Management | MD |
| 31 | Declaration of Peter Rogers, Director at the Maine Emergency Management Agency | ME |
| 32 | Declaration of Capt. Kevin Sweeney, Commander of the Michigan State Police, Emergency Management and Homeland Security Division | MI |
| 33 | Declaration of Allison Farole, Director of the Division of Homeland Security Emergency Management with the Minnesota Department of Public Safety | MN |
| 34 | Declaration of William Ray, Director of Emergency Management at the North Carolina Department of Public Safety | NC |
| 35 | Declaration of Kelly Ottobre, Director of Grant Operations at the New Jersey Department of Law and Public Safety | NJ |
| 36 | Declaration of Ali Rye, State Director and Deputy Cabinet Secretary for the New Mexico Department of Homeland Security and Emergency Management | NM |
| 37 | Declaration of Jackie Bray, Commissioner for the New York State Division of Homeland Security and Emergency Services | NY |

| 38 | Declaration of Elijah M. Hutchinson, Executive Director of the New York City Mayor's Office of Climate and Environmental Justice | NY |
|----|----|----|
| 39 | Declaration of Erin McMahon, Director of the Oregon Department of Emergency Management | OR |
| 40 | Declaration of Lawrence D. West, Deputy Director of Recovery at the Pennsylvania Emergency Management Agency | PA |
| 41 | Declaration of Dr. Bethany D. Jenkins, Vice President for Research and Economic Development at the University of Rhode Island | RI |
| 42 | Declaration of Stephanie A. Smith, State Hazard Mitigation Officer at the Vermont Department of Public Safety, Division of Emergency Management | VT |
| 43 | Declaration of Greg Engle, Administrator of the Emergency Management Division of the Wisconsin Department of Military Affairs | WI |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Tyler Roberts*
TYLER ROBERTS
Assistant Attorney General
State of Washington

11