**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 1:25-cv-12006-RGS |
| Plaintiffs, | |
| v. | |
| FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., | |
| Defendants. | |

# EXHIBIT 41

DECLARATION OF BETHANY D. JENKINS

## DECLARATION OF THE UNIVERSITY OF RHODE ISLAND

## IN SUPPORT OF SUMMARY JUDGMENT

I, Bethany D. Jenkins, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am over the age of eighteen and understand the obligations of an oath.

2.      I am the Vice President for Vice President for Research and Economic Development at the University of Rhode Island (URI). I have held this role since 2023. As URI's Vice President for Research and Economic Development, I am URI's designated Research Official to help our community receive and comply with competitive grant funding that includes federal awards. I oversee a portfolio of research funding belonging to URI that funds faculty and researchers with experience in hazard mitigation and emergency management.  I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at the University of Rhode Island, and on my review of records maintained in the ordinary course of business by the University of Rhode Island.

3.      The University of Rhode Island is a state entity. For more than 130 years, the University of Rhode Island has been dedicated to serving the people and communities of Rhode Island as the state's flagship public research university. URI is the State's land and sea grant institution, and is a Carnegie-designated Research 1 institution.

4.      The University of Rhode Island has three campuses throughout the state of Rhode Island, that serve approximately 14,000 undergraduate students and approximately 3,000 graduate students.

5.      I am familiar with the FEMA Building Resilient Infrastructure and Communities program ("BRIC").  BRIC funding is administered in Rhode Island by the Rhode Island Emergency Management Agency.

6.      The University of Rhode Island and its subgrantees have 3 open projects selected for BRIC funding from Federal Fiscal Years 2020 through 2023 in the amount of $881,805.

7.      URI's open projects are:

a.  Seamless Web-based Flood Risk Mapping Tool for Coastal and Inland Waters of RI in a Changing Climate; extension of STORMTOOLS using FEMA maps and hydrological modeling.

    i.  This project was permitted to begin as of December 6, 2023, with a duration of approximately 33 months.

    ii.  Total BRIC funds awarded for this project are $348,978.

        1.  Broken out, this is $326,942 BRIC sponsor funds and $22,036 BRIC management funds;

        2.  URI provides $113,788 in funds;

        3.  The total cost to fund the project is $462,766.

    iii.  The subgrantees have been working on the project as usual, but if FEMA were to stop dispensing BRIC funds, even to funded and obligated projects, these projects would be impacted because URI would either have to terminate the projects, find alternative funding, or use more URI resources, which we do not have.

b.  Next-Generation toolbox for pluvial/coastal flooding and high wind risk assessment and reduction for Bristol and Newport counties

    i.  This project was permitted to begin as of December 5, 2024 with a duration of approximately 34 months.

    ii.  Total BRIC funds awarded for this project are $264,279.

3

1. Broken out, this is $248,625 BRIC sponsor funds and $15,654 BRIC management funds;

2. URI provides $83,039 in funds;

3. The total cost to fund the project is $347,318.

iii. The subgrantees have been working on the project as usual, but if FEMA were to stop dispensing BRIC funds, even to funded and obligated projects, these projects would be impacted because URI would either have to terminate the projects, find alternative funding, or use more URI resources, which we do not have.

c. Implementation of ASCE 7-22, 500-Year Flood Standard Revisions in Rhode Island (EMB-2023-BR-006-0001).

i. This project was permitted to begin as of October 1, 2024 with a duration of approximately 36 months.

ii. Total BRIC funds awarded for this project are $ 115,220.

1. Broken out, this is $ 108,805 BRIC sponsor funds and $ 6,415 BRIC management funds;

2. URI provides $ 34,111 in funds;

3. The total cost to fund the project is $ 149,331.

iii. The subgrantees have been working on the project as usual, but if FEMA were to stop dispensing BRIC funds, even to funded and obligated projects, these projects would be impacted because URI would either have to terminate the projects, find alternative funding, or use more URI resources, which we do not have.

4

**Termination of the BRIC Program**

8.      In April 2025, FEMA terminated the BRIC program and cancelled the 2024 Notice of Funding Opportunity ("NOFO") for BRIC.

9.      On April 22, 2025, Rhode Island received an e-mail from fema@service.govdelivery.com informing the University of Rhode Island that the FEMA BRIC program had been terminated and outlining next steps for the BRIC wind-down process. The e-mail stated:

> "On April 4, FEMA announced that it is ending the Building Resilient Infrastructure and Communities Program (BRIC). These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction. As the program is concluding, the Fiscal Year 2024 BRIC funding opportunity is cancelled, no applications submitted will be reviewed and no funds will be awarded. In addition, for all BRIC applications from Fiscal Years 2020-2023, if grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury."

