**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.* <br><br> Defendants. | Case No. 1:25-CV-12006-RGS |

**UNOPPOSED MOTION AND INCOPORATED MEMORANDUM OF LAW**
**OF NATURAL RESOURCES DEFENSE COUNCIL**
**AND CONSERVATION LAW FOUNDATION**
**FOR LEAVE TO FILE AN *AMICI CURIAE* BRIEF**

Proposed *Amici Curiae* Natural Resources Defense Council (NRDC) and Conservation Law Foundation (CLF) respectfully move for leave to submit a brief in support of Plaintiffs' motion for summary judgment, *see* ECF No. 101, in the above-captioned matter challenging Defendants' termination of the Building Resilient Infrastructure and Communities (BRIC) program. As described below, NRDC and CLF's participation as *amici* would help ensure a complete presentation of the issues at stake in this case. For these and the following reasons, the Court should grant the NRDC and CLF leave to file the attached *amici curiae* brief.

Although this Court's Local Rules do not address *amicus* briefs, federal district courts "have inherent authority and discretion to appoint amici." *Boston Gas Co. v. Century Indem. Co.*, No. 02-CV-12062, 2006 WL 1738312, at \*1 n.1 (D. Mass. June 21, 2006); *see also Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). District courts "frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061,

1067 (N.D. Cal. 2005). Amicus briefs can "assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues . . . ." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass. 2015) (cleaned up).

NRDC and CLF are nonprofit organizations dedicated to protecting public health, communities, and the environment. As part of their work, NRDC and CLF support greater investment in disaster preparedness and resilience to extreme weather. As climate disasters become increasingly frequent and more destructive, disaster preparedness and resilience become even more critical. For decades, Congress has agreed, passing laws that require the federal government to provide financial and technical assistance to states, tribes, local governments, and other entities that want to ensure they are prepared *before* the next disaster strikes. NRDC and CLF firmly believe that the U.S. government should live up to its longstanding commitments to support communities across the country in disaster planning and preparedness.

*Amicus Curiae* NRDC is a nonprofit membership organization with hundreds of thousands of members nationwide. NRDC's mission is to safeguard the Earth: its people, its plants and animals, and the natural systems on which all life depends. NRDC's Climate Adaptation Division works to keep NRDC's members and their communities safe from climate impacts using a combination of policy advocacy, litigation, research, and public outreach. One focus of the division is ensuring that states and local governments are prepared for and recover from disasters safely and equitably. As such, NRDC has advocated for climate-smart building codes, disclosure of climate risks, and pre-disaster mitigation funding. NRDC has supported the BRIC program since its inception. Recently, NRDC provided written commentary on the

proposed Federal Emergency Management Agency (FEMA) Act to the U.S. House of Representatives' Transportation and Infrastructure Committee, in which NRDC called on Congress to support and strengthen the BRIC program. NRDC has also published articles on how the Trump administration's cancellation of BRIC puts thousands of communities at risk.

*Amicus Curiae* CLF is a nonprofit environmental advocacy organization working to protect New England's environment for the benefit of all people. CLF uses the law, science, and the market to advance solutions that preserve our natural resources, build healthy communities, and achieve climate mandates established by state laws. CLF has offices in all six New England states. In the wake of unprecedented flooding in Vermont, torrential rain and sunny day coastal flooding in Massachusetts, and other costly climate disasters across the region, CLF has advocated for well-considered, holistic resiliency planning that supports public health while prioritizing high-risk communities that have been too often left to fend for themselves.

NRDC and CLF's proposed *amici* brief, attached as Exhibit A, will assist the Court's consideration of the summary judgment motion. The brief is based on NRDC and CLF's unique perspectives regarding national and regional federal disaster mitigation efforts, including their expansive advocacy for infrastructure hardening, building code updates, and future-oriented resilience strategies that reach the nation's most vulnerable communities. The brief presents three policy points to support Plaintiffs' motion for summary judgment and requests for relief, focusing on the public's interest in the BRIC program and the harms of withholding the appropriated and promised funds. First, the brief discusses the favorable benefit-cost ratios of disaster mitigation projects that not only keep communities safe but also save taxpayers money. Second, the brief highlights the importance of the BRIC program for lower-income and rural communities that have significant pre-disaster mitigation needs but lack the resources necessary

to apply for and implement the needed mitigation efforts. Third, the brief explains how BRIC funding is uniquely suited to disaster-resilience projects and how Defendants' actions have left no other federal funding options available for these projects, exposing communities across the country to increased risk from disasters, and pinning taxpayers with the bill for higher recovery costs down the line.

No party will be prejudiced by the proposed *Amici* brief. NRDC and CLF submit this motion two days after the Plaintiffs filed their motion for summary judgment, ECF No. 101, and nineteen days before Defendants' deadline to respond, *see* ECF No. 91. Under Local Civil Rule 7.1(a)(2), counsel for NRDC and CLF conferred with counsel for the Plaintiffs and Defendants. Plaintiffs consent to this filing; Defendants do not object.

Because the Local Rules do not dictate the length of an acceptable amicus brief, NRDC and CLF have used Federal Rules of Appellate Procedure 29(a)(5) and Local Rule 7.1(b)(4) for guidance and limited our brief to 20 pages. *Compare* ECF No. 91 (setting page limits for principal briefs of 35 pages for Plaintiffs and 45 pages for Defendants), *with* Fed. R. App. P. 29(a)(5) (limiting amicus briefs to one-half the limit for a party's principal brief), *and* LCvR 7.1(b)(4) (generally limiting a brief in support of a motion to 20 pages).

Finally, NRDC and CLF affirm that no counsel for a party authored the attached brief in whole or in part, and no person other than NRDC, CLF, or their counsel made any monetary contributions intended to fund the preparation or submission of the brief. *Cf.* Fed. R. App. P. 29(a)(4)(E).

Dated: October 17, 2025                        Respectfully submitted,

                                               By: */s/ Breanne Frank*
Jennifer A. Friedmann*                         Breanne Frank (BBO # 715153)
Natural Resources Defense Council              Conservation Law Foundation

20 N. Wacker Drive, Suite 1600
Chicago, IL 60606
Phone: (312) 847-6827
Email: jfriedmann@nrdc.org

Jared E. Knicley*
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
Phone: (202) 513-6242
Email: jknicley@nrdc.org

*Counsel for Amicus Curiae Natural Resources Defense Council*

62 Summer Street
Boston, MA 02110
Phone: (617) 850-1771
Email: bfrank@clf.org

Philip Papiasvili*
Conservation Law Foundation
62 Summer Street
Boston, MA 02110
Phone: (617) 850-1739
Email: ppapiasvili@clf.org

*Counsel for Amici Curiae Conservation Law Foundation and Natural Resources Defense Council*

\* Certification for admission pro hac vice to follow

**CERTIFICATE OF SERVICE & RULE 7.1 CERTIFICATION**

I, Breanne Frank, certify that this document was filed through the CM/ECF system on October 17, 2025, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF). I also certify that counsel for proposed *Amici Curiae* conferred with counsel for the Plaintiffs and Defendants. Plaintiffs consent to this motion; Defendants do not oppose.

*/s/ Breanne Frank*