UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>Defendants. | No. 1:25-cv-12006-RGS |

## DECLARATION OF DAVID GREEN

Pursuant to 28 U.S.C. § 1746, I, David Green, do hereby state:

1. I am a Deputy Attorney General in the Office of the Attorney General for the State of California. I am admitted to the U.S. District of Massachusetts *pro hac vice* and I appear on behalf of the State of California in this action.

2. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

3. Attached as Exhibit 1 is a true and correct copy of the Supplemental Summary Judgment Declaration of Robyn Fennig.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated this 12th day of November 2025.

                                              */s/ David Green*
                                              David Green
                                              Deputy Attorney General
                                              State of California

## **CERTIFICATE OF SERVICE**

     I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                                         */s/ Tyler Roberts*
                                         TYLER ROBERTS
                                         Assistant Attorney General
                                         State of Washington