UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

State of Washington et al
    Plaintiffs

    v.

Federal Emergency Management Agency et al
    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
**1:25-cv-12006-RGS**

## **JUDGMENT**
December 11, 2025

Stearns, D.J.

In accordance with the Memorandum and Order entered on December 11, 2025, GRANTING Plaintiffs Motion for Summary Judgment, Judgment is entered in the States' favor on Counts I-VI and IX-X. This case is hereby DISMISSED.

    SO ORDERED.

                                  /s/ Richard G. Stearns
                                  RICHARD G. STEARNS
                                  United States District Judge