UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:25-cv-12006-RGS |

### PLAINTIFF STATES' MOTION TO ENFORCE THE COURT'S SUMMARY JUDGMENT ORDER

On December 11, 2025, the Court granted Plaintiff States'[1] Motion for Summary Judgment in this dispute over the unlawful termination of the Building Resilient Infrastructure and Communities (BRIC) program by the Federal Emergency Management Agency (FEMA). ECF Nos. 129-130. The Court vacated and set aside the termination of the BRIC program and permanently enjoined Defendants[2] from implementing the Hamilton Memo or the April 4 Press

---

[1] Plaintiffs are the State of Washington; the Commonwealth of Massachusetts; the State of Arizona; the State of California; the State of Colorado; the State of Connecticut; the State of Delaware; the District of Columbia; the State of Illinois; Office of the Governor, *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; the State of Maine; the State of Maryland; the State of Michigan; the State of Minnesota; the State of New Jersey; the State of New Mexico; the State of New York; the State of North Carolina; the State of Oregon; Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; the State of Rhode Island; the State of Vermont; and the State of Wisconsin, and their subdivisions and instrumentalities.

[2] "Defendants" are FEMA, Karen Evans in her official capacity as acting FEMA Administrator under the title "Senior Official Performing the Duties of the Administrator," the Department of Homeland Security (DHS), Kristi Noem in her official capacity as the Secretary of Homeland Security, and the United States.

1

Release without Congressional authorization and approval.³ ECF No. 130 (Order) ¶¶ 2-3. This Court also ordered Defendants to "promptly take all steps necessary to reverse the termination[.]" *Id.* ¶ 3(c).

Over two months have passed and Defendants have offered no indication to Plaintiff States, the public, or FEMA's own regional offices that they have complied with the Order. Nothing has changed since the Order: Defendants have not re-issued the Fiscal Year 2024 BRIC Notice of Funding Opportunity, awarded any BRIC projects, or (to Plaintiff States' knowledge) issued any requests for information for selected BRIC projects or decided any new period of performance extensions. Many of FEMA's regional offices seem to lack information about whether and when Defendants will resume the BRIC program, while others have indicated to Plaintiff States that Defendants are taking a "wait and see" approach. Despite Plaintiffs' inquiries, Defendants have not identified any concrete steps that they have taken to implement the Order and instead merely represented that they are "still in the process of connecting with leadership about how BRIC will operate and on what timelines." Declaration of Amy Laura Cahn, Ex. 1.

FEMA's noncompliance only exacerbates the harms identified by the Court in the Order: Defendants continue to perpetuate a substantial reduction in FEMA's mitigation responsibilities and deny Plaintiff States the ability to access funding to which they are statutorily entitled. The uncertainty and ongoing delay continue to "threaten the very existence of the States' projects", leaving state emergency management agencies and local municipalities scrambling to fill funding gaps and preserve contracts and partnerships. ECF No. 129 at 18. And ultimately, Plaintiff States

---

³ The "Hamilton Memo" is the memorandum issued by Cameron Hamilton on April 2, 2025, available at ECF No. 96 at 45-46.  The "April 4 Press Release" is the press release issued by FEMA on April 4, 2025, available at ECF No. 96 at 55.

continue to face the loss of an urgently needed program "designed to protect against natural disasters and save lives." *Id*. at 17-18.

Plaintiff States ask the Court to enforce its Order by issuing the Proposed Order attached to this motion as Exhibit 1. This Court should order Defendants to reverse the Hamilton Memo and the April 4 Press Release, to communicate the reversal to all relevant stakeholders, and to issue a Fiscal Year 2024 Notice of Funding Opportunity for the BRIC program in compliance with their statutory obligation to make BRIC funds available. *See* Infrastructure Investment and Jobs Act, Pub. L. No. 117-58, 135 Stat. 429, 1387 (2021) and 42 U.S.C. § 5133(f). Defendants should also be ordered to inform each Plaintiff State as to the status of all BRIC projects impacted by the BRIC termination and what steps are required to move the projects forward. Defendants should be required to file status reports with the Court explaining the steps they have taken to comply with the Order and reverse the Hamilton Memo's directives and identifying any remaining steps required for compliance and when Defendants will take them. Compliance with this Order is not optional and enforcement is required.

