UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 1:25-cv-12006-RGS |

## DECLARATION OF AMY LAURA CAHN

Pursuant to 28 U.S.C. § 1746, I, Amy Laura Cahn, do hereby state:

1.      I am a Special Assistant Attorney General in the Office of the Attorney General for the Commonwealth of Massachusetts.  I am admitted to the U.S. District of Massachusetts and I appear on behalf of the Commonwealth of Massachusetts in this action.

2.      I submit this declaration in support of Plaintiff States' Motion to Enforce the Court's Summary Judgment Order.

3.      I make the following statements of my own knowledge or based on a review of files in my possession.

4.      To my knowledge, at no point since December 11, 2025 have Defendants announced the reversal of the Hamilton Memo or the April 4 Press Release.[1]

5.      Between January 15 and February 2, 2026, Plaintiff States engaged in extensive correspondence with Defendants' counsel to request a status report regarding Defendants'

---

[1] The "Hamilton Memo" is the memorandum issued by Cameron Hamilton on April 2, 2025, available at ECF No. 96 at 45-46.  The "April 4 Press Release" is the press release issued by FEMA on April 4, 2025, available at ECF No. 96 at 55.

1

compliance with the Court's Order in an effort to avoid unnecessary motion practice. A true and correct copy of this email correspondence is attached as **Exhibit 1**.

6.      I have attached to this declaration true and correct copies of publicly promulgated or issued documents and factual declarations, as follows:

7.      Attached as **Exhibit 2** to this declaration is a true and accurate copy of the U.S. Department of Homeland Security Notice of Funding Opportunity: Fiscal Year 2024 Building Resilient Infrastructure and Communities, accessed online at:

https://nema.nebraska.gov/assets/files/hazard-mitigation/FY_2024_BRIC_NOFO_FINAL_12-03-2024.pdf.

8.      Attached as **Exhibit 3** to this declaration is a true and accurate copy of the Federal Emergency Management Agency's (FEMA) Disaster Relief Fund: Monthly Report as of December 31, 2025, dated February 3, 2026, accessed online at:

https://www.fema.gov/sites/default/files/documents/fema_ocfo_disaster-relief-fund-report-dec-2025_02052025.pdf.

9.      Attached as **Exhibit 4** is a true and accurate copy of the Declaration of Tony Perkins, Senior Investigator/Analyst in the Complex Litigation Division of the Washington State Attorney General's Office.

10.      Attached as **Exhibit 5** is a true and accurate copy of the Declaration of Robert Ezelle, Director of the Emergency Management Division at the Washington Military Department, an executive agency in Washington State.

11.      Attached as **Exhibit 6** is a true and accurate copy of the Declaration of Simon van Leeuwen, Assistant Director for Mitigation and Recovery at the Massachusetts Emergency Management Agency.

2

12.     Attached as **Exhibit 7** is a true and accurate copy of the Declaration of Robyn Fennig, Deputy Director for Recovery and the State Hazard Mitigation Officer at the California Governor's Office of Emergency Services.

13.     Attached as **Exhibit 8** is a true and accurate copy of the Declaration of Michael Haney, Director of the Office of Preparedness (aka Office of Grants Management) at the Colorado Division of Homeland Security and Emergency Management.

14.     Attached as **Exhibit 9** is a true and accurate copy of the Declaration of Ronnell A. Higgins, Commissioner of the State of Connecticut, Department of Emergency Services and Public Protection.

15.     Attached as **Exhibit 10** is a true and accurate copy of the Declaration of Zachary Krug, Hazard Mitigation Manager at the Illinois Emergency Management Agency & Office of Homeland Security.

16.     Attached as **Exhibit 11** is a true and accurate copy of the Declaration of Eric Gibson, Director of the Kentucky Division of Emergency Management.

17.     Attached as **Exhibit 12** is a true and accurate copy of the Declaration of Peter Rogers, Director at the Maine Emergency Management Agency.

18.     Attached as **Exhibit 13** is a true and accurate copy of the Declaration of Kevin Sweeney, Commander of the Michigan State Police, Emergency Management and Homeland Security Division.

19.     Attached as **Exhibit 14** is a true and accurate copy of the Declaration of Allison Farole, Director at the Homeland Security and Emergency Management Division with the Minnesota Department of Public Safety.

20.     Attached as **Exhibit 15** is a true and accurate copy of the Declaration of Kelly Ottobre, Director of Grant Operations at the New Jersey Department of Law and Public Safety.

21.     Attached as **Exhibit 16** is a true and accurate copy of the Declaration of Louise Yeung, Chief Climate Officer of the City of New York.

22.     Attached as **Exhibit 17** is a true and accurate copy of the Declaration of Terence O'Leary, Acting Commissioner at the New York State Division of Homeland Security and Emergency Services.

23.     Attached as **Exhibit 18** is a true and accurate copy of the Declaration of William C. Ray, Director of Emergency Management at the North Carolina Department of Public Safety.

24.     Attached as **Exhibit 19** is a true and accurate copy of the Declaration of Erin McMahon, Director of the Oregon Department of Emergency Management and Homeland Security Advisor.

25.     Attached as **Exhibit 20** is a true and accurate copy of the Declaration of Lawrence D. West, Deputy Director of Recovery at the Pennsylvania Emergency Management Agency.

26.     Attached as **Exhibit 21** is a true and accurate copy of the Declaration of Greg Engle, Administrator of the Emergency Management Division of the Wisconsin Department of Military Affairs.

27.     Attached as **Exhibit 22** is a true and accurate copy of the Declaration of Clint Osborn, Director at the District of Columbia Homeland Security and Emergency Management Agency.

28.     Attached as **Exhibit 23** is a true and accurate copy of the Declaration of Bethany Jenkins, Vice President for Research and Economic Development at the University of Rhode Island.

29.    Attached as **Exhibit 24** is a true and accurate copy of the Declaration of Abel J. Schall, Jr., Director of the Delaware Emergency Management Agency.

30.    Attached as **Exhibit 25** to this declaration is a true and accurate copy of the Department of Homeland Security Procedures Relating to a Lapse in Appropriations, dated September 29, 2025, and accessed online at: https://www.dhs.gov/sites/default/files/2025-09/2025_0930_dhs_procedures_related_to_a_lapse_in_appropriations.pdf.

Signed under the penalties of perjury on this 17th day of February 2026 in Plympton, Massachusetts.

/s/ *Amy Laura Cahn*
Amy Laura Cahn
Special Assistant Attorney General
Office of the Attorney General of the
Commonwealth of Massachusetts

5

## CERTIFICATE OF SERVICE

I certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).


*/s/ Amy Laura Cahn*
Amy Laura Cahn