# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

CIVIL ACTION
NO. 1:25-cv-12006-RGS

## DECLARATION OF ROBERT EZELLE IN SUPPORT OF MOTION TO ENFORCE

I, ROBERT EZELLE, pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am over the age of eighteen and understand the obligations of an oath.

2.    I am the Director of the Emergency Management Division at the Washington Military Department, an executive agency in Washington State. I have worked in the Emergency Management Division since 2010, and I have served as Director since 2013. The Emergency Management Division works to prevent, mitigate, protect against, prepare for, and respond to catastrophic events, including natural disasters. This Division works to minimize the impact of these disasters on Washington's residents, property, environment, and economy.

3.    I am familiar with the FEMA Building Resilient Infrastructure and Communities program (BRIC). BRIC funding is administered in Washington by the Washington Military Department's Emergency Management Division.

1

4.      I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties, and on my review of records maintained in the ordinary course of business.

5.      FEMA has not re-issued a Notice of Funding Opportunity (NOFO) for the BRIC program for Fiscal Year 2024. FEMA also has not issued a NOFO for the BRIC program for Fiscal Years 2025 or 2026.

6.      Between December 11, 2025, and January 30, 2026, FEMA has not:

a.      Provided any new information regarding the status of BRIC projects in Washington State that were selected but not obligated;

b.      Moved any phased BRIC project in Washington State from Phase I (planning) to Phase II (construction);

c.      Obligated any new funds for BRIC projects in Washington State, including by executing new contracts;

d.      Acted on Washington State's pending requests for period of performance extensions for existing BRIC projects;

e.      Sent any requests for information to Washington State regarding selected, phased, or otherwise pending projects; or

f.      Finalized pending state management cost grant agreements for already-obligated projects.

7.      On January 6, 2026, Washington contacted FEMA to request an update regarding the timeline and next steps for Washington State BRIC projects that were delayed due to the BRIC termination. On January 8, 2026, FEMA Region 10 branch chief, Brenna Meneghini, responded by email: "FEMA is aware of the Court's ruling and intends to comply. Guidance is forthcoming.

2

I will be in touch as soon as we have additional information to share." A true and correct copy of this email thread is attached as **Exhibit A**.

8.    On January 21, 2026, in advance of a January 22 virtual meeting between our office and FEMA Region 10 personnel, a FEMA Region 10 Section Chief, Jackson Owens, provided the same general statement in an email: "I do want to help set some expectation as FEMA remains intent on complying per the court's ruling, however, we are still awaiting guidance." Our office reiterated that "[w]e'd appreciate a baseline update." A true and correct copy of this email thread is attached as **Exhibit B**.

9.    On January 22, 2026, our office held a virtual meeting with Section Chief Owens and additional FEMA Region 10 personnel to discuss Washington's mitigation grants. Our staff again asked for information and updates on Washington's BRIC projects. While the FEMA staff in attendance were able to discuss other FEMA grants and mitigation programs, they were unable to provide any information about BRIC, instead repeating the same statements noted above—that they were awaiting guidance or instructions from FEMA headquarters.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of February, 2026, in Lakewood, Washington.

ROBERT EZELLE
Director
Emergency Management Division
Washington State Military Department

# Exhibit A

| | |
|---|---|
| **From:** | Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov> |
| **Sent:** | Monday, January 12, 2026 8:40 AM |
| **To:** | Chandler, Ryan (MIL); Meneghini, Brenna (MIL Guest); Owens, Jackson |
| **Cc:** | Ike, Ryan; Williams, KevinW; Marshall-Dody, Anne-marie (MIL); Cook, Tim (MIL); Lebens, Matthew (MIL) |
| **Subject:** | RE: BRIC Program Update \| CIVIL ACTION NO. 25-12006-RGS |

Thanks, Brenna. Much appreciated.

We'll stand by for forthcoming guidance.

Best,
Matt

**Matt Lebens**
Hazard Mitigation Program Supervisor
Emergency Management Division
Washington Military Department
(253) 433-5293
Hours: Mon-Thu, 7:00 a.m.-5:30 p.m.
matthew.lebens@mil.wa.gov | www.mil.wa.gov



From: Chandler, Ryan (MIL) <Ryan.Chandler@mil.wa.gov>
Sent: Friday, January 9, 2026 9:10 AM
To: Meneghini, Brenna <brenna.meneghini@fema.dhs.gov>; Owens, Jackson <jackson.owens@fema.dhs.gov>
Cc: Ike, Ryan <Ryan.Ike@fema.dhs.gov>; Williams, KevinW <KevinW.Williams@fema.dhs.gov>; Marshall-Dody, Anne-marie (MIL) <Anne-marie.Marshall-Dody@mil.wa.gov>; Cook, Tim (MIL) <Tim.Cook@mil.wa.gov>; Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
Subject: RE: BRIC Program Update | CIVIL ACTION NO. 25-12006-RGS

Good Morning Brenna,

We appreciate the update.

