# Exhibit 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

CIVIL ACTION
NO. 1:25-cv-12006-RGS

**DECLARATION OF ROBYN FENNIG IN SUPPORT OF
MOTION TO ENFORCE**

I, Robyn Fennig, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am currently the Deputy Director for Recovery and the State Hazard Mitigation Officer at the California Governor's Office of Emergency Services (Cal OES). Prior to being appointed Deputy Director of Recovery in January 2026, I was the Assistant Director of Hazard Mitigation. In my current role I oversee and coordinate hazard mitigation activities within California and serve as California's primary point of contact with the Federal Emergency Management Agency (FEMA) for FEMA's hazard mitigation programs. It is my job to ensure that outreach occurs, technical assistance is provided, and systems are in place so that eligible government entities in California can apply for, administer, close out, and monitor implementation of, all FEMA Hazard Mitigation Assistance grants, including the Building Resilient Infrastructure and Communities (BRIC) program, as well as the Hazard Mitigation Grant Program, Flood Mitigation Assistance program, and Congressionally Directed Spending Pre-Disaster Mitigation

1

Program, among others.  I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at Cal OES, and on my review of records maintained in the ordinary course of business by Cal OES.

3.       FEMA has not re-issued a Notice of Funding Opportunity ("NOFO") for the BRIC program for Fiscal Year 2024.  FEMA also has not issued a NOFO for the BRIC program for Fiscal Years 2025 or 2026.

4.       Between December 11, 2025 and February 5, 2026, FEMA has not:

a.  Provided any new information regarding the status of BRIC projects in California that were selected but not obligated;

b.  Moved any phased BRIC project in California from Phase I (planning) to Phase II (construction);

c.  Obligated any new funds for BRIC projects in California, including by executing new awards or subawards;

d.  Formally acted on California's pending requests for period of performance extensions for existing overall BRIC projects;

e.  Initiated any new requests for information to California regarding selected, phased, or otherwise pending projects;

f.  Finalized pending state management cost grant agreements for already-obligated projects; or

g.  Resumed offering non-financial Direct Technical Assistance to communities in California.

5.       Cal OES has reached out to FEMA requesting information about the status of California's BRIC projects on December 18 and again on December 31.  Katie Lipiecki,

2

Supervisory Emergency Management Specialist of the Mitigation Division at Region 9, told us FEMA did not have any updates to share and that they were actively monitoring and will provide information when it becomes available. A true and accurate copy of that communication is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February 2026, in Sacramento, California.

Robyn Fennig
State Hazard Mitigation Officer, Deputy Director for Recovery
California Governor's Office of Emergency Services

3

# EXHIBIT A

| | |
|---|---|
| **From:** | Fennig, Robyn@CalOES |
| **To:** | Lipiecki, Kathryn |
| **Cc:** | McCord, Robert |
| **Subject:** | RE: BRIC Updates? |
| **Attachments:** | image001.png |

Thanks, Katie. Appreciate the response.

Cheers,
Robyn

**Robyn Fennig, CFM** (she/her/hers)
Assistant Director, Hazard Mitigation
State Hazard Mitigation Officer
Alternate State Coordinating Officer DR-4856, LA Wildfires
California Governor's Office of Emergency Services
Cell: (916) 799-8660
Email: Robyn.Fennig@caloes.ca.gov
Click here to request a meeting with me

cal oes



**From:** Lipiecki, Kathryn <Kathryn.Lipiecki@fema.dhs.gov>
**Sent:** Monday, January 5, 2026 7:00 AM
**To:** Fennig, Robyn@CalOES <Robyn.Fennig@CalOES.ca.gov>
**Cc:** McCord, Robert <Robert.McCord@fema.dhs.gov>
**Subject:** RE: BRIC Updates?

**This Message is From an External Sender**
This message came from outside your organization.

Hi Robyn,

Thank you for your patience during the holiday period and happy New Year! Unfortunately, at this time, we do not have any updates to share.

Please note that we are actively monitoring this and will provide information as soon as it becomes available.

Thanks,

Katie

**Kathryn Lipiecki**

Sup. Emergency Management Specialist | Mitigation Division | FEMA Region 9

Office: (510) 627-7211 │ Mobile: (215) 313-4176

Kathryn.lipiecki@fema.dhs.gov

---

**From:** Fennig, Robyn@CalOES <Robyn.Fennig@CalOES.ca.gov>
**Sent:** Wednesday, December 31, 2025 12:37 PM
**To:** McCord, Robert <Robert.McCord@fema.dhs.gov>; Lipiecki, Kathryn <Kathryn.Lipiecki@fema.dhs.gov>
**Subject:** Re: BRIC Updates?

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Hi Katie and Robert-

Following up on a status update for BRIC, and specifically the Kern County grant. We are working with other state partners to align their scope/schedule due to the delays in awarding/obligating (as was our understanding that it was just pending signature on the award package when BRIC was announced as cancelled in April 2025). Do you have any idea when the Kern County grant may be awarded/obligated?

Any other updates we can communicate with our subapplicants and subrecipients as a result of the Court's decision?

Thank you and have a Happy New Year!
Robyn

**Robyn Fennig, CFM** (she/her/hers)
Assistant Director, Hazard Mitigation
State Hazard Mitigation Officer
California Governor's Office of Emergency Services
Cell: (916) 799-8660
Email: Robyn.Fennig@caloes.ca.gov
Click here to request a meeting with me

---

**From:** Fennig, Robyn@CalOES
**Sent:** Thursday, December 18, 2025 4:08:15 PM
**To:** Kathryn.Lipiecki@fema.dhs.gov <kathryn.lipiecki@fema.dhs.gov>; McCord, Robert

<robert.mccord@fema.dhs.gov>
**Subject:** BRIC Updates?

Hi Katie and Robert-

I forgot to ask in yesterday's meeting: do we have any updates on BRIC on when we can see obligations/etc.?

Kern County's seismic retrofit was just awaiting signature for obligation in April, and they are very ready to begin. I really want to try to keep that project on track. It's a small, regional hospital and it would cause serious issues if we cannot get the facility retrofit with the design plans (we've already sought extension on the design certification from HCAI, our partner state agency that does that, but want to keep them apprised on a timeframe, the best I can).

Thank you!

**Robyn Fennig, CFM** (she/her/hers)
Assistant Director, Hazard Mitigation
State Hazard Mitigation Officer
Alternate State Coordinating Officer DR-4856, LA Wildfires
California Governor's Office of Emergency Services
Cell: (916) 799-8660
Email: Robyn.Fennig@caloes.ca.gov

Click here to request a meeting with me



WARNING: Do not click links or attachments unless you recognize the sender and know the email is safe.