# Exhibit 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

CIVIL ACTION
NO. 1:25-cv-12006-RGS

## DECLARATION OF MICHAEL HANEY IN SUPPORT OF MOTION TO ENFORCE

I, Michael Haney, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Director of the Office of Preparedness (aka Office of Grants Management) at the Division of Homeland Security and Emergency Management (DHSEM). In this role I am responsible for the state administration of the Federal Emergency Management Agency ("FEMA") grant programs, I have held this role since 2022. I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at Colorado Department of Public Safety (CDPS), and on my review of records maintained in the ordinary course of business by DHSEM.

3. FEMA has not re-issued a Notice of Funding Opportunity ("NOFO") for the BRIC program for Fiscal Year 2024. FEMA also has not issued a NOFO for the BRIC program for Fiscal Years 2025 or 2026.

4. Between December 11, 2025 and February 5, 2026, FEMA has not:

1

a. Provided any new information regarding the status of BRIC projects in Colorado that were selected but not obligated;

b. Obligated any new funds for BRIC projects in Colorado, including by executing new contracts;

c. Sent any requests for information to Colorado regarding "selected for further review", phased, or otherwise pending projects;

d. Finalized pending state management cost grant agreements for already-obligated projects; or

e. Resumed offering non-financial Direct Technical Assistance to communities in Colorado.

5.    DHSEM has reached out to FEMA requesting information about the status of Colorado's BRIC projects and on December 15, 2025, Vanessa Castillo, Planning and Implementation Branch Chief, told us that due to ongoing litigation they did not have any additional information and that they would communicate as quickly as possible if there were any changes. DHSEM has not heard anything about the BRIC program since that email. A true and accurate copy of that communication is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February, 2025, in Centennial, Colorado

Michael Hansy
Director, Office of Preparedness
Colorado Division of Homeland Security and
Emergency Management

2

# Exhibit A



Haney - CDPS, Michael <michael.haney@state.co.us>

# Fwd: CO BRIC 2023 State Management Costs

1 message

**Thompson - CDPS, Mark** <markw.thompson@state.co.us>     Wed, Jan 28, 2026 at 12:23 PM
To: Michael Haney - CDPS <michael.haney@state.co.us>
Cc: Trevor Denney <trevor.denney@state.co.us>

BRIC emails on 12/15/25.

**Mark W. Thompson**

**State Hazard Mitigation Officer**

OFFICE OF EMERGENCY MANAGEMENT



P 720.852.6600  |  F 720.852.6750  |  C 720.630.0770

9195 E. Mineral Ave, Centennial, CO 80112

markw.thompson@state.co.us  |  https://dhsem.colorado.gov/
www.COEmergency.com  |  www.mars.colorado.gov  |  www.COBEOC.Colorado.gov

Twitter: @COEmergency  |  Facebook: COEmergency

**SERVICE * TEAMWORK * RESPECT * INTEGRITY * VISION * EXCELLENCE**

*Our Mission is to lead and support Colorado's effort to prevent, protect, mitigate, respond to and recover from all-hazard events.*

*NEW! Colorado Enhanced State Hazard Mitigation Plan 2023-2028*

*DHSEM Hazard Mitigation Notice of Interest Form*

---------- Forwarded message ---------
From: **Castillo, Vanessa** <vanessa.castillo@fema.dhs.gov>
Date: Mon, Dec 15, 2025 at 5:24 PM
Subject: RE: CO BRIC 2023 State Management Costs
To: thompson, Mark (Non FEMA) <markw.thompson@state.co.us>, Aimone, Nicole <nicole.aimone@fema.dhs.gov>
Cc: Sand, Logan <logan.sand@fema.dhs.gov>

Hi Mark,

Thank you for your email and call. Due to ongoing litigation, we do not have additional information regarding the BRIC program at this time. If that changes, I will communicate with you as quickly as possible.

Take care,

Vanessa Castillo

Planning and Implementation Branch Chief | Mitigation Division | Region 8

Mobile: (202) 394-3711

vanessa.castillo@fema.dhs.gov

---

**From:** Thompson - CDPS, Mark <markw.thompson@state.co.us>
**Sent:** Monday, December 15, 2025 10:51 AM
**To:** Aimone, Nicole <nicole.aimone@fema.dhs.gov>
**Cc:** Castillo, Vanessa <vanessa.castillo@fema.dhs.gov>; Sand, Logan <logan.sand@fema.dhs.gov>
**Subject:** CO BRIC 2023 State Management Costs

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Hi Nicole,

Now that there's been a summary judgement regarding BRIC I'm following up on our subapplication for BRIC 2023 State Management Costs. Can you give an estimate of when we can expect that award?

Thanks,

Mark

**Mark W. Thompson**

**State Hazard Mitigation Officer**

OFFICE OF EMERGENCY MANAGEMENT



COLORADO
Division of Homeland Security
& Emergency Management
Department of Public Safety

Case 1:25-cv-12006-RGS    Document 134-8    Filed 02/17/26    Page 7 of 7

P 720.852.6600  |  F 720.852.6750  |  C 720.630.0770

9195 E. Mineral Ave, Centennial, CO 80112

markw.thompson@state.co.us  |  https://dhsem.colorado.gov/

www.COEmergency.com  |  www.mars.colorado.gov  |  www.COBEOC.Colorado.gov

Twitter:  @COEmergency  |  Facebook:  COEmergency

**SERVICE * TEAMWORK * RESPECT * INTEGRITY * VISION * EXCELLENCE**

*Our Mission is to lead and support Colorado's effort to prevent, protect, mitigate, respond to and recover from all-hazard events.*

*NEW! Colorado Enhanced State Hazard Mitigation Plan 2023-2028*

*DHSEM Hazard Mitigation Notice of Interest Form*