# Exhibit 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

CIVIL ACTION
NO. 1:25-cv-12006-RGS

## <u>DECLARATION OF RONNELL A. HIGGINS IN SUPPORT OF MOTION TO ENFORCE</u>

I, Ronnell A. Higgins, pursuant to 28 U.S.C. § 1746, hereby declare:

1.     I am over the age of 18 years and understand the obligations of an oath.

2.     I am the Commissioner of the State of Connecticut, Department of Emergency Services and Public Protection (hereinafter, "CT-DESPP"). CT-DESPP provides a broad range of public safety services through its six divisions, including the Division of Emergency Management and Homeland Security. In my role I am responsible for overseeing Connecticut's administration of the Federal Emergency Management Agency ("FEMA") programs and grants. I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties as Commissioner of CT-DESPP, and on my review of records maintained in the ordinary course of business by CT-DESPP.

3.     FEMA has not reissued a Notice of Funding Opportunity ("NOFO") for the BRIC program for Fiscal Year 2024. FEMA also has not issued a NOFO for the BRIC program for Fiscal Years 2025 or 2026.

1

4.      Between December 11, 2025 and February 3, 2026, FEMA has not:

   a. Provided any new information regarding the status of BRIC projects in Connecticut that were selected but not obligated;

   b. Moved any phased BRIC project in Connecticut from Phase I (planning) to Phase II (construction);

   c. Obligated any new funds for BRIC projects in Connecticut, including by executing new contracts;

   d. Acted on Connecticut's pending requests for period of performance extensions for existing BRIC projects;

   e. Sent any requests for information to Connecticut regarding selected, phased, or otherwise pending projects;

   f. Finalized pending state management cost grant agreements for already-obligated projects; or

   g. Resumed offering non-financial Direct Technical Assistance to communities in Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of February 2026, in Middletown, Connecticut.

Ronnell A. Higgins
Commissioner
State of Connecticut
Department of Emergency Services and Public Protection

2