# Exhibit 20

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

CIVIL ACTION
NO. 1:25-cv-12006-RGS

## DECLARATION OF LAWRENCE D. WEST IN SUPPORT OF MOTION TO ENFORCE

I, Lawrence D. West pursuant to 28 U.S.C. § 1746, hereby declare:

1.    I am over the age of eighteen and understand the obligations of an oath.

2.    I am the Deputy Director of Recovery at The Pennsylvania Emergency Management Agency (PEMA). I have held this role since 2023. My primary area of responsibility is overseeing the offices of Disaster Recovery Assistance, Hazard Mitigation, Resilience, and the Pennsylvania's administration of the National Flood Insurance Program. I work in direct partnership with many state and federal agencies that support Pennsylvania, including FEMA and the Small Business Administration. I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at PEMA, and on my review of records maintained in the ordinary course of business by PEMA Recovery and Mitigation staff.

3.    FEMA has not re-issued a Notice of Funding Opportunity ("NOFO") for the BRIC program for Fiscal Year 2024.  FEMA also has not issued a NOFO for the BRIC program for Fiscal Years 2025 or 2026.

1

4. Between December 11, 2025 and February 3, 2026, FEMA has not:

   a. Provided any new information regarding the status of BRIC projects in Pennsylvania that were selected but not obligated;

   b. Obligated any new funds for BRIC projects in Pennsylvania including by executing new contracts;

   c. Acted on Pennsylvania's July 22, 2025 request for period of performance (POP) extension for BRIC project number EMP-2021-BR-042-0023 under Award Number EMP-2021-BR-042. A true and accurate copy of the extension request is attached to this declaration as Exhibit A;

   d. Sent any requests for information to Pennsylvania regarding selected, or otherwise pending projects;

   e. Resumed offering non-financial Direct Technical Assistance to communities in Pennsylvania.

5. PEMA initially reached out by email to FEMA on December 23, 2025, requesting a status update on all of Pennsylvania's BRIC projects and did not receive a response.

6. On January 12, 2026, PEMA sent a second request for information regarding the status of the projects. On January 13, 2026, Beth Colosimo, Director of Grants for FEMA Region III, responded in email and stated: "Acknowledging receipt. I am not sure if we know the answer on this. Will talk to Mitigation folks and get back to you." A true and accurate copy of that communication is attached to this declaration as Exhibit B.

7. On January 16, 2026, April Cummings, FEMA's Region III Director of Mitigation, provided an additional response in email that stated: "The region does not have any additional information or anticipated timelines. I understand that makes it difficult to plan. I will make sure

2

to communicate any additional guidance we receive when permitted." A true and accurate copy of that communication is attached to this declaration as Exhibit C.

8.      On January 28, 2026 at 2:16 p.m., PEMA received an email from FEMA Region III, Senior Grant Management Specialist, Mark Lockett reminding PEMA that the POP for Award Number EMP-2021-BR-042 expires on March 1, 2026. The email further directs PEMA to submit a formal request to Beth Colosimo if an extension is required. At 2:54 p.m., Richard Deal, PEMA's State Hazard Mitigation Officer, replied to the email and requested a status on the POP extension request, which was submitted for project number EMP-2021-BR-042-0023 on July 22, 2025 (See Exhibit A). At 3:59 p.m., Beth Colosimo responded to the status request and stated: "Good afternoon, yes we are tracking. At this point, the region does not have any additional information or anticipated timelines. We understand that this makes it difficult to plan, and we will give an update once we have information to provide."  A true and accurate copy of that communication is attached to this declaration as Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2026, in Harrisburg, Pennsylvania

Lawrence D. West
Deputy Director of Recovery
Pennsylvania Emergency Management Agency

3

# Exhibit A



Pennsylvania
**Emergency Management Agency**

July 22, 2025

Ms. Sarah Wolfe
Director, Mitigation Division
Federal Emergency Management Agency, Region III
One Independence Mall
615 Chestnut Street
Philadelphia, Pennsylvania 19106-4404

RE:    EMP-2021-BR-042-0023
       City of Philadelphia Cohocksink Flood Mitigation Project
       Building Resilient Infrastructure and Communities (BRIC) 2021
       Period of Performance Extension Request

Dear Ms. Wolfe:

The Pennsylvania Emergency Management Agency (PEMA) would like to request a one-year extension of the Period of Performance (POP) for the Building Resilient Infrastructure and Communities (BRIC) 2021 program referenced above. The current POP ends on March 1, 2026. We are requesting an extension of the POP until March 1, 2027, to allow PEMA to work with the sub-recipient to finalize contract documents and complete construction of the project, which was delayed in part due to an extended awarding and contracting process to ensure all programmatic requirements were met.

