# Exhibit 23

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STATE OF WASHINGTON, et al.,

Plaintiff,

v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.,

Defendants.

CIVIL ACTION
NO. 1:25-cv-12006-RGS

## DECLARATION OF BETHANY JENKINS IN SUPPORT OF MOTION TO ENFORCE

I, Bethany D. Jenkins, pursuant to 28 U.S.C. § 1746, hereby declare:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am the Vice President for Research and Economic Development at the University of Rhode Island (URI). I have held this role since 2023. As URI's Vice President for Research and Economic Development, I am URI's designated Research Official to help our community receive and comply with competitive grant funding that includes federal awards. I oversee a portfolio of research funding belonging to URI that funds faculty and researchers with experience in hazard mitigation and emergency management. I make this declaration based on my personal knowledge, on information I acquired through the performance of my duties at the University of Rhode Island, and on my review of records maintained in the ordinary course of business by the University of Rhode Island.

3. I am familiar with the FEMA Building Resilient Infrastructure and Communities program ("BRIC").

1

4.      On September 30, 2025, I made a declaration supporting the Plaintiffs' Motion for Summary Judgement in the above-captioned case.

5.      Since my September 30, 2025 declaration, nothing with respect to the status of URI's BRIC projects has changed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of February, 2026, in Kingston, RI

_____

Bethany D Jenkins
Vice President for Research and Economic Development
The University of Rhode Island