**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE OF WASHINGTON et al., <br><br>           Plaintiffs, <br><br>    v. <br><br> FEDERAL EMERGENCY MANAGEMENT AGENCY; KAREN EVANS, in her official capacity as the Senior Official Performing the Duties of the Administrator of the Federal Emergency Management Agency; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as the Secretary of the Department of Homeland Security; and the UNITED STATES OF AMERICA, <br><br>           Defendants. | Civil Action No. 1:25-cv-12006-RGS |

**STATUS REPORT**

Pursuant to this Court's Order ("Enforcement Order") dated March 6, 2026 (Doc. No. 137), Defendants respectfully provide the Court with the following status report which details the actions taken by the Federal Emergency Management Agency ("FEMA") to comply with the Enforcement Order and to continue moving forward with the operation of the Building Resilient Infrastructure and Communities ("BRIC") program:

1. On March 18, 2026, FEMA regional staff sent letters to each Plaintiff State's emergency management agency providing each such agency with the status of BRIC projects in its respective states. *See* Declaration ("Decl.") of Karen S. Evans, Senior Official Performing the Duties of the FEMA Administrator ("SOPDOA"), filed herewith, ¶ 4. Additionally, beyond what the Enforcement Order requires, FEMA communicated to all other BRIC recipients (consisting of 144 states, Tribal Nations, and territories) the status of their BRIC projects. *Id.* Copies of the status

1

letters that FEMA sent to Plaintiff States and samples of letters sent to non-Plaintiff States are attached as Exhibit A to the Declaration of SOPDOA Evans.

2. Since December 11, 2025, FEMA has not awarded any BRIC projects because many of these projects have been under the review process previously described to this Court. *See* Decl., ¶ 5; *see also* Doc. No. 136, ¶¶ 8-9. FEMA completed this review process on March 16, 2026. *See* Decl., ¶ 5. Now that the review process is complete, FEMA will return to conducting standard pre-award review activities of BRIC subapplications from prior fiscal years that have not yet been approved and awarded. *Id.*

3. Since December 11, 2025, FEMA has not moved any phased BRIC projects from Phase I to Phase II because many of these projects have been under the review process previously described to this Court. *See* Decl., ¶ 5; *see also* Doc. No. 136, ¶¶ 8-9. However, as described above, FEMA completed this review on March 16, 2026, and several phased subawards are ready for review of Phase I deliverables. *See* Decl., ¶ 5. FEMA must review all Phase I deliverables and complete all required programmatic reviews before approving funding to award Phase II. *Id.* The award of one phase of a project does not guarantee the award of subsequent phases. *Id.*

   a. FEMA estimates that it will take approximately 6 to 12 months to complete the review of Phase I deliverables,[1] the Financial Obligation Review

---

[1] Phase I deliverables are approved once the applicant completes and submits compliant documentation demonstrating project eligibility, technical feasibility, cost-effectiveness at the current discount rate, and compliance with Environmental and Historical Preservation requirements. *See* Decl., ¶ 6. FEMA staff reviews each deliverable and then moves the subaward forward into the Financial Obligation Review process for approval for obligation

process, and award Phase II, assuming Phase I of the subaward has demonstrated eligibility, technical feasibility, cost-effectiveness, and compliance with Environmental and Historic Preservation requirements, and assuming that the Department of Homeland Security ("DHS") and FEMA are provided with appropriations within the next few weeks and are not subjected to additional lapses in appropriation funding.  *See* Decl., ¶ 6. It also assumes that FEMA has sufficient staffing levels, and FEMA resources and personnel are not required to address emergency needs from a major catastrophic event.  *Id.*

4.  Since December 11, 2025, FEMA has adjudicated 12 period of performance extension requests, resulting in approvals for Hawaii, Tennessee, Minnesota, Illinois, Michigan, Northern Mariana Islands, Maryland, Washington, Louisiana, New Mexico, and two denials, one each for Connecticut and Indiana.  *See* Decl., ¶ 7.  FEMA notified Hawaii on or about March 3, 2026, and will notify the remaining states in writing on March 20, 2026.[2]  *Id.*

   a.  FEMA has an additional 22 requests for extensions of periods of performance pending.  *See* Decl. ¶ 8.  FEMA continues to process these requests and anticipates adjudicating 17 of the pending requests by approximately March 27, 2026.  *Id.*

