# Exhibit B

# Amendment Memo

U.S. Department of Homeland Security
Washington, D.C. 20472

FEMA has made an amendment to your award: EMT-2021-BR-071. The change to your grant was reviewed and is hereby approved as specified below. All other terms and conditions of the grant remain unchanged.



# Period of performance amendment

FEMA has reviewed the possible change to the period of performance. After careful consideration and a thorough review of the supporting documentation and justification(s), the extension has been approved.

Here are the approved dates for the extension:

**New period of performance:** from 12/03/2022 through 09/14/2026
- Changed from: 12/03/2022 through 12/02/2025

**New liquidation deadline:** 01/12/2027
- Changed from: 04/01/2026

**New closeout reporting deadline:** 01/12/2027
- Changed from: 04/01/2026

# Key personnel change amendment

FEMA has reviewed your request for a change to your key grant personnel. The following changes have been made:

**Role:** Authorized Official for the Grant

*Changed from:* Matthew Rollins, ████████, ████████████████

*Changed to:* Annie Vest, ████████████████

Your amended award package is included below. The amended award package incorporates changes approved in this amendment as well as any previously approved amendments.

# Award Letter

U.S. Department of Homeland Security
Washington, D.C. 20472



Annie Vest
OK DEPT OF EMERGENCY MGMT
P.O. BOX 53365
OKLAHOMA CITY, OK 73152

EMT-2021-BR-071

Dear Annie Vest,

Enclosed please find your amended Fiscal Year 2021 Building Resilient Infrastructure and Communities award package that has been approved in the amount of $3,209,511.57 in Federal Funding.

Before you request and receive any of the Federal funds awarded to you, you must establish acceptance of the award through the FEMA Grants Outcomes (FEMA GO) system. By accepting this award, you acknowledge that the terms of the following documents are incorporated into the terms of your award:

- Award Summary
- Agreement Articles
- Obligating Document
- FY 2021 BRIC Notice of Funding Opportunity (NOFO)

Please make sure you read, understand, and maintain a copy of these documents in your official file for this award.

Sincerely,

# Award Summary

**Program:** Fiscal Year 2021 Building Resilient Infrastructure and Communities
**Recipient:** OK DEPT OF EMERGENCY MGMT
**UEI-EFT:** PCBXEVWE3V75-
**Award number:** EMT-2021-BR-071

## Summary description of award

The purpose of the Building Resilient Infrastructure and Communities (BRIC) grant program is to provide grants to States and Indian Tribal government or territory that, in turn, provide Subawards to local governments for cost-effective mitigation activities. Funds will be used to implement a sustained pre-disaster natural hazard mitigation program to reduce overall risk to the population and structures, while also reducing reliance on funding from actual disaster declarations.

Except as otherwise approved as noted in the original award, the information you provided in your application for Fiscal Year 2021 Building Resilient Infrastructure and Communities (BRIC) funding is incorporated into the terms and conditions of this award. This includes any documents submitted as part of the application.

## Amount awarded

The amount of the award is detailed in the attached Obligating Document for Award. The following are budgeted estimates for object classes for this amended award (including Federal share plus your cost share, if applicable):

| Object Class | Total |
|---|---|
| Personnel | $118,964.56 |
| Fringe benefits | $0.00 |
| Travel | $5,523.09 |
| Equipment | $2,630.05 |
| Supplies | $2,630.05 |
| Contractual | $0.00 |
| Construction | $699,791.00 |
| Other | $3,394,878.93 |
| Indirect charges | $0.00 |
| Federal | $3,209,511.57 |
| Non-federal | $1,014,906.11 |
| Total | $4,224,417.68 |

## Approved scope of work

After review of your application, FEMA has approved the below scope of work. Justifications are provided for any differences between the scope of work in the original application and the approved scope of work under this award. You must submit scope or budget revision requests for FEMA's prior approval, as appropriate, per 2 C.F.R. § 200.308 and the FY 2021 BRIC NOFO.

The terms of the approved application materials submitted by the recipient for the following subawards and activities are incorporated into the terms of this Federal award, subject to the additional descriptions and limitations stated in this amendment package, and subject to the limitations stated in subsequent approvals by FEMA of changes to the prime award, subawards, or activities. Post-award documents uploaded into the FEMA GO system for this award are also incorporated into the terms and conditions of this Federal award, subject to any limitations stated in subsequent approvals by FEMA of changes to the prime award, subawards, or activities. Subawards or activities not listed in this amendment package are not approved for funding under this award.

**Approved request details:**

**FEMA's Subgrant ID:** EMT-2021-BR-071-0004

**Subrecipient:** CITY OF TULSA

## Cost estimate

### Item : Other (Explain)

### Phase 1: Organize to Prepare the Plan

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $50,636.00 | $50,636.00 | No | Contractual |

### Item : Other (Explain)

### Phase 2: Hazard Identification and Risk Assessment

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $62,720.00 | $62,720.00 | No | Contractual |

### Item : Other (Explain)

### Phase 4: Adopt and Implement the Plan

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $12,500.00 | $12,500.00 | No | Contractual |

**Item : Other (Explain)**

**Phase 3: Develop Mitigation Strategy and Plan**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $74,088.00 | $74,088.00 | No | Contractual |

