# Exhibit C

FEMA Advisory

# FEMA Provides Update on Building Resilient Infrastructure and Communities Program

Today, FEMA issued an official notice to all states, Tribal Nations, and territories on the status of their Building Resilient Infrastructure and Communities (BRIC) program projects. This notice is part of FEMA's ongoing effort to return BRIC to its original, statutory intent. FEMA also plans to fully resume programmatic support for BRIC awards and sub applications, such as award monitoring and closeout, and completing pre-award review activities once the lapse in appropriations has ended. BRIC applicants and recipients should reach out to FEMA Regional Offices if they have any questions.

When done correctly, mitigation activities save lives and reduce the cost of future disasters. That's why President Donald J. Trump signed the BRIC program into law during his first administration. Through BRIC, states, local governments, Tribal Nations, and territories receive federal funding to undertake pre-disaster and hazard mitigation projects such as school safe rooms, utility hardening, moving critical facilities out of flood areas, securing pump stations, and other risk reduction efforts.

Unfortunately, under President Biden, BRIC became bogged down in bureaucracy, focused on "climate change" initiatives, and riddled with inefficiencies. That's why Secretary Noem directed FEMA to conduct a methodical evaluation of the program to ensure that every dollar spent is serving the interests of Americans.

Now that the program evaluation is complete, FEMA is moving forward with its plans to ensure BRIC is managed responsibly, funding projects aimed at targeting the nation's most pressing infrastructure and hazard mitigation needs. In the weeks and months ahead, FEMA will continue to reconstitute the BRIC program in a way that reflects good stewardship of taxpayer money—including by publishing a new funding opportunity.

FEMA remains deeply committed to supporting hazard mitigation work and looks forward to working with communities across the nation to move critical resiliency projects forward.

Many Congressional Offices have reached out with various questions related to BRIC. FEMA is implementing the program consistent with applicable law and recent court orders. We will continue to keep Congress informed as next steps are taken to move BRIC forward. FEMA appreciates Congress' continued engagement in strengthening mitigation efforts nationwide.

## Contact Us

If you have any questions, please contact FEMA Office of External Affairs, Congressional Affairs at (202) 646-4500 or at FEMA-Congressional-Affairs@fema.dhs.gov



# FEMA Mission

Helping people before, during, and after disasters.

| From: | FEMA Office of External Affairs |
|---|---|
| To: | FEMA-IGA |
| Subject: | FEMA Advisory: FEMA Provides Update on Building Resilient Infrastructure and Communities Program (March 18, 2026) |
| Date: | Wednesday, March 18, 2026 5:54:18 PM |
| Attachments: | FEMA Advisory FEMA Provides Update on Building Resilient Infrastructure and Communities Program (March 18, 2026).pdf |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please select the Phish Alert Report button on the top right of your screen to report this email if it is unsolicited or suspicious in nature.

FEMA Advisory

# FEMA Provides Update on Building Resilient Infrastructure and Communities Program

Today, FEMA issued an official notice to all states, Tribal Nations, and territories on the status of their Building Resilient Infrastructure and Communities (BRIC) program projects. This notice is part of FEMA's ongoing effort to return BRIC to its original, statutory intent. FEMA also plans to fully resume programmatic support for BRIC awards and sub applications, such as award monitoring and closeout, and completing pre-award review activities once the lapse in appropriations has ended. BRIC applicants and recipients should reach out to FEMA Regional Offices if they have any questions.

When done correctly, mitigation activities save lives and reduce the cost of future disasters. That's why President Donald J. Trump signed the BRIC program into law during his first administration. Through BRIC, states, local governments, Tribal Nations, and territories receive federal funding to undertake pre-disaster and hazard mitigation projects such as school safe rooms, utility hardening, moving critical facilities out of flood areas, securing pump stations, and other risk reduction efforts.

Unfortunately, under President Biden, BRIC became bogged down in bureaucracy, focused on "climate change" initiatives, and riddled with inefficiencies. That's why Secretary Noem directed FEMA to conduct a methodical evaluation of the program to ensure that every dollar spent is serving the interests of Americans.

Now that the program evaluation is complete, FEMA is moving forward with its plans to ensure BRIC is managed responsibly, funding projects aimed at targeting the nation's most pressing infrastructure and hazard mitigation needs. In the weeks and months ahead, FEMA will continue to reconstitute the BRIC program in a way that reflects good stewardship of taxpayer money—including by publishing a new funding opportunity.

FEMA remains deeply committed to supporting hazard mitigation work and looks forward to working with communities across the nation to move critical resiliency projects forward.

## Contact Us

If you have any questions, please contact FEMA Office of External Affairs:

- Intergovernmental Affairs at (202) 646-3444 or at FEMA-IGA@fema.dhs.gov
- Tribal Affairs at (202) 646-3444 or at FEMA-Tribal@fema.dhs.gov
- Private Sector Engagement at (202) 646-3444 or at FEMA-Private-Sector@fema.dhs.gov

# FEMA Mission

Helping people before, during, and after disasters.

- FEMA Advisory FEMA Provides Update on Building Resilient Infrastructure and Communities Program (March 18, 2026).pdf

---

Update Your E-mail Address | Change Delivery Preference | Update State and Zip Code | Unsubscribe

Subscribe to receive alerts during disasters in your state.

If you have questions or problems with the subscription service, please contact subscriberhelp.govdelivery.com.

This service is provided to you at no charge by FEMA.

Privacy Policy | GovDelivery is providing this information on behalf of U.S. Department of Homeland Security, and may not use the information for any other purposes.

---

This email was sent to fema-iga@fema.dhs.gov using GovDelivery Communications Cloud on behalf of FEMA · U.S. Department of Homeland Security · Washington, DC 20472