A true and correct copy of this email is attached as **Exhibit A**.

10.      The termination of the BRIC program has resulted in significant wasted time, efforts, and resources, thereby irreparably harming Rhode Island and the subgrantees. For example, the University of Rhode Island submitted a proposal to the last BRIC funding opportunity (December 2024). Although the request for proposals was released, the BRIC program was suddenly canceled in 2025. This cancelled proposal was titled "AI-driven Framework for Real-time Storm Forecasting and Resilient Infrastructure Planning for RI" and was projected to start in August of 2025, with a duration of 3 years, and with the following funding allocation: $465k total ($349k sponsor+$116k cost-share). The primary objective of the proposed project was to develop an artificial intelligence (AI) framework for multi-hazard prediction and risk assessment of

buildings and critical infrastructure for the state of Rhode Island. The University of Rhode Island prepared the proposal based on the published NOFO for Fiscal Year 2024 BRIC and submitted it to the FEMA Go Portal in April 2025. Then, a couple of days later, FEMA canceled the NOFO for Fiscal Year 2024 (in April 2025), including our proposal. A true and correct copy of this notification is attached as **Exhibit B**.

## Harms from Termination of the BRIC Program

11.     The cancellation of the BRIC program is devastating for Rhode Island. In addition to the lost federal funding, the University of Rhode Island and its subgrantees have invested time, study, and their own financial resources into planning, design, public engagement, environmental review, and permitting for BRIC projects intended to protect communities and critical infrastructure from natural disasters and extreme weather events. Moreover, each BRIC project requires conducting a rigorous benefit-cost analysis that ensures the project will be cost-effective. Time, effort and invested financial resources can never be recovered and will be wasted if FEMA does not restore the BRIC program.

12.     The open BRIC projects in Rhode Island cannot move forward without BRIC funding.  As a result of the termination of the BRIC program, Rhode Island will have less data and information regarding inland flooding and inland flood risk. Additionally, due to the loss of future funding opportunities without the BRIC program, Rhode Island is facing an increased risk of lost lives, property damage, and public safety burdens due to a loss of ability to predict and model storms.

13.     If the BRIC termination is not reversed, Rhode Island will lose ability to predict and mitigate flooding risk that directly informs permitting by other agencies in RI. It will harm

6

URI's ability to deliver flood elevation maps for the state of RI that incorporate sea level rise. This will harm design standards for residential structures in flood-prone coastal zones. Rhode Island does not have the budgetary resources or flexibility to make up for the lost funding without drawing funding away from other important initiatives.

14.     Rhode Island has applied to BRIC many times in the past, was prepared to apply for BRIC funds for fiscal year 2024, and intends to apply again in the future if the program is reinstated. As stated above, the University of Rhode Island dedicated significant time and resources into drafting and submitting a proposal at the last funding opportunity, but the time, effort, and resources were lost due to BRIC's cancellation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2025, in Kingston, RI.

Bethany D. Jenkins
Vice President for Research and Economic Development
The University of Rhode Island

7

# Exhibit A

From: **FEMA (Federal Emergency Management Agency)** <fema@service.govdelivery.com>
Date: Tue, Apr 22, 2025 at 11:35 AM
Subject: Update on FEMA Ending the Building Resilient Infrastructure and Communities Program
To: <spaulding@uri.edu>

**April 22, 2025, Subscribe**

**Special Announcement:**

- Update on FEMA Ending the Building Resilient Infrastructure and Communities Program

# Update on FEMA Ending the Building Resilient Infrastructure and Communities Program



On April 4, FEMA announced that it is ending the Building Resilient Infrastructure and Communities Program (BRIC). These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction.

As the program is concluding, the Fiscal Year 2024 BRIC funding opportunity is cancelled, no applications submitted will be reviewed and no funds will be awarded.

In addition, for all BRIC applications from Fiscal Years 2020-2023, if grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury.

The program resulted in a lack of concrete results and a majority of funding being awarded to only a

few states.

FEMA is working to develop a new approach to mitigation that is more responsive to state and local requirements, achieves clear mitigation goals, and results in more-timely obligation of funding.

**Outstanding BRIC Projects and Next Steps**

FEMA will be reaching out and coordinating with recipients on projects. The agency's website will be updated with a full list of projects selected for funding over the last four years. The status will show what is fully obligated, partially obligated and cancelled.

• Recipients will be able to complete fully obligated projects that have started construction and will be able to expend all associated funds. FEMA will also obligate management costs associated with partially or fully obligated projects.

• Fully obligated projects that have not started construction will not be approved and will end.

• For phased projects, FEMA Regions will work closely with applicants on already obligated projects to determine the best path forward for those projects. This may include ending the project after the completion of Phase 1 or at another appropriate stopping point.