For the reasons explained in the accompanying memorandum, Plaintiff States respectfully request that this Court enter the Proposed Order attached to this Motion as Exhibit 1.

DATED this 17th day of February 2026.

Respectfully submitted,

Plaintiffs

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

*/s/ Amy Laura Cahn*
HANNAH C. VAIL, BBO No. 698577
JAK KUNDL, BBO No. 713951
Assistant Attorneys General
AMY LAURA CAHN, BBO No. 716706
Special Assistant Attorney General
Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617-963-2512
hannah.vail@mass.gov
jak.kundl@mass.gov
amy.laura.cahn@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**NICHOLAS W. BROWN**
Attorney General
State of Washington

*/s/ Jennifer K. Chung*
TYLER ROBERTS*
JENNIFER K. CHUNG*
NIYA TAWACHI*
ANDREW R.W. HUGHES*
MOLLY POWELL**
Assistant Attorneys General
CRISTINA SEPE*
Deputy Solicitor General
Washington Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
tyler.roberts@atg.wa.gov
jennifer.chung@atg.wa.gov
niya.tawachi@atg.wa.gov
andrew.hughes@atg.wa.gov
cristina.sepe@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

**KRISTIN K. MAYES**
Attorney General
State of Arizona

*/s/ Lauren Watford*
LAUREN WATFORD*
Assistant Attorney General
Arizona Attorney General's Office
2005 North Central Avenue
Phoenix, Arizona 85004
602-542-3333
Lauren.Watford@azag.gov
*Attorneys for the State of Arizona*

**ROB BONTA**
Attorney General
State of California

*/s/ David Green*
R. MATTHEW WISE*
Supervising Deputy Attorney General
DAVID GREEN*
CHRISTOPHER KISSEL*
HARALD H. KIRN*
Deputy Attorneys General
California Office of the Attorney General
1300 I Street
Sacramento, CA 95814
916-445-9555

4

matthew.wise@doj.ca.gov
david.green@doj.ca.gov
christopher.kissel@doj.ca.gov
harold.kirn@doj.ca.gov
*Attorneys for Plaintiff State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Finnuala Tessier*
FINNUALA TESSIER*
SAMUEL WOLTER*
Assistant Attorneys General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
finnuala.tessier@coag.gov
samuel.wolter@coag.gov
*Attorneys for Plaintiff State of Colorado*

**WILLIAM TONG**
Attorney General
State of Connecticut

*/s/ Ashley Meskill*
ASHLEY MESKILL*
Assistant Attorney General
Connecticut Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
860-808-5270
ashley.meskill@ct.gov
*Attorneys for Plaintiff State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

*/s/ Vanessa L. Kassab*
IAN R. LISTON*
Director of Impact Litigation
VANESSA L. KASSAB*
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
302-683-8899
vanessa.kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

*/s/ Andrew C. Mendrala*
ANDREW C. MENDRALA*
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
 District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
202-724-9726
andrew.mendrala@dc.gov
*Attorneys for the District of Columbia*

**KWAME RAOUL**
Attorney General
State of Illinois

*/s/ Aleeza M. Strubel*
ALEEZA M. STRUBEL*
Complex Litigation Counsel

**OFFICE OF THE GOVERNER**
Andy Beshear, in his official capacity as
Governor of the Commonwealth of Kentucky

*/s/ S. Travis Mayo*
S. TRAVIS MAYO*
General Counsel

SARAH J. GALLO*
Ethics Unit Supervisor
Illinois Office of the Attorney General
115 S. LaSalle Street
Chicago, IL 60604
773-914-3046
aleeza.strubel@ilag.gov
sarah.gallo@ilag.gov
*Attorneys for Plaintiff State of Illinois*

TAYLOR PAYNE*
Chief Deputy General Counsel
LAURA C. TIPTON*
Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
502-564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov
*Attorneys for the Office of the Governor of Kentucky*