We look forward to getting the BRIC subgrants back on track.

Thanks,
Ryan

**Ryan Chandler**

1

Hazard Mitigation Program Supervisor
Emergency Management Division
Washington Military Department
Phone: (253) 512-7460 | Cell: (253) 533-1249
Email: Ryan.Chandler@mil.wa.gov | Hazard Mitigation Grants
Hours: Tue-Fri 7:00 a.m. - 5:30 p.m.
Sign up for our NOFOs here -> GovDelivery



---

**From:** Meneghini, Brenna <brenna.meneghini@fema.dhs.gov>
**Sent:** Thursday, January 8, 2026 7:52 PM
**To:** Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>; Owens, Jackson <jackson.owens@fema.dhs.gov>
**Cc:** Ike, Ryan <Ryan.Ike@fema.dhs.gov>; Williams, KevinW <KevinW.Williams@fema.dhs.gov>; Marshall-Dody, Anne-marie (MIL) <Anne-marie.Marshall-Dody@mil.wa.gov>; Cook, Tim (MIL) <Tim.Cook@mil.wa.gov>; Chandler, Ryan (MIL) <Ryan.Chandler@mil.wa.gov>; Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
**Subject:** Re: BRIC Program Update | CIVIL ACTION NO. 25-12006-RGS

---

External Email

---

Good Evening Matt,

FEMA is aware of the Court's ruling and intends to comply.  Guidance is forthcoming.

I will be in touch as soon as we have additional information to share. In terms of restarting meetings to discuss amendments, QPRs, etc., I'll ensure @Owens, Jackson reaches out to get this back on the books for us to connect.

Thanks,

**Brenna Meneghini**
Branch Chief| Community Resilience and Infrastructure Grants Branch| Mitigation Division- FEMA Region 10
Mobile: 202-322-3603
Brenna.meneghini@fema.dhs.gov



---

**From:** Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
**Sent:** Tuesday, January 6, 2026 2:54 PM
**To:** Meneghini, Brenna <brenna.meneghini@fema.dhs.gov>
**Cc:** Ike, Ryan <Ryan.Ike@fema.dhs.gov>; Owens, Jackson <jackson.owens@fema.dhs.gov>; Williams, KevinW <KevinW.Williams@fema.dhs.gov>; Marshall-Dody, Anne-marie (MIL) <Anne-marie.Marshall-Dody@mil.wa.gov>; Cook, Tim <tim.cook@mil.wa.gov>; Chandler, Ryan (MIL) <Ryan.Chandler@mil.wa.gov>;

2

Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
**Subject:** BRIC Program Update | CIVIL ACTION NO. 25-12006-RGS

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Hello Brenna,

On 11 DEC 2025 we received the attached Summary Judgement Order regarding Civil Action No. 25-12006-RGS in which the court declared that the termination of the BRIC program is void and of no force or effect and therefore vacates and sets aside the termination of the BRIC program pursuant to 5 U.S.C. § 706(2).

Further, per section 3.c of the order, all  necessary steps are promptly to be taken to reverse the termination of the BRIC program, including reversing any policies, memoranda, directives, or actions issued before the order that were designed or intended, in whole or in part, to implement, adopt, give effect to, comply with, or carry out the termination of the BRIC program.

We recognize this decision came out during the Washington Winter Weather Event, but now that we have transitioned to recovery, we'd appreciate an update regarding timeline and next steps associated with restoring the program. Specifically, we are looking to see when we can expect to see movement on reviews, RFI's and see award/obligation for the following WA State subgrants that were delayed due to the attempted cancelation of the program.

| Status | Grant Round | Project # | Project Name |
|---|---|---|---|
| Pending | BRIC 2020 | EMS-2020-BR-102-0002 | North Shore Levee West |
| Pending | BRIC 2021 | EMS-2021-BR-044-0008 | North Shore Levee |
| Phase 1: Active | BRIC 2022 | EMS-2022-BR-035-0004 | Shaw and Wide Hollow Creeks Flood Control Project |
| Pending | BRIC 2022 | EMS-2022-BR-035-0008 | City of Bainbridge Island Shoreline Road Climate Adaptation Project S |
| Pending | BRIC 2022 | EMS-2022-BR-035-0011 | Risk & Vulnerability Assessment and Mitigation Strategy Development |
| Phase 1: Active | BRIC 2022 | EMS-2022-BR-035-0013 | Acquisition of Valley Brook Mobile Home Park & Floodplain Reconnec |
| Pending | BRIC 2022 | EMS-2022-BR-035-0016 | Construction of Jones Setback Levee |
| Phase 1: Active | BRIC 2022 | EMS-2022-BR-035-0018 | Goldendale Emergency Preparedness Microgrid |
| Pending | BRIC 2023 | EMS-2023-BR-002-0006 | Warning System Project Scoping |
| Pending | BRIC 2023 | EMS-2023-BR-002-0013 | Snohomish County Hazard Mitigation Plan Update |
| Pending | BRIC 2023 | EMS-2023-BR-002-0014 | WA State Building Codes Immediate Occupancy & Functional Recovery |
| Pending | BRIC 2023 | EMS-2023-BR-002-0015 | Enhanced HMP Integration and Support for Underserved Communities |
| Pending | BRIC 2023 | EMS-2023-BR-002-0017 | State Management Costs |
| Pending | BRIC 2023 | EMS-2023-BR-002-0019 | Riverside Fire Station Retrofit/Replacement/Relocation Feasibility Stud |

Please also let us know when the Region 10 CRAIG Team would like to resume our scheduled bi-weekly coordination calls. Our team is standing by and ready to get these subgrants back on track and prepared for award.