Should you have any questions or concerns, please contact Ms. Kelsey Widdick, Mitigation, Insurance, and Resilient Communities Program Office at 717-651-2236 or via email at kwiddick@pa.gov.

Sincerely,

*Lawrence D West*

Lawrence D. West
Governor's Authorized Representative

Ms. Sarah Wolfe
July 22, 2025
Page 2


cc:      Ms. April Cummings, Federal Emergency Management Agency
           Mr. Dustin Brosius, Federal Emergency Management Agency
           Ms. Sarah Cobelli, Federal Emergency Management Agency
           Mr. Justin Parker, Federal Emergency Management Agency
           Ms. Anjoli Fry, Federal Emergency Management Agency
           Ms. Breena True, Disaster Recovery Support Services Office

Ms. Sarah Wolfe
July 22, 2025
Page 3


KW/ac

bcc:    Mr. Dennis Edwards, Bureau of Budget
        Mr. David Wightman, Financial Operations Division
        Ms. Kathryn Poe, Financial Operations Division
        Ms. Natasha Cressler, Grants Administration Division
        Ms. Carley Burkett, Grants Administration Division
        Ms. Anne Ofili, Grants compliance Division
        Mr. Ryan Schweikert, Grants Compliance Division
        Mr. Thomas Hughes, Mitigation, Insurance, and Resilient Communities
        Mr. Richard Deal, Mitigation, Insurance, and Resilient Communities
        Ms. Kelsey Widdick, Mitigation, Insurance, and Resilient Communities

June 27, 2025

Mr. Richard Deal
PA State Hazard Mitigation Officer
Pennsylvania Emergency Management Agency
1310 Elmerton Avenue
Harrisburg PA 17110

**Re: Philadelphia Water Department (PWD) FEMA BRIC Award EMP-2021-BR-042**
**Period of Performance (POP) Extension Request**

Dear Mr. Deal,

The Philadelphia Water Department (PWD) respectfully requests a period of performance (POP) extension for the Federal Emergency Management Agency (FEMA) Building Resilient Infrastructure and Communities (BRIC) Grant Award EMP-2021-BR-042.

Per Section H.3, of Notice of Federal Funding Opportunity DHS-22-MT-047-00-98 ("fema_fy22_nofo_08052022"), an extension of the POP may be granted following a formal written request by the Grantee. The BRIC 2021 City of Philadelphia Cohocksink Grant Agreement (BRIC Agreement) provides that "[t]he period of performance for this grant shall be deemed extended upon written notice to the Subrecipient by PEMA without the need to amend this Agreement." (See BRIC Agreement, page 1, paragraph 5.)  PWD submits this request for an initial 12-month extension of the end date of the POP from 3/1/2026 to 3/1/2027.

This request to extend the POP will address unforeseen delays, largely beyond PWD's control, as outlined below:

1. There was a delay of 16-months from the beginning of the POP of 3/2/2023 to the full execution of the agreement by FEMA on 7/5/2024 (Attachment 1 - BRIC 2021 City of Philadelphia Cohocksink Grant Agreement executed).
2. The unexpected, prolonged award set-up period subsequently created a delay in PWD's ability to bid the project. The procurement process was halted to ensure all programmatic requirements, including contract terms and conditions, and Federal provisions, as stated in the executed Grant Agreement, were incorporated into the bid materials
3. The PWD-approved budget by the City of Philadelphia Council did not include the Federal grant appropriation. The grant agreement was executed after the budget was approved. As a result, PWD was required to wait for the mid-year appropriation to modify the budget and include the Federal grant funds, thus, impeding PWD's ability to profile the grant in the accounting system and bid the project in a timely manner.