---

by FEMA and DHS.  *Id.*

[2] Additionally, in reviewing the information necessary to comply with the Enforcement Order, FEMA discovered that it had approved a period of performance extension in 2024 for an Oklahoma award that was not reflected in the FEMA Grants Outcomes ("FEMA GO") system, an online platform used for grant management, until October of 2025 and had not previously reported to the Court.  *Id.*  A redacted copy of the approval letter is attached as Exhibit B to the Declaration of SOPDOA Evans.

5. Since December 11, 2025, FEMA has not sent requests for information ("RFI") to applicants for any selected, phased, or otherwise pending BRIC projects for the same reasons stated in Paragraphs 2 and 3 above. *See* Decl., ¶ 8. FEMA has sent three requests for information to the recipients since December 11, 2025, related to subawards that are ready to proceed to closeout. *Id.* FEMA plans to reinitiate the issuance of RFIs as necessary to review and award projects, including subapplications for management costs and for subawards moving from Phase I to Phase II. *Id.*

6. In terms of finalizing pending state management cost grant agreements, Defendants report that FEMA has 6 requests for management costs subapplications/subawards routing through the financial obligation process for approximately $1.5 million in funding. *See* Decl., ¶ 9. FEMA estimates this process to take an average of six months, based on the same assumptions referenced in Paragraph 3(a), above. *Id.*

7. Finally, FEMA is undertaking the following steps to reverse all actions taken in compliance with the April 2, 2025, memorandum from SOPDOA Cameron Hamilton and the associated April 4, 2025, Press Release and to operate the BRIC program in compliance with the Enforcement Order. *See* Decl., ¶ 10. FEMA is engaging with existing applicants and recipients during the lapse as required by the Enforcement Order. *Id.* It has provided written guidance about external engagement, and it has directed its Regional Offices to begin communicating with existing applicants and recipients. *Id.* FEMA has also issued advisories to Congressional Offices, states, Tribal Nations, and territories, as well as private sector stakeholders, about programmatic support for BRIC awards and sub

applications. *Id.* These FEMA Advisories are attached as <u>Exhibit C</u> to the Declaration of SOPDOA Evans.

8. FEMA will publish a combined FY 2024 and FY 2025 NOFO on or before March 27, 2026. *See* Decl., ¶ 11. The combined FY 2024 and FY 2025 NOFO will make available up to $1 billion dollars in funding. *See* Decl., ¶ 11. Because the BRIC program's funding does not expire, FEMA plans to use this funding opportunity to make available the entire remaining appropriation for BRIC under the Infrastructure Investment and Jobs Act ("IIJA"). *Id.* This includes funds appropriated for FY 2025 and FY 2026. *Id.* In addition to IIJA funding, the $1 billion funding opportunity includes funds from the BRIC set-aside within the Disaster Relief Fund ("DRF"). *Id.*

9. FEMA plans to publish the FY 26 NOFO in early FY 2027. *See* Decl., ¶ 12. FEMA cannot yet estimate the amount of funding that will be offered under the FY 2026 NOFO because of the current lapse in appropriations. *Id.* Once Congress replenishes the DRF, FEMA will estimate the funding to be set aside for the BRIC program and subsequently estimate the funding amounts to be made available under the FY 2026 NOFO. *Id.*

Respectfully submitted:

LEAH B. FOLEY

U.S. ATTORNEY

Dated: March 20, 2026                By:    /s/ *Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

5

Tel.: 617-748-3112
Email: Nicole.O'Connor@usdoj.gov

## CERTIFICATE OF SERVICE

I, Nicole M. O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: March 20, 2026                    By:     /s/ *Nicole M. O'Connor*
                                                  Nicole M. O'Connor
                                                  Assistant United States Attorney