**FEMA's Subgrant ID:** EMT-2021-BR-071-0002
**Subrecipient:** COUNTY OF OKLAHOMA

## Cost estimate

**Item : Other (Explain)**

**A/E Services and 404 Permitting**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $350,307.63 | $350,307.63 | No | Contractual |

**Item : Other (Explain)**

**Hazard Mitigation Grant Application and BCA**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $64,980.00 | $64,980.00 | No | Contractual |

**FEMA's Subgrant ID:** EMT-2021-BR-071-0003
**Subrecipient:** OK DEPT OF EMERGENCY MGMT

## Cost estimate

## Item : Other (Explain)

### FTE Payroll

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $118,964.56 | $118,964.56 | No | Personnel |

## Item : Other (Explain)

### Travel

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $5,523.09 | $5,523.09 | No | Travel |

## Item : Other (Explain)

### Software Licensing

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $1,754.50 | $1,754.50 | No | Other |

## Item : Other (Explain)

## Office Supplies

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $2,630.05 | $2,630.05 | No | Supplies |

## Item : Other (Explain)

## Phone/ PC Support

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $2,630.05 | $2,630.05 | No | Equipment |

## Item : Other (Explain)

## Rent/Utilities

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $0.01 | $0.01 | No | Other |

**FEMA's Subgrant ID:** EMT-2021-BR-071-0006
**Subrecipient:** CITY OF TULSA

## Cost estimate

**Item : Other (Explain)**

**Pre-Award**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $262,771.48 | $262,771.48 | No | Construction |

**Item : Other (Explain)**

**Fulton Creek Detention Pond**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $3,183,869.40 | $3,183,869.40 | No | Construction |

**Item : Other (Explain)**

**8% A/E Design Fee**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $2,515,121.31 | $2,515,121.31 | No | Construction |

**Item : Other (Explain)**

**72 E Ave Dentition Pond**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $780,101.90 | $780,101.90 | No | Construction |

**Item : Other (Explain)**

**Kaiser Detention Pond**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $1,266,705.64 | $1,266,705.64 | No | Construction |

**Item : Other (Explain)**

**Nature Based Solutions**

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $554,141.30 | $554,141.30 | No | Construction |

## Item : Other (Explain)

### 72nd E Ave Pond & Kaiser Pond R/W Acquisition

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $1,928,611.70 | $1,928,611.70 | No | Construction |

## Item : Other (Explain)

### 100-Year Storm Sewer Segment 2

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $5,430,927.86 | $5,430,927.86 | No | Construction |

## Item : Other (Explain)

### Storm Sewer 1&2 & Channel R/W Acquisition

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $2,129,564.51 | $2,129,564.51 | No | Construction |

## Item : Other (Explain)

### Fulton Creek & 93rd E Ave Bridge R/W Acquisition

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $1,820,465.94 | $1,820,465.94 | No | Construction |

## Item : Other (Explain)

### 100-Year Storm Sewer Segment 1

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $3,951,011.43 | $3,951,011.43 | No | Construction |

## Item : Other (Explain)

### 93rd E Ave Bridge Replacement & 37th Ave. Culvert

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $895,238.00 | $895,238.00 | No | Construction |

## Item : Other (Explain)

## 100-Year Channel

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $565,243.33 | $565,243.33 | No | Construction |

## Item : Other (Explain)

## Contingency Cost

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $821,362.03 | $821,362.03 | No | Construction |

**FEMA's Subgrant ID:** EMT-2021-BR-071-0001
**Subrecipient:** OK DEPT OF EMERGENCY MGMT

## Cost estimate

## Item : Other (Explain)

## Individual Safe room

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 250 | Each | $2,666.00 | $666,500.00 | No | Construction |

## Item : Other (Explain)

### Sub-recepient Management Costs

| QUANTITY | UNIT OF MEASURE | UNIT PRICE | TOTAL | PRE-AWARD | BUDGET CLASS |
|---|---|---|---|---|---|
| 1 | Each | $33,291.00 | $33,291.00 | No | Construction |

# Agreement Articles

**Program:** Fiscal Year 2021 Building Resilient Infrastructure and Communities
**Recipient:** OK DEPT OF EMERGENCY MGMT
**UEI-EFT:** PCBXEVWE3V75-
**Award number:** EMT-2021-BR-071