• FEMA will not be extending project deadlines without the Senior Official Performing the Duties of the FEMA Administrator's approval.

• Management costs will only continue for partially or fully obligated projects.

**Unobligated Funds**

For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across fiscal years 2020-2023.

As of April 18, FEMA estimates approximately $4 billion will remain in the Disaster Relief Fund to assist

with disaster response and recovery for communities and survivors. In addition, approximately $649 million of funding from the Infrastructure Investment and Jobs Act (IIJA) will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 IIJA law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications.

**Contact Information**

Subapplicants should contact their state, Tribe or territory (applicant level) Hazard Mitigation Office. You can also reach out to your local FEMA Regional Office if you have any questions.

---

Disclaimer: This communication is provided by FEMA's Hazard Mitigation Assistance Division to highlight recent and upcoming program and policy activities and announcements and does not endorse any non-government organizations, entities or services. Questions or comments? Email fema-hmacomms@fema.dhs.gov



 FEMA

Update Your E-mail Address | Change Delivery Preference | Update State and Zip Code

Subscribe to receive alerts during disasters in your state.

If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by FEMA.

Privacy Policy | GovDelivery is providing this information on behalf of U.S. Department of Homeland Security, and may not use the information for any other purposes.

---

This email was sent to spaulding@uri.edu using GovDelivery Communications Cloud on behalf of FEMA · U.S. Department of Homeland Security · Washington, DC 20472

GOVDELIVERY

# Exhibit B

FEMA Advisory – April 16, 2025

# Update on FEMA Ending the Building Resilient Infrastructure and Communities Program

On April 4, FEMA announced that it is ending the Building Resilient Infrastructure and Communities Program (BRIC).  These actions ensure that grant funding aligns with the President's Executive Orders and Secretary Noem's direction.

As the program is concluding, the Fiscal Year 2024 BRIC funding opportunity is cancelled, no applications submitted will be reviewed and no funds will be awarded.

In addition, for all BRIC applications from Fiscal Years 2020-2023, if grant funds have not been distributed to states, tribes, territories and local communities, funds will be returned either to the Disaster Relief Fund or the U.S. Treasury.

The program resulted in a lack of concrete results and a majority of funding being awarded to only a few states.

FEMA is working to develop a new approach to mitigation that is more responsive to state and local requirements, achieves clear mitigation goals, and results in more-timely obligation of funding.

## Outstanding BRIC Projects and Next Steps

FEMA will be reaching out and coordinating with recipients on projects. The agency's website will be updated with a full list of projects selected for funding over the last four years. The status will show what is fully obligated, partially obligated and cancelled.

- Recipients will be able to complete fully obligated projects that have started construction and will be able to expend all associated funds. FEMA will also obligate management costs associated with partially or fully obligated projects.

- Fully obligated projects that have *not* started construction will not be approved and will end.

- For phased projects, FEMA Regions will work closely with applicants on already obligated projects to determine the best path forward for those projects. This may include ending the project after the completion of Phase 1 or at another appropriate stopping point.



April 16, 2025

- FEMA will not be extending project deadlines without the Senior Official Performing the Duties of the FEMA Administrator's approval.

- Management costs will only continue for partially or fully obligated projects

## Unobligated Funds

For previous funding cycles, FEMA will cancel all of the BRIC projects selected but not obligated across fiscal years 2020-2023.

FEMA estimates more than $3.6 billion will remain in the Disaster Relief Fund to assist with disaster response and recovery for communities and survivors. In addition, approximately $882 million of funding from the Infrastructure Investment and Jobs Act (IIJA) will be returned to the U.S. Treasury or reapportioned by Congress in the next fiscal year. The 2021 IIJA law made $1 billion available for BRIC over five years, $133 million to date has been provided for about 450 applications.

# Contact Us

If you have any questions, please contact FEMA Office of External Affairs:

- Congressional Affairs at (202) 646-4500 or at FEMA-Congressional-Affairs@fema.dhs.gov

- Intergovernmental Affairs at (202) 646-3444 or at FEMA-IGA@fema.dhs.gov

- Tribal Affairs at (202) 646-3444 or at FEMA-Tribal@fema.dhs.gov

- Private Sector Engagement at (202) 646-3444 or at FEMA-private-sector@fema.dhs.gov

# Follow Us

Follow FEMA on social media at: FEMA Blog on fema.gov, @FEMA or @FEMAEspanol on X, FEMA or FEMA Espanol on Facebook, @FEMA on Instagram, and via FEMA YouTube channel.

Also, follow the Senior Official Performing the Duties of FEMA Administrator Cam Hamilton on X @FEMA_Cam.

# FEMA Mission

Helping people before, during, and after disasters.