AARON M. FREY
Attorney General
State of Maine

*/s/ Reid Hayton-Hull*
REID HAYTON-HULL*
Assistant Attorney General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
207-626-8800
reid.hayton-hull@maine.gov
*Attorneys for the State of Maine*

ANTHONY G. BROWN
Attorney General
State of Maryland

*/s/ Robert N. Brewer*
ROBERT N. BREWER*
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
410-576-6924
rbrewer@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

DANA NESSEL
Attorney General
State of Michigan

*/s/ Neil Giovanatti*
NEIL GIOVANATTI*
ADAM DE BEAR*
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
517-335-7603
giovanattin@michigan.gov
deaeara@michigan.gov
*Attorneys for Plaintiff State of Michigan*

KEITH ELLISON
Attorney General
State of Minnesota

*/s/ Cat Rios-Keating*
CAT RIOS-KEATING*
Special Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-7302
catherine.rios-keating@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

JENNIFER L. DAVENPORT
Acting Attorney General

RAÚL TORREZ
Attorney General

6

<div style="column-count:2">

State of New Jersey

*/s/ Phoenix N. Meyers*
PHOENIX N. MEYERS*
Deputy Attorney General
New Jersey Office of the Attorney General
25 Market Street
Trenton, NJ 08625
609-696-5289
phoenix.meyers@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**LETITIA JAMES**
Attorney General
State of New York

*/s/ Colleen K. Faherty*
COLLEEN K. FAHERTY*
Special Trial Counsel
New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
212-416-6046
Colleen.Faherty@ag.ny.gov
*Attorneys for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General
State of Oregon

*/s/ Scott P. Kennedy*
SCOTT P. KENNEDY*
BRIAN S. MARSHALL*
Senior Assistants Attorney General
Oregon Office of the Attorney General
1162 Court Street NE
Salem, OR 97301
971-453-9050
scott.kennedy@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
*Attorneys for Plaintiff State of Oregon*

State of New Mexico

*/s/ Mark Noferi*
MARK NOFERI*
Senior Litigation Counsel
New Mexico Department of Justice
408 Galisteo Street
Santa Fe, NM 87501
505-490-4060
mnoferi@nmdoj.gov
*Attorneys for the State of New Mexico*

**JEFF JACKSON**
Attorney General

**LAURA HOWARD**
Chief Deputy Attorney General
State of North Carolina

*/s/ Daniel T. Wilkes*
DANIEL T. WILKES*
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncodoj.gov
*Attorneys for Plaintiff State of North Carolina*

**JOSH SHAPIRO**
in his official capacity as Governor of the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

*/s/ Jacob B. Boyer*
JACOB B. BOYER*
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
717-460-6786
jacobboyer@pa.gov
*Attorneys for Governor Josh Shapiro*

</div>

<div style="display: flex;">

**PETER F. NERONHA**
Attorney General
State of Rhode Island

*/s/ Nicholas M. Vaz*
Nicholas M. Vaz, Esq. (BBO 693629)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
401-274-4400
NVaz@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**CHARITY R. CLARK**
Attorney General
State of Vermont

*/s/ Ryan P. Kane*
RYAN P. KANE*
Deputy Solicitor General
Vermont Office of the Attorney General
109 State Street
Montpelier, VT 05609
802-828-2153
ryan.kane@vermont.gov
*Attorneys for Plaintiff State of Vermont*

</div>

**JOSHUA L. KAUL**
Attorney General
State of Wisconsin

*/s/ Lynn K. Lodahl*
LYNN K. LODAHL*
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
608-264-6219
lynn.lodahl@wisdoj.gov
*Attorneys for Plaintiff State of Wisconsin*

*\*admitted pro hac vice*
*\*\*pro hac vice application pending or forthcoming*

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

*/s/ Amy Laura Cahn*

Amy Laura Cahn

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that beginning on January 15, 2026, and ending on February 10, 2026, I discussed the foregoing motion with counsel for the Defendants, Nicole O'Connor, via email in a good faith effort to narrow the issues posed by this motion.

*/s/ Hannah C. Vail*
Hannah C. Vail