Thanks and hope to hear back from you soon.

Best,
Matt

3

**Matt Lebens**
Hazard Mitigation Program Supervisor
Emergency Management Division
Washington Military Department
(253) 433-5293
Hours: Mon-Thu, 7:00 a.m.-5:30 p.m.
matthew.lebens@mil.wa.gov | www.mil.wa.gov



4

# Exhibit B

| | |
|---|---|
| **From:** | Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov> |
| **Sent:** | Wednesday, January 21, 2026 11:49 AM |
| **To:** | Owens, Jackson |
| **Cc:** | Meneghini, Brenna (MIL Guest); FEMA-R10-MIT-CRAIG; Chandler, Ryan (MIL); Cook, Tim (MIL); HMA (MIL); Lebens, Matthew (MIL) |
| **Subject:** | RE: Non-Disaster Grant Meeting \| FEMA & WA EMD |

Thanks, Jackson. We'd appreciate a baseline update regarding where we're at currently and what work can and should be done between R10, State, and SRs as we await further guidance via HQ for pending award and POP extension timelines, FY24 review and selection status, etc.

We'll look forward to tomorrow's meeting.

Talk soon.

Best,
Matt

**Matt Lebens**
Hazard Mitigation Program Supervisor
Emergency Management Division
Washington Military Department
(253) 433-5293
Hours: Mon-Thu, 7:00 a.m.-5:30 p.m.
matthew.lebens@mil.wa.gov | www.mil.wa.gov



**From:** Owens, Jackson <jackson.owens@fema.dhs.gov>
**Sent:** Wednesday, January 21, 2026 10:28 AM
**To:** Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
**Cc:** Meneghini, Brenna <brenna.meneghini@fema.dhs.gov>; FEMA-R10-MIT-CRAIG <fema-r10-mit-craig@fema.dhs.gov>; Chandler, Ryan (MIL) <Ryan.Chandler@mil.wa.gov>; Cook, Tim (MIL) <Tim.Cook@mil.wa.gov>; HMA (MIL) <hma@mil.wa.gov>
**Subject:** RE: Non-Disaster Grant Meeting | FEMA & WA EMD

---

**External Email**

---

Good morning Matt,

1

Yes, we will be attending the meeting tomorrow. Looking forward to it!

I do want to help set some expectation as FEMA remains intent on complying per the court's ruling, however, we are still awaiting guidance.

Thank you,

Jackson Owens
Section Chief | Community Resilience and Infrastructure Grants | Mitigation Division | Region 10
Mobile: (425) 236-9533
Jackson.Owens@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



---

**From:** Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
**Sent:** Wednesday, January 21, 2026 10:10 AM
**To:** Owens, Jackson <jackson.owens@fema.dhs.gov>
**Cc:** Meneghini, Brenna <brenna.meneghini@fema.dhs.gov>; FEMA-R10-MIT-CRAIG <fema-r10-mit-craig@fema.dhs.gov>; Chandler, Ryan (MIL) <Ryan.Chandler@mil.wa.gov>; Cook, Tim <tim.cook@mil.wa.gov>; HMA (MIL) <hma@mil.wa.gov>; Lebens, Matthew (MIL) <Matthew.Lebens@mil.wa.gov>
**Subject:** Non-Disaster Grant Meeting | FEMA & WA EMD

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Hello Jackson,

Reaching out to confirm FEMA R10's a go for tomorrow's scheduled meeting with WA EMD Mitigation Team. Please advise.

Per attached, we're tracking that FEMA intends to comply per court's ruling at Civil Action No. 25-12006-RGS. Tomorrow's meeting marks the first since court's ruling.

Thanks,
Matt

## Non-Disaster (FEMA & WA EMD) Monthly Meeting

| Organizer | ⊘ Lemke, Caleb (MIL) | Sent Tue 2/4/202 |
|---|---|---|
| Time | Thursday, January 22, 2026 1:30 PM-2:30 PM | |
| Location | Microsoft Teams Meeting | |
| Response | ✓ Accepted   Change Response | |

**Matt Lebens**
Hazard Mitigation Program Supervisor
Emergency Management Division
Washington Military Department
(253) 433-5293
Hours: Mon-Thu, 7:00 a.m.-5:30 p.m.
matthew.lebens@mil.wa.gov | www.mil.wa.gov



3