Each of these events delayed the commencement of the project, which has ultimately prevented the project from moving forward as expeditiously as initially anticipated. These events forced the project timeline to be interrupted for extended periods and resulted in a delay in the completion of certain milestones.

Approval of this request will ensure there is adequate time to implement and administer this award in accordance with the stated goals of the BRIC program and in compliance with the grant agreement.

Please let me know if you would like to discuss this further or if you should have any questions or concerns. I may be reached at 215-685-5170 or via email at Lawrence.Yangalay@phila.gov.

Thank you for your continued support of the Philadelphia Water Department. Your partnership is an investment in our effort to protect the residents and critical systems throughout the City.

Sincerely,

Lawrence Yangalay,
PWD Deputy Commissioner and CFO

Cc: PWD Legal Unit

Attachments:
Notice of Federal Funding Opportunity DHS-22-MT-047-00-98 ("fema_fy22_nofo_08052022")
BRIC 2021 City of Philadelphia Cohocksink Grant Agreement

 Outlook

---

## BRIC 2021 City of Philadelphia Cohocksink POP Extension.pdf

---

**From** Cosner, Angel <acosner@pa.gov>

**Date** Tue 22-Jul-25 14:15

**To**  Sarah.Wolfe@fema.dhs.gov <sarah.wolfe@fema.dhs.gov>; Cummings, April <april.cummings@fema.dhs.gov>; Brosius, Dustin <dustin.brosius@fema.dhs.gov>; Cobelli, Sarah <sarah.cobelli@fema.dhs.gov>; justin.parker@fema.dhs.gov <justin.parker@fema.dhs.gov>; anjoli.fry@fema.dhs.gov <anjoli.fry@fema.dhs.gov>; True, Breena <btrue@pa.gov>

**Cc**  Deal, Richard <rdeal@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>

📎 1 attachment (2 MB)

BRIC 2021 City of Philadelphia Cohocksink POP Extension.pdf;

Good afternoon,

For your approval and records.

Kind regards,



**Angel Cosner**
**Clerical Assistant 2**
PA Emergency Management Agency
**desk: 717-651-2168**
**email:** acosner@pa.gov
follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

 Outlook

## RE: BRIC 2021 City of Philadelphia Cohocksink POP Extension.pdf

**From** Cobelli, Sarah <sarah.cobelli@fema.dhs.gov>

**Date** Wed 23-Jul-25 09:19

**To**   Cosner, Angel <acosner@pa.gov>; Walker-Ellis, Rae <raechelle.walkerellis@fema.dhs.gov>

**Cc**   Deal, Richard <rdeal@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>; Wolfe, Sarah <Sarah.Wolfe@fema.dhs.gov>; Cummings, April <April.Cummings@fema.dhs.gov>; Parker, Justin <justin.parker@fema.dhs.gov>; True, Breena <btrue@pa.gov>; Fry, Anjoli <anjoli.fry@fema.dhs.gov>; Brosius, Dustin <Dustin.Brosius@fema.dhs.gov>

📎 1 attachment (2 MB)

BRIC 2021 City of Philadelphia Cohocksink POP Extension.pdf;

Received thank you.

Adding @Walker-Ellis, Rae as the supervisor for BRIC in PA.

Sarah M. Cobelli
Branch Chief
Community Resilience & Infrastructure Grants
DHS/FEMA Region 3 | Mitigation
Mobile: 202.812.5953

**From:** Cosner, Angel <acosner@pa.gov>
**Sent:** Tuesday, July 22, 2025 2:15 PM
**To:** Wolfe, Sarah <Sarah.Wolfe@fema.dhs.gov>; Cummings, April <April.Cummings@fema.dhs.gov>; Brosius, Dustin <Dustin.Brosius@fema.dhs.gov>; Cobelli, Sarah <sarah.cobelli@fema.dhs.gov>; Parker, Justin <justin.parker@fema.dhs.gov>; Fry, Anjoli <anjoli.fry@fema.dhs.gov>; True, Breena <btrue@pa.gov>
**Cc:** Deal, Richard <rdeal@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>
**Subject:** BRIC 2021 City of Philadelphia Cohocksink POP Extension.pdf

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

Good afternoon,

For your approval and records.