# Table of contents

**Article 1 Assurances, Administrative Requirements, Cost Principles, Representations and Certifications**

**Article 2 General Acknowledgements and Assurances**

**Article 3 Acknowledgement of Federal Funding from DHS**

**Article 4 Activities Conducted Abroad**

**Article 5 Age Discrimination Act of 1975**

**Article 6 Americans with Disabilities Act of 1990**

**Article 7 Best Practices for Collection and Use of Personally Identifiable Information**

**Article 8 Civil Rights Act of 1964 – Title VI**

**Article 9 Civil Rights Act of 1968**

**Article 10    Copyright**

**Article 11    Debarment and Suspension**

**Article 12    Drug-Free Workplace Regulations**

**Article 13    Duplication of Benefits**

**Article 14    Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX**

**Article 15    Energy Policy and Conservation Act**

**Article 16    False Claims Act and Program Fraud Civil Remedies**

**Article 17    Federal Debt Status**

**Article 18    Federal Leadership on Reducing Text Messaging while Driving**

**Article 19    Fly America Act of 1974**

**Article 20    Hotel and Motel Fire Safety Act of 1990**

**Article 21    John S. McCain National Defense Authorization Act of Fiscal Year 2019**

**Article 22    Limited English Proficiency (Civil Rights Act of 1964, Title VI)**

**Article 23    Lobbying Prohibitions**

**Article 24    National Environmental Policy Act**

**Article 25    Nondiscrimination in Matters Pertaining to Faith-Based Organizations**

**Article 26    Non-Supplanting Requirement**

**Article 27    Notice of Funding Opportunity Requirements**

**Article 28    Patents and Intellectual Property Rights**

**Article 29    Procurement of Recovered Materials**

**Article 30    Rehabilitation Act of 1973**

**Article 31**    Reporting of Matters Related to Recipient Integrity and Performance

**Article 32**    Reporting Subawards and Executive Compensation

**Article 33**    Required Use of American Iron, Steel, Manufactured Products, and Construction Materials

**Article 34**    SAFECOM

**Article 35**    Terrorist Financing

**Article 36**    Trafficking Victims Protection Act of 2000 (TVPA)

**Article 37**    Universal Identifier and System of Award Management

**Article 38**    USA PATRIOT Act of 2001

**Article 39**    Use of DHS Seal, Logo and Flags

**Article 40**    Whistleblower Protection Act

**Article 41**    Environmental Planning and Historic Preservation (EHP) Review

**Article 42**    Applicability of DHS Standard Terms and Conditions to Tribes

**Article 43**    Acceptance of Post Award Changes

**Article 44**    Disposition of Equipment Acquired Under the Federal Award

**Article 45**    Prior Approval for Modification of Approved Budget

**Article 46**    Indirect Cost Rate

**Article 47**    Standard Condition #1

**Article 48**    Standard Condition #2

**Article 49**    Standard Condition #3

**Article 50**    Executive Order 11988 - Floodplains

**Article 51**    Executive Order 11988 - Floodplains

**Article 52**    Resource Conservation and Recovery Act, aka Solid Waste Disposal Act (RCRA)

**Article 53**    Standard Condition #1

**Article 54**    Standard Condition #2

**Article 55**    Standard Condition #3

| Article 1 | **Assurances, Administrative Requirements, Cost Principles, Representations and Certifications** |
| | I. DHS financial assistance recipients must complete either the Office of Management and Budget (OMB) Standard Form 424B Assurances – Non-Construction Programs, or OMB Standard Form 424D Assurances – Construction Programs, as applicable. Certain assurances in these documents may not be applicable to your program, and the DHS financial assistance office (DHS FAO) may require applicants to certify additional assurances. Applicants are required to fill out the assurances as instructed by the awarding agency. II. DHS financial assistance recipients are required to follow the applicable provisions of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards located at Title 2, Code of Federal Regulations (C.F.R.) Part 200 and adopted by DHS at 2 C.F.R.Part 3002. III. By accepting this agreement, recipients, and their executives, as defined in 2 C.F.R. § 170.315, certify that their policies are in accordance with OMB's guidance located at 2 C.F.R. Part 200, all applicable federal laws, and relevant Executive guidance. |
| Article 2 | **General Acknowledgements and Assurances** |
| | All recipients, subrecipients, successors, transferees, and assignees must acknowledge and agree to comply with applicable provisions governing DHS access to records, accounts, documents, information, facilities, and staff. I. Recipients must cooperate with any DHS compliance reviews or compliance investigations conducted by DHS. II. Recipients must give DHS access to examine and copy records, accounts, and other documents and sources of information related to the federal financial assistance award and permit access to facilities or personnel. III. Recipients must submit timely, complete, and accurate reports to the appropriate DHS officials and maintain appropriate backup documentation to support the reports. IV. Recipients must comply with all other special reporting, data collection, and evaluation requirements, as prescribed by law, or detailed in program guidance. V. Recipients (as defined in 2 C.F.R. Part 200 and including recipients acting as pass-through entities) of federal financial assistance from DHS or one of its awarding component agencies must complete the DHS Civil Rights Evaluation Tool within thirty (30) days of receipt of the Notice of Award for the first award under which this term applies. Recipients of multiple awards of DHS financial assistance should only submit one completed tool for their organization, not per award. After the initial submission, recipients are required to complete the tool once every two (2) years if they have an active award, not every time an award is made. Recipients should submit the completed tool, including supporting materials, to CivilRightsEvaluation@hq.dhs.gov. This tool clarifies the civil rights obligations and related reporting requirements contained in the DHS Standard Terms and Conditions. Subrecipients are not required to complete and submit this tool to DHS. The evaluation tool can be found at https://www.dhs.gov/publication/dhs-civil-rights-evaluation-tool. The DHS Office for Civil Rights and Civil Liberties will consider, in its discretion, granting an extension if the recipient identifies steps and a timeline for completing the tool. Recipients should request extensions by emailing the request to CivilRightsEvaluation@hq.dhs.gov prior to expiration of the 30-day deadline. |

| **Article 3** | **Acknowledgement of Federal Funding from DHS** |
| --- | --- |
| | Recipients must acknowledge their use of federal funding when issuing statements, press releases, requests for proposal, bid invitations, and other documents describing projects or programs funded in whole or in part with federal funds. |