Kind regards,



**Angel Cosner**
**Clerical Assistant 2**
PA Emergency Management Agency
**desk: 717-651-2168**
**email:** acosner@pa.gov
follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

# Exhibit B

| | |
|---|---|
| **From:** | Colosimo, Beth |
| **To:** | Hughes, Thomas (PEMA) |
| **Subject:** | RE: PEMA Update on BRIC - 12.23.2025 |
| **Date:** | Tuesday, January 13, 2026 7:44:03 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Hey Tom, acknowledging receipt. I am not sure if we know the answer on this. Will talk to the Mitigation folks and get back to you.

Beth Colosimo

Director | Grants Division | Region 3

Mobile: (267) 319-6295

beth.colosimo@fema.dhs.gov

Federal Emergency Management Agency

**fema.gov**



**From:** Hughes, Thomas (PEMA) <thughes@pa.gov>

**Sent:** Monday, January 12, 2026 2:18 PM

**To:** Cummings, April <April.Cummings@fema.dhs.gov>; Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>

**Cc:** West, Lawrence <lawwest@pa.gov>; Deal, Richard <rdeal@pa.gov>

**Subject:** FW: PEMA Update on BRIC - 12.23.2025

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

April/Beth - In December, PEMA EM MIRC Office had sent the below e-mail but we have not seen any movement on the subject of this e-mail below regarding the 3 BRIC Competitive, 10 BRIC Building Code Plus Up (apprx. $2 million) or any of the state $2 Million set-aside projects.  Can you please give us a timeline on the movement of the sitting Pennsylvania BRIC projects awards/applications?

 **Thomas S. Hughes, Director**
**EM Mitigation, Insurance & Resilient Communities Office**
PA Emergency Management Agency
**desk:** 717-651-2726 | **cell:** 717-439-4302

**email:** thughes@pa.gov
follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

**From:** Deal, Richard <rdeal@pa.gov>

**Sent:** Tuesday, December 23, 2025 12:11

**To:** DHS-April Cummings <april.cummings@fema.dhs.gov>; Colosimo, Beth <beth.colosimo@fema.dhs.gov>

**Cc:** Hughes, Thomas (PEMA) <thughes@pa.gov>; Davenport, Corey <cordavenpo@pa.gov>; West, Lawrence <lawwest@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>; Cowitch, Leonard <lcowitch@pa.gov>

**Subject:** PEMA Update on BRIC - 12.23.2025

Good Afternoon,

Pursuant to the Court's order in *State of Washington, et al. v. Federal Emergency Management Agency, Civil Action No. 25-12006-RGS* (See attached Summary Judgement Order), the Pennsylvania Emergency Management Agency (PEMA) is moving forward with the following Building Resilient Infrastructure and Communities (BRIC) Projects:

1. EMP-2022-BR-005-0026 City of Philadelphia Water Department (Queen Lane Pump Station)
2. EMP-2022-BR-005-0012 Bethlehem Township
3. EMP-2022-BR-005-0029 Hopewell Township

BRIC funding for these projects is available for obligation and draw down. As stated, PEMA is proceeding pursuant to the attached order, and we expect that the Federal Emergency Management Agency (FEMA) will do the same. We look forward to working with FEMA at the county and local level to advance these critical projects that will provide vital mitigation from natural disasters. Additionally, we wish to discuss the status of additional BRIC projects and will be seeking to schedule a meeting in early January 2026.

Thank you,



**Rick Deal | State Hazard Mitigation Officer**

EM Mitigation, Insurance & Resilient Communities Office

PA Emergency Management Agency

**desk:** 717-651-2711 | **cell:** 717-433-3178
**email:** rdeal@pa.gov

follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

# Exhibit C

 Outlook

---

## RE: PEMA Update on BRIC - 12.23.2025

---

**From** Cummings, April <April.Cummings@fema.dhs.gov>

**Date** Fri 16-Jan-26 14:28

**To**    Hughes, Thomas (PEMA) <thughes@pa.gov>; Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>

**Cc**    West, Lawrence <lawwest@pa.gov>; Deal, Richard <rdeal@pa.gov>; Brosius, Dustin <Dustin.Brosius@fema.dhs.gov>

Good Afternoon Tom –

The region does not have any additional information or anticipated timelines. I understand that makes it difficult to plan. I will make sure to communicate any additional guidance we receive when permitted.