| **Article 4** | **Activities Conducted Abroad** |
| --- | --- |
| | Recipients must ensure that project activities performed outside the United States are coordinated as necessary with appropriate government authorities and that appropriate licenses, permits, or approvals are obtained. |

| **Article 5** | **Age Discrimination Act of 1975** |
| --- | --- |
| | Recipients must comply with the requirements of the Age Discrimination Act of 1975, Public Law 94-135 (1975) (codified as amended at Title 42, U.S. Code, § 6101 et seq.), which prohibits discrimination on the basis of age in any program or activity receiving federal financial assistance. |

| **Article 6** | **Americans with Disabilities Act of 1990** |
| --- | --- |
| | Recipients must comply with the requirements of Titles I, II, and III of the Americans with Disabilities Act, Pub. L. 101-336 (1990) (codified as amended at 42 U.S.C. §§ 12101– 12213), which prohibits recipients from discriminating on the basis of disability in the operation of public entities, public and private transportation systems, places of public accommodation, and certain testing entities. |

| **Article 7** | **Best Practices for Collection and Use of Personally Identifiable Information** |
| --- | --- |
| | Recipients who collect personally identifiable information (PII) are required to have a publicly available privacy policy that describes standards on the usage and maintenance of the PII they collect. DHS defines PII as any information that permits the identity of an individual to be directly or indirectly inferred, including any information that is linked or linkable to that individual. Recipients may also find the DHS Privacy Impact Assessments: Privacy Guidance and Privacy Template as useful resources respectively. |

| **Article 8** | **Civil Rights Act of 1964 – Title VI** |
| --- | --- |
| | Recipients must comply with the requirements of Title VI of the Civil Rights Act of 1964 (codified as amended at 42 U.S.C. § 2000d et seq.), which provides that no person in the United States will, on the grounds of race, color, or national origin, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance. DHS implementing regulations for the Act are found at 6 C.F.R. Part 21 and 44 C.F.R. Part 7. |

**Article 9**    **Civil Rights Act of 1968**
Recipients must comply with Title VIII of the Civil Rights Act of 1968, Pub. L. 90-284, as amended through Pub. L. 113-4, which prohibits recipients from discriminating in the sale, rental, financing, and advertising of dwellings, or in the provision of services in connection therewith, on the basis of race, color, national origin, religion, disability, familial status, and sex (see 42 U.S.C. § 3601 et seq.), as implemented by the U.S. Department of Housing and Urban Development at 24 C.F.R. Part 100. The prohibition on disability discrimination includes the requirement that new multifamily housing with four or more dwelling units—i.e., the public and common use areas and individual apartment units (all units in buildings with elevators and ground-floor units in buildings without elevators)—be designed and constructed with certain accessible features. (See 24 C.F.R. Part 100, Subpart D.)

**Article 10**    **Copyright**
Recipients must affix the applicable copyright notices of 17 U.S.C. §§ 401 or 402 and an acknowledgement of U.S. Government sponsorship (including the award number) to any work first produced under federal financial assistance awards.

**Article 11**    **Debarment and Suspension**
Recipients are subject to the non-procurement debarment and suspension regulations implementing Executive Orders (E.O.) 12549 and 12689, which are at 2 C.F.R. Part 180 as adopted by DHS at 2 C.F.R. Part 3002. These regulations restrict federal financial assistance awards, subawards, and contracts with certain parties that are debarred, suspended, or otherwise excluded from or ineligible for participation in federal assistance programs or activities.

**Article 12**    **Drug-Free Workplace Regulations**
Recipients must comply with drug-free workplace requirements in Subpart B (or Subpart C, if the recipient is an individual) of 2 C.F.R. Part 3001, which adopts the Government-wide implementation (2 C.F.R. Part 182) of Sec. 5152-5158 of the Drug-Free Workplace Act of 1988 (41 U.S.C. §§ 8101-8106).

**Article 13**    **Duplication of Benefits**
Any cost allocable to a particular federal financial assistance award provided for in 2 C.F.R. Part 200, Subpart E may not be charged to other federal financial assistance awards to overcome fund deficiencies; to avoid restrictions imposed by federal statutes, regulations, or federal financial assistance award terms and conditions; or for other reasons. However, these prohibitions would not preclude recipients from shifting costs that are allowable under two or more awards in accordance with existing federal statutes, regulations, or the federal financial assistance award terms and conditions.