April Cummings
Director | Mitigation Division | Region 3
Mobile: 202-805-1395
april.cummings@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



---

**From:** Hughes, Thomas (PEMA) <thughes@pa.gov>
**Sent:** Monday, January 12, 2026 2:18 PM
**To:** Cummings, April <April.Cummings@fema.dhs.gov>; Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>
**Cc:** West, Lawrence <lawwest@pa.gov>; Deal, Richard <rdeal@pa.gov>
**Subject:** FW: PEMA Update on BRIC - 12.23.2025

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

April/Beth - In December, PEMA EM MIRC Office had sent the below e-mail but we have not seen any movement on the subject of this e-mail below regarding the 3 BRIC Competitive, 10 BRIC Building Code Plus Up (apprx. $2 million) or any of the state $2 Million set-aside projects.  Can you please give us a timeline on the movement of the sitting Pennsylvania BRIC projects awards/applications?



**Thomas S. Hughes, Director**
EM Mitigation, Insurance & Resilient Communities Office
PA Emergency Management Agency
**desk:** 717-651-2726 | **cell:** 717-439-4302
**email:** thughes@pa.gov
follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

---

**From:** Deal, Richard <rdeal@pa.gov>
**Sent:** Tuesday, December 23, 2025 12:11
**To:** DHS-April Cummings <april.cummings@fema.dhs.gov>; Colosimo, Beth <beth.colosimo@fema.dhs.gov>
**Cc:** Hughes, Thomas (PEMA) <thughes@pa.gov>; Davenport, Corey <cordavenpo@pa.gov>; West, Lawrence <lawwest@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>; Cowitch, Leonard <lcowitch@pa.gov>
**Subject:** PEMA Update on BRIC - 12.23.2025

Good Afternoon,

Pursuant to the Court's order in *State of Washington, et al. v. Federal Emergency Management Agency, Civil Action No. 25-12006-RGS* (See attached Summary Judgemen*t* Order), the Pennsylvania Emergency Management Agency (PEMA) is moving forward with the following Building Resilient Infrastructure and Communities (BRIC) Projects:

1. EMP-2022-BR-005-0026 City of Philadelphia Water Department (Queen Lane Pump Station)
2. EMP-2022-BR-005-0012 Bethlehem Township
3. EMP-2022-BR-005-0029 Hopewell Township

BRIC funding for these projects is available for obligation and draw down. As stated, PEMA is proceeding pursuant to the attached order, and we expect that the Federal Emergency Management Agency (FEMA) will do the same.  We look forward to working with FEMA at the county and local level to advance these critical projects that will provide vital mitigation from natural disasters. Additionally, we wish to discuss the status of additional BRIC projects and will be seeking to schedule a meeting in early January 2026.

Thank you,



**Rick Deal | State Hazard Mitigation Officer**

EM Mitigation, Insurance & Resilient Communities Office

PA Emergency Management Agency

**desk:** 717-651-2711 | **cell:** 717-433-3178
**email:** rdeal@pa.gov

follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

**From:** Colosimo, Beth
**To:** Hughes, Thomas (PEMA)
**Subject:** RE: PEMA Update on BRIC - 12.23.2025
**Date:** Tuesday, January 13, 2026 7:44:03 AM
**Attachments:** image003.png
image004.png
image005.png
image006.png
image007.png

Hey Tom, acknowledging receipt. I am not sure if we know the answer on this. Will talk to the Mitigation folks and get back to you.