| | |
|---|---|
| **Article 14** | **Education Amendments of 1972 (Equal Opportunity in Education Act) – Title IX**<br>Recipients must comply with the requirements of Title IX of the Education Amendments of 1972, Pub. L. 92-318 (1972) (codified as amended at 20 U.S.C. § 1681 et seq.), which provide that no person in the United States will, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any educational program or activity receiving federal financial assistance. DHS implementing regulations are codified at 6 C.F.R. Part 17 and 44 C.F.R. Part 19. |
| **Article 15** | **Energy Policy and Conservation Act**<br>Recipients must comply with the requirements of the Energy Policy and Conservation Act, Pub. L. 94- 163 (1975) (codified as amended at 42 U.S.C. § 6201 et seq.), which contain policies relating to energy efficiency that are defined in the state energy conservation plan issued in compliance with this Act. |
| **Article 16** | **False Claims Act and Program Fraud Civil Remedies**<br>Recipients must comply with the requirements of the False Claims Act, 31 U.S.C. §§3729- 3733, which prohibit the submission of false or fraudulent claims for payment to the Federal Government. (See 31 U.S.C. §§ 3801-3812, which details the administrative remedies for false claims and statements made.) |
| **Article 17** | **Federal Debt Status**<br>All recipients are required to be non-delinquent in their repayment of any federal debt. Examples of relevant debt include delinquent payroll and other taxes, audit disallowances, and benefit overpayments. (See OMB Circular A-129.) |
| **Article 18** | **Federal Leadership on Reducing Text Messaging while Driving**<br>Recipients are encouraged to adopt and enforce policies that ban text messaging while driving as described in E.O. 13513, including conducting initiatives described in Section 3(a) of the Order when on official government business or when performing any work for or on behalf of the Federal Government. |
| **Article 19** | **Fly America Act of 1974**<br>Recipients must comply with Preference for U.S. Flag Air Carriers (air carriers holding certificates under 49 U.S.C.) for international air transportation of people and property to the extent that such service is available, in accordance with the International Air Transportation Fair Competitive Practices Act of 1974, 49 U.S.C. § 40118, and the interpretative guidelines issued by the Comptroller General of the United States in the March 31, 1981, amendment to Comptroller General Decision B-138942. |

| **Article 20** | **Hotel and Motel Fire Safety Act of 1990** |
|---|---|
| | Recipients must ensure that all conference, meeting, convention, or training space funded in whole or in part with federal funds complies with the fire prevention and control guidelines of Section 6 of the Hotel and Motel Fire Safety Act of 1990, 15 U.S.C. § 2225a |
| **Article 21** | **John S. McCain National Defense Authorization Act of Fiscal Year 2019** |
| | Recipients, subrecipients, and their contractors and subcontractors are subject to the prohibitions described in section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019, Pub. L. No. 115-232 (2018) and 2 C.F.R. §§ 200.216, 200.327, 200.471, and Appendix II to 2 C.F.R. Part 200. Beginning August 13, 2020, the statute – as it applies to DHS recipients, subrecipients, and their contractors and subcontractors – prohibits obligating or expending federal award funds on certain telecommunications and video surveillance products and contracting with certain entities for national security reasons |
| **Article 22** | **Limited English Proficiency (Civil Rights Act of 1964, Title VI)** |
| | Recipients must comply with Title VI of the Civil Rights Act of 1964, (42 U.S.C. § 2000d et seq.) prohibition against discrimination on the basis of national origin, which requires that recipients of federal financial assistance take reasonable steps to provide meaningful access to persons with limited English proficiency (LEP) to their programs and services. For additional assistance and information regarding language access obligations, please refer to the DHS Recipient Guidance: https://www.dhs.gov/guidance- published-help-department- supported-organizations-provide-meaningful-access-people-limited and additional resources on http://www.lep.gov. |
| **Article 23** | **Lobbying Prohibitions** |
| | Recipients must comply with 31 U.S.C. § 1352, which provides that none of the funds provided under a federal financial assistance award may be expended by the recipient to pay any person to influence, or attempt to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any federal action related to a federal award or contract, including any extension, continuation, renewal, amendment, or modification. |
| **Article 24** | **National Environmental Policy Act** |
| | Recipients must comply with the requirements of the National Environmental Policy Act of 1969, (NEPA) Pub. L. 91-190 (1970) (codified as amended at 42 U.S.C. § 4321 et seq. and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA, which require recipients to use all practicable means within their authority, and consistent with other essential considerations of national policy, to create and maintain conditions under which people and nature can exist in productive harmony and fulfill the social, economic, and other needs of present and future generations of Americans |

**Article 25**    **Nondiscrimination in Matters Pertaining to Faith-Based Organizations**
It is DHS policy to ensure the equal treatment of faith-based organizations in social service programs administered or supported by DHS or its component agencies, enabling those organizations to participate in providing important social services to beneficiaries. Recipients must comply with the equal treatment policies and requirements contained in 6 C.F.R. Part 19 and other applicable statues, regulations, and guidance governing the participations of faith- based organizations in individual DHS programs.

**Article 26**    **Non-Supplanting Requirement**
Recipients receiving federal financial assistance awards made under programs that prohibit supplanting by law must ensure that federal funds do not replace (supplant) funds that have been budgeted for the same purpose through non-federal sources.

**Article 27**    **Notice of Funding Opportunity Requirements**
All the instructions, guidance, limitations, and other conditions set forth in the Notice of Funding Opportunity (NOFO) for this program are incorporated here by reference in the award terms and conditions. All recipients must comply with any such requirements set forth in the program NOFO.

**Article 28**    **Patents and Intellectual Property Rights**
Recipients are subject to the Bayh-Dole Act, 35 U.S.C. § 200 et seq, unless otherwise provided by law. Recipients are subject to the specific requirements governing the development, reporting, and disposition of rights to inventions and patents resulting from federal financial assistance awards located at 37 C.F.R. Part 401 and the standard patent rights clause located at 37 C.F.R. § 401.14.

**Article 29**    **Procurement of Recovered Materials**
States, political subdivisions of states, and their contractors must comply with Section 6002 of the Solid Waste Disposal Act, Pub. L. 89-272 (1965), (codified as amended by the Resource Conservation and Recovery Act, 42 U.S.C. § 6962.) The requirements of Section 6002 include procuring only items designated in guidelines of the Environmental Protection Agency (EPA) at 40 C.F.R. Part 247 that contain the highest percentage of recovered materials practicable, consistent with maintaining a satisfactory level of competition.