Beth Colosimo
Director | Grants Division | Region 3
Mobile: (267) 319-6295
beth.colosimo@fema.dhs.gov

Federal Emergency Management Agency
**fema.gov**



**From:** Hughes, Thomas (PEMA) <thughes@pa.gov>
**Sent:** Monday, January 12, 2026 2:18 PM
**To:** Cummings, April <April.Cummings@fema.dhs.gov>; Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>
**Cc:** West, Lawrence <lawwest@pa.gov>; Deal, Richard <rdeal@pa.gov>
**Subject:** FW: PEMA Update on BRIC - 12.23.2025

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

April/Beth - In December, PEMA EM MIRC Office had sent the below e-mail but we have not seen any movement on the subject of this e-mail below regarding the 3 BRIC Competitive, 10 BRIC Building Code Plus Up (apprx. $2 million) or any of the state $2 Million set-aside projects. Can you please give us a timeline on the movement of the sitting Pennsylvania BRIC projects awards/applications?



**Thomas S. Hughes, Director**
**EM Mitigation, Insurance & Resilient Communities Office**
PA Emergency Management Agency
**desk:** 717-651-2726 | **cell:** 717-439-4302

**email:** thughes@pa.gov
follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

---

**From:** Deal, Richard <rdeal@pa.gov>
**Sent:** Tuesday, December 23, 2025 12:11
**To:** DHS-April Cummings <april.cummings@fema.dhs.gov>; Colosimo, Beth <beth.colosimo@fema.dhs.gov>
**Cc:** Hughes, Thomas (PEMA) <thughes@pa.gov>; Davenport, Corey <cordavenpo@pa.gov>; West, Lawrence <lawwest@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>; Cowitch, Leonard <lcowitch@pa.gov>
**Subject:** PEMA Update on BRIC - 12.23.2025

Good Afternoon,

Pursuant to the Court's order in *State of Washington, et al. v. Federal Emergency Management Agency, Civil Action No. 25-12006-RGS* (See attached Summary Judgement Order), the Pennsylvania Emergency Management Agency (PEMA) is moving forward with the following Building Resilient Infrastructure and Communities (BRIC) Projects:

1. EMP-2022-BR-005-0026 City of Philadelphia Water Department (Queen Lane Pump Station)
2. EMP-2022-BR-005-0012 Bethlehem Township
3. EMP-2022-BR-005-0029 Hopewell Township

BRIC funding for these projects is available for obligation and draw down. As stated, PEMA is proceeding pursuant to the attached order, and we expect that the Federal Emergency Management Agency (FEMA) will do the same. We look forward to working with FEMA at the county and local level to advance these critical projects that will provide vital mitigation from natural disasters. Additionally, we wish to discuss the status of additional BRIC projects and will be seeking to schedule a meeting in early January 2026.

Thank you,



**Rick Deal | State Hazard Mitigation Officer**

EM Mitigation, Insurance & Resilient Communities Office

PA Emergency Management Agency

**desk:** 717-651-2711 | **cell:** 717-433-3178
**email:** rdeal@pa.gov

follow us on social media: @pemahq



This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.

# Exhibit D

 Outlook

---

RE: EMP-2021-BR-042 BRIC 30 Day POP Reminder

---

**From** Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>

**Date** Wed 28-Jan-26 15:59

**To** Deal, Richard <rdeal@pa.gov>; Lockett, Mark <Mark.Lockett@fema.dhs.gov>; Hughes, Thomas (PEMA) <thughes@pa.gov>

**Cc** Fry, Anjoli <anjoli.fry@fema.dhs.gov>; Stanko, Bernadette <bernadette.stanko@fema.dhs.gov>; Kapuscinski, Marissa <marissa.kapuscinski@fema.dhs.gov>; Kirby, Maria <maria.kirby@fema.dhs.gov>; Walker-Ellis, Rae <raechelle.walkerellis@fema.dhs.gov>; Davenport, Corey <cordavenpo@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>

Good afternoon, yes we are tracking. At this point, the region does not have any additional information or anticipated timelines.  We understand that this makes it difficult to plan, and we will give an update once we have information to provide.