**Article 30**    **Rehabilitation Act of 1973**
Recipients must comply with the requirements of Section 504 of the Rehabilitation Act of 1973, Pub. L. 93-112 (1973), (codified as amended at 29 U.S.C. § 794,) which provides that no otherwise qualified handicapped individuals in the United States will, solely by reason of the handicap, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving federal financial assistance.

**Article 31**      **Reporting of Matters Related to Recipient Integrity and Performance**
General Reporting Requirements: If the total value of any currently active grants, cooperative agreements, and procurement contracts from all federal awarding agencies exceeds $10,000,000 for any period of time during the period of performance of this federal award, then the recipients must comply with the requirements set forth in the government-wide Award Term and Condition for Recipient Integrity and Performance Matters located at 2 C.F.R. Part 200, Appendix XII, the full text of which is incorporated here by reference in the award terms and conditions.

**Article 32**      **Reporting Subawards and Executive Compensation**
Reporting of first tier subawards. Recipients are required to comply with the requirements set forth in the government-wide award term on Reporting Subawards and Executive Compensation located at 2 C.F.R. Part 170, Appendix A, the full text of which is incorporated here by reference in the award terms and conditions.

**Article 33**    **Required Use of American Iron, Steel, Manufactured Products, and Construction Materials**

Recipients and subrecipients must comply with the Build America, Buy America Act (BABAA), which was enacted as part of the Infrastructure Investment and Jobs Act §§ 70901-70927, Pub. L. No. 117-58 (2021); and Executive Order 14005, Ensuring the Future is Made in All of America by All of America's Workers. See also Office of Management and Budget (OMB), Memorandum M-22-11, Initial Implementation Guidance on Application of Buy America Preference in Federal Financial Assistance Programs for Infrastructure. Recipients and subrecipients of federal financial assistance programs for infrastructure are hereby notified that none of the funds provided under this award may be used for a project for infrastructure unless: (1) all iron and steel used in the project are produced in the United States--this means all manufacturing processes, from the initial melting stage through the application of coatings, occurred in the United States; (2) all manufactured products used in the project are produced in the United States—this means the manufactured product was manufactured in the United States; and the cost of the components of the manufactured product that are mined, produced, or manufactured in the United States is greater than 55 percent of the total cost of all components of the manufactured product, unless another standard for determining the minimum amount of domestic content of the manufactured product has been established under applicable law or regulation; and (3) all construction materials are manufactured in the United States—this means that all manufacturing processes for the construction material occurred in the United States. The Buy America preference only applies to articles, materials, and supplies that are consumed in, incorporated into, or affixed to an infrastructure project. As such, it does not apply to tools, equipment, and supplies, such as temporary scaffolding, brought to the construction site and removed at or before the completion of the infrastructure project. Nor does a Buy America preference apply to equipment and furnishings, such as movable chairs, desks, and portable computer equipment, that are used at or within the finished infrastructure project, but are not an integral part of the structure or permanently affixed to the infrastructure project. When necessary, recipients may apply for, and the agency may grant, a waiver from these requirements. (a) When the federal agency has made a determination that one of the following exceptions applies, the awarding official may waive the application of the domestic content procurement preference in any case in which the agency determines that: (1) applying the domestic content procurement preference would be inconsistent with the public interest; (2) the types of iron, steel, manufactured products, or construction materials are not produced in the United States in sufficient and reasonably available quantities or of a satisfactory quality; or (3) the inclusion of iron, steel, manufactured products, or construction materials produced in the United States will increase the cost of the overall project by more than 25 percent. A request to waive the application of the domestic content procurement preference must be in writing. The agency will provide instructions on the format, contents, and supporting materials required for any waiver request. Waiver requests are subject to public comment periods of no less than 15 days and must be reviewed by the OMB Made in America Office. There may be instances where an award qualifies, in whole or in part, for an existing waiver described. For awards by the Federal Emergency Management Agency (FEMA), existing waivers are available and the waiver process is described at

'Buy America' Preference in FEMA Financial Assistance Programs for Infrastructure | FEMA.gov. For awards by other DHS components, please contact the applicable DHS FAO. To see whether a particular DHS federal financial assistance program is considered an infrastructure program and thus required to include a Buy America preference, please either contact the applicable DHS FAO, or for FEMA awards, please see Programs and Definitions: Build America, Buy America Act | FEMA.gov.