Beth Colosimo
Director | Grants Division | Region 3
Mobile: (267) 319-6295
beth.colosimo@fema.dhs.gov

Federal Emergency Management Agency
fema.gov


-----Original Message-----
From: Deal, Richard <rdeal@pa.gov>
Sent: Wednesday, January 28, 2026 2:54 PM
To: Lockett, Mark <Mark.Lockett@fema.dhs.gov>; Hughes, Thomas (PEMA) <thughes@pa.gov>
Cc: Fry, Anjoli <anjoli.fry@fema.dhs.gov>; Stanko, Bernadette <bernadette.stanko@fema.dhs.gov>; Kapuscinski, Marissa <marissa.kapuscinski@fema.dhs.gov>; Kirby, Maria <maria.kirby@fema.dhs.gov>; Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>; Walker-Ellis, Rae <raechelle.walkerellis@fema.dhs.gov>; Davenport, Corey <cordavenpo@pa.gov>; Widdick, Kelsey <kwiddick@pa.gov>
Subject: Re: EMP-2021-BR-042 BRIC 30 Day POP Reminder

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.


Good Afternoon All,

Thank you for the POP reminder.

Attached is a POP extension that we (PEMA) sent to FEMA Region on July 22, 2025 requesting a 1 year extension to March 1, 2027.

To date we have not received any notifications as to if our request would be approved or not.

Any information would be greatly appreciated, so that we can inform our subrecipients.

Thank you,


[cid:1424338d-d4bc-4401-b7bc-abf308468ea5]

Rick Deal | State Hazard Mitigation Officer

EM Mitigation, Insurance & Resilient Communities Office

PA Emergency Management Agency

desk: 717-651-2711 | cell: 717-433-3178
email: rdeal@pa.gov<mailto:rdeal@pa.gov>

follow us on social media: @pemahq

[cid:db5065af-1fb1-441e-a99e-e9ad49c35aec]

This email message, including any attachments, is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended addressee, nor authorized to receive for the intended addressee, you are notified that you may not use, copy, disclose, or distribute information contained in this email message. If you have received this message in error, notify the sender and delete the message.


_____
From: Lockett, Mark <Mark.Lockett@fema.dhs.gov>
Sent: Wednesday, January 28, 2026 14:16
To: Hughes, Thomas (PEMA) <thughes@pa.gov>
Cc: Deal, Richard <rdeal@pa.gov>; Fry, Anjoli <anjoli.fry@fema.dhs.gov>; Stanko, Bernadette <bernadette.stanko@fema.dhs.gov>; Kapuscinski, Marissa <marissa.kapuscinski@fema.dhs.gov>; Kirby, Maria <maria.kirby@fema.dhs.gov>; Colosimo, Beth <Beth.Colosimo@fema.dhs.gov>; Walker-Ellis, Rae <raechelle.walkerellis@fema.dhs.gov>
Subject: EMP-2021-BR-042 BRIC 30 Day POP Reminder


Good Afternoon

This message is being sent on behalf of Bernadette Stanko.  The period of performance (POP) for the above referenced award ends March 1, 2026.    If additional time is needed to complete approved programmatic/project actions, please submit a formal request to Beth Colosimo, Director, Grants Division. Please see the attached letter as reference.

Contact us if you have any questions.

Thank you,

Mark Lockett

Senior Grants Management Specialist | Grant Services Branch | Grants Division | FEMA Region 3

Mobile: (215) 435-5253

mark.lockett@fema.dhs.gov<mailto:mark.lockett@fema.dhs.gov>

Federal Emergency Management Agency
fema.gov<https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.fema.gov%2Fregion-iii-dc-de-md-pa-va-wv&data=05%7C02%7Crdeal%40pa.gov%7C8fc9e59510214b3b776008de5eb02443%7C418e284101284dd59b6c47fc5a9a1bde%7C0%7C0%7C639052307828777945%7CUnknown%7CTWFpbGZsb3d8eyJFbXB0eU1hcGkiOnRydWUsIlYiOiIwLjAuMDAwMCIsIlAiOiJXaW4zMiIsIkFOIjoiTWFpbCIsIldUIjoyfQ%3D%3D%7C0%7C%7C%7C&sdata=gNK55w1UA3rpaE%2B1iYT72pvu1pF3%2F%2FHi9wT5UgVJl6Y%3D&reserved=0>

[Federal Emergency Management Agency]