| Article 34 | **SAFECOM**<br>Recipients receiving federal financial assistance awards made under programs that provide emergency communication equipment and its related activities must comply with the SAFECOM Guidance for Emergency Communication Grants, including provisions on technical standards that ensure and enhance interoperable communications. |
|---|---|
| Article 35 | **Terrorist Financing**<br>Recipients must comply with E.O. 13224 and U.S. laws that prohibit transactions with, and the provisions of resources and support to, individuals and organizations associated with terrorism. Recipients are legally responsible to ensure compliance with the Order and laws. |
| Article 36 | **Trafficking Victims Protection Act of 2000 (TVPA)**<br>Trafficking in Persons. Recipients must comply with the requirements of the government-wide financial assistance award term which implements Section 106 (g) of the Trafficking Victims Protection Act of 2000 (TVPA), codified as amended at 22 U.S.C. § 7104. The award term is located at 2 C.F.R. § 175.15, the full text of which is incorporated here by reference. |
| Article 37 | **Universal Identifier and System of Award Management**<br>Requirements for System for Award Management and Unique Entity Identifier Recipients are required to comply with the requirements set forth in the government-wide financial assistance award term regarding the System for Award Management and Universal Identifier Requirements located at 2 C.F.R. Part 25, Appendix A, the full text of which is incorporated here by reference. |
| Article 38 | **USA PATRIOT Act of 2001**<br>Recipients must comply with requirements of Section 817 of the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001 (USA PATRIOT Act), which amends 18 U.S.C. §§ 175–175c. |
| Article 39 | **Use of DHS Seal, Logo and Flags**<br>Recipients must obtain permission from their DHS FAO prior to using the DHS seal(s), logos, crests or reproductions of flags or likenesses of DHS agency officials, including use of the United States Coast Guard seal, logo, crests or reproductions of flags or likenesses of Coast Guard officials. |

| | |
|---|---|
| **Article 40** | **Whistleblower Protection Act**<br>Recipients must comply with the statutory requirements for whistleblower protections (if applicable) at 10 U.S.C § 2409, 41 U.S.C. § 4712, and 10 U.S.C. § 2324, 41 U.S.C. §§ 4304 and 4310. |
| **Article 41** | **Environmental Planning and Historic Preservation (EHP) Review**<br>DHS/FEMA funded activities that may require an Environmental Planning and Historic Preservation (EHP) review are subject to the FEMA EHP review process. This review does not address all federal, state, and local requirements. Acceptance of federal funding requires the recipient to comply with all federal, state, and local laws. DHS/FEMA is required to consider the potential impacts to natural and cultural resources of all projects funded by DHS/FEMA grant funds, through its EHP review process, as mandated by the National Environmental Policy Act; National Historic Preservation Act of 1966, as amended; National Flood Insurance Program regulations; and any other applicable laws and executive orders. In order to initiate EHP review of your project(s), you must submit a detailed project description along with supporting documentation. The EHP review process must be completed before funds are released to carry out the proposed project; otherwise, DHS/FEMA may not be able to fund the project due to noncompliance with EHP laws, executive orders, regulations, and policies. If ground disturbing activities occur during construction, applicant will monitor ground disturbance, and if any potential archeological resources are discovered the applicant will immediately cease work in that area and notify the pass-through entity, if applicable, and DHS/FEMA. |
| **Article 42** | **Applicability of DHS Standard Terms and Conditions to Tribes**<br>The DHS Standard Terms and Conditions are a restatement of general requirements imposed upon recipients and flow down to subrecipients as a matter of law, regulation, or executive order. If the requirement does not apply to Indian tribes or there is a federal law or regulation exempting its application to Indian tribes, then the acceptance by Tribes of, or acquiescence to, DHS Standard Terms and Conditions does not change or alter its inapplicability to an Indian tribe. The execution of grant documents is not intended to change, alter, amend, or impose additional liability or responsibility upon the Tribe where it does not already exist. |
| **Article 43** | **Acceptance of Post Award Changes**<br>In the event FEMA determines that changes are necessary to the award document after an award has been made, including changes to period of performance or terms and conditions, recipients will be notified of the changes in writing. Once notification has been made, any subsequent request for funds will indicate recipient acceptance of the changes to the award. Please call the FEMA/GMD Call Center at (866) 927-5646 or via e-mail to ASK-GMD@fema.dhs.gov if you have any questions. |

| Article 44 | **Disposition of Equipment Acquired Under the Federal Award**<br>For purposes of original or replacement equipment acquired under this award by a non-state recipient or non-state subrecipients, when that equipment is no longer needed for the original project or program or for other activities currently or previously supported by a federal awarding agency, you must request instructions from FEMA to make proper disposition of the equipment pursuant to 2 C.F.R. section 200.313. State recipients and state subrecipients must follow the disposition requirements in accordance with state laws and procedures. |
|---|---|
| Article 45 | **Prior Approval for Modification of Approved Budget**<br>Before making any change to the FEMA approved budget for this award, you must request prior written approval from FEMA where required by 2 C.F.R. section 200.308. For purposes of non-construction projects, FEMA is utilizing its discretion to impose an additional restriction under 2 C.F.R. section 200.308(f) regarding the transfer of funds among direct cost categories, programs, functions, or activities. Threfore, for awards with an approved budget where the federal share is greater than the simplified acquisition threshold (currently $250,000), you may not transfer funds among direct cost categories, programs, functions, or activities without prior written approval from FEMA where the cumulative amount of such transfers exceeds or is expected to exceed ten percent (10%) of the total budget FEMA last approved. For purposes of awards that support both construction and non-construction work, FEMA is utilizing its discretion under 2 C.F.R. section 200.308(h)(5) to require the recipient to obtain prior written approval from FEMA before making any fund or budget transfers between the two types of work. You must report any deviations from your FEMA approved budget in the first Federal Financial Report (SF-425) you submit following any budget deviation, regardless of whether the budget deviation requires prior written approval. |
| Article 46 | **Indirect Cost Rate**<br>2 C.F.R. section 200.211(b)(15) requires the terms of the award to include the indirect cost rate for the federal award. If applicable, the indirect cost rate for this award is stated in the budget documents or other materials approved by FEMA and included in the award file. |
| Article 47 | **Standard Condition #1**<br>Any change to the approved scope of work will require re-evaluation for compliance with NEPA and other Laws and Executive Orders. |
| Article 48 | **Standard Condition #2**<br>This review does not address all federal, state and local requirements. Acceptance of federal funding requires recipient to comply with all federal, state and local laws. Failure to obtain all appropriate federal, state and local environmental permits and clearances may jeopardize federal funding. |

| **Article 49** | **Standard Condition #3**<br>If ground disturbing activities occur during construction, applicant will monitor ground disturbance and if any potential archeological resources are discovered, will immediately cease construction in that area and notify the State and FEMA. |
|---|---|
| **Article 50** | **Executive Order 11988 - Floodplains**<br>The safe room at 1391 Ladderback Ln, Blanchard, OK must be installed in areas of the property that are outside the 100-year floodplain per Flood Insurance Rate Map 40087C0070G, dated 11/16/2007 and LOMR 19-06-136JA, dated 5/31/19. |
| **Article 51** | **Executive Order 11988 - Floodplains**<br>The safe room at 507 N Fir St, Jenks, OK must be installed in areas of the property that are outside the 100-year floodplain and floodway per Flood Insurance Rate Map 40143C0363L, dated 10/16/2012. |
| **Article 52** | **Resource Conservation and Recovery Act, aka Solid Waste Disposal Act (RCRA)**<br>Unusable equipment, debris and material shall be disposed of in an approved manner and location. In the event significant items (or evidence thereof) are discovered during implementation of the project, applicant shall handle, manage, and dispose of petroleum products, hazardous materials and toxic waste in accordance to the requirements and to the satisfaction of the governing local, state and federal agencies. |
| **Article 53** | **Standard Condition #1**<br>Any change to the approved scope of work will require re-evaluation for compliance with NEPA and other Laws and Executive Orders. |
| **Article 54** | **Standard Condition #2**<br>This review does not address all federal, state and local requirements. Acceptance of federal funding requires recipient to comply with all federal, state and local laws. Failure to obtain all appropriate federal, state and local environmental permits and clearances may jeopardize federal funding. |
| **Article 55** | **Standard Condition #3**<br>If ground disturbing activities occur during construction, applicant will monitor ground disturbance and if any potential archeological resources are discovered, will immediately cease construction in that area and notify the State and FEMA. |

# Obligating document

| 1.Agreement No. EMT-2021-BR-071 | 2. Amendment No. 3 | 3. Recipient No. 736017987 | 4. Type of Action AMENDMENT | 5. Control No. TX00015N2023T, TX00170N2023T, TX00147N2024T |
|---|---|---|---|---|

| 6. Recipient Name and Address OK DEPT OF EMERGENCY ██████████████ ██ ████████████ ███ | 7. Issuing FEMA Office and Address FEMA Region VI 800 N. Loop 288 76209-3698 ████████ | 8. Payment Office and Address FEMA Finance Center P.O. Box 9001 22604 ████████ |
|---|---|---|

| 9. Name of Recipient Project Officer Annie Vest | 9a. Phone No. | 10. Name of FEMA Project Officer Building Resilient Infrastructure and Communities Program | 10a. o. ██████ ███ |
|---|---|---|---|

| 11. Effective Date of This Action | 12. Method of Payment OTHER - FEMA GO | 13. Assistance Arrangement COST SHARING | 14. Performance Period 12/03/2022 to 09/14/2026 **Budget Period** 12/03/2022 to 09/14/2026 |
|---|---|---|---|

| 15. Description of Action a. (Indicate funding data for awards or financial changes) | | | | | | |
|---|---|---|---|---|---|---|
| Program Name Abbreviation | Assistance Listing No. | Accounting Data (ACCS Code) | Prior Total Award | Amount Awarded This Action + or (-) | Current Total Award | Cumulative Non-Federal Commitment |
| BRIC | 97.047 | 2024-6M-GN21BR-R062-xxxx-4101-D | $726,429.86 | $0.00 | $0.00 | See Totals |
| BRIC | 97.047 | 2023-6M-GN21BR-R062-xxxx-4101-D | $1,356,989.73 | $0.00 | $0.00 | See Totals |
| BRIC | 97.047 | 2023-6M-GN21BR-R062-xxxx-4101-D | $1,126,091.98 | $0.00 | $0.00 | See Totals |
| | | Totals | $1,126,091.98 | $0.00 | $0.00 | $1,014,906.11 |

**b. To describe changes other than funding data or financial changes, attach schedule and check here:**
N/A

**16.FOR NON-DISASTER PROGRAMS: RECIPIENT IS REQUIRED TO SIGN AND RETURN THREE (3) COPIES OF THIS DOCUMENT TO FEMA (See Block 7 for address)**
This is not applicable for digitally signed grant agreements.

**17. RECIPIENT SIGNATORY OFFICIAL (Name and Title)**
(Recipients are not required to sign and return copies of this document. However, recipients should keep a copy of this documents for their records.)

**18. FEMA SIGNATORY OFFICIAL (Name and Title)**                